The approximate list of various Trade secrets misappropriated by Reynolds with the help of the corrupt defendant KAVITA were well pleaded in the Tenth cause of action and the plaintiff would like to restate the list of the misappropriated Trade secrets as if fully restated herein again and especially the list as marked as (1) to(3) and the items 1to 8 at the page #45-46 of this complaint.Finally,the RICO enterprise was able to 'succeed' in her 'goals' and by misapp -ropriating the Trade secrets from Swamiji's computers.Reynolds used the same Trade secrets to recruit some corrupt individuals (9 individuals) and used them to give false testimony against them and even by branding them as the victims of Bank fraud, although none of the so called inviduals are 'financial institution'.

150. All the defendants in this action conspired with each one of them or with the RICO Enterprise and unlawfully took the properties of Swamiji-Selvam.Further they are 'still' in unlawful possession of various properties belonging to Swamiji as illustrated in the cause of actions civil fraud,breach of contract etc.All the defendants have committed a criminal act of 'Theft by taking' with a clear intention of depriving Swamij's property as he is the sole owners of them. 151. Also even after Swamiji and his associate priests demanded that Swamiji's properties be returned,however still,the defendants have not returned the properties of Swamiji-Selvam.They did not even in good faith to settle the evil acts of Theft by Taking which they have inte- -ntionally committed. Here these defendants intent could be very well inferred from their well planned,premeditated,fraudlent scheme to steal or misappropriate,or loot the properties belonging to Swamiji.

Further,also from their words,conduct,demeanor,motive,and all other circumstances connected with the act of Theft by taking',misappropria tion etc. The defendants also took the control of the properties of Swamiji by deceitful means and also through artful practice with their intention of depriving the owner Selvam of his property,which was not- -hing but a wilfull'theft by deception'.

152.   In this instance the defendants created and confirmed another impression of an existing fact and past events which is false and which the defendants,knew and believed to be false.The defendants even failed to correct their  false impression of an existing fact and past events which they previously created and confirmed with Swamiji and with the state and federal agencies and the credit card,merchant service entit -ities and Swamiji's associate priests.In furthernce of conspiracy the defendants passed several false statements by using the wires and mail to injure Swamiji.

153.   All the defendants,wilfully and knowingly devised a scheme and or artfice to injure the Swamiji by means of false pretenses,to the Swamiji and as well as the state and Federal agencies.The Exhibits attached herewith as"sample" are the    copies of the Envelopes used by these  corrupt defendants    to mail their false and fraudlent informations about Swamiji to the US ATtorney's office,which is an agency of the federal Government.(Exhibit-20)

154.   In fact tons of false statements made towards Swamiji and his business associates to deprive swamiji and his properties are extr- -emely explained in the Breach of contract and the Civil fraud and conspiracy to commit Civil fraud counts with 'more specificity'and also with direct evidences,which will support the predicate acts of Wire fraud and mail fraud  predicate acts to support the RICO

61.

155. Defendants are 'association in fact, with the racketeering enterprise who have engaged in Trade and commerce.The defendants have a functional connection with the Enterprise that enable them to engage and to further participate directly and indirectly in the affairs of the Enterprise. Here,after reading this complaint which has stated in an extensive way about the on going RICO conspiracy,since the year 2008 onwards,with direct evidences attached to this complaint,    without any doubts,will show to any normal mind that    defendants were aware of at least the general existence of enterprise.

156.    The defendants used the US wires and the US postal mails to defraud and deprive Swamiji and his properties and to injure his businesses.All the defendants have used Swamiji Selvam's properties which they have acquired without Swamiji's permission,authority or knowledge.By doing those criminal acts the defendants engaged in mone--tary transactions(several) which exceeds $10,000.00 in one transaction.

157.   18 U.S.C. Section 1957 prohibits"(e)ngaging in monetary transa--ctions in property derived from specified unlawful activity".All the defendants knowingly engaged or attempted to engage in monetary trans--actions that they knew involved property derived from their unlawful activity.

158.   All the defendants in fact have communicated either with Swamiji or his associate priests working for Swamiji's business,and almost every one met with the associate priests or Swamiji,used several times the US wires(Cell,Home,Business Phone lines) to defraud Swamiji. Further the defendants caused to mail false informations to Swamiji and or to the state and federal agencies by using US mails etc., to injure Swamiji and his businesses and also various properties.The predicate acts of wire fraud and mail fraud was committed by each defendants more than in two occurances without any doubts.

-62-

The several undisputable and direct evidences with this complaint would automatically vouch for it. Further when the defendants have committed series of mail fraud,they have concealed several true material facts knowing that their affidavits/declarations,several statements to Swamiji& US federal agent over the phone and in writing were false and their intent was malice to injure Swamiji and his business.

159.All the defendants have used the federal mails as a part of their racketeering activities to injure Swamiji.Here, there is an existence of a scheme to defraud Swamij. All the defendants have used the US Federal mails in furtherence of their fraudlent scheme,with the intentional culpable participation by them to injure Swamiji and his 'spiritual business ,which are not limited to temples founded by Swamiji,monastery founded by Swamiji's masters/Guru.

160.The predicate act to support the mail fraud,the mailing have not only deceived Swamiji through their mailings,whereas,their repeated misre- -presentations and intentional omissions reasonably calculated to deceive persons of ordinary prudence and comprehension.The defendants conducted  the prediacte acts of wire fraud and mail fraud repeatedly and continously.All the defendants worked very hard to achieve the "goals" of the RICO Enterprise which was at any cost destroy and injure Swamiji's spiritual business    ,and throw Swamiji in to prision,by using these handful numbers of disgraceful, corrupt,heartless,and cruel 'walking evils',with their false testimony and false pretenses collect- -ively.The defendants are the very dangerous criminals,who have condu- -ted the affairs  of the Enterprise with mutual understanding with division of labor to injure permanantely Swamiji,his business,and properties.

## OBSTRUCTION OF JUSTICE PURSUANT TO 18 U.S.C.1503

161.Swamiji reicorpoartes and realleges all the foregoing allegations as if fully alleged herein.All the defendants committed criminal obstruction

Justice by violating the 18 U.S.C 1503.The defendants as explained extensively in the previous paragraphs and especially in the cause of action 'Civil fraud',they 'casually' sent and caused to sent several false writings to influence the federal officers which are not limited to the case agent ,special agents of the Internal revenue service, US attorney's office and other several federal agencies also.They (every one) filed an unmistakable false declaration,that too under penaty of perjury was the"star" fraudlent acts of these defendants.those false declarations were given was puerly with an evil motiove to"EXTORT" money from the plaintiff by influencing the courts and other Federal agencies.

### Racketeering Relating to Engaging in Monetary Transactions in property derived from specific Unlawful Activity

162. All the defendants as extensively explained in the prior para--graphs have misappropriated the properties belonging to the Plaint--iff and latter caused an act of 'theft by taking'.Finally they happend to kept the illegally acquired properties of the plaintiff and under belief and information every one of the defendants have sold the ancient Palm scripts & ANU, UMA  & JOHN DOE has sold the Trade Secrets for over $10,000.00 in a single transaction.

163.   All the defendants had an illegal agreement to violate a subs--tantive provision of the RICO statue 18 U.S.C. 1962(D).Every one of the defendants had some part in directing the affairs of the enterprise. The defendants actions were improper and without privilege.All the defendants acted purposely and with malice with the intent to injure. 208. The plaintiff, his properties and businesses were damaged and injured to an irreparable harm because of the intentional and ill--egal continued predicate acts of all the defendants.The plaintiff was damaged and injured an amount to be proven at Trial,but excee--ding $10 million plus interest allowed by law,and the same needs to be paid by all the defendants severally and

## FIFTEENTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

166. Selvam reincorporates and realleges all the foregoing allegations in paragraphs 1-166 as if fully realleged herein.

167. All of the Defendants' outrageous conduct acted upon Selvam intentionally and recklessly.  The intentional ill and evil acts have caused severe emotional distress to Selvam.  All the Defendants' continued illegal and unlawful acts are so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency and are to be regarded as atrocious and utterly intolerable in civilized society. "If reasonable people may differ as to whether the conduct is extreme or outrageous, the question is one for the Jury." Kiduff v Cosential Inc., 289 F.Supp.2d 12, 22 (D.C.Conn. 2003).

168. "An intentional infliction of emotional distress claim is rarely dismissed on a motion to dismiss."  Acevedo v Monsignor Donvon High School Dist. of New Jersey, (2006).  Selvam has extensively explained several outrageous conducts of the Defendants very well in this Complaint.  The distress caused by these Defendants in this action caused Selvam to attempt suicide in the jail and he was held under 24 hours suicide watch in the institution.

169. Because of the continuous, corrupt RICO predicate acts to support the RICO Enterprise, Selvam's 2300 year old monastery, started by the previous masters of the monastery 2300 years ago, was almost destroyed by all the Defendants' outrageous and egregious continued fraudulent acts.  Because of the continued ill acts of the Defendants, Selvam's father died due to the continuous harassment by the Defendants. Just a few days back, Selvam's only brother died of a heart attack because of the extensive harassment caused by all the Defendants to Selvam's only brother, who was

just in his 40's.  The RICO Enterprise took a major part in the loss of life in Selvam's family by causing the deaths of Selvam's father and his brother, who was one of the top notch pharmacists in the USA, and who left a pretty wife and two young children, and his spirit passed away due to the extreme harassment and threats caused by all the Defendants and the RICO Enterprise Reynolds.

170.  Because of the continuous torture and threats, Selvam has accumulated serious health difficulties, and "he is dying day by day" because of the serious health difficulties caused by the RICO Members and the Enterprise. JOHN DOE defendants Selvam's son's employer, where Selvam's son was a young pilot, and JOHN DOE, willfully and evilly interfered with Selvam's son's employer by passing along several bad and false pieces of information about Selvam to the employer, he caused Selvam's son to not only lose his dream job but also caused him severe emotional and health difficulties, and that finally also attacked Selvam and inflicted emotional distress on him.

171.  Because of the conspiratorial activities of all the Defendants, Selvam recently lost both his wife of 18 years and a minor daughter.  Because of the above and beyond inhuman acts of the Defendants, the only Hindu Indian-American religious magazine known as "Karma" which had 17 million subscribers and followers, which was the brainchild and intellectual property of Selvam, was "murdered."  Because of the well planned RICO predicate acts by all the Defendants from the year 2008 and onwards, these Defendants have given a new recognition to Selvam by changing the recognition given by Selvam's spiritual master, which was "Swamiji High Priest," to a new word and recognition, which is "felon."  The intentional criminal acts of these Defendants who immigrated to this wonderful nation have used the system and a corrupt poisonous tree cum RICO Enterprise Reynolds to vent out their personal grudges, grievances, and blood vendettas zealously on Selvam to literally tear apart Selvam's personal life, family, monastery, and Temple organizations per se.

Selvam lived as a law abiding citizen for 50 years of his life and he was selected as the first youngest area commander for Home Guards for the city of Chennai, the capital of the State of Tamil Nadu, and was managing a 4,600 parapolice force as a commander, before moving to the USA in his position as a High Priest Swamiji.  Now, a man who served his nation (India) was maliciously thrown into prison for 28 years for a so-called fraud of $10,600.00, and this even after the Federal agent testified at Selvam's sentencing repeatedly that there was "no evidence for fraud."  (Please take mandatory judicial notice pursuant to Fed.R.Evid. 201 of the sentencing hearing of Selvam in the case No. 2013-CR-437-TCB.)  Even Gopa and Valmiki gave their speech at the time of sentencing, and when you read that particular part of the transcript of what Gopa and Valmiki had proffered and compare it to the set of facts with direct evidence about the true motives of these Defendants and the RICO Enterprise, you will be 100% convinced that these Defendants and the RICO Enterprise have simply made fools and idiots out of several district court judges through their well planned scheme and artifice.

162. The actions of the Defendants, jointly and severally, were extreme and outrageous and performed with the intention of causing severe emotional distress to the Plaintiff herein or with reckless disregard of the consequences.

163. As a direct and proximate cause of the wrongful acts of the Defendants, the Plaintiff suffered extreme indignities and humiliation, severe emotional distress, mental anguish, loss of liberty, loss of standing in the community, and has been held up to ridicule before his peers and has lost his statutory right to an education free and clear of the above deprivations.

164. Selvam seeks $25 million in damages for this Cause of Action from all the Defendants individually and collectively and/or any amount decided by the Jury with interest allowed by law.

ELEVENTH CAUSE OF ACTION
COMPENSATORY DAMAGES

Selvam realleges and reincorporates all the foregoing allegations in paragraphs 1-171 as if fully alleged herein again.

172. Selvam requests compensatory damages from the Defendants in an amount to be determined by the Jury.  Compensatory damages are damages sufficient in amount to indemnify the injured person for the loss suffered.  Black's Law Dictionary 472 (10th Ed. 2009).  The demand for compensatory damages is inclusive of Plaintiff's physical pain and sufferings, mental anguish, inconvenience, disfigurement, humiliation and the loss of enjoyment of life.  The compensatory damages, for which the Plaintiff seeks, which is also inclusive of Breach of Contract, Conversion, Unjust Enrichment, all the Fraud Cause of Actions, Intentional Infliction of Emotional Distress, plus whatever the Court deems appropriate.

173. Selvam realleges and reincorporates all the foregoing allegations in paragraphs 1-172 as if fully alleged herein again.

174. Selvam in this case is really entitled to the award of punitive damages. These Defendants' intentional misconduct was motivated by an "evil motive" which involves reckless and callous indifference to the protected rights of the Plaintiff Selvam here.  It also includes the harm to the Plaintiff, who has been put to unwanted troubles and difficulties and expenses in the protection of his interests, as by legal proceedings in this Court and in the other courts also.

175. The Jury and/or the Court can appropriately award punitive damages by considering the degree of responsibility of the conduct of the Defendants in this case, and this Court as a fact finder can award an appropriate punitive damages award, and the Plaintiff respectfully seeks at least $3 million as Punitive Damages.

PRAYER FOR RELIEF

Wherefore, Swamiji Sri Selvam Siddhar, a/k/a Annamalai Annamalai respectfully requests that the court:

(1). Enter an award in favor of plaintiff against the defendants VIOLET RAJKUMAR, CHABLALL RAJKUMAR, KAVITA JACOBSON, PTER S.SMITH, MANOJ KUMAR BEHERA, ERIC JACOBSON & JOHN DOE 1-10. for all the requested damages as specified in each of the counts in the comoplaint.

(2). Enter an award in favor of Plaintiff against all the defendants, jointly and severally, for punitive damages as the Jury and or the court deems fit.

(3). Enter an award in favor of Plaintiff and against all the defend --ants, jointly and severally, for Plaintiff's cost and fees, including any and all post-judgement interest allowed by law.

(4). Enter an immediate order for a <u>preliminary injunction against</u> KAVITA JACOBSON, JACQUELINE H REYNOLDS, JOHN DOE and all their privies by enjoining them from cease and desit in using the Trade secrets , and dissipeting or selling or trading  or using in any mamner.

(5). Enter an order from the court, allowing the Plaintiff to proceed in forma pauperis.

(6). Enter an award in favor of Plaintiff Swamiji Sri selvam Siddhar a/k/a Annamalai Annamalai against the all the defendants for jointly and severally for Exemplary damages for the cause of action of misappropriation of Trade secrets, since although the defendant KAVITA JACOBSON was the "leader' and the JACQUELINE REYNOLDS is the motivating factor, here all the defendants aided and abetted to misappropriate the Trade  secrets and later, they have used it for their businesses and benefits.

69.

(7). Enter an order and preliminary injunction from the court
by enjoining all the defendants and their privies,agents
<u>not</u> to destroy any and all Electronic Mail Communications
(E-Mail) concerning the plaintiff, his business,Trade
organizations,

(8). And to grant Plaintiff such other and further relief at
lae and in equity, that the Court deems appropriate.

Respectfully Submitted on this day of ___29___.February,2016.

Swamiji Sri Selvam Siddhar
Hindu High Priest
Siva Vishnu Temple Complex
7600,Bayway Drive
Baytown,Texas-77520
E-Mail: avtemple@aol.com

<u>Temporary Mailing Address</u>

Annamalai Annamali
C/O US penitentiary
PO Box-1000
Marion,IL-62959

The Plaintiff has attached
with this complaint few
hundred 'testimonials'
from the US Citizens/public
out of over 1/2 million
testimonials, which has
vouched for the great
help and spiritual services
conducted for the US
Citizens. <u>Exhibit-C</u>

<u>JURY DEMAND</u>

Pursuant to the Seventh amendment to the United States Constitution
and to Fed.R.Civ.P.38 & 39,Plaintiff Swamiji Sri Selvam Siddhar
demands trial by Jury with respect to all issues so triable.With
respect to those not triable by Jury,as of right,plaintiff Swamiji
Sri Selvam Siddhar,requests an advisory Jury pursuant to
Fed.R.Civi.P.39(3).

Respectfully Submitted on this day of 29 ,February,2016.

Swamiji Sri Selvam Siddhar

70.

## DECLARATION TO VERIFIED COMPLAINT

I,Swamiji Sri Selvam Siddhar,a/k/a Annamalai Annamalai Annamalai a/k/a Dr.commander Selvam,a Plaintiff Pro se,in this action,declare under penalty of perjury that,I have read the foregoing "complaint" and that,it is true and correct to the best of my information, knowledge,and beliefs.

I am giving this declaration Pursuant to 28 U.S.C.§1746.

Respectfully Submitted on this day 29,February,2016.
All rights reserved.

Swamiji Sri Selvam Siddhar

## Certificate of Service/Mailing

Swamiji Sri selvam siddhar a/k/a Annamalai Annamalai certifies that on February 17,2016,a true and correct copy of my complaint with every associated exhibits and other motions, pleadings,as illustrated in his cover letter was hand delivered to Ms.Hill, the employee of this CMU" in BOP-Marion, with proper postage,prepaid,to be mailed to this court.

RESPECTFULLY Submitted on this day February,29,2016.
All Rights Reserved.

Swamiji Sri Selvam Siddhar

71.

Kavitha Jacobson's mom

Sw- Swamiji

Sh- Shivani (Kavitha Jacobson)

**2:40-4:31**

Sw: Just give the name, date of birth and birth place. I do not take any money. You will be paying $1001 as a dakshina to the temple. That is just $500 per each husband and wife. That is dakshina to temple, and before you sleep tomorrow night I will find every ways and means to settle it and i will make sure i will show you the ways and means to settle it and i will sit with you guys make you settle it.

R: You gonna come to new york.?

Sw:Absoloutly, there is a need, I mean I say, I got 3 million followers, I am sitting Today in Texas from anywhere in the world i can help my people. Basically, once i have the name and date of birth information i will be able to know your daughter and daughter in law better then what you know about their life

R: Were we have to pay this money.?

Sw:This is for Dakshina, I mean you pay for the service, you pay today, you pay by credit or debit card. So that we will take care of it

R: Okay So, How much we pay..?

Sw:it's $500 per person. for two people  $1001

R:Okay, Okay

Sw: Very Simple

R: Alright.Okay.alright.here what I am going to do. I am going to call my daughter and I am going to explain everything to her. How I call back to you..?

Sw:Let me give me my cell phone number. call me back. My cell phone number area code is 408

R:Okay

Sw: 829 7780

R: Yes

Sw: And don't delay it I mean tomorrow is very auspicious day I can get involved by tomorrow morning itself and i can give some peace for you daughter tomorrow itself

R: Alright Swamiji, Thank you So much

**EXHIBIT-1**

Sw: Call me back. I will make sure we are going to have a happiest dinner with your son-in-law very soon

R: Thank you Swamiji, Thank you so much

Sw: Namah Shivaya!

R: Namah Shivaya!

**From:** Chabllal <chabllal@yahoo.com>
**To:** avtemple <avtemple@aol.com>
**Subject:** Atten: Swamiji

**Attachments:** photo.PNG (632K)

Sent from my iPhone

1 Attached Images



EXHIBIT-3

**From:** Chabilal <chabilal@yahoo.com>
**To:** avtemple <avtemple@aol.com>
**Subject:** Atten: Swamiji
**Date:** Fri, Dec 7, 2012 2:05 pm
**Attachments:** photo.JPG (149K)

Sent from my iPhone

1 Attached Images



EXHIBIT-4

**From:** Chabilal <chabilal@yahoo.com>
**To:** avtemple <avtemple@aol.com>
**Subject:** Atten: Swamiji
**Date:** Fri, Dec 7, 2012 2:04 pm
**Attachments:** photo.PNG (633K)

Sent from my iPhone

1 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Thu, Dec 20, 2012 12:12 pm
**Attachments:** CIMG3932.JPG (357K), CIMG3927.JPG (243K), CIMG3928.JPG (370K), CIMG3929.JPG (386K),
CIMG3930.JPG (435K), CIMG3931.JPG (415K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:48 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

| 6 Attached Images |
| --- |





EXHiBIT-5

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabilal <chabilal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Thu, Dec 20, 2012 12:12 pm
**Attachments:** CIMG3939.JPG (410K), CIMG3933.JPG (367K), CIMG3934.JPG (364K), CIMG3936.JPG (407K), CIMG3937.JPG (413K), CIMG3938.JPG (412K)



Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:51 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set  2

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Fri, Jan 4, 2013 8:34 am
**Attachments:** CIMG4207.JPG (317K), CIMG4202.JPG (343K), CIMG4203.JPG (345K), CIMG4204.JPG (345K), CIMG4205.JPG (280K), CIMG4206.JPG (274K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Dec 26, 2012 9:57 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set  2

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Fri, Jan 4, 2013 8:34 am
**Attachments:** CIMG4213.JPG (325K), CIMG4208.JPG (326K), CIMG4209.JPG (314K), CIMG4210.JPG (317K), CIMG4211.JPG (293K), CIMG4212.JPG (292K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Dec 26, 2012 10:01 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set  3

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablial@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 4
**Date:** Fri, Jan 4, 2013 8:34 am
**Attachments:** CIMG4219.JPG (327K), CIMG4214.JPG (343K), CIMG4215.JPG (349K), CIMG4216.JPG (348K),
CIMG4217.JPG (347K), CIMG4218.JPG (346K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Dec 26, 2012 10:03 am
Subject: Eric jacobson homam photos set 4

Eric jacobson homam photos set  4

| 6 Attached Images |
| --- |





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablilal <chablilal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Fri, Jan 4, 2013 8:36 am
**Attachments:** CIMG4411.JPG (314K), CIMG4405.JPG (349K), CIMG4406.JPG (361K), CIMG4407.JPG (364K), CIMG4408.JPG (336K), CIMG4410.JPG (325K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Fri, Jan 4, 2013 2:48 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set  6

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablilal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 7
**Date:** Fri, Jan 4, 2013 8:37 am
**Attachments:** CIMG4414.JPG (314K), CIMG4412.JPG (332K), CIMG4413.JPG (315K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Fri, Jan 4, 2013 2:51 am
Subject: Eric jacobson homam photos set 7

Eric jacobson homam photos set  7

3 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablilal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Tue, Dec 25, 2012 9:07 am
**Attachments:** CIMG4103.JPG (393K), CIMG4098.JPG (193K), CIMG4099.JPG (406K), CIMG4100.JPG (280K), CIMG4101.JPG (441K), CIMG4102.JPG (422K)

Eric jacobson homam photos set 1

| 6 Attached Images |
| --- |





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablial@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Tue, Dec 25, 2012 9:08 am
**Attachments:** CIMG4115.JPG (394K), CIMG4110.JPG (383K), CIMG4111.JPG (386K), CIMG4112.JPG (396K), CIMG4113.JPG (398K), CIMG4114.JPG (401K)

---

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Tue, Dec 25, 2012 9:09 am
**Attachments:** CIMG4134.JPG (418K), CIMG4128.JPG (424K), CIMG4129.JPG (412K), CIMG4130.JPG (395K),
CIMG4131.JPG (407K), CIMG4132.JPG (378K), CIMG4133.JPG (391K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Dec 25, 2012 2:16 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set   6

7 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Fri, Jan 4, 2013 8:33 am
**Attachments:** CIMG4201.JPG (349K), CIMG4196.JPG (233K), CIMG4197.JPG (349K), CIMG4198.JPG (349K), CIMG4199.JPG (373K), CIMG4200.JPG (348K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Dec 26, 2012 9:55 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set  1

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablial@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Thu, Dec 20, 2012 12:12 pm
**Attachments:** CIMG3932.JPG (357K), CIMG3927.JPG (243K), CIMG3928.JPG (370K), CIMG3929.JPG (386K),
CIMG3930.JPG (435K), CIMG3931.JPG (415K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:48 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

| 6 Attached Images |
|---|





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablilal <chablilal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Thu, Dec 20, 2012 12:12 pm
**Attachments:** CIMG3939.JPG (410K), CIMG3933.JPG (367K), CIMG3934.JPG (364K), CIMG3936.JPG (407K), CIMG3937.JPG (413K), CIMG3938.JPG (412K)



Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:51 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set 2

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Thu, Dec 20, 2012 12:13 pm
**Attachments:** CIMG3945.JPG (396K), CIMG3940.JPG (407K), CIMG3941.JPG (394K), CIMG3942.JPG (401K), CIMG3943.JPG (409K), CIMG3944.JPG (411K)

---

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:58 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set 3

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Thu, Dec 20, 2012 12:13 pm
**Attachments:** CIMG3945.JPG (396K), CIMG3940.JPG (407K), CIMG3941.JPG (394K), CIMG3942.JPG (401K),
CIMG3943.JPG (409K), CIMG3944.JPG (411K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:58 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set 3

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Thu, Dec 20, 2012 12:13 pm
**Attachments:** CIMG3952.JPG (372K), CIMG3953.JPG (404K), CIMG3954.JPG (409K), CIMG3955.JPG (411K), CIMG3956.JPG (412K), CIMG3957.JPG (404K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 2:07 am
Subject: Eric jacobson homam photos set 5

Eric jacobson homam photos set 5

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Thu, Dec 20, 2012 12:14 pm
**Attachments:** CIMG3961.JPG (408K), CIMG3958.JPG (408K), CIMG3959.JPG (410K), CIMG3960.JPG (410K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 2:10 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set  6

| 4 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablal <chablal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Mon, Dec 24, 2012 11:43 am
**Attachments:** CIMG4039.JPG (397K), CIMG4034.JPG (408K), CIMG4035.JPG (400K), CIMG4036.JPG (401K), CIMG4037.JPG (396K), CIMG4038.JPG (399K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablIal <chablIal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Thu, Dec 20, 2012 12:13 pm
**Attachments:** CIMG3945.JPG (396K), CIMG3940.JPG (407K), CIMG3941.JPG (394K), CIMG3942.JPG (401K),
CIMG3943.JPG (409K), CIMG3944.JPG (411K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential  work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:58 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set  3

| 6 Attached Images |
| --- |



From: Siddhar Peedam Group of Temples <avtemple@aol.com>
To: chablial <chablial@yahoo.com>
Subject: Fwd: Eric jacobson homam photos set 4
Date: Mon, Dec 24, 2012 11:43 am
Attachments: CIMG4051.JPG (392K), CIMG4046.JPG (400K), CIMG4047.JPG (392K), CIMG4048.JPG (401K), CIMG4049.JPG (330K), CIMG4050.JPG (396K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Mon, Dec 24, 2012 11:44 am
**Attachments:** CIMG4052.JPG (400K), CIMG4053.JPG (393K), CIMG4054.JPG (393K), CIMG4055.JPG (391K),
CIMG4056.JPG (391K), CIMG4057.JPG (392K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Fri, Jan 18, 2013 11:18 pm
**Attachments:** CIMG4783.JPG (369K), CIMG4777.JPG (231K), CIMG4778.JPG (415K), CIMG4779.JPG (381K), CIMG4781.JPG (390K), CIMG4782.JPG (385K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:08 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Fri, Jan 18, 2013 11:18 pm
**Attachments:** CIMG4789.JPG (392K), CIMG4784.JPG (401K), CIMG4785.JPG (406K), CIMG4786.JPG (397K), CIMG4787.JPG (376K), CIMG4788.JPG (396K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential  work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:17 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set  2

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Fri, Jan 18, 2013 11:18 pm
**Attachments:** CIMG4795.JPG (387K), CIMG4790.JPG (396K), CIMG4791.JPG (394K), CIMG4792.JPG (402K), CIMG4793.JPG (392K), CIMG4794.JPG (398K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:19 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set  3

6 Attached Images



From: Siddhar Peedam Group of Temples <avtemple@aol.com>
To: chablIal <chablIal@yahoo.com>
Subject: Fwd: Eric jacobson homam photos set 5
Date: Fri, Jan 18, 2013 11:19 pm
Attachments: CIMG4803.JPG (393K), CIMG4804.JPG (418K), CIMG4805.JPG (349K), CIMG4806.JPG (392K), CIMG4807.JPG (403K), CIMG4808.JPG (409K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential  work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:24 am
Subject: Eric jacobson homam photos set 5

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Fri, Jan 18, 2013 11:19 pm
**Attachments:** CIMG4814.JPG (411K), CIMG4809.JPG (365K), CIMG4810.JPG (407K), CIMG4811.JPG (409K), CIMG4812.JPG (394K), CIMG4813.JPG (390K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:26 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set 6

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 7
**Date:** Fri, Jan 18, 2013 11:19 pm
**Attachments:** CIMG4815.JPG (402K), CIMG4816.JPG (408K), CIMG4817.JPG (418K), CIMG4818.JPG (441K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:28 am
Subject: Eric jacobson homam photos set 7

Eric jacobson homam photos set 7

4 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Sat, Jan 19, 2013 9:45 pm
**Attachments:** CIMG4824.JPG (405K), CIMG4819.JPG (269K), CIMG4820.JPG (399K), CIMG4821.JPG (397K), CIMG4822.JPG (314K), CIMG4823.JPG (332K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 7:41 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Sat, Jan 19, 2013 9:46 pm
**Attachments:** CIMG4830.JPG (382K), CIMG4825.JPG (395K), CIMG4826.JPG (351K), CIMG4827.JPG (382K), CIMG4828.JPG (384K), CIMG4829.JPG (390K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 7:49 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set 2

6 Attached Images



From: Siddhar Peedam Group of Temples <avtemple@aol.com>
To: chablial <chablial@yahoo.com>
Subject: Fwd: Eric jacobson homam photos set 3
Date: Sat, Jan 19, 2013 9:46 pm
Attachments: CIMG4836.JPG (381K), CIMG4831.JPG (397K), CIMG4832.JPG (409K), CIMG4833.JPG (406K),
CIMG4834.JPG (406K), CIMG4835.JPG (417K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 7:51 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set 3

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablial@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 4
**Date:** Sat, Jan 19, 2013 9:46 pm
**Attachments:** CIMG4842.JPG (356K), CIMG4837.JPG (414K), CIMG4838.JPG (401K), CIMG4839.JPG (409K), CIMG4840.JPG (407K), CIMG4841.JPG (393K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 8:02 am
Subject: Eric jacobson homam photos set 4

Eric jacobson homam photos set 4

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Sat, Jan 19, 2013 9:46 pm
**Attachments:** CIMG4846.JPG (401K), CIMG4842.JPG (356K), CIMG4843.JPG (397K), CIMG4844.JPG (410K), CIMG4845.JPG (407K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 8:05 am
Subject: Eric jacobson homam photos set 5

Eric jacobson homam photos set 5

5 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Tue, Jan 22, 2013 11:31 am
**Attachments:** CIMG4852.JPG (364K), CIMG4847.JPG (256K), CIMG4848.JPG (377K), CIMG4849.JPG (399K), CIMG4850.JPG (344K), CIMG4851.JPG (435K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Jan 22, 2013 12:34 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablilal <chablilal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Tue, Jan 22, 2013 11:32 am
**Attachments:** CIMG4858.JPG (384K), CIMG4853.JPG (387K), CIMG4854.JPG (387K), CIMG4855.JPG (389K), CIMG4856.JPG (385K), CIMG4857.JPG (391K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Jan 22, 2013 12:38 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set 2

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Sat, Jan 19, 2013 9:46 pm
**Attachments:** CIMG4836.JPG (381K), CIMG4831.JPG (397K), CIMG4832.JPG (409K), CIMG4833.JPG (406K), CIMG4834.JPG (406K), CIMG4835.JPG (417K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 7:51 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set  3

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablial@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Tue, Jan 22, 2013 11:32 am
**Attachments:** CIMG4858.JPG (384K), CIMG4853.JPG (387K), CIMG4854.JPG (387K), CIMG4855.JPG (389K), CIMG4856.JPG (385K), CIMG4857.JPG (391K)

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Jan 22, 2013 12:38 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set 2

6 Attached Images





## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Swathi Gaddam, Kahului, HI
  **Comments :** Maharaj, Namaskars. I used to read the magazine Siddhitimes through the website. After reading the articles on astrology, I approached you to solve the problems caused by my close relatives. You cleared everything with your wonderful mantra, thantra and yantra powers. Now I am very happy.
  **Date :** 07/23/2010

- **Name :** Christina Doopraj, Helena, MT
  **Comments :** I am a Guyanese living in MT. Thank you very much for the wonderful consultation given to me. Your words, actions and thoughts on the humanity are amazing. Only because of your holy thoughts you are leading a great and exemplary life. Only because of your Atharva Vedic Thantric rituals, I came out of the black magic problems. Thank you very much for you and your wonderful spiritual magazine Karma.
  **Date :** 07/23/2010

- **Name :** Asha Ratan Lal, Los Angels, CA
  **Comments :** Dear Swamiji, Namaskars. Only because of the wonderful magazine Karma, I contacted you. After your powerful Thantric rituals, my business is growing vigorously. Thanks for making me as the happiest businessman. Thanks and Namaskars once again.
  **Date :** 07/23/2010

  Siddharji you have done a great miracle with my son, who was addicted to drinks. Now he is fine. Once again thanks Swamiji.

- **Name :** Rani Lakshmi Vadhwani, Kaysville, UT
  **Comments :** Swamiji, only because of your blessings and prayers my marriage is settled. My Namaskars to your golden feet.
  **Date :** 07/23/2010

- **Name :** Ramdhandra Lakhani, Dublin, OH
  **Comments :** Thank you very much and Namaskars Swamiji. You have made our gone down business as the best. Our entire lives are dedicated to your golden feet. Om NamaShivaya.

Select a Page

<< Previous | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Next>>



Hindu Temple of Ohio

### Siddhar's AnuYakku ( Swamiji's Blessings )

The Guru should not allow you to become another Paad Pidam ( a corrupt disciple of Sikanarachaaryal). The Guru should test you again and again. He should be unrelenting no matter how much you plead before him.

> read more...

**Articles**
* Spirituality
* Wonderful Siddhars
* Introduction to Upanishads
* Useful Tips from Atharva Vedic Vashti Shaastras

**FEEDBACK / COMMENTS**
George Chen, Geneva, Swiss
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts. We toil to get success in our business but the profile are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you.

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Jayanth Nathan, Buffalo Grove, IL
- **Date :** 07/23/2010
- **Comments :** Swamiji, only because of your wonderful Thantric Rituals, I am having a smooth family life now, I thank you very much for making my life a peaceful one. Even though there is no limit for your blessings, once again thank you very much Swamiji.

- **Name :** Marcella Cooper, Scarborough, Ontario, Canada.
- **Date :** 07/19/2010
- **Comments :** Swamiji, two months back I wrote you a letter stating that I and my family are affected by the spell of some evil spirits. Taking that letter as an emergency petition, you performed some wonderful Thantric Rituals to remove the spell of those evil spirits. Now we all are doing OK. I and my entire family submit our worships to your lotus feet daily. Thank you very much for making our life very fine.

- **Name :** Bushan Lal Kaw, Edison NJ
- **Date :** 07/19/2010
- **Comments :** Respected Swamiji, I am on an official visit around New York, I came to access your monthly magazine Karma at the hotel where I stayed. It is really a fantastic magazine having all the spiritual information. Please bless me and my family and please be kind enough to mail a copy of the magazine to my Indian address. Thank you very much and Namaskars Swamiji.

- **Name :** A. Thomas, West Palm Beach, FL
- **Date :** 07/19/2010
- **Comments :** Revered Siddhar, I am amazed with your knowledge. I am a regular reader of the magazine Karma. Please provide me with a copy of Sri. Atharva Soolini Durga's photograph. From your article on Sri. Atharva Soolini Durga I understood that, you are the only person to remove the evil spirits from me. Please remove that evil spirits from me and make me as one of the best human beings in the entire worlds.

- **Name :** Rama N Prasad, Douglas, MA
- **Date :** 07/18/2010
- **Comments :** Swamiji, even though I wish to express a lot, I wish to tell the same only in few words, Thank you and Please bless me and my family.

Select a Page

<< Previous| 25| 26| 27| 28| 29| 30| 31| 32| 33| Next>>

### Articles

- Vaaikaranam through Atharva Vedic Astrology and Atharva Veda
- Thantric Rituals
- Garuda (The King of Birds)

› read more...

### Siddhar's Arulvakku
( Swamiji's Blessings )

Those who have attained such a state can know. Just as I have not learnt English and so cannot understand if someone speaks in English. Similarly those who know the language of God can only understand.


Hindu Temple of Ohio

### FEEDBACK / COMMENTS

Karthik Ganesh Iyer,
Garden city, ID
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude that there are some evil forces which make our strategies unsuccessful. Whenever you face such situation, feel assured that someone has used Black Magic on you.

› read more...

# FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Delia, NJ
  **Date :** 07/19/2010
  **Comments :** Swamiji "May all the happiness you give to others be returned to you" is a great saying by one of the greatest scholars. I wish to repeat these words to you. Thank you very much for the prayers and rituals you performed for me. Only because of those prayers and rituals, I am healthier by mentally and spirituality. Swamiji once again thanks to you, your prayers and rituals. As a result of those prayers and rituals I am doing well in my job also. Please continue to bless me.

- **Name :** Balwant Singh, Fresno, CA
  **Date :** 06/19/2010
  **Comments :** Siddharji, I got the magazine "Karma" from a restaurant at CA. You are the one and only person to rescue people from their sufferings. I recommend all the suffering people to come to you for solving the problems. I am a practical example for your powers. Thanks and Namaskars Sidhar Swamiji for bringing such a wonderful magazine.

- **Name :** Selvi Suganthini Ontario, Canada.
  **Date :** 06/19/2010
  **Comments :** Swamiji, I am a Silankan Tamillian woman living in Canada for the past several years. I came to know about you only through the website and your wonderful magazine Karma. I approached you through phone to clear the black magic on my father's family. You performed a great mantra and Thantric and removed the black magic. Now my parents are very happy. Nanriyudan Vanakkamgal Ayya. Please come and bless our home.

- **Name :** Bhavini Patel and Sudhansh Patel, Knoxville, TN
  **Date :** 06/19/2010
  **Comments :** I wish to have your esteemed blessings for the third business I have started. My first two businesses are running good only because of your blessings. Daily I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Om Namashivaya and Sri Siddhar Swamiye Namaha. Thanks a lot to the wonderful magazine Karma.

- **Name :** Ketan Kaur, Dayton, OH
  **Date :** 06/19/2010
  **Comments :** Swamiji, I came to know about your good self and the opening of the temple through the wonderful magazine Karma. I approached you to fix the marriage problem of my daughter. Swamiji, my daughter's marriage is fixed now after a long time only by your blessings. I wish to donate a sum of $25,000 for the new Temple.

Select a Page
<< Previous| 26| 27| 28| 29| 30| 31| 32| 33| 34| Next>>

---

Hindu Temple of Ohio

**Siddhar's Anuvakku**
( Swamiji's Blessings )

Establishing of the Guru energy in each cell of one's body is possible only through the medium of true love.

‹ ... read more ›

**Articles**
* Introduction to Upanishads
* Useful Tips from Atharva Vedic Vasthu Shastras....
* Spirituality....
* SEFFHA DPVI

‹‹ ... read more ...

**FEEDBACK / COMMENTS**

Babu Nair, Dubai, UAE
Apr 24, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard, but we do not get in return to the proportions of our labor. Very little even after the best of our efforts, we toil to get success in our business but the profits are too too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

BLESSED LETTER SUBSCRIBER

# FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Marcelius Cooper, Scarborough, Ontario, Canada
  **Date :** 06/08/2010
  **Comments :** Swamiji, two months back I wrote you a letter stating that I and my family are affected by the spell of some evil spirits. Taking that letter as an emergency petition, you performed some wonderful Thantric Rituals to remove the evil spirits. Now we all are doing OK, I and my entire family submit our worships to your lotus feet daily. Thank you very much for making our life very fine.

- **Name :** Bushan Lal Kaw, Edison NJ
  **Date :** 06/08/2010
  **Comments :** Respected Swamiji, I am on an official visit around New York, I came to access your websites at the hotel where I stayed. These websites are fantastic websites, having all the spiritual information. Please bless my family and me. Thank you very much and Namaskars Swamiji.

- **Name :** A. Thomas, West Palm Beach, FL
  **Date :** 06/08/2010
  **Comments :** Revered Siddhar, I am amazed with your knowledge. I am your sishya like Ekaliva to Guru Dronacharya. Please provide me with a copy of Sri. Atharva Soolini Durga's photograph. From your speech on Sri. Atharva Soolini Durga I understood that, you are the only person to remove the evil spirits from me. Please remove that evil spirits from me and make me as one of the best human beings in the entire worlds.

- **Name :** Rama N Prasad, Douglas, MA
  **Date :** 06/08/2010
  **Comments :** Swamiji, even though I wish to express a lot, I wish to tell the same only in few words. "Thank you and Please bless me and my family.

- **Name :** Della, Barnegat, NJ
  **Date :** 06/08/2010
  **Comments :** Swamiji "May all the happiness you give to others be returned to you" is a great saying by one of the greatest scholars. I wish to repeat these words to you. I thank you very much for the prayers and rituals you performed for me. Only because of those prayers and rituals, I am healthier by mentally and spiritually. Swamiji once again thanks to you, your prayers and rituals. As a result of those prayers and rituals and I am doing well in my job also. Please continue to bless me.

Select a Page
<< Previous| 27| 28| 29| 30| 31 |32| 33| 34| 35| Next>>

---

Hindu Temple of Ohio

...read more.

**Siddhar's Arivakku**
**( Swamiji's Blessings )**
First of all we should know that the lord of universe is Almighty God. He is only empowered to give us assets etc.

**Articles**
❖ Spirituality
❖ Wonderful Siddhars
❖ Introduction to Upanishads
❖ Useful Tips from Atharva Vedic Vasthu Shastras
...read more...

**FEEDBACK / COMMENTS**
Rohini Sinabhadu,
Ormond FL,
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work hard, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bt we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

Hindu Temple of Ohio

# FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** brij
  **Date :** 06/04/2010
  **Comments :** Pranaam

  Guru Ji

  I am regular reader of KARMA. The subjects are very interesting what you are mentioning through the magazine. Now I believe you can help me with my problems.

  My name is Brij Prasad and born in Asian Country (- Myanmar) raised broad up with Hindu Religion and culture. My date of birth is 12/28/1947-sunday evening 11.30 p.m.

  I came to this Country 12 years back and struggled hard. Started the Business with partnership as per his request but later I was cheated by him and lost. Second time nearest friends requested several times to work as partner and I accepted. But lost due to bad economy. I was bankrupt and lost all my posecctions including 401K. Now I am working for my previous owner to survive unless they pay. This employer knows my working hard, skill and honesty. He knows that I can run the business very well. He is offering me that he will finance to buy the business which I am working for. The problem is down payment. He is asking is beyond my reach. I can afford only 40% from my wife's 401K not the price. I want this business badly for my future. I am afraid to bargain before your advice or help.

  Pleas help me or guide me what to do seeing my status and horoscope. I can practice anything if there is no expense my income is too low now.

  Thanks

  Brij

- **Name :** Raman Panicker, Aqura Hills, CA
  **Date :** 06/03/2010
  **Comments :** Swamiji, only your wonderful Mantra powers helped my only son to be the best in his education. He was considered as the dull most of the class. After your specialized Atharva Vedic Thantric Rituals, he is becoming as the brightest student of the entire school. Please continue your blessings on me and my family.

- **Name :** Baskara Chandrasekarappa, Austin, TX
  **Date :** 06/03/2010
  **Comments :** What a wonderful experience it was for me to take the Vedic Astrology Consultation with Swamiji. It was an unique day! We felt noticeable differences after talking and taking part in the Atharva Vedic Thantric Rituals. Life feels clearer and perceptions are heightened.

  Anyway, with all interestingly tumbling down around friends of mine who are in financial straits, I started linking them with what was given to me by Swamiji Sri. Selvam Siddhar.

- **Name :** Ram Manohar, Ruston, LA
  **Date :** 06/03/2010
  **Comments :** My husband and I have been to many, many spiritual healers over the years and Swamiji is in a class of his own. We have both both tremendous physical and emotional healing from our sessions with him.

- **Name :** Rajarajeswari Annamaya, Vermilion SD
  **Date :** 06/03/2010
  **Comments :** I didn't know what to expect from the meeting with Swamiji. When I approached him after reading the magazine Karma, and asked him to solve the mind related problems I had, he asked me to relax. Swamiji directed me a few

Siddhar's Arulvakku
( Swamiji's Blessings )

Karma or Destiny cannot be changed. But can be altered by the rituals of Atharva Veda Yaksha/Yakshini Devathas.

› read more...

Artists

Excerpts from Guru Purnima 2010

Sabang

❖ SELFLESSNESS
❖ COURAGE!

› read more...

FEEDBACK / COMMENTS

Rama N Prasad, Douglas, MA

Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts. If we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

› read more...

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name** : Parameswaran L. Iyer, Owatonna MN
  **Date** : 06/03/2010
  **Comments** : Respected Guru Maharaj, you healed my sister who was not able to conceive. When you scrutinized her horoscope, you found that she is unable to get good kids due to the misplacement and the evil powers of planets. You removed those evil powers through the Atharva Vedic Thantric Rituals. Due to the power of these Thantric Rituals, she has two incredible children and is living a very happy life now, I am forever grateful to you for helping her.

- **Name** : Lakshmi, Bangalore, India
  **Date** : 05/31/2010
  **Comments** : Hello Siddhar,

This is Lakshmi from India - Bangalore. Hope your doing well and fine.

I recently was browsing net and got to see your website and your works. Your works are great. I am undergoing a problem in my life, I would require your help for that Siddhar Ji. If you can give me some mantras to me so that I can recite it and solve me problem.

I recently got married, it was an Arranged marriage. I am a Bangalorean and my Hsband from Chitor - AndraPradesh. I am working women and before my marriage could settle, I had inadvance told about my things and commitments to my Husband.

Initially after engagement everything was okay and good. But soon after my marriage, I started facing lot of problems. My husband is just filled with too much of negativity. He just thinks only of negative things about me. He doesnt trust me at all. Day by day, he started fighting with me for small small reasons. Please I just come 5 mins late from office, he will start thinking all kinds of negative things and when I come home he will start fighting with me. This became to the core that now if I got out too, he suspects me that I look at other guys. Once he starts fighting He scold me in Bad words. He misunderstands for each and everything. He doesnt Trust me at all.

But Somehwere He loves mee... So I just want to save him and my Marriage life.

His parents also doesnt understand me. They support him only.

I love him very much and I just want to save this marriage somehow.

Please help in in giving some mantras that will increase Trust and Love and positive thinking within my husband.

Please heal my relationship and misunderstanding.

Please help me Siddhar Sir. Please. Every day and Night I am suffering, I really Love him very much

Thanks in Advance

Lakshmi

- **Name** : Sanasia S, Krishna, Frederick, OK
  **Date** : 05/30/2010
  **Comments** : Swamiji, you are like a hurricane, like a strong wind, and you amazed me with your power, honesty & down-to-earth state of being. You immediately recognized and got into the major and most painful contraction that has affected my life. Your healing work was fierce, yet full of gentleness and care in each moment in each moment for my well being. Your integrity and power, cut like a sharp yet kind knife into the core of the matter. I surrender myself for your wonderful spiritual healing powers.

- **Name** : Ellen S, Cambridge, NE
  **Date** : 05/30/2010

### Siddhar's Amlyakku
( Swamiji's Blessings )

To listen the voice of heart which says go and join army at any cost or listen to mind which always follow the path of money.

...read more...

### Articles

...read more...



Vedic Astrology

### FEEDBACK / COMMENTS

Baddhinathan Ramakrishnan, Miami, FL

**Apr 06, 2015**



Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which runs one's life. Are you also under such a spell or have you got the very little even after the best of our efforts. We lot to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessfully. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

Hindu Temple of Ohio

02/29/2016

RECEIVED
SDNY PRO SE OFFICE

2016 MAR 16  AM 9: 34

From:

Swamiji Sri selvam Siddhar
Hinu High Priest
Shiva Vishnu Temple Complex
7600,Bayway Drive
Baytown,Texas-77520

mailing Address:
Annamalai Annamalai
US.Penitentiary
PO.Box-1000
Marion,IL-62959

# 16CV1984

Ref: My complaint with associate motiosn and Exhibits

Dear Clerk of the court,

   I am sending herewith the following to be filed with the court. and also I humbly request you to send me a stamped copy of the entire pleadings which I am sending to you for my record.Because of my poverty, I could not make an extra copy for me at this time, and your mercy to send me a full set of copy with the court's filing would be highly appreciated.

   1.The complaint has a total pages of 71.
   2.The Exhibits distinctively marked as nos 1-20 has a total pages of 130
   3.The Exhibit-A has a total copies of 18, Exhibit-B has a total pages of 68 and Exhibit-C has a total pages of 101 pages.
   4.Ex-parte Motion to appoint Marshall to serve with 6 different copies of summons.
   5.Ex-part Motion for preliminary injunction, which has 7 pages.
   6.Declaration in support of motion for preliminary injunction, which has a total pages of 15.
   7.A motion to proceed in forma pauperis with affidavit and the six months statement from the facility and with an order to that effect, which has a total pages of  nine.
   8.A cover letter with one page.

   Thank you so much for your assistance in this matter, and being a Hindu High priest, I will pray for all your  goodness and let God bless you and your loved ones.

Om Shanthi!!

Swamiji Sri Selvam Siddhar
Plaintiff Pro Se

1.