lat Rate Box

International Use

Day: 03/12/2016

G NUMBER

070 2052 05

TIONS:

or cash equivalents and all
ited.

NALLY 20 POUND WEIGHT

hibitions/restrictions may
anual (IMM) country pages

oms declaration PS Form




From: Expéditeur: Annemelw Annemelw
US. Penitentiary
P.O. Box-1000
Marion, IL - 62959

To: Destinataire:

⇔ 56820-379 ⇔
Court Us District