RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK  2016 MAR 16  AM 9: 34
NEW YORK DIVISION

Swamiji Sri Selvam Siddhar
Plaintiff

# 16CV1984

VS

Case No._____

VIOLET RAJKUMAR, ET AL.
Defendants

DECLARATION OF PLAINTIFF
IN SUPPORT OF HIS MOTION
FOR PRELIMINARY
INJUNCTION

---

I,Swamiji Sri selvam Siddhar,a/k/a Dr Commander Selvam.a/k/a Annamalai Annamalai,is giving this declaration 'in support' for my "Ex+Parte motion" to allow an immediate 'preliminary injunction concerning the misappropriation of Trade Secrets'.

I have well explained even with"Direct Evidences" about how my $700 Million plus Trade Secrets were misappropriated and casually used by the criminals to injure and harm me more with the intentional illegal acts of misappropriation.The attached "Eight Exhibits" are the copies of the direct evidence to support to show to this court,that my Trade Secrets were'not' only misappr--opriated,whereas they were used in an illegal manner without my knowledge and permission of any sort.

Through this court's 'order' for a preliminary injunction,this court should show to the common public of the United States that,this court will not tolerate these kinds of 'known' criminal and unlawful acts in any manner.

The plaintiff Swamiji has attached herewith some samples of direct evidences concerning the misappropriated Trade secrets,partly from the 'guest room' which was having tons of Trade Secrets,& were used to call and recruit certain disgraceful followers/customers to mali---ciously injure Swamiji with the RICO enterprise's theaterical events and of bad faith prosecution by using her'buddies'in the government to achieve the'goals' of the RICO enterprise.

The Exhibit: TS-1 was a record of a phone call notes made up by one of the employees of the RICO ENterprise Reynolds,an IRS agent.The employee name was ANGELA HARRIS,and under belief and information she was an 'investigative analyst for the IRS(Internal Revnue Service).The follower/disciple/customer was an Indian American Hindu faith female. She herself and her entire family were the followers of the plaintiff. The identified follower"VASU KRISHNAMOHAN" is a female and her legal name is Ms.VASUNDHARA KRISHNAMOHAN.The so called interview will speaks for itself.The court can note that,even "in the beginning of the phone call Ms.HARRIS,she with her" opening statement" stated as" I RECEIVED YOUR NAME AND PHONE NUMBER TO OUR INVESTIGATION. Ms.Krishnamohan in fact was a long time resident and citizen of the state of Illinois,and she moved to New Jersey,just for her temporary job assignment in the information technology field.The egregious act here was,although there was nothing Ms.Krishnamohan said anything of criminal nature of Swamiji,latter the same Ms.Krishnamohan was 'branded' as a         Bank fraud victim by the RICO ENTERPRISE and injured Swamiji.

The EXHIBIT: TS-2  is a undisputable email message,in which,another follower/customer of Swamiji was contacted by the RICO ENTERPRISE REYNOLDS.She specifivally in that email,(on or about January,10,2014) stated to Swamiji's  follower as such "YOUR CONTACT INFORMATION WAS

PROVIDED BY GOPAKUMAR VENUGOPALAN".The man GOPAKUMAR VENUGOPALAN is the long time friend of KAVITA. and this particular follower is the resident of New Jersey and the particular follower's informations were stored in the APPLE LAPTOP computers in the office room of Swamiji in KAVITA's home.

The EXHIBIT: TS-3  Its another email sent to one of Swamiji's very long time follower, and her name is Ms.Sukhninder K Dhillon.Her entire files,Vedic Astrological details,her family members informat--ions ,financial details : of  the dealings between Swamiji and Ms.Dhillon,since the year 2012 were in the same  APPLE       Computer. Swamiji had copies of her Performed atharva vedic Rituals        of Ms.Dhillon's daughter Ms.simran Kaur and etc in separate foldere in the same office room.Those informations were casually given to the RICO ENTERPRISE  without the permission of any sort by its owner,that was Swamiji.

The EXHIBIT: TS-4 .Its another follower who was Swamiji's follo--wer since the year 2003 onwards.She speaks the same dialect of Swamiji, ..She was contacted after the misappropriation of Swamiji's trade Secrets,on or about May,06.2013.In that particular email,the RICO enterprise,has particulary stated as "I WAS GIVEN YOUR CONTACT INFORM--ATION BY VALMIKI RAGHUNATHAN.Mr.Valmiki Raghunathan,is a co-conspirator who has misappropriated Swamiji's Trade secrets with the help of KAVITA, The "connecting point" between KAVITA : and Mr.Valmiki Raghunathan,was the co-cospirator, who was    RAVICHANDRAN,who is a smuggler and in the business of illicit drugs, and smuggling antiques etc.The mis appr--opriated Trade Secrets from office room  of Swamiji,was shared betweeen ;      & with  Mr RAVICHANDRAN,and latter the same was shared with Mr.Valmiki Raghunathan,who is the  long time'friend' and business partner of Mr.RAVICHANDRAN.Latter, it was passed on and shared with the RICO

ENTERPRISE REYNOLDS.She although a federal agent,instead of reporting the theft and misappropriation of Trade secrets by the criminals,being a federal officer who had the knowledge of the criminal acts to a federal Judge pursuant to 18 U.S.C.4,she in fact became the center part of the grand misappropriation of Swamiji's Trade Secrets.

The EXHIBIT:  TS-5. This exhibit would be more explosive than, the other ones,the court can see now.  .This was an email sent by the co-conspirator .RAVICHANDRAN, with tons of misaapropriated docum--ents to the RICO ENTERPRISE REYNOLDS.it was sent by an email by Mr.RAVICHANDRAN,on or about January.09,2013 at 09.29 PM.

When the court looks at one of the exhibits in that egregious email stated as"SIDDHITIMESINDIA GMAIL.COM.This particular email belonging to Swamiji's business,and Swamiji stored in several folders with the several informations about his 17 million plus customers who have subscribed for the magazine subscriptions with their names,phone numbers, mailing addresses,financial details/informations/credit card & Debit card financial details etc.Further, the same email address also had Swamiji's children videos copies,several hundreds and thousands of pictures of Swamiji's followers/customers given to Swamiji to be used for the ordered and contracted  rituals.Further the court can disntinctively see that,tons of"Financial Data" belonging to Swamiji were also misappropriated by RAVICHANDRAN, of course with the help of his e of his family members the defendants ANURADHA REDDY(ANU) and UMAPATHY P.REDDY(UMA),collectively and  disclosed without the owner's direct or implied permission, of course,the Plaintiff.

The EXHIBIT:  TS-6 Its another email message sent by Mr.RAVICHANDRAN to the RICO ENTERPRISE REYNOLDS.This email message with several mis appropriated FINANCIAL RECORDS" belonging to Swamiji was illegally e mailed to the RICO ENTERPRISE.Those  financial records  were kept by

4.

Swamiji in "JPG" format in his " HP " Computer which was lying in the office room in defendants UMA"&ANU home.The court can very easily see the attachments,which has'specifically' stated as "

> Income Tax Annamalai 2006-07 JPG
>
> Income Tax Annamalai 2006-07 1.JPG
>
> Income Tax Annamalai 2007-08 JPG
>
> Income Tax Annamali  2007-08 1.JPG

Those were the Income Tax records belonging to Swamiji,who is also known as Annamalai,and they were the Financial records,plans,Tax returns,douments belonging to Swamiji's business and personal financial details.They were casually misappropriated with the help of defendants ANURADHA REDDY(ANU) and UMAPATHY P.REDDY(UMA).

EXHIBIT:  TS-7  Its another mind blowing theft and  misappr-
-opriation evidence to support this immediate injunction.The court can easily see that,it  was another email sent by the same co conspirator Mr.RAVICHANDRAN,to the RICO ENTERPRISE REYNOLDS. It  was sent to the Enterprise on December,8,2009 at 11.03 AM.
This court can easily see that,the email had  several misappropriated properties belonging to Swamiji.In. this corrupt email,it showed that there were 'three main parts' of the financial planning,financial data were sent by an email 'after' the same was misappropriated.

1. The attachment staed as"ac.statement.jpg" ,was concerning financial  datas of & belonging exclusively to Swamiji and his busine-
sses which are not commonly known to any one at all.

2. The attachment  which stated as

"iobletterganapathybigbazaarstreet.zip" was an another financial data which are very secret and personal information and belonging to Swamiji exclusively which are not generally known and not readily ascertainable by proper means by other persons who can

obtain economic value from its disclosure or use.This email attac-
-hment sent as a"ZIP FOLDER".The "ZIP FOLDER" files normally used
when someone is sending a large volume of documents,who make it as
a seprate folder and with a secret Password  .,so that,except the
receipiant,who has the password to open only can open those kinds
of "ZIP FOLDER" files.Many  times the terroristic organization and
smugglers commonly  use those kinds of tacticks to their illegal
businesses.This particular "ZIP FOLDER" made in such a way,that its
hard for some one except the co-conspirators to understand what it
really was.The Co conspirator Mr.RAVICHANDRAN has mingled two financial
data large folders as one.In fact the folders,Swamiji named were:
"IOB GANAPATHY" and BIG BAZR STREET".When the thief and co-conspirator
caused to email the Financial data he,just simply "mixed' two different
financial data folders as one,so that it would be hard for any starnger
to understand what it really was!!

     EXHIBIT:  TS-8  Its a letter from one of Swamiji's strongest
supporter and follower, who is an Indian American female,who is the
citizen and resident of the State of Maryland since the year 2004
onwards.This strongest follower,was contacted by the RICO enterprise
and by its members,co conspirators and literally'scared' the follwer
like anything to 'coopearte' with the RICO gang to harm Swamiji.However
the 'truthful' follower, in fact contcated Swamij,and she also wrote
a letter directly to Swamiji,to explain the evil and illegal acts
of the RICO Enterprise and by its members.Of course,the letter from
the follower will speaks for it.After the continous tortures by the
co conspirators of KAVITA .,This devotted follower: Ms. Mala Puri,stopped
the business dealings with,this greatest and rich follower,who had very
wealthy family and friends circle in USA & India,and al the prospective
economic advantage and supports were injured and ruined.

I, Swamiji Sri Selvam Siddhar, a/k/a Annamalai Annamalai, a/k/a Dr.Commander Selvam, declare under penalty of Perjury that,the foregoing facts and attached 'direct Evidences' concerning the misappropriation and usage of my Trade secrets are true to the best of my knowledge and beliefs.

This above declaration is given under Penalty of Perjury pursuant to 28 U.S.C.§ 1746.

_Swamiji Sri Selvam Siddhar_
Hindu High Priest & VICTIM

Date :02-24-2016

## CERTIFICATION

Swamiji Sri Selvam Siddhar is giving this Certification Pursuant to Fed.R.Civi.P.65(b)(1)(B).
The RICO Enterprise involved,and who is protecting the corrupt defendants as  poisonus tree.The Enterprise will do anything to hault the injunctive relief.Further,any advance notice to the defendants in any means will injure the Victim Swamiji Sri Selvam Siddhar more.Also the defendants and the RICO enterprise will dissipiate and conceal,hide,transfer,sell,give away the Trade secrets of Swamiji Sri selvam Siddhar,if in any case,these defendants gets an advance notice about the injunction. Further, if an advance notice given, for sure the defendants will simply delete all the electronic mail correspondances of and or about the plaintiff,which will harm and injure Swamiji and will lead to several further litigations about the same.
The defendants and the RICO enterprise has nothing to loose because of the preliminary injunction,and of course,the 'order' expires after 14 days,and the defendants can always contest 'if they are right'....of course absolutely not, and the explosive  and direct evidences and the set of facts; all are in favor of the Plaintiff- Victim Swamiji Sri selvam Siddhar.

Respectfully Submitted on this day of 29 ,February,2016.

Hi, my name is Angela Harris and I'm an investigative analyst for the IRS-Criminal Investigation.  I received your name and phone number relating to our investigation of Annamalai Annamalai or Dr. Commander Selvam.  I understand that you may have been a victim of Annamalai.  Tell me what happened.

(believe me – they will start talking)

The following items are what you need to pull out of their story:

Name – Vasu Krishnamohan (daughter of Sujatha and Krishnamohan Seshadri)
Address – 59 Royal Drive #214 Piscataway, NJ 08854
Contact phone number – 309-310-3484
Email address –

Date of first contact – Early 2012 (between April and June)
Who did you speak with – Found his number online or from his magazine
By phone or email – called Hindu Temple in Atlanta and they set up an appointment with him which she was charged $250 that she did know about
What service did you request – Astrological consultation. He called back about 2 days later to say he can help her with her problems
What price were you quoted - $750 was understood and afterwards she said she couldn't afford it and he decided he could set her up on payment plan
What was your method of payment (credit card – name on account) – Bank debit card

Date of charge(s) – between April and June 2012
Amount of charge(s) – at least $1,000
If overcharged – how did you complain/what did you do when you received the overcharge?  Didn't try to get the money back, she just wanted them to stop. They ignored her calls to stop so she shut down her card and got a new one. She started receiving phone calls from a so called attorney saying that they had been performing services and she owes him $7,000. She ignored it and the notices started saying they got an attorney and was taking her to court and now she owes him $20,000. She continued to ignore and she eventually moved and she has never heard from them again.  She says probably because they weren't able to find her anymore.

She never got the money back but she was okay as long as they got no more

– A FOLLOWER/CUSTOMER OF Annamalai Annamalai WAS REACHED OUT THROUGH THE STOLEN DATA BASE OF FOLLOWERS/CUSTOMERS "TRADE SECRETS"

EXHIBIT- TS–1

| | |
|---|---|
| **From:** | Gouri J. Thakur |
| **To:** | Reynolds Jacqueline H |
| **Subject:** | Re: Assistance |
| **Date:** | Sunday, January 12, 2014 12:56:31 PM |
| **Attachments:** | Another Advert in Karma Magazine by Mr. Anamalai.pdf |
| | Affidavit to Case Investigator J. Duvall revised.doc |
| | email from Michele Colliver of Ohio District Attorney"s Office.doc |
| | EXHIBIT C.docx |
| | reply to plaintiff"s opposition.docx |
| | letter brief reply.docx |

Ms. Reynolds,

Attached are more documents.

Gouri

On Sun, Jan 12, 2014 at 12:49 PM, Gouri J. Thakur <gouri.j.thakur@gmail.com>
wrote:
> Dear Ms. Reynolds:
>
> My parents and I are happy to know something is finally being done to prosecute
> Mr. Annamalai. Attached is some information that my parents and I have provided
> to Amex and the Greene County Court of Common Pleas in Ohio. I hope this will
> help in developing your case against him.
>
> Kind regards,
> Gouri
>
>
> On Fri, Jan 10, 2014 at 5:01 PM, Shubhangi Thakur <sthakurmd@gmail.com>
> wrote:
>
>
> ---------- Forwarded message ----------
> From: **Reynolds Jacqueline H** <Jacqueline.Reynolds@ci.irs.gov>
> Date: Fri, Jan 10, 2014 at 4:58 PM
> Subject: Assistance
> To: "sthakurmd@gmail.com" <sthakurmd@gmail.com>
>
>
> Your contact information was provided by Gopakumar Venugopalan.
>
> Call me at your convenience.
> Jackie Reynolds
> 678-371-6811

TS-2

**From:** Malkiat Dhillon
**To:** Reynolds Jacqueline H
**Cc:** dhillonsk@sbcglobal.net
**Subject:** FW: information
**Date:** Friday, May 23, 2014 5:06:04 PM
**Attachments:** Document.pdf

Good Afternoon ,
Per our phone conversation, attached find the records.
Thanks
Dhillon

**From:** Suki Dhillon [mailto:dhillonsk@sbcglobal.net]
**Sent:** Thursday, May 22, 2014 4:59 PM
**To:** Malkiat Dhillon
**Subject:** Fwd: Contact

Sent from my iPhone

Begin forwarded message:

> **From:** Reynolds Jacqueline H <Jacqueline.Reynolds@ci.irs.gov>
> **Date:** May 21, 2014 at 3:47:12 AM PDT
> **To:** "'dhillonsk@sbcglobal.net'" <dhillonsk@sbcglobal.net>
> **Subject: Contact**
>
> Good morning Ms. Dhillon,
> It was very nice speaking with you yesterday. Please use this email address to
> forward and/all documents you have. Feel free to call me if you have any
> questions.
>
> Thank you,
> Jackie Reynolds
> 678-371-6811

EXHIBIT- TS-3

sss494

*ANOTHER FOLLOWER CONTACTED & RECRUITED BY "JACKULINE REYNOLDS" FROM THE STOLEN TRADE SECRETS - CLERGY COMMUNICANT DATA BASE.*

**From:** Uma Sundaram
**To:** Reynolds Jacqueline H
**Subject:** RE: iPhone pic of checks donated/ counter leaves + attachments from Hayden
**Date:** Monday, May 06, 2013 12:27:19 PM
**Attachments:** Shiva Vishnu Temple - Cease Desist.msg
Re Shiva Vishnu Temple - Cease Desist.msg

Some of the e-mail exchanges where he is demanding payments or indicating he will sue me.
Outlook e-mail message attachments.

thx

**From:** Reynolds Jacqueline H [mailto:Jacqueline.Reynolds@ci.irs.gov]
**Sent:** Monday, May 06, 2013 12:12 PM
**To:** uma@rigconsulting.com
**Subject:** RE: iPhone pic of checks donated/ counter leaves + attachments from Hayden

Thank you.

> **From:** Uma Sundaram [mailto:uma@rigconsulting.com]
> **Sent:** Monday, May 06, 2013 12:09 PM
> **To:** Reynolds Jacqueline H
> **Subject:** RE: iPhone pic of checks donated/ counter leaves + attachments from Hayden
>
> Please see attached, thx
>
>
> Uma Sundaram | Cell: 404-429-4059
> Skype: rigconsulting | Twitter: @_RigConsulting_
> http://www.rigconsulting.com | http://www.linkedin.com/in/rigconsulting

**From:** Reynolds Jacqueline H [mailto:Jacqueline.Reynolds@ci.irs.gov]
**Sent:** Monday, May 06, 2013 10:49 AM
**To:** uma@rigconsulting.com
**Subject:**

Good morning,

I was given your contact information by Valmiki Raghunathan.  Please contact me on the
number below at your convenience.

Thank you,

*Jackie Reynolds*
**Special Agent**
Atlanta Field Office
404-338-9414 - desk

EXHIBIT  TS-4

| | |
|---|---|
| **From:** | ravi chandran |
| **To:** | Reynolds Jacqueline H |
| **Subject:** | LVS DOC. FORM SIDDHITIMESINDIA@GMAIL.COM |
| **Date:** | Wednesday, January 09, 2013 9:29:07 PM |
| **Attachments:** | 1.jpg |
| | 2.jpg |
| | 3.jpg |
| | 4.jpg |
| | 5.jpg |
| | 6.jpg |
| | boa_good_1.pdf |
| | boa_good_2.pdf |
| | boa_good_3.pdf |
| | boa_good_4_check.pdf |
| | boa_good_5_check.pdf |
| | boa_good_6_check.pdf |
| | certificate.jpg |
| | SHARMA_3.wps |
| | sharma_4.wps |
| | sharma_5.wps |
| | sharma_6.wps |
| | sharma_cover_letter_aug_2007.wps |
| | sharma_letter_1.wps |
| | sharma_letter_2.wps |
| | SHARMA6.wps |

Dear Ms. Reynolds
Please find attached copies of the Income Tax returns filed by LV Sharma along with the
payment slips. showing that he is an employee of Hindu Temple of Georgia.
Also please find Bank of America Statements showing receipt of money from Hindu Temple
of Georgia and subsequent transfer to Annamalai's Savings Bank Account in India. If you can
show that this money was obtained by a criminal act (Credit Card fraud is a criminal act)
then he can be prosecuted under the Prevention of Money laundering Act in India.
Regards.

EXHIBIT-TS-5

| From: | ravi chandran |
|---|---|
| To: | Reynolds Jacqueline H |
| Subject: | Income Tax Annamalai 2006 to2007 |
| Date: | Tuesday, January 08, 2013 10:36:30 PM |
| Attachments: | Income Tax Annamalai 2006-07.JPG |
| | Income Tax Annamalai 2006-07_1.JPG |
| | Income Tax Annamalai 2007-08.JPG |
| | Income Tax Annamalai 2007-08_1.JPG |

Dear Ms. Reynolds

Please find attached the Income tax Returns filed by Annamalai in India. this for your information. LV Sharma says that two appointment letters were given to him in 2006 and 2007 and the same was filed with the Consulate in Chennai. Maybe they will have them in his Visa application file.

Ravichandran

EXHIBIT- TS-6

sss497

| | |
|---|---|
| **From:** | ravi chandran |
| **To:** | Reynolds Jacqueline H |
| **Cc:** | Valmiki Raghunathan |
| **Date:** | Tuesday, December 08, 2009 11:03:38 AM |
| **Attachments:** | ac statement.jpg |
| | jobletterganapathybigbazaarstreet.zip |
| | may_2008_boa.pdf |

Hi

Please find enclosed some more details of the transaction of Annamalai. Annamalai has claimed that he has donated US$ Five Million to Hindu Temple of Georgia in one of the Siddhi Times paper. The amount was reflected in an account statement given by Valmiki. The source of that fund is to be determined. apart from this he has purchased property in Coimbatore offically valued at Rs50 Lakhs. Doc No 2115/2004 registered on 24.05.2004. The money has presumably come from hindu Temple of High Desert city. This has to be confirmed.

Regards

Ravi

The INTERNET now has a personality. YOURS! See your Yahoo! Homepage. http://in.yahoo.com/

EXHIBIT-TS-7

sss498

Mala Puri

1429 Silo Way

Silver Spring, MD 20905

Dear Sir:

This email is in reference to notice you sent regarding the overdue payment fro m April2008. Last April ,
when swami ji visited Maryland Hindu temple, made appointment with Pundit Sharma, to meet with
swami ji at the Marriott hotel in Virginia. Swami ji read the horoscope of mine children and charged
$250 for that. After that he advised that he suggested special Puja . He mentioned that charges are
$1500 in 4 installments. I mentioned to him that I am single parent , will be unable to pay this amount.
He gave discount in front of Pundit Sharma and reduced to $1100 in 4 payments.  Sanjay/accountant
charged mine credit card for $2400 in one installment. After that , I tried to get in touch with swami ji or
pundit Sharma. Some one started leaving messages on mine cell phone , regarding Pundit Sharma is in
jail for fraud charges. There is no Hindu temple . Please give a call to some investigator to get your
refund. Not sure, how investigators got mine cell phone number and was scaring away devotees. This is
very scary for any normal person, that Pundit was in jail for some fraud charges and there is no Georgia
Hindu temple.

I would  not mind sending the remaining $2400, if you provide the legit taxid for your organization. I
would appreciate that. I would like to visit the Georgia temple, because I don't believe such fraud was
committed by your organization. We truly need swami ji's blessing.

Thank You

Sincerely
Mala Puri

EXHBIT-TS-8

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablial@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Tue, Jan 22, 2013 11:33 am
**Attachments:** CIMG4864.JPG (389K), CIMG4859.JPG (389K), CIMG4860.JPG (387K), CIMG4861.JPG (387K), CIMG4862.JPG (407K), CIMG4863.JPG (387K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential  work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Jan 22, 2013 12:41 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set  3

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 4
**Date:** Tue, Jan 22, 2013 11:33 am
**Attachments:** CIMG4870.JPG (407K), CIMG4865.JPG (389K), CIMG4866.JPG (368K), CIMG4867.JPG (412K),
CIMG4868.JPG (404K), CIMG4869.JPG (394K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100%  No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential  work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Jan 22, 2013 12:45 am
Subject: Eric jacobson homam photos set 4

Eric jacobson homam photos set  4

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Tue, Jan 22, 2013 11:34 am
**Attachments:** CIMG4871.JPG (406K), CIMG4872.JPG (395K), CIMG4873.JPG (372K), CIMG4874.JPG (370K), CIMG4875.JPG (396K), CIMG4876.JPG (390K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Jan 22, 2013 12:47 am
Subject: Eric jacobson homam photos set 5

Eric jacobson homam photos set 5

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablial <chablial@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Tue, Jan 22, 2013 11:34 am
**Attachments:** CIMG4882.JPG (388K), CIMG4877.JPG (390K), CIMG4878.JPG (391K), CIMG4879.JPG (391K),
CIMG4880.JPG (390K), CIMG4881.JPG (372K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Jan 22, 2013 12:50 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set 6

| 6 Attached Images |
|---|



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1 01/27/2013
**Date:** Sun, Jan 27, 2013 9:38 am
**Attachments:** CIMG4928.JPG (384K), CIMG4923.JPG (242K), CIMG4924.JPG (358K), CIMG4925.JPG (324K),
CIMG4926.JPG (345K), CIMG4927.JPG (358K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3 01-27-2013
**Date:** Sun, Jan 27, 2013 9:39 am
**Attachments:** CIMG4940.JPG (364K), CIMG4935.JPG (398K), CIMG4936.JPG (391K), CIMG4937.JPG (353K), CIMG4938.JPG (361K), CIMG4939.JPG (362K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3 01-27-2013
**Date:** Sun, Jan 27, 2013 9:39 am
**Attachments:** CIMG4940.JPG (364K), CIMG4935.JPG (398K), CIMG4936.JPG (391K), CiMG4937.JPG (353K), CIMG4938.JPG (361K), CIMG4939.JPG (362K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablilal <chablilal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 4 01-27-2013
**Date:** Sun, Jan 27, 2013 9:39 am
**Attachments:** CIMG4948.JPG (321K), CIMG4941.JPG (360K), CIMG4942.JPG (361K), CIMG4943.JPG (337K), CIMG4944.JPG (334K), CIMG4945.JPG (339K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5 01-27-2013
**Date:** Sun, Jan 27, 2013 9:39 am
**Attachments:** CIMG4955.JPG (269K), CIMG4949.JPG (310K), CIMG4950.JPG (336K), CIMG4951.JPG (330K), CIMG4952.JPG (351K), CIMG4953.JPG (265K), CIMG4954.JPG (303K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential  work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
**From:** MADHU MANIKANDAN <templeindianpriest@gmail.com>
**To:** avtemple <avtemple@aol.com>
**Sent:** Fri, Jan 25, 2013 8:15 am
**Subject:** Eric jacobson homam photos set 5

Eric jacobson homam photos set  5

7 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>

**To:** chabilal <chabilal@yahoo.com>

**Subject:** Fwd: Eric jacobson homam photos set 7

**Date:** Fri, Jan 18, 2013 10:19 pm

**Attachments:** CIMG4815.JPG (402K), CIMG4816.JPG (408K), CIMG4817.JPG (418K), CIMG4818.JPG (441K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:28 am
Subject: Eric jacobson homam photos set 7

Eric jacobson homam photos set  7

4 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Fri, Jan 18, 2013 10:19 pm
**Attachments:** CIMG4814.JPG (411K), CIMG4809.JPG (365K), CIMG4810.JPG (407K), CIMG4811.JPG (409K),
CIMG4812.JPG (394K), CIMG4813.JPG (390K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:26 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set 6

6 Attached Images



11/20/2014                                          Fwd: Eric jacobson homam photos set 1

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Sat, Jan 19, 2013 8:45 pm
**Attachments:** CIMG4824.JPG (405K), CIMG4819.JPG (269K), CIMG4820.JPG (399K), CIMG4821.JPG (397K), CIMG4822.JPG (314K), CIMG4823.JPG (332K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 7:41 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>

**To:** chabllal <chabllal@yahoo.com>

**Subject:** Fwd: Eric jacobson homam photos set 2

**Date:** Sat, Jan 19, 2013 8:46 pm

**Attachments:** CIMG4830.JPG (382K), CIMG4825.JPG (395K), CIMG4826.JPG (351K), CIMG4827.JPG (382K), CIMG4828.JPG (384K), CIMG4829.JPG (390K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 7:49 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set 2

6 Attached Images



11/20/2014                                                        Fwd: Eric jacobson homam photos set 3

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Sat, Jan 19, 2013 8:46 pm
**Attachments:** CIMG4836.JPG (381K), CIMG4831.JPG (397K), CIMG4832.JPG (409K), CIMG4833.JPG (406K),
CIMG4834.JPG (406K), CIMG4835.JPG (417K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 7:51 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set 3

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 4
**Date:** Sat, Jan 19, 2013 8:46 pm
**Attachments:** CIMG4842.JPG (356K), CIMG4837.JPG (414K), CIMG4838.JPG (401K), CIMG4839.JPG (409K), CIMG4840.JPG (407K), CIMG4841.JPG (393K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 8:02 am
Subject: Eric jacobson homam photos set 4

Eric jacobson homam photos set 4

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Sat, Jan 19, 2013 8:46 pm
**Attachments:** CIMG4846.JPG (401K), CIMG4842.JPG (356K), CIMG4843.JPG (397K), CIMG4844.JPG (410K), CIMG4845.JPG (407K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Sat, Jan 19, 2013 8:05 am
Subject: Eric jacobson homam photos set 5

Eric jacobson homam photos set 5

5 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1 01/27/2013
**Date:** Sun, Jan 27, 2013 8:38 am
**Attachments:** CIMG4928.JPG (384K), CIMG4923.JPG (242K), CIMG4924.JPG (358K), CIMG4925.JPG (324K), CIMG4926.JPG (345K), CIMG4927.JPG (358K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3 01-27-2013
**Date:** Sun, Jan 27, 2013 8:39 am
**Attachments:** CIMG4940.JPG (364K), CIMG4935.JPG (398K), CIMG4936.JPG (391K), CIMG4937.JPG (353K), CIMG4938.JPG (361K), CIMG4939.JPG (362K)

---

6 Attached Images





Fwd: Eric jacobson homam photos set 4 01-27-2013

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 4 01-27-2013
**Date:** Sun, Jan 27, 2013 8:39 am
**Attachments:** CIMG4948.JPG (321K), CIMG4941.JPG (360K), CIMG4942.JPG (361K), CIMG4943.JPG (337K), CIMG4944.JPG (334K), CIMG4945.JPG (339K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5 01-27-2013
**Date:** Sun, Jan 27, 2013 8:39 am
**Attachments:** CIMG4955.JPG (269K), CIMG4949.JPG (310K), CIMG4950.JPG (336K), CIMG4951.JPG (330K), CIMG4952.JPG (351K), CIMG4953.JPG (265K), CIMG4954.JPG (303K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Fri, Jan 25, 2013 8:15 am
Subject: Eric jacobson homam photos set 5

Eric jacobson homam photos set   5

7 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Thu, Dec 20, 2012 11:12 am
**Attachments:** CIMG3932.JPG (357K), CIMG3927.JPG (243K), CIMG3928.JPG (370K), CIMG3929.JPG (386K), CIMG3930.JPG (435K), CIMG3931.JPG (415K)

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:48 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Thu, Dec 20, 2012 11:12 am
**Attachments:** CIMG3939.JPG (410K), CIMG3933.JPG (367K), CIMG3934.JPG (364K), CIMG3936.JPG (407K), CIMG3937.JPG (413K), CIMG3938.JPG (412K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

—————Original Message—————
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:51 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set  2

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Thu, Dec 20, 2012 11:13 am
**Attachments:** CIMG3945.JPG (396K), CIMG3940.JPG (407K), CIMG3941.JPG (394K), CIMG3942.JPG (401K), CIMG3943.JPG (409K), CIMG3944.JPG (411K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential  work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 1:58 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set  3

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>

**To:** chabllal <chabllal@yahoo.com>

**Subject:** Fwd: Eric jacobson homam photos set 4

**Date:** Thu, Dec 20, 2012 11:13 am

**Attachments:** CIMG3951.JPG (386K), CIMG3946.JPG (393K), CIMG3947.JPG (406K), CIMG3948.JPG (402K), CIMG3949.JPG (398K), CIMG3950.JPG (392K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 2:01 am
Subject: Eric jacobson homam photos set 4

Eric jacobson homam photos set 4

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Thu, Dec 20, 2012 11:13 am
**Attachments:** CIMG3952.JPG (372K), CIMG3953.JPG (404K), CIMG3954.JPG (409K), CIMG3955.JPG (411K),
CIMG3956.JPG (412K), CIMG3957.JPG (404K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 2:07 am
Subject: Eric jacobson homam photos set 5

Eric jacobson homam photos set  5

| 6 Attached Images |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Thu, Dec 20, 2012 11:14 am
**Attachments:** CIMG3961.JPG (408K), CIMG3958.JPG (408K), CIMG3959.JPG (410K), CIMG3960.JPG (410K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 2:10 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set 6

4 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabIlal <chabIlal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Thu, Dec 20, 2012 11:14 am
**Attachments:** CIMG3961.JPG (408K), CIMG3958.JPG (408K), CIMG3959.JPG (410K), CIMG3960.JPG (410K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Thu, Dec 20, 2012 2:10 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set 6

4 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Mon, Dec 24, 2012 10:43 am
**Attachments:** CIMG4039.JPG (397K), CIMG4034.JPG (408K), CIMG4035.JPG (400K), CIMG4036.JPG (401K), CIMG4037.JPG (396K), CIMG4038.JPG (399K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

6 Attached Images





11/20/2014

Fwd: Eric jacobson homam photos set 3

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>

**To:** chabllal <chabllal@yahoo.com>

**Subject:** Fwd: Eric jacobson homam photos set 3

**Date:** Mon, Dec 24, 2012 10:43 am

**Attachments:** CIMG4045.JPG (399K), CIMG4040.JPG (406K), CIMG4041.JPG (393K), CIMG4042.JPG (387K), CIMG4043.JPG (385K), CIMG4044.JPG (391K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

6 Attached Images





11/20/2014

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>

**To:** chabllal <chabllal@yahoo.com>

**Subject:** Fwd: Eric jacobson homam photos set 4

**Date:** Mon, Dec 24, 2012 10:43 am

**Attachments:** CIMG4051.JPG (392K), CIMG4046.JPG (400K), CIMG4047.JPG (392K), CIMG4048.JPG (401K), CIMG4049.JPG (330K), CIMG4050.JPG (396K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

6 Attached Images



