11/20/2014

Fwd: Eric jacobson homam photos set 5

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Mon, Dec 24, 2012 10:44 am
**Attachments:** CIMG4052.JPG (400K), CIMG4053.JPG (393K), CIMG4054.JPG (393K), CIMG4055.JPG (391K),
CIMG4056.JPG (391K), CIMG4057.JPG (392K)

6 Attached Images





11/20/2014

Fwd: Eric jacobson homam photos set 1

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Tue, Dec 25, 2012 8:07 am
**Attachments:** CIMG4103.JPG (393K), CIMG4098.JPG (193K), CIMG4099.JPG (406K), CIMG4100.JPG (280K),
CIMG4101.JPG (441K), CIMG4102.JPG (422K)

Eric jacobson homam photos set 1

| 6 Attached Images |
| --- |





11/20/2014

From: Siddhar Peedam Group of Temples <avtemple@aol.com>
To: chabllal <chabllal@yahoo.com>
Subject: Fwd: Eric jacobson homam photos set 2
Date: Tue, Dec 25, 2012 8:07 am
Attachments: CIMG4109.JPG (384K), CIMG4104.JPG (386K), CIMG4105.JPG (387K), CIMG4106.JPG (385K), CIMG4107.JPG (388K), CIMG4108.JPG (385K)

Eric jacobson homam photos set 2

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Tue, Dec 25, 2012 8:08 am
**Attachments:** CIMG4115.JPG (394K), CIMG4110.JPG (383K), CIMG4111.JPG (386K), CIMG4112.JPG (396K), CIMG4113.JPG (398K), CIMG4114.JPG (401K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Tue, Dec 25, 2012 8:09 am
**Attachments:** CIMG4134.JPG (418K), CIMG4128.JPG (424K), CIMG4129.JPG (412K), CIMG4130.JPG (395K), CIMG4131.JPG (407K), CIMG4132.JPG (378K), CIMG4133.JPG (391K)

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Tue, Dec 25, 2012 2:16 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set   6

| 7 Attached Images |
| --- |





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Fri, Jan 4, 2013 7:33 am
**Attachments:** CIMG4201.JPG (349K), CIMG4196.JPG (233K), CIMG4197.JPG (349K), CIMG4198.JPG (349K),
CIMG4199.JPG (373K), CIMG4200.JPG (348K)

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Dec 26, 2012 9:55 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set  1

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Fri, Jan 4, 2013 7:34 am
**Attachments:** CIMG4207.JPG (317K), CIMG4202.JPG (343K), CIMG4203.JPG (345K), CIMG4204.JPG (345K),
CIMG4205.JPG (280K), CIMG4206.JPG (274K)

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Dec 26, 2012 9:57 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set  2

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Fri, Jan 4, 2013 7:34 am
**Attachments:** CIMG4213.JPG (325K), CIMG4208.JPG (326K), CIMG4209.JPG (314K), CIMG4210.JPG (317K),
CIMG4211.JPG (293K), CIMG4212.JPG (292K)

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Dec 26, 2012 10:01 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set  3

| 6 Attached Images |
| --- |





11/20/2014
Case 1:16-cv-01984-LAP   Document 3-1   Filed 03/16/16   Page 9 of 45
Fwd: Eric jacobson homam photos set 6

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Fri, Jan 4, 2013 7:36 am
**Attachments:** CIMG4411.JPG (314K), CIMG4405.JPG (349K), CIMG4406.JPG (361K), CIMG4407.JPG (364K),
CIMG4408.JPG (336K), CIMG4410.JPG (325K)

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Fri, Jan 4, 2013 2:48 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set  6

┌──────────────────────────────────────────────┐
│ 6 Attached Images                              │
└──────────────────────────────────────────────┘











**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 7
**Date:** Fri, Jan 4, 2013 7:37 am
**Attachments:** CIMG4414.JPG (314K), CIMG4412.JPG (332K), CIMG4413.JPG (315K)

——Original Message—
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Fri, Jan 4, 2013 2:51 am
Subject: Eric jacobson homam photos set 7

Eric jacobson homam photos set　7

| 3 Attached Images |
| --- |





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Fri, Jan 18, 2013 10:18 pm
**Attachments:** CIMG4783.JPG (369K), CIMG4777.JPG (231K), CIMG4778.JPG (415K), CIMG4779.JPG (381K),
CIMG4781.JPG (390K), CIMG4782.JPG (385K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential  work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:08 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Fri, Jan 18, 2013 10:18 pm
**Attachments:** CIMG4795.JPG (387K), CIMG4790.JPG (396K), CIMG4791.JPG (394K), CIMG4792.JPG (402K), CIMG4793.JPG (392K), CIMG4794.JPG (398K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:19 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set 3

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Fri, Jan 18, 2013 10:19 pm
**Attachments:** CIMG4803.JPG (393K), CIMG4804.JPG (418K), CIMG4805.JPG (349K), CIMG4806.JPG (392K),
CIMG4807.JPG (403K), CIMG4808.JPG (409K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this
message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by
applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or
copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and
immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:24 am
Subject: Eric jacobson homam photos set 5

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 6
**Date:** Fri, Jan 18, 2013 10:19 pm
**Attachments:** CIMG4814.JPG (411K), CIMG4809.JPG (365K), CIMG4810.JPG (407K), CIMG4811.JPG (409K), CIMG4812.JPG (394K), CIMG4813.JPG (390K)

---

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:26 am
Subject: Eric jacobson homam photos set 6

Eric jacobson homam photos set 6

6 Attached Images



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 7
**Date:** Fri, Jan 4, 2013 7:37 am
**Attachments:** CIMG4414.JPG (314K), CIMG4412.JPG (332K), CIMG4413.JPG (315K)

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Fri, Jan 4, 2013 2:51 am
Subject: Eric jacobson homam photos set 7

Eric jacobson homam photos set   7

| 3 Attached Images |
| --- |





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 4
**Date:** Tue, Dec 25, 2012 8:08 am
**Attachments:** CIMG4121.JPG (401K), CIMG4116.JPG (402K), CIMG4117.JPG (395K), CIMG4118.JPG (398K),
CIMG4119.JPG (383K), CIMG4120.JPG (402K)

6 Attached Images





**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 1
**Date:** Fri, Jan 18, 2013 10:18 pm
**Attachments:** CIMG4783.JPG (369K), CIMG4777.JPG (231K), CIMG4778.JPG (415K), CIMG4779.JPG (381K),
CIMG4781.JPG (390K), CIMG4782.JPG (385K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:08 am
Subject: Eric jacobson homam photos set 1

swamiji

Eric jacobson homam photos set 1

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 2
**Date:** Fri, Jan 18, 2013 10:18 pm
**Attachments:** CIMG4789.JPG (392K), CIMG4784.JPG (401K), CIMG4785.JPG (406K), CIMG4786.JPG (397K),
CIMG4787.JPG (376K), CIMG4788.JPG (396K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this
message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by
applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or
copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and
immediately delete this message and any attachments. Thank you.


-----Original Message-----
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:17 am
Subject: Eric jacobson homam photos set 2

Eric jacobson homam photos set 2

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabllal <chabllal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 3
**Date:** Fri, Jan 18, 2013 10:18 pm
**Attachments:** CIMG4795.JPG (387K), CIMG4790.JPG (396K), CIMG4791.JPG (394K), CIMG4792.JPG (402K), CIMG4793.JPG (392K), CIMG4794.JPG (398K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:19 am
Subject: Eric jacobson homam photos set 3

Eric jacobson homam photos set 3

| 6 Attached Images |
| --- |



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablal <chablal@yahoo.com>
**Subject:** Fwd: Eric jacobson homam photos set 5
**Date:** Fri, Jan 18, 2013 10:19 pm
**Attachments:** CIMG4803.JPG (393K), CIMG4804.JPG (418K), CIMG4805.JPG (349K), CIMG4806.JPG (392K),
CIMG4807.JPG (403K), CIMG4808.JPG (409K)

Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled. Also we have "strict" 100% No Returns & Cancellation Policy. Please note that this message and/or any attachments may contain confidential work product and/or may otherwise be privileged or confidential and/or protected from disclosure by applicable law. If you are not the intended recipient, you are hereby notified that you have received this message in error. Any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888 808 1428, and immediately delete this message and any attachments. Thank you.

——Original Message——
From: MADHU MANIKANDAN <templeindianpriest@gmail.com>
To: avtemple <avtemple@aol.com>
Sent: Wed, Jan 16, 2013 8:24 am
Subject: Eric jacobson homam photos set 5

6 Attached Images











Bank of America Advantage

916

55-33/212 NJ
83313

MANOJ KUMAR BEHERA
505 GREEN HOLLOW DR
ISELIN NJ 08830-2926

1/14/2013   Date

$ 5001.00

Pay
to the order of   Shiva Vishnu Temple

Five thousand and One _____ Dollars

Bank of America

ACH R/T 021200339

Memo _____

⑆021200339⑈ 009403898063⑉0916

---

Bank of America Advantage

917

55-33/212 NJ
83313

MANOJ KUMAR BEHERA
505 GREEN HOLLOW DR
ISELIN NJ 08830-2926

1/14/2013   Date

$1503.00

Pay
to the order of   Ashok Spiritual Healing Center Inc.

Fifteen hundred Three _____ Dollars

Bank of America

ACH R/T 021200339

Memo Pundit Dakshina

⑆021200339⑈ 009403898063⑉0917

---

CASHIER'S CHECK

7001617200

DATE 01/14/2013

Capital One Bank

ISSUING REGION   NEW YORK      BRANCH Plainview Manetto H   COST CENTER  46381

Six Thousand & 00/100

$  6,000.00

PAY TO THE
ORDER OF   SWAMIJI SRI SELVAN SIDDHAR

Drawer: Capital One, N.A.

VOID

AUTHORIZED SIGNATURE

RE: _____        Read the reverse side for important information on the reissuance of lost, destroyed, or stolen cashier's check.

⑈7001617200⑈ ⑆111104879⑈ 76 20⑊0001 6⑈        Exhibit–6

**Capital One Bank**

**CASHIER'S CHECK**

7001617203

84-487
1111

DATE 01/14/2013

ISSUING REGION  NEW YORK          BRANCH  Plainview Manetto H     COST CENTER  46381

Nine Thousand & 00/100

PAY TO THE
ORDER OF  ASHOK SPIRITUAL HEALING CENTER

$ 9,000.00

Drawer: Capital One, N.A.

AUTHORIZED SIGNATURE

RE: _____                    Read the reverse side for important information on the reissuance of lost, destroyed, or stolen cashier's check.

⑈7001617203⑈ ⑆111104879⑆ 76 20⑈0001 6⑈

---

**Capital One Bank**

**CASHIER'S CHECK**

7001617202

84-487
1111

DATE 01/14/2013

ISSUING REGION  NEW YORK          BRANCH  Plainview Manetto H     COST CENTER  46381

Four Thousand Three Hundred Thirty One & 00/100

PAY TO THE
ORDER OF  ASHOK SPIRITUAL HEALING CENTER

$ 4,331.00

Drawer: Capital One, N.A.

AUTHORIZED SIGNATURE

RE: _____                    Read the reverse side for important information on the reissuance of lost, destroyed, or stolen cashier's check.

⑈7001617202⑈ ⑆111104879⑆ 76 20⑈0001 6⑈

---

**Capital One Bank**

**CASHIER'S CHECK**

7001617201

84-487
1111

DATE 01/14/2013

ISSUING REGION  NEW YORK          BRANCH  Plainview Manetto H     COST CENTER  46381

Ten Thousand & 00/100

PAY TO THE
ORDER OF  ASHOK SPIRITUAL HEALING CENTER

$ 10,000.00

Drawer: Capital One, N.A.

AUTHORIZED SIGNATURE

RE: _____                    Read the reverse side for important information on the reissuance of lost, destroyed, or stolen cashier's check.

⑈7001617201⑈ ⑆111104879⑆ 76 20⑈0001 6⑈

Chase Online                                                  Friday, February 08, 2013

## Check Details for Check Number 918

| Post Date | Amount | Account number | Routing number |
|-----------|--------|----------------|----------------|
| 01/30/2013 | $1,500.00 | 9403898063 | 02120033 |

### Check Images (Front and Back)

Bank of America Advantage

MANOJ KUMAR BEHERA
605 GREEN HOLLOW DR
ISELIN NJ 08830-2926

918

55-33/212 NJ
93313

1/30/13  Date

Pay to the order of _Shiva Vishnu Temple_                    $ *1,500*

_Fifteen hundred and 00/100_ —————————— Dollars

**Bank of America** ◥
ACH T/T 021200339

Memo

⑆021200339⑆ 009403898063⑆ 0918

JPMorgan Chase Bank 013008 745146 955660077952

13771530

Deposit

AP Ashok spiritual center

Pay to the order of Ashok spiritual center

This information is provided for your convenience and does not replace your monthly account statement(s), which are the official records of your accounts and does not replace any other notice we send you.
JPMorgan chase Bank, N.A. Member FDIC

© 2013 JPMorgan Chase & Co.

**CHABLALL RAJKUMAR**
**KAVITA JACOBSON**
11163 113TH ST
SOUTH OZONE PARK, NY 11420

113

Date: _1 - 28 - 13_

Pay to the Order of _Ashok Spiritual Healing Center_ | $ 7,500

_Seven thousand five hundred dollars and zero cents_ Dollars

**Capital One Bank**
Capital One, N.A.

For _Donations_

_Kavita Jackson_

⑆021407912⑈701 32 45163⑉ 0113

ProcDate: 2013/01/29
AccountNum: 7013245163
CheckAmt: 7,500.00
SerialNum: 113
MflmSeqNum: 1700976419

**CHABLALL RAJKUMAR**
**KAVITA JACOBSON**
11153 113TH ST
SOUTH OZONE PARK, NY 11420

112
50-781/214

1-14-13 Date

Pay to the
Order of   Ashok Spiritual Healing Center   $ 7,500

Seven thousand five hundred dollars and zero cents   Dollars

**Capital** *One* **Bank**
Capital One, N.A.

for   Donation                    *Kavita Jacobson*

⑈0211407912⑆701 32 45163⑈ 0112

ProcDate: 2013/01/16
AccountNum: 7013245163
CheckAmt:  7,500.00
SerialNum: 112
MflmSeqNum: 1700718303

Call With Shivani's Mom 0:00-1:00 minute

Sw- Swamiji

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Sw: And you will be getting some pictures of rituals also some time tomorrow.

Shivani's Mom: Okay that's shiva-- and I am her mom. We are so happy with you I just want to call you and see how you doing and ask everything is going.

Sw: **What happening we are completed the second ritual we are the middle of the, we just start the third ritual today morning**. And I request my Pundit just only yesterday only ask them, requesting to send the pictures in e-mail. You will be getting mostly tomorrow.

Shivani's Mom: Okay..

Sw: And, Actually I Am not in Texas, today I am in Florida. I will be flying back to Texas tomorrow night.

Shivani's Mom: Okay..

Sw:And I will be back in temple Wednesday morning. And everything going very fine. And pundit Seshamani and Pundit Kumar ji taking care of it.

Shivani's Mom: Okay.. Okay..

That is going very very fine.  And only thing is if you need to some schedule and if at all Mr. Eric wants to call me, he can call me any time from Wednesday.



7183086190(1) Kavitha Jacobson Transcript

Sw:  Finished, I mean, blessing of the family and children everyone

Kv: Okay okay

Sw: I told them , I go and take rest, Just leaving, I just left a minute back

Kv: Okay, Okay, Wonderful

Sw: I thought of giving you a call and I mean, one way or the other either my Durga ma or Shiv ji will come in the dream and come and bless you today

Kv: I m gonna sleep right near  them tonight

Sw: laughs

Kv: laughs

Kv: I will not have this opportunity again.

Sw: But, I mean that place will be hot floor though, Don't worry, I mean the whole house is blessed.

Kv: No, No that won't bother me, I'm gonna sleep right in front of them tonight

Sw: laughs

Kv: I already cleaned it up and going right there.

Sw: Just put some good    bedspread  so that you don't get a back ache right there sleeping tonight

Kv: laughs… Okay

Sw: your children are exited and one of your daughters was also so happy and she was completely attended and completely co-operate (Intrrupted)

Kv:  Ohhh.. Yes (Excited)

Sw: Her name is..? What's her name I forgot her name?

Kv: Hela

Sw: Hela Hela hela, yes yes

Kv: Yeah

Sw: Hela was so much.. (Interrupted)

Kv: Hela loves pooja

Sw: I think she loves Hindu pooja very much, I think

Kv: Yeah, she is.., she is more into Indian things then haly we went to India

Sw: Ohh ..I see,

Kv: She.., ohh, she can't wait to do everything, we have to stop her (Laughs)

Sw: wow laughs..,

Sw: Great, it's all like, sometimes the genes, I mean the mind set it's all coming from the forefathers.

Sw: So lot of time, their mindset works according to genes that's seen from the forefathers. So it is more of I mean south Indian genes and their religion and other things , its looks like alright , that's the science.

Kv: Yeah..

Sw: Yeah, they will be happy, they will be okay

Kv: Laughs

Sw: Have a wonderful sleep, Enjoy tomorrow and we will see Monday and we knock up, knock out everything.

Kv: ohh.., thank you Swamiji, give everyone a big hug for us.

Sw: Yes,

Kv: thank you.

Sw: Thank you amma, Namah ShivayaNamah Shivaya.

Kv: Namah Shivaya

Kavitha Jacobson (Shivani)

1:40 minutes

Sw-Swamiji
Sh- Shivani (Kavitha)

Sh: Namah Shivaya Swamiji this is Shivani

Sw: Oh..!! Namah Shivaya Shivaniji, Namskar, you are going to live for a thousand years. I just finished your rituals today morning.  Just 3 minutes back , Just 3 minutes back, I finished and put my phone down and immediately you are calling

Sh: Okay, I won't take too long. I called for one simple question I am concerned about dietary need of you and pandits.

Sw: Yes, any food what you eat, any Indian foods are okay,  Hindu food's are okay

Sh: Hindu food..

Sw: Yeah any Hindu food

Sh: So no Vegetarian American food or anything like that.

Sw: No amma… Yeah we can eat occasionally , but we are used to the Hindu food.

Sh:Yes, you prefer.., Ummm.. Okay, So.. Ummm, I will make sure that we have that.., Anything you prefer in Indian food..?

Sw: Anthing Anything Any indian foods are okay, Any south Indian foods are okay.

Sh:Okay… Everything is strict vegetarian correct?

Sw: Yeah, Egg is okay, Well, I take egg and  two of my pandits. But one of my pandit will not take anything.., Egg is oksy..Egg is okay

Sh:Okay Okay. Very good.

Sw: I will call you back in few minutes.

Sh:Okay! Okay Thank you.

Call with Kavitha Jacobson (Shivani) after Amex Chargeback

Sh- Shivani (Kavitha Jacobson)

Sw- Swamiji

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Sh: Namashivaya Swamiji

Sw: Shivani Ji, how are you?

Sh- Good, good.

Sw: My Accountant brought to me this paper work , bunch of paper works. They are getting all the charges from the American express got disputed and my head was spinning I don't what's going on. And American express shut our bank account.

Sh: Okay...

Sw: They shut our privileged charge American express and marked our account as a fraudulent account. So many problems going on and then I called American express  they say you-- you disputed the charges. I really don't know what is going on that is why I called you right away.

Sh: Yeah...no..,um because send you the checks, so.., I am going  to go through the last months  that I paid which was I think the 3000 and just send you the balance in the checks that you said

Sw: ---... I am sorry, hold on, now actually the problem is more than that. Now I got...Let me put in easiest way, everything  you paid to temple everything has been disputed. Now that's what bunch of papers in front of me. And they said one... two... I got more than 9 retrieval request from American Express. Any way you are not I this business, let me make it very simple to you this business. If this many dispute comes, the American express think that we are doing some kind of fraudulent transactions here they will shut us. They already shut us they send a letter to us also. I saw the letter today morning. I called American express. They said only two options your customer should call us and say that they are not disputing the charges, then we will remove you from the black list. Otherwise, they will not allow our temple in anytime to charge American express. I need to live in this country I cannot take that risk.

Sh: No... No... um..I know. They kept calling me that there was a fraudulent activity on the account with every month was charged, remember I told you that.

Sw: Okay, we do like this—Shivani  lets make your time and my time very efficiently. I .., give me the number of American express on the back side of your card. So, we will call them and you can and tell

**EXHIBIT--8**

them everything resolved  they will put it on the notes, then  other side I will call my thing and everything will be resolved within 5 minutes

Sh: Okay,  I am on my way to get Halley from school right now. Ahh, um..let me…

Sw: No problem just give me the phone number.  I will put a conference call, you don't worry. I have facility. I will put the call right away…

Sh: Umm, Right now I am driving right now

Sw: You are driving… Okay… I can get the number hold on.., One sec, that's not a big deal I got American express numbers. Do you know your card is a gold card or ….

Sh: I don't, I don't know what it is..

Sw: That's fine, no problem. Have you seen the pictures…sent some pictures…. day before yesterday, we sent the pictures

Sh: No… I didn't get to check yet.

Sw: Oh you didn't check the e-mails? Ok, that's fine, no problem

Sh: No I didn't check yet..the last was done yesterday right?

Sw: Uh Sunday they did it…today is Tuesday.

Sh: Okay let me get home and then we can do this because I am driving right now.

Sw: Okay so do you want me to call your time 4:30 is okay..because when you call me I don't want to get stuck up with any rituals so I'll make myself free if you could tell me the time, I'll call that time…so we'll resolve this, because I am really shaking by seeing this. Because our account has been as a flagged as a fraudulent account—that's going to hurt our organization extremely.

Sh: Okay. I don't understand how…

Sw: Okay let me—how it works- I mean-what it says, the charges which made on your card is..I am reading what they are telling—our mutual customer telling the charge is unauthorized. The charge has been made without her authorization as..now she is disputing as a fraudulent charge, that's what they sent the letters to me so when something has been flagged as fraudulent, that'll be dangerous subject in this country. I don't want to get into those difficulties.

Sh: Yeah, no no. And you know the amount that has been charged I think..with my monthly bills, there's not even enough on that card. That's another concern. Um..that's what my dad…so my dad is preparing that right now. So I don't know should we call

Sw: Ah—a- Shivani ji, I am not worrying about the money, I am worrying about the name of the temple. So let me make it simple again, the American Express has shut our charging privilege for every American credit cards in the whole U.S.

Sh: Okay

Sw: So having said..I mean won't be able to accept any American Express cards here at all period.

Sh: Okay okay

Sw: And only people with American Express card they pay the highest money to my temple..they only pay $30,000, $50,000, $100,000 to temple. And the Visa Mastercard we get very small amount, they pay $1000, $500, $100, small money, that is not going to help the temple anywhere.

Sh: Oh-kay, alright

Sw: So…I need to clear our name with American Express. This is not a question of money—this 10-15,000 not going to change my life.

Sh: No no no I know. When we call them up, then we have to do the withdrawal because I don't know if my dad got the check ready.

Sw: Don't worry, you know..money is not a barrier. We can always take care of the accounts. Something has been overcharged let me know, I'll love to take care. Your like my own family. I love you so much, I'll do anything for you, don't worry.

Sh: Okay. Okay um let me let me get home. Call me back around 5:00.

Sw: No problem dear. I will call you at 5:00. Go leisurely, take your beautiful children. The only request which I need from you is basically I don't want to spoil the Temple name with American Express.

Sh: No, of course not, of course not!

Sw: Because being a Guru I should not be the reason for something. That's not right because…

Sh- Okay, alright.

Sw: You're a sweet girl, you're going to send the check, money's not a barrier, It is between, except you and me other guys has American Express, so they need to remove the flag out of our account.

Sh- Okay. Okay, I understand.

Sw: Thank you dear, I'll call you at 5:00.

Sh: Alright. Ok.

Sw- Namashivaya.

4/8/2014

Accounting statement from the Temple

**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chablal <chablal@yahoo.com>
**Subject:** Accounting statement from the Temple
**Date:** Wed, Jan 23, 2013 10:07 am
**Attachments:** temple_charges_for_Ms_shevani_as_of_23rd_January_2013.docx (19K)

Om Namamshivaya!!

Respected Shevani Madam

I am sending herewith the accounting statements as per the instruction of our Guru Maharaj Swamiji Sri Selvam Siddhar. Swamiji advised me today that the government is going to release the funds for the legal bills, which is really a blessed news and our Swamiji brought that success through his powers. He has HELPED TONS OF PEOPLE LIKE YOU AND MADE MIRACLES IN so many people's life and Swamiji talked very high about you

You could simply deposit a check for the balance in our Temple account IN ANY CHASE BANK NEAR YOUR PLACE The details are as follows

BANK: CHASE
NAME: ASHOK SPIRITUAL HEALING CENTER
ACCOUNT# 137715530
AMOUNT: **16018.00**

Again always our blessings for you

Krishna  Namboothiri CPA
Vice President (Accounting & Finance)
Siddhar Peedam Group of Temples
7600 Bayway Drive
Baytown : TX- 77520
www.siddharpedam.org

http://webmail1.mail.aol.com/38466-111/aol-6/en-us/mail/PrintMessage.aspx

1/1

EXHIBIT-8A

8 A

## Statement of accounts for   Ms shevani

OM NAMASHIVAYA!!

11 Maha Yagnas-Rituals (conducted two per week to **expedite** the religious blessings
(Last one is to be performed on 26th January 2013)

| | |
|---|---|
| $1501.00 x 11 Mahga Yagnas (Rituals) | 16511.00 |
| For Atharva Vedic Astrological charts Services  for Eric | 1001.00 |
| For Atharva Vedic Astrological Services For Peter Smith | 1001.00 |
| For Atharva Vedic Astrological Services Ms Ramraji | 1001.00 |
| For Atharva Vedic Astrological charts Services for Mr Chablal | 1001.00 |
| For Atharva Vedic Astrological Services for Mr Barry Zone | 1001.00 |
| For Atharva Vedic Astrological Services for  Mitchell | 1001.00 |
| **Total** | **23518.00** |

| | | |
|---|---|---|
| Total   Charged to the card | $15000.00 | |
| Balance to be paid to the Temple | | 8518.00 |
| Amount on hold with American Express | | 7500.00 |
| **Total   to be settled as on 23rd January 2013** | | **16018.00** |

**Om Shanthi!!**

**Prepared BY:-**

**Pundit Krishna**
**Temple accountant**

Hi Swamiji, When was the last charge made?

3:17PM

As of 1-12-13 the card was charged $3000, 1 to much.

3:18PM

The total for the pujas should be $16,511 plus the $1,001 for the readings. We paid paid $4,003 so far and 13,5001 is the balance.

Exhibit 9



+1-718-308-6190

Also please make
sure that to let to
your husband to
come out of it, we
should not loose our
temple good name
and respect to
amex

4:16PM

Of course no Swamiji,
my dad and I just got
off the phone with
American Express.
Everything has been
taken cared of. All
charges will be

Kavitha Agreeing for $1501 1:48-5:04

Sw- Swamiji
K- Kavitha (Shivani) Jacobson


Sw- Okay I got the information for Mr. Peter Smith—his chart is right in front of me..Barry I'm going to pull the file

K: Okay



Sw- I know..Mitchell's file should also be ready here. And I got another file for your mom- Ramji Ji, and for your father- totally 5 files. I should take care of it by tonight itself. And so far $15,000 has been charged, I'll ask her to reconcile that one...and the third one...there is $7500 is on hold with American Express. So I mean either you need to release it I don't know how you want to deal with it. ...The money ut of $15,000 the money of $7500 is still on hold. They charged your account but you didn't pay us.

K: Ok.. Yeah that's what, that's what we need to find out. How many weeks is the pooja again..?

Sw: Yeah, it's a good question. I got every information in front of me. It will be 11 mahayagnas. Maha means big Yagna means ritual. And every ritual is one thousand five hundred and one that is 1501...

K- Uh-huh

Sw- your mom said that's correct... And what they did it actually instead of conducting one every week they did 2 rituals per week. That is why when you see your e-mails bombarded ,you will be bombarded with lot of pictures weekly twice.

K: Ok.

Sw: So even they send pictures yesterday and sent you pictures three days back. And you can see that in e-mail.

K: Okay..,

Sw: So they are completing the last rituals this coming Sunday

K: Okay, on Sunday.., Okay

Sw: Coming Sunday will be last ritual. So far they completed 10, the eleventh one will be completed by Sunday around between 4:30 and 6:00 in the mandir here. So that will complete the eleventh. And what I basically instructed basically seeing notes and told

**exhibit-10**

them that we need to expedite the things in the fastest way, so we need give Eric or his family some kind of relief.

K:  Ohh..,

Sw: So, what they did they expedited the ritual and some time we do even every day in morning and evening—that's only for the people when they are dying in the hospitals basically Eric is not in that situation.

K: Uh-huh.

Sw: So, that we preponed everything, coming Sunday will be the eleventh one. Again you will be getting another set of pictures coming to you that will complete the Mahayaganas.

K: Ok…

Sw: And, they charge for Mr. Eric chart. But I will tell you the whole, I mean, She is in front of me and statement, I'll ask her to send an e-mail to you in 5-10 minutes you get the statement.

K: Ok

Sw- And now, I mean, technically I know that out of this $15000 charge $7500 is not released. That I know that, because American Express holding that money and they are not releasing that. So, let me go through the whole accounting and either you can simply write a check and put it on the temple account Chase bank there. So, what ever you feel comfortable because you are like my own family. I will go to any extent and I love you so much I want you be health and I want you to be happy as I say I am very mean guy I will go to any extent to make you happy.

K: Thank you… Thank you

Kavita Jacobson
111-53 113th Street
South Ozone Park, NY 11420
Telephone (718) 308-6190
Email: Chabllal@yahoo.com

04/28/13
Re: Selvan Siddhar
Ashok Spiritual Healing Center
Durga Mandir

Dear Fraud Department:

Selvan Siddhar is a criminal in three states, California, Georgia and Texas operating out of two of his organizations (Ashok Spiritual Healing Center) and (Durga Mandir) in Baytown Texas (7600 Bayway Drive, Baytown TX, 77520). He was arrested and is currently being investigated by the Feds in TX, GA and CA for falsely representing himself of a spiritual doctor preying on good hearted and trusting people. Our family is well off giving charity to hindu foundations yearly to pray for good health and wealth. My husband Eric Jacobson is a prominent medical doctor. We ere preyed on by Selvan Siddhar and his foundation like many others. He has forged my name Kavita Jacobson on authorization forms and charged our American Express Card more than was agreed upon. The agreement was for eleven prayers at $1501.00 per prayer, which is a total $16,511.00 plus $1,01.00 reading fee which brings the total amount to $17,512.00 that which should be the total and only amount charged on the American Express Card. We have paid thus far $20,512.00 due to the charges on our American Express Card and we are requesting a $3,000.00 credit that was already paid and stop any further transactions from this merchant. We have provided...

➤ copies of our American Express bills that were paid

➤ copies of text messages that was provided by the merchant that proves the total of the agreement

➤ copy of the forged permission form with my name misspelled, my address written improperly, my phone number wrong and my forged signature

➤ Certified checks proving our generosity and trust to this fraudulent Selvan Siddhar totaling $44,351 (which we will be pursing in a court lawsuit)

We urge to stop this criminal and the organization by resolving this issue, refunding us the $3,000 that was due and hoping American Express will seize to do business with this organization. Please do not hesitate to contact me if any questions should arise.

Sincerely,

Kavita Jacobson

EXHIBIT–11



**From:** Siddhar Peedam Group of Temples <avtemple@aol.com>
**To:** chabilal <chabilal@yahoo.com>
**Subject:** Re: Atten: Swamiji- Cease & Desist
**Date:** Tue, Jun 11, 2013 1:37 pm

Ms Kavita Jacobson

I have seen a letter where which you have declared me as" **SELVAM SIDDHAR IS A CRIMINAL IN THE STATES , CALIFORNIA, GEORGIA, AND TEXAS.......**"

I have helped your family in an extensive way , and spent days in New York to help you and your husband, and came to Jail to meet with your husband in Jail and I prayed for him and I gave my spiritual consultation to him, for which I have not yet paid still

I would like to place you in notice that, you should withdraw your fraudulent actions with AMEX within another 24 hours , and you need to give me an apology letter for defaming me as a " criminal" in a public platform, failing which I will institute a lawsuit against you, your father, mother and your husband

Also I will call the district attorney in New York  and will release all the information about your husband's criminal confessions by you and your husband and I will go as a witness against your husband, and I will make sure that you and your husband will get proper punishments soon by the US judicial system

I intend to contact the DA by this Friday evening, and please understand that I need to release all the confidential information about your and your husband , since now " you" have opened the litigation now with Amex

You have inflicted my emotional distress to the extreme level, and I know how to handle people like you and your husband. You and your husband committed the crime of theft by taking and still needs to owe me more than a million for my services and spiritual help

I am very serious about it, and  you need to come to Texas to defend my lawsuit , once I file it

I will make sure you and your husband will reach the place where you need to reach. ( federal prison)

Govern yourself accordingly


Swamiji Sri Selvam Siddhar
www.sidddharpeedam.org ;

This Email is covered by the Electronic Communications Privacy Act, 18 USC §§ 25102521 and is legally privileged. This email and any documents attached, may contain confidential information belonging to the sender which is protected by the Priest–penitent privilege, Priest–penitent work product and/or other privileges. The information is intended only for the use of the individuals or entities named above. If you have received this email in error, immediately notify us. You should also delete this transmission from your computer and/or server. If you have received this message in error, please notify the sender by reply e-mail or by telephone at 888  808  1428, and immediately delete this message and any attachments. Vedic Astrological Services, Atharva Vedic Rituals & Pujas cannot be canceled.Also we have "strict" 100% No Returns & Cancellation Policy.Any services ordered and or received from Swamiji Sri Selvam Siddhar clearly constitutes a binding contract in the state of Texas between you & Himself.Thank you.

EXHIBIT-12

Kavita Jacobson
11-53 113th Street
South Ozone Park, NY 11420
Telephone (718) 308-6190

Dispute #: X623525

To: American Express Customer Service Department

I, Kavita Jacobson am requesting a refund of $3,001.00 from Durga Mandir. We had an agreement for this merchant to charge our card for 11 prayers of $1,501.00 per prayer which totals $16,511.00 plus $1,001.00 for the initial consultation at a grand total of $17,512.00 and not a cent more. This has been paid $20,523.00 dollars already which is $3,001.00 more than they should have been. They said they did not get paid, which lead us to send **CERTIFIED CHECKS** totaling over $30,000.00 dollars because we were lied to. We have sent these copies to American Express Fraud Department. Durga Mandir is a fraud establishment preying on generous people. They have forged our signature to bill an absorbent amount that was not permitted. This organization is being investigated in California, Atlanta, GA, and Texas operating under a many alias's such as Siddar Ranch, Durga Mandir, Shiva Vishnu Temple, Ashoka Healing Center (all of which is bullshit). The advertised address is not even valid but belongs to a non-working Catholic Organization.

We will be pursuing a private lawsuit in court to reclaim our hard earned money. In the meanwhile we ask American Express to return the amount in $3,001.00 to be returned to us. We are very upset that American Express did not catch on the misspelling of the name, address and security code of the card. We do not wish to continue doing business with this card. This has been a frustrating battle and we have been left alone to prove this merchant wrong. We highly recommend American Express to not do business with Durga Mandir.

Sincerely,

Kavita Jacobson

EXHIBIT- 13