

### DEPARTMENT OF THE TREASURY
### Internal Revenue Service
### Criminal Investigation

## Memorandum of Interview

| | | Location: | Law Office of Peter Smith |
|---|---|---|---|
| **Investigation #:** | 1000220701 | | |
| **Investigation Name:** | ANNAMALAI | | |
| | ANNAMALAI | | |
| **Date:** | April 23, 2014 | | |
| **Time:** | 2:25 p.m. – 4:45 p.m. | | |
| **Participant(s):** | Kavita Jacobson, Witness | | |
| | Violet Rajkumar, Witness | | |
| | Peter Smith, Attorney | | |
| | Jacqueline H. Reynolds, Special Agent | | |
| | Steven D. Grimberg, Assistant U.S. Attorney | | |
| | Samir Kaushal, Assistant U.S. Attorney | | |

At the above date and time, Special Agent Reynolds, AUSA Steve Grimberg and AUSA Samir Kaushal met with Ms. Jacobson and Ms. Rajkumar. They provided the following information:

1. Rajkumar called Annamalai for a consultation because her son-in-law, Eric Jacobson, was sent to jail. He was arrested by the Eastern District of New York for prescribing oxycodone.

2. Rajkumar picked up a magazine at a local temple and saw the advertisement for Swami. She called him for help in the court case.

3. The magazine stated there was no charge for consultation and both Rajkumar and her husband wanted to call.

4. Annamalai quoted $501 each for horoscope readings of Shivani and Eric Jacobson. Annamalai referred to himself as Selvam Siddhar. Rajkumar provided a credit card number that is jointly held between her and Shivani.

5. Annamalai called back and said Jacobson had bad karma. He stated there are negative forces that need to be removed. Annamalai bragged that he was the #1 swamiji. Prayers would be necessary for 11 weeks for $1,501 per week.

6. Rajkumar questioned the $1,501 amount. Annamalai stated the odd number at the end was for good luck.

7. Rajkumar agreed to the price. The money was for fruit, flowers and the priests. Annamalai told her it would take a lot of prayers to remove the negative forces to bring Jacobson home from prison.

8. Annamalai stated that before the 11 weeks was finished, he needed to do a prayer at the house where Jacobson lived. Annamalai told Rajkumar & Shivani that they needed to pay the airfare for 3 other priests. They were coming from Georgia, Texas and Ohio while Annamalai was coming from California. Shivani was also to pay for their hotels. She recalls Kumar and Seshamani as 2 of the

U.S. Treasury Criminal Investigation

EXHIBIT-14

JR-004749

3 other priests.

9. On January 12, 2013, Annamalai called Shivani from the airport while in transit. Shivani stated he was rude and did not want him to come. Annamalai told her that in order to remove the bad karma, he needed 22 carats of gold (either 11 or 17 coins). Shivani told him that she did not have the money to purchase the coins so he told her he would borrow some from his temple.

10. Annamalai typed an invoice with expenses of airfare and hotel fees totaling $4,331. Shivani withdrew money from her Capital One Account #7013245163.

11. Annamalai came to the house Saturday and Sunday and also went to see Jacobson in jail. At the jail, Annamalai had to show identification and Annamalai was nervous about which ID to use. He had 2 driver's licenses.

12. The other priests stayed at the house while Annamalai and Shivani went to the jail.

13. Shivani was given a longer list of expenses:

| | |
|---|---|
| Airline Ticket | 2,500 |
| Hotel | |
| Texas Mandir – Puja | 19,511 |
| Mandir Donation | 10,001 |
| Ganesh Shiva idol | 15,000 |
| Priest payment | 9,000 |
| Swami payment | 6,000 |
| Total | 62,012 |

14. While at the jail, Annamalai tried to convince Jacobson to take an insanity plea. Annamalai told him to save himself by pleading insanity.

15. Annamalai told Jacobson that he would have his attorney, Jerry Froelich (aka tiger of Atlanta), join Jacobson's legal team.

16. Annamalai stated Froelich was a friend that also helped when devotees sue his temple. Annamalai relayed a story of a lady he helped with herbs but things did not go her way and she sued him. Now, karma is getting even because she has cancer.

17. Annamalai and priests stayed at Holiday Inn near her house in Huntington, New York.

18. Shivani also had to rent them a car from Friday through Monday.

19. Annamalai brought 3 emerald idols. He told her they were sacred and he wanted her to pay $15,000 for the idols. Annamalai said that thousands of sacred prayers have been performed on these idols and that the idols never left the temple in California.

20. They performed the prayers on the idols on Saturday & Monday of his trip.

21. Shivani signed a blank check. It was later made payable to Ashok Spiritual Center by someone else.

22. During the other prayers when he wasn't at her house, Annamalai put his phone on speaker and there was religious music playing in the background. Annamali was apologizing for not being in person. Annamalai told Shivani he would send photos of how the prayers were going and she had to sign for the mailing.

23. Shivani went to the post office and signed for the envelope but only free magazines inside.

24. Annamalai always spoke English with them since they do not speak Tamil.

25. After the visit, Shivani took the idols to be appraised. She was told it was made

of green quartz and only worth $100.

26. Shivani found it alarming that Annamalai ate eggs before the puja. Annamalai ordered thai food for himself and the priests.

27. When Annamalai completed the initial horoscope, he gave her a verbal reading. There was no document for the horoscope.

28. For some other reimbursements, Annamalai used the American Express card on file from the original horoscope even though Shivani wanted to send checks.

29. Shivani sent photos to Annamalai for the horoscope. She sent 2 pictures of her with Jacobson, 2 pictures of their daughters and a photo of Jacobson alone.

30. Annamalai did send photo by text showing a fire pit with her photos around the fire.

31. More money was charged to the American Express. Shivani called American Express to complain then she canceled the card.

32. After the card was canceled, Annamalai started texting threats that she was ruining his reputation. In June 2013, Annamalai sued her for $1.4 million.

33. Shivani's phone number is 718-308-6190. It was AT&T but now T-Mobile.

34. The text messages stated he knew about Jacobson's case and would turn over evidence. He stated he would go as a witness to DEA & tell them Jacobson is guilty and they'll lock him up forever.

35. Annamalai sent a letter to American Express stating Jacobson and Shivani were drug lords and Jacobson was in jail. Annamalai also a forged authorization form to charge her credit card. The form had many mistakes; i.e. name misspelled, wrong zip code and wrong credit card number.

36. Annamalai previously sent photos to: chabllal@yahoo.com.

37. Annamalai told Rajkumar that Shivani needs to call American Express and tell them she was sorry.

38. The unauthorized charges on the credit card did not start until after the personal visit. She was charged an extra $3,002 (2 additional poojas). American Express reversed them then reinstated the charges.

39. American Express sent her a check for $19,000 then asked for the check back after they received the information from Annamalai.

40. Ed H. from American Express fraud department was handling their case #NA26106.

41. Shivani will look for old emails and for the written appraisal of the idols.

42. Neither Shivani nor Rajkumar have had any contact with other credit card victims.

I prepared this memorandum on May 7, 2014, after refreshing my memory from notes made during and immediately after the interview with Kavita Jacobson and Violet Rajkumar.

Jacqueline H. Reynolds
Special Agent

**DUPLICATE COPY**

**American Express® Cash Rebate Credit Card**

p. 1/9

**COSTCO** WHOLESALE

KAVITA JACOBSON
Closing Date 01/14/13

Account Ending 7-62006

| | |
|---|---|
| **New Balance** | **$17,123.40** |
| **Minimum Payment Due** | **$111.00** |
| **Payment Due Date** | **02/08/13** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee of up to $35.00 and your Purchase APR may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $38,103 |
| $596 | 3 years | $21,451 (Savings = $16,652) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

New York residents may contact the New York Department of Financial Services to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**See Page 9 for an Important Notice About Your Fair Credit Reporting Act Rights**

**Cash Back Reward**
As of Jan 2013

**$92.96**

Get your latest balances online.
Enroll at americanexpress.com/register

**Account Summary**

| | |
|---|---|
| Previous Balance | $7,887.85 |
| Payments/Credits | -$7,998.01 |
| New Charges | +$17,233.56 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$17,123.40** |
| **Minimum Payment Due** | **$111.00** |

| | |
|---|---|
| Credit Limit | $25,000.00 |
| Available Credit | $7,876.60 |
| Cash Advance Limit | $5,000.00 |
| Available Cash | $5,000.00 |
| Days in Billing Period: | 31 |

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-246-1076

**Pay by Phone**
1-800-472-9297

See page 2 for additional information.

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 7-62006

Enter account number on all documents.
Make check payable to American Express.

KAVITA JACOBSON
3 OAKLEAF CT
HUNTINGTON NY 11743-6053

Payment Due Date
**02/08/13**

Minimum Payment Due
**$111.00**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$ _____
Amount Enclosed

00000349991157012162 001712340000011100 10 A

**EXHIBIT-15**

AE-09811

**DUPLICATE COPY**

**American Express® Cash Rebate Credit Card**

**COSTCO** WHOLESALE

p. 1/8

KAVITA JACOBSON
Closing Date 02/11/13

Account Ending 7-62006

| | |
|---|---|
| **New Balance** | **$18,038.63** |
| **Minimum Payment Due** | **$150.00** |
| **Payment Due Date** | **03/08/13** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee of up to $35.00 and your Purchase APR may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 26 years | $40,165 |
| $628 | 3 years | $22,598 (Savings = $17,567) |

If you would like information about credit counseling services, call 1-888-733-4139.

↪ See page 2 for important information about your account.

ⓘ New York residents may contact the New York Department of Financial Services to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Cash Back Reward**
As of Jan 2013

**$349.81**

🖥 Get your latest balances online. Enroll at americanexpress.com/register

**Account Summary**

| | |
|---|---|
| Previous Balance | $17,123.40 |
| Payments/Credits | -$657.84 |
| New Charges | +$1,573.07 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$18,038.63** |
| **Minimum Payment Due** | **$150.00** |

| | |
|---|---|
| Credit Limit | $25,000.00 |
| Available Credit | $6,961.37 |
| Cash Advance Limit | $5,000.00 |
| Available Cash | $5,000.00 |
| Days in Billing Period: | 28 |

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-888-246-1076 | 1-800-472-9297 |

↪ See page 2 for additional information.

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending 7-62006**

Enter account number on all documents.
Make check payable to American Express.

KAVITA JACOBSON
3 OAKLEAF CT
HUNTINGTON NY 11743-6053

| | |
|---|---|
| Payment Due Date | **03/08/13** |
| Minimum Payment Due | **$150.00** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____
**Amount Enclosed**

0000349991157012162  0018038630000015000  10  ⊣

AE-09820

**DUPLICATE COPY**

**American Express® Cash Rebate Credit Card**

**COSTCO** WHOLESALE

p. 1/11

KAVITA JACOBSON
Closing Date 03/14/13

Account Ending 7-62006

| | |
|---|---|
| **New Balance** | **$1,531.54** |
| **Minimum Payment Due** | **$30.54** |
| **Payment Due Date** | **04/08/13** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee of up to $35.00 and your Purchase APR may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 5 years | $2,261 |
| $53 | 3 years | $1,919 (Savings = $342) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

New York residents may contact the New York Department of Financial Services to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**See Page 7** for an important Privacy Notice and the following pages for important notices about Your Billing Rights, Electronic Fund Transfer Error Resolution and a notice for WA residents.

### Cash Back Reward
As of Feb 2013

**$3.82**

Get your latest balances online. Enroll at americanexpress.com/register

### Account Summary
| | |
|---|---|
| Previous Balance | $18,038.63 |
| Payments/Credits | −$16,537.63 |
| New Charges | +$30.54 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$1,531.54** |
| **Minimum Payment Due** | **$30.54** |

| | |
|---|---|
| Credit Limit | $25,000.00 |
| Available Credit | $23,468.46 |
| Cash Advance Limit | $5,000.00 |
| Available Cash | $5,000.00 |
| Days in Billing Period: 31 | |

### Customer Care



**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-888-246-1076

**Pay by Phone**
1-800-472-9297

See page 2 for additional information.

*Continued on Page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 7-62006
Enter account number on all documents.
Make check payable to American Express.

KAVITA JACOBSON
3 OAKLEAF CT
HUNTINGTON NY 11743-6053

Payment Due Date
**04/08/13**

Minimum Payment Due
**$30.54**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____
**Amount Enclosed**

0000349991157012162 000153154000003054 10 ꓱ

AE-09828

DUPLICATE COPY

**American Express® Cash Rebate Credit Card**

 COSTCO WHOLESALE

p. 1/5

KAVITA JACOBSON
Closing Date 06/13/13

Account Ending 7-62006

| | |
|---|---|
| **New Balance** | **$2,090.96** |
| **Minimum Payment Due** | **$35.00** |
| **Payment Due Date** | **07/08/13** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee of up to $35.00 and your Purchase APR may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 8 years | $3,544 |
| $73 | 3 years | $2,619 (Savings = $925) |

If you would like information about credit counseling services, call 1-888-733-4139.

⤷ See page 2 for important information about your account.

ⓘ New York residents may contact the New York Department of Financial Services to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Cash Back Reward**
As of May 2013
**$3.89**

Get your latest balances online.
Enroll at americanexpress.com/register

**Account Summary**

| | |
|---|---|
| Previous Balance | $1,531.54 |
| Payments/Credits | -$3,000.00 |
| New Charges | +$3,559.42 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **$2,090.96** |
| **Minimum Payment Due** | **$35.00** |

| | |
|---|---|
| Credit Limit | $25,000.00 |
| Available Credit | $22,909.04 |
| Cash Advance Limit | $5,000.00 |
| Available Cash | $5,000.00 |
| Days in Billing Period: | 30 |

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**        **Pay by Phone**
1-888-246-1076        1-800-472-9297

⤷ See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending 7-62006**

Enter account number on all documents.
Make check payable to American Express.

KAVITA JACOBSON
11153 113TH ST
SOUTH OZONE PARK NY 11420-1122

| | |
|---|---|
| | Payment Due Date **07/08/13** |
| | New Balance **$2,090.96** |
| | Minimum Payment Due **$35.00** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$ _____ . ____
**Amount Enclosed**

0000034999115701216 2 00020909600000350 0  10  A

AE-09851

AE-09953

**American Express® Cash Rebate Credit Card**

KAVITA JACOBSON
Closing Date 12/14/12

## Detail Continued

| Date | Description | | Amount |
|---|---|---|---|
| 11/26/12 | 50 MANETTO HILL MALL PLAINVIEW    NY<br>5169375402 | | $46.42 |
| 11/26/12 | AT&T DF ZEMG7 47920 WOODBURY       NY<br>800-331-0500<br>Description<br>TELEPHONE SERVICE/E | | $499.66 |
| 11/29/12 | UMBERTO'S 9010 0041 HUNTINGTON     NY<br>631-423-2059<br>Description<br>FOOD/BEVERAGE | | $13.72 |
| 11/29/12 | EXXONMOBIL    HUNTINGTON     NY<br>AUTO FUEL DISPENSER<br>Description<br>GAS/SERVICES | | $77.64 |
| 11/30/12 | MCDONALD'S F2819 000 HUNTINGTON    NY<br>6313853390 | | $13.86 |
| 12/01/12 | TARGET T1885 1885  HICKSVILLE   NY<br>DISCOUNT STORE | | $20.50 |
| 12/01/12 | TARGET T1885 1885  HICKSVILLE   NY<br>DISCOUNT STORE | | $44.11 |
| 12/02/12 | IAVARONE BROTHERS 57 WOODBURY     NY<br>5169215400<br>Description<br>GROCERY STORE | Price<br>$82.75 | $82.75 |
| 12/04/12 | TARGET T1866 1866  FARMINGDALE    NY<br>DISCOUNT STORE | | $179.64 |
| 12/04/12 | BANANA REPUBLIC #814 HUNTINGTON STATION NY<br>MEN'S/WOMEN'S CLOTHNG | | $45.89 |
| 12/04/12 | NORDSTROM RACK S14 0HUNTINGTON    NY<br>DEPARTMENT STORE<br>Description<br>SP MN FURN | | $20.86 |
| 12/05/12 | LA PIAZZA 05000006505169380800<br>200601412.11.803 | | $14.12 |
| 12/05/12 | TJMAXX #0757 00000078009266299<br>8009266299<br>GENERAL MDSE | | $170.72 |
| 12/06/12 | DURGA MANDIR 0000  BAYTOWN    TX<br>281-691-0821<br>Description<br>BOOKS/SUPPLIES/GIFT | | $1,001.00 |
| 12/06/12 | GAP #0774/THE GAP #0 PLAINVIEW    NY<br>MEN'S/WOMEN'S CLOTHNG | | $210.80 |
| 12/06/12 | THE CHILDRENS PLACE PLAINVIEW    NY<br>999-000-0000 | | $16.66 |
| 12/06/12 | TRADER JOE'S #555 QPLAINVIEW    NY<br>626-599-3700<br>Description<br>GROCERY STORES,SUPE | | $46.12 |

Continued on reverse

Exhibit-16

**KAVITA JACOBSON**                          Account Ending 7-62006

**Detail Continued**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/06/12 | BROADWAY DINER 72000HICKSVILLE    NY<br>RESTAURANT<br>TIP | | $8.00 | $50.26 |
| 12/06/12 | BANANA REPUBLIC 6262RIVERHEAD    NY<br>FAMILY CLOTHING | | | $40.56 |
| 12/06/12 | THE CHILDRENS PLACE PLAINVIEW    NY<br>999-000-0000 | | | $20.06 |
| 12/06/12 | TARGET T1885 1885  HICKSVILLE    NY<br>DISCOUNT STORE | | | $40.51 |
| 12/06/12 | EXXONMOBIL    HUNTINGTON    NY<br>AUTO FUEL DISPENSER<br>Description<br>GAS/SERVICES | | | $74.92 |
| 12/07/12 | GADGETS AND GIZMOS WHUNTINGTON ST    NY<br>HOBBY, TOY & GAME | | | $54.36 |
| 12/07/12 | MOE'S SOUTHWEST GRILWOODBURY    NY<br>516-287-6537<br>Description<br>FAST FOOD RESTAURAN | | | $18.09 |
| 12/07/12 | AMYS HALLMARK 441 00HUNTINGTON ST    NY<br>631-421-0653<br>Description<br>GIFT ITEMS | | | $27.05 |
| 12/07/12 | IAVARONE BROTHERS 57WOODBURY    NY<br>5169215400<br>Description<br>GROCERY STORE | Price<br>$50.68 | | $50.68 |
| 12/07/12 | MODELL'S #34    EAST MEADOW    NY<br>516-794-9000 | | | $27.08 |
| 12/08/12 | DURGA MANDIR 0000  BAYTOWN    TX<br>281-691-0821<br>Description<br>BOOKS/SUPPLIES/GIFT | | | $1,501.00 |
| 12/08/12 | 50 MANETTO HILLMALL PLAINVIEW    NY<br>5169375402 | | | $72.85 |
| 12/10/12 | SUNRISE 28, INC 1223SOUTH OZONE P    NY<br>718-848-8008<br>Quantity<br>18 | Description<br>Unleaded Super | Price<br>$4.11 | $75.00 |
| 12/10/12 | SYBILS BAKERY 028100RICHMOND HILL    NY<br>7188359235 | | | $14.52 |
| 12/10/12 | USPS 354061074906357MELVILLE    NY<br>800-2758777 | | | $8.10 |
| 12/11/12 | DURGA MANDIR 0000 .BAYTOWN    TX<br>281-691-0821<br>Description<br>BOOKS/SUPPLIES/GIFT | | | $1,501.00 |
| 12/11/12 | TARGET T1885 1885  HICKSVILLE    NY<br>DISCOUNT STORE | | | $52.11 |

KAVITA JACOBSON

**DUPLICATE COPY**
Account Ending 7-62006

p. 4/9

| Detail |
| --- |

**KAVITA JACOBSON**
Card Ending 7-62006

| Date | Description | | Amount |
| --- | --- | --- | --- |
| 12/18/12 | DURGA MANDIR 0000  BAYTOWN | TX | $1,501.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |
| 12/20/12 | WESTBURY LIQUORS INCWESTBURY | NY | $57.53 |
| | 516-832-8602 | | |
| | Description | | |
| | PACKAGE STORE/LIQUO | | |
| 12/20/12 | COSTCO WHSE #0226 00WESTBURY | NY | $124.95 |
| | 5166838300 | | |
| 12/22/12 | DURGA MANDIR 0000  BAYTOWN | TX | $1,501.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |
| 12/25/12 | DURGA MANDIR 0000  BAYTOWN | TX | $1,501.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |
| 12/29/12 | DURGA MANDIR 0000  BAYTOWN | TX | $1,501.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |
| 12/31/12 | APPLE ONLINEUSA APPLCUPERTINO | CA | $467.07 |
| | APPLE ONLINE STORES | | |
| 01/02/13 | DURGA MANDIR 0000  BAYTOWN | TX | $1,501.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |
| 01/03/13 | DURGA MANDIR 0000  BAYTOWN | TX | $3,001.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |
| 01/05/13 | EXXONMOBIL      ROSLYN HEIGHT | NY | $75.01 |
| | AUTO FUEL DISPENSER | | |
| | Description | | |
| | GAS/SERVICES | | |
| 01/08/13 | DURGA MANDIR 0000  BAYTOWN | TX | $3,001.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |
| 01/11/13 | DURGA MANDIR 0000  BAYTOWN | TX | $1,501.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |
| 01/12/13 | DURGA MANDIR 0000  BAYTOWN | TX | $1,501.00 |
| | 281-691-0821 | | |
| | Description | | |
| | BOOKS/SUPPLIES/GIFT | | |

Continued on next page

AE-09814

**DUPLICATE COPY**

**American Express®** **Cash Rebate Credit Card**

 p. 3/8

KAVITA JACOBSON
Closing Date 02/11/13

Account Ending 7-62006

ⓘ Your billing inquiry is under investigation.  **No payment on the amount under review of $3,002.00 is required at this time.** Please pay at least the Minimum Payment Due which does not include the amount under review. To view the status of your investigation, please visit us at **americanexpress.com/Inquirycenter.**

**Your $349.81 Reward Coupon is here!**
Please go to the last page of this statement!

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$614.40 |
| Credits | -$43.44 |
| **Total Payments and Credits** | **-$657.84** |

### Detail   *indicates posting date

| Payments | | Amount |
|---|---|---|
| 01/30/13* | PAYMENT RECEIVED ACH - THANK YOU | -$614.40 |

| Credits | | | | Amount |
|---|---|---|---|---|
| 01/30/13 | TARGET T1866 1866  FARMINGDALE  DISCOUNT STORE | NY | | -$43.44 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$1,573.07** |

### Detail

👤 **KAVITA JACOBSON**
Card Ending 7-62006

| | | | Amount |
|---|---|---|---|
| 01/19/13 | DURGA MANDIR 0000  BAYTOWN   TX 281-691-0821 Description BOOKS/SUPPLIES/GIFT | | $1,501.00 |
| 02/07/13 | RELIANCE PETRO PRODUMELVILLE   NY 516-805-9956 Description GAS/MSC96 81243019 | Price $72.07 | $72.07 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

EXHIBIT–17continued on reverse



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    v.                          Criminal Action No.

ANNAMALAI ANNAMALAI A/K/A        1:13-CR-437-1-TCB-ECS
DR. COMMANDER SELVAM A/K/A
SWAMHI SRI SELVAM SIDDHAR

### UNSWORN DECLARATION BY VICTIM UNDER PENALTY OF PERJURY

**Please identify any financial harm you have suffered as a result of the offense.** *This includes, but is not limited to, unauthorized charges to credit or debit cards, the cost of credit checks to identify other fraud, the cost of credit alerts or credit protection services, fees associated with unauthorized charges, and costs brought on by lawsuits with the defendant (attorney's fees, court fees, travel depositions, etc.).*

Unauthorized Charges to Credit or Debit Cards*:    $ 21,000

Fees incurred related to Unauthorized Charges:    $ 60,000

Lawsuits with Defendant:    $ N/A

* *Do not include amounts that were ultimately credited back to your account by your credit card company. Only include losses incurred.*

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Signature: _____ Date: _____

Printed Name: ___ Kavita Jacobson _____

EXHIBIT-18



**The Law Offices of Peter S. Smith PLLC**
· *Defending Through Investigation*

54 Main Street, P.O. Box 669
Northport, L.I., N.Y. 11768
Direct Phone: (631) 897-9374
Paralegal: (631) 418-7937
Facsimile: (631) 610-3612
E-mail: smithlawfirm@msn.com
Web: www.smithlawfirmandinvestigations.com

April 22, 2015

Jacqueline Reynolds
Special Agent
75 Spring Street, SW
Suite 600
Atlanta, GA 30303

Dear Ms. Reynolds,

Enclosed please find the document you requested. If you should have any further questions please contact me on my direct line (718) 308-6190. Thank you for your time and consideration in this matter.

Sincerely,

Kavita Jacobson
*Paralegal*

**EXHIBIT-19**

Case 1:16-cv-01984-LAP Document 3-2 Filed 03/16/16 Page 14 of 45

6/11/2015 Case 1:13-cr-00437-TCB-CMS Document 237-5 Filed 06/16/15 Page 83 of 168
SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

Date
3-4-2008
Message
Siddharji, your are the one and only person to rescue people from
their sufferings.I recommend all the suffering people to come to you
for solving the problems. I am a practical example for your powers.
Thanks and Namaskars Siddhar Swamiji. Canada


Name
Peter Herbert
Date
1-4-2008
Message
Swamiji I am a Christian.I approaches you to cure my sleepless
nights. You performed wonderful rituals and made me to have a good
sleep. Thank you very much Swamiji. Please give priority to the
persons I send to you. OH


Name
Sabu Siril
Date
1-4-2008
Message
Swamiji, I am a Malayalee. I know a little bit about theherbs and
herbaloils. But the oil you gave to cure myleg pain is very wonderful.
The pain has gone and I am very well now. Thanks and
namaskarams for making me healthy. AZ


Name
Kaushik Sinha
Date
1-4-2008
Message
Swamiji, Thanks and pranams. I had a chance to visit Hindu Temple
of Georgia. Even though I am 74 years old, Ihave never seen a
temple like this with 108 images of Lord Shiva. Due to my old age I
take the previlage of blessing you. Let your holy works like this
continue more andmore. AL


Name
Raghu Polavaram
Date
1-4-2008
Message
Swamiji, We got married 12 years back. Even though we both are
very healthy, we were not able to get a kid. We approached you and
by the power of your mantras we got a kid now. Our family is

6/11/2015
Case 1:16-cv-01984-LAP  Document 3-2  Filed 03/16/16  Page 15 of 45
Case 1:13-cr-00437-TCB-CMS  Document 337-5  Filed 06/16/15  Page 84 of 168
SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

dedicated to you Swamiji. CT

Name
Alpesh
Date
1-4-2008
Message
Thank you very much and pranams Swamiji for giving us a Hindu
Mandir without ego and politics. All my family and friends group are
ready to give all kinds of support for the new Mandir. VA

Name
Subam malhothra
Date
31-3-2008
Message
By the Swamiji's powerful Pooja & rituals, my health is better and
also rejoined my family. My pranams to Swamiji. CA

Name
Rahul
Date
31-3-2008
Message
I do not have a good job. My friend told me about Swamiji and I
consulted him. By his blessings now, I am in a very good job. Thanks
Swamiji. Macon, GA.

Name
Arun
Date
31-3-2008
Message
I consulted Swamiji about my kundli and followed his advice and now
I am in a very good position. Thanks and pranams to Siddhar
Swamiji. AL

Name
Reshma
Date
31-3-2008
Message
Swamiji, only after your powerful Pooja sand rituals, my two years old
daughter Latha started walking. Thanks and pranams for giving life to
my only daughter. TX

MID-ISLAND NY

09 DEC 2014 PM

Steven Grimberg
United States Attorneys Office
USAO – Northern District of Georgia
75 Spring Street, S.W.
Suite 600
Atlanta, GA 30303

30303330950

LAW OFFICES OF
PETER S. SMITH, PLLC
*Defending through Investigation*
54 MAIN STREET
P.O. BOX 669
NORTHPORT, NY 11768

EXHIBIT-20

EXHIBIT-A

A copy of a worldwide search   from the google about and to show
the plaintiff is the "only" Atharva Vedic Swamiji in USA.

Google | ONLY ATHARVA VEDIC SWAMIJI IN USA | +Manjula

Web    Images    Videos    News    Maps    More ▾    Search tools

About 12,100 results (0.49 seconds)

### SRI SELVAM SIDDHAR IS THE ONLY ATHARVA VEDIC ...

www.youtube.com/watch?v=4Bm3ul2IBfw
Nov 26, 2008 - Uploaded by drcommanderselvam
SRI SELVAM SIDDHAR IS THE ONLY ATHARVA VEDIC
SWAMIJI IN USA. drcommanderselvam ...
▶ 2:37

### Swamiji Sri Selvam Siddhar | LinkedIn
https://www.linkedin.com/in/sriselvamsiddhar
Houston, Texas Area - HIGH PRIEST- SWAMIJI at SHIVA VISHNU TEMPLE
He is the ONLY Atharva Vedic Swamiji/ Scholar in the entire Western countries and ...
Swamiji is an Authority of Vedic Astrology & India's Atharva Veda in USA.

### Swamiji sri selvam siddhar profiles | LinkedIn
https://www.linkedin.com/pub/dir/Swamiji+sri/Selvam+siddhar ▾
View the profiles of professionals named Swamiji sri Selvam siddhar on LinkedIn. ...
Scholar and Swamiji in India He is the ONLY Atharva Vedic Swamiji/ Scholar in ...
Swamiji is an Authority of Vedic Astrology & India's Atharva Veda in USA.

### Commander Selvam in usa | Dr commander selvam ...
www.siddharpeedam.org/aboutus.php ▾
Presently he is the only Swamiji who knows the practice of atharva veda in ... of the
highest circulated and only Indian American Magazine, " Karma" in USA, with ...
You've visited this page 3 times. Last visit: 2/20/15

### Dr commander selvam siddhar is the publisher of the ...
www.slideshare.net/.../dr-commander-selvam-siddhar-is-the-publisher-of... ▾
Jul 24, 2013 - The Karma is published by Swamiji Sri Selvam Siddhar for Hindu Temple
... Gist of "Kriya Yoga" 3 A small idea about Atharva veda 10 ..... Selvam Siddhar is the
only person who tells Atharva Veda Vaasthu for the USA or any ...
You've visited this page 2 times. Last visit: 3/31/15

### User:Vinothdlk - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/User:Vinothdlk ▾ Wikipedia ▾
Presently he is the only Swamiji who knows the practice of atharva veda in ... the
only Hindu Mandir in the USA with the Atharva Vedic Agema(Condition) in ...

### Images for ONLY ATHARVA VEDIC SWAMIJI IN USA
Report images



More images for ONLY ATHARVA VEDIC SWAMIJI IN USA

### sri selvam siddhar is the only atharva vedic swamiji in usa
www.yourepeat.com/watch?v=5hye4-tfTU8
Repeat SRI SELVAM SIDDHAR IS THE ONLY ATHARVA VEDIC SWAMIJI IN USA.

### Siva Vishnu Temple of Texas | ATHARVA VEDIC "SOOLINI ...
panchamukhahanumanjimandir.org/ ▾
Donate to an AthavanaSoolini Temple and or aAtharva Vedic Swamiji in the country
you live ;( The only Atharvasoolini Temple in USA is in Houston Texas, USA.

### swamiji sri selvam siddhar - immihelp
www.immihelp.com/yellowpages/page-23569.html ▾ immihelp.com ▾

Ads

**Gurudeva,Jyotish NY (USA)**
www.luckygemfinder.com/ ▾
(732) 446-0667
Free Kundli Readings,100% Accurate
Expert in Black Magic Removal

**Atharva Veda at Amazon**
www.amazon.com/Books ▾
4.4          rating for amazon.com
Free 2-Day Shipping w/ Amazon Prime
Low Prices on Millions of Books

**Vedic Astrology**
www.ishwarcenter.org/ ▾
Ancient Indian Divine Science
Get Complete Insight of Your Life

**Hindu temples in USA**
www.forumforhinduawakening.org/ ▾
Find about the state of Hindu
temples in America

**Vedanta : Eternal Wisdom**
www.vedantausa.org/ ▾
The key to control Emotions
Vedanta Study groups NY/NJ area

See your ad here »

Google | ONLY ATHARVA VEDIC SWAMIJI IN USA | | +Manjula

Web    Images    Videos    News    Maps    More ▾    Search tools

Page 2 of about 12,100 results (0.54 seconds)

**Gurudeva Jyotish NY (USA) - luckygemfinder.com**
Ad  www.luckygemfinder.com/ ▾
Free Kundli Readings,100% Accurate Expert in Black Magic Removal

**Vedas and Upanishads - ochs.org.uk**
Ad  www.ochs.org.uk/ ▾
Online course by the Oxford Centre for Hindu Studies
The Vedas and Upanishads - About Us - Readings from the Puranas

**Vedic Astrology - Ancient Indian Divine Science**
Ad  www.ishwarcenter.org/ ▾
Get Complete Insight of Your Life

**Dr commander selvam | Vedic Astrology, Sri selvam siddhars**
www.drcommanderselvam-vedicastrology.com/aboutus.htm ▾
He is the only living Siddhar practicing Atharva Veda and Atharva Vedic astrology in
... Most of the Swamijis when coming to USA, they come with some kinds of ...

**Swamiji Sri Selvam Siddhar Dayton OH, 45402 - Manta.com**
www.manta.com › ... › Services, NEC › Earth Science Services ▾
Swamiji, also known as Dr. Commander Selvam, is an authority of Vedic ... the only
Hindu Mandir in the USA with the Atharva Vedic Agame(Condition) in Dayton ...

**sri selvam siddhar | Avtemple's Weblog**
https://avtemple.wordpress.com/tag/sri-selvam-siddhar/ ▾
You fixed the problems in a wonderful way with your Atharva Veda Thantric ... Is the
only living "Siddhar" and Swamiji in USA with the Atharva Veda background.

**Commander Selvam - Dailymotion**
www.dailymotion.com/drcommanderselvam ▾
May 14, 2013 - Swamiji, also known as Dr. Commander Selvam, is an authority of
Vedic astrology ... the only Hindu Mandir in the USA with the Atharva Vedic ...

**Chettinad Recipes: Adirasam - Rice flour and jaggery fritters**
chettinadrecipes.blogspot.com/.../adirasam-rice-flour-and-jaggery.html ▾
"Siddhar" is the only living "Siddhar" and Swamiji in USA with the Atharva Veda
background. The only Yaksha Devatha Upassaka among the swamijis. Siddhar ...

**swamiji sri sri selvam siddhar best atharva vedic scholar in ...**
intentblog.com/swamiji-sri-sri-selvam-siddhar-best-atharva-vedic-scholar... ▾
May 8, 2009 - Atharva Vedic Silence Therapy By Swamiji Param Pulya Sri Sri Selvam
"Siddhar" ... Silence is the tool which helps us know and experience fully who we are ...
Only by participating in this silence therapy will you realize the ...

**vedic astrologer/ dr commander selvam siddhar swamiji - Kijiji**
www.kijiji.ca › Ontario › London › services › other in London ▾ Kijiji ▾
Feb 21, 2015 - Address, 7800 Bayway Drive, Baytown, TX 77520, USA. View map.....
All these were based only on Atharva Veda. ... Selvam Siddar Swamiji

**Vedic Mathematics, 'Vedic' or 'Mathematics': A Fuzzy & ...**
https://books.google.com/books?isbn=1599730049
W. B. Vasantha Kandasamy, Florentin Smarandache - 2006 - Computer science
In chapter i, the swamiji tells us that it is a sutra for finding the digits in the ... seen to
be "from the Atharva Veda," thanks to the swamiji's novel technique (with just ...

[PDF] **Vedic Mathematics - arXiv**
arxiv.org/pdf/math/0611347 ▾ arXiv ▾
by WB Kandasamy - 2006 - Cited by 5 - Related articles

Ads

**Found Swami Ji**
www.instantcheckmate.com/ ▾
Instantly See Background Report
Found on Swami Ji

**We Found Veda USA**
www.spokeo.com/Veda+USA ▾
See Veda USA's Phone, Email,
Address, Pics & Profiles-Look Free!

**Collection by Veda**
www.theoutnet.com/Veda-Collection ▾
Shop This Season's Collection Now !
Veda for this Season at THE OUTNET.

**Jyotish USA**
www.wow.com/Jyotish+USA ▾
Search for Jyotish USA
Look Up Quick Results Now!

**Vedas < 70% off**
www.xxl-sale.com/Vedas ▾
Now or never. Vedas sale.
Vedas super cheap!

**Jyotish in USA**
www.zapmeta.com/Jyotish+in+USA ▾
Search Jyotish in USA
Get Results from 6 Engines at Once

**Parashakthi Temple**
www.parashakthitemple.org/ ▾
Learn about Kundalini Shakthi
A place for spiritual awakening

**Free Method of Meditation**
www.derasachasauda.org/ ▾
Learn method of meditation free of
cost and gain spiritual soul powers

See your ad here »

Google

ONLY ATHARVA VEDIC SWAMIJI IN USA                    +Manjula

Web      Images      Videos      News      Maps      More ▾      Search tools

Page 3 of about 12,100 results (0.52 seconds)

Parashakthi Temple - parashakthitemple.org
Ad  www.parashakthitemple.org/ ▾
Learn about Kundalini Shakthi A place for spiritual awakening

Hindu temples in USA - forumforhinduawakening.org
Ad  www.forumforhinduawakening.org/ ▾
Find about the state of Hindu temples in America

Vedanta : Eternal Wisdom - The key to control Emotions
Ad  www.vedantausa.org/ ▾
Vedanta Study groups NY/NJ area

Veda Pathashala Information - Sanskrit Documents
sanskritdocuments.org/doc_veda/vedapathashaala.html ▾
Veda Pathashala Established in 2003 by Arulananda Swami Run by Sri Lalitananda
Ashram, ... A short interview at Page 12 of FijiSun USA. .... Atharva Veda shaunaka
shaakhaa 2. gopatha braamhaNa (probably only place on the Planet ...

Swamiji sri selvam siddhar | AIDS AND ATHARVA VEDIC ...
swamijisriselvamsiddhar.shirdisaibabatempleoftexas.org/ ▾
-Atharva Vedic SamratParamPujya 'Swamiji Sri SelvamSiddhar" ... SelvamSiddhar is
the 'only' Atharva Vedic Swamiji in USA and a Living Siddher in USA and ...

ISSUU - Karma magazine published by swamiji sri selvam ...
issuu.com/shivavishnutemple/.../karma_magazine_published_by_swamiji ▾
Jun 30, 2013 - Catherine Newman, California, USA Swamiji is the real deal. A very
gifted ... Swamiji is the only Atharva Vedic Scholar in the entire USA. Please ...

[PDF] Myth and reality : on 'Vedic Mathematics' - Tata Institute o...
www.math.tifr.res.in/~dani/vmsm.pdf ▾
and culture in general, coming to us down the ages. In mathematics, which is my own
area of specialisation, the ancient Indians not only took great strides long before ...
"Vedic mathematics" in school text books, the contents of the swamiji 's book ... the
Parishishta (the appendix portion) of the Atharva Veda in a few simple ...

A Small Idea about Atharva Veda |authorSTREAM
www.authorstream.com/.../selvamsiddhar-2020617-small-idea-atharva-v... ▾
Dec 12, 2013 - Swamiji Sri Selvam Siddhar is the only Hindu Atharva Vedic Siddhar in
the entire North America and all over the western countries, if you have ...

Swamiji sri selvam siddhar | Hindu Temple of Ohio is the ...
www.108shiva.com/services.htm ▾
Normally the Hindu Temples around USA are only praying temples. ... This is the first
and only Atharva Veda based Hindu Temple in the entire western countries ...

Manjula Killari - Selvam Siddhar Swamiji is a great Vedic...
https://www.facebook.com/QuikrFans/posts/989029047793107 ▾
Any ??? please contact Swamiji all the information will be highly. ... in India the first
references to astronomy are to be found in the Atharva Veda which is dated around
2000 ... It would be surprising for us to know today that this science had advanced to
such an extent in ancient ... All these were based only on Atharva Veda.

Dr Commander Selvam Siddhar
commander-selvam.blogspot.com/ ▾
Jul 5, 2013 - Swamiji took vigorous training in the Atharva Veda, and presently ... and
the only Swamiji in the whole USA with the Atharva Vedic background ...

Vedic Mathematics for All Ages: A Beginners' Guide

Google | ONLY ATHARVA VEDIC SWAMIJI IN USA |   |   | +Manjula

Web     Images     Videos     News     Maps     More ▾     Search tools

Page 4 of about 12,100 results (0.59 seconds)

Vedic Astrology - Ancient Indian Divine Science
Ad  www.ishwarcenter.org/ ▾
Get Complete Insight of Your Life

About Us - Dr.Commander Selvam Siddhar
www.drcommanderselvam-business.com/aboutus.htm ▾
According to Atharva Veda the planets are the only reason for making one as
successful or unsuccessful businessman. Swamiji Sri.Selvam Siddhar (Dr.

Swamiji selvam siddhar | sri selvam siddhar, dr commander ...
www.sriselvamsiddhar.org/disclaimer.htm ▾
Only if you need the Spiritual way of clearing off the problems you call us. ... the
Atharva Veda, where Swamiji Sri Selvam Siddhar/ Dr Commander Selvam is an ...

Solai's True Chettinad kitchen: Palakkai Pirattal (Baby Jack ...
solaischiskitchen.blogspot.com/.../palakkai-pirattal-baby-jack-fruit.html ▾
Dec 18, 2008 - "Siddhar" is the only living "Siddhar" and Swamiji in USA with the
Atharva Veda background. The only Yaksha Devatha Upaasaka among the ...

Swamiji sri selvam siddhar
omshanthiswamijisriselvamsiddhar.blogspot.com/ ▾
Mar 27, 2014 - Thank you very much Swamiji for making my only son as a "shining .....
Sri SelvamSiddhar is the 'only' Atharva Vedic Swamiji in USA and a ...

Siva Vishnu Temple of Texas | A History of the Olympics
muktinagatemple.org/ ▾
Only 1/4th cup of charged water should be taken fifteen minutes after each meal. ...
Swamiji Sri SelvamSiddhar is the 'only' Atharva Vedic Swamiji in USA and a ...

inhurryjob - Pinterest
https://www.pinterest.com/inhurryjob/dr-commander-selvam-siddhar/
Selvam Siddhar) is the most learned Atharva Veda scholar. ..... Swamiji Sri Selvam
Siddhar in USA is the only Living Siddhar considered as #SiddharSelvam.

Questions & Answers - Ved Mandir
www.vedmandir.com/questions.php ▾
Questions by users and Answers by Swami Ramswarupji. ... Jagdip Dave: Can you tell
us something about origin of MurtiPooja as Vedas speak about Yajnas ..... (11)
Atharvaveda mantra 6/8/1 -- wife should be dependent on husband just as a ...

Summing Up "Vedic Math" - Hinduism Today Magazine
www.hinduismtoday.com › ... › January/February 2001 ▾
It is based upon the work in Vedic mathematics of Jagadguru Swami Sri Bharati ... up
a principal or method, which he found in the Parisista (appendix) of the Atharva Veda.
... Swami's solutions apply only to unique problems, and not to general cases. ... for
the University of Hawaii at Kauai Community College, Hawaii, USA.

namasthe swamiji sri sri selvam siddhar
pravenakumar.blogspot.com/.../namasthe-swamiji-sri-sri-selvam-siddhar.... ▾
Jun 4, 2008 - He is the ONLY Atharva Vedic Swamiji/ Scholar in the entire Western
countries ... -Only Swamiji in the USA with more than 3 million followers

Commander Selvam Archives - Searchindia.com Blog
www.searchindia.com/tag/commander-selvam/ ▾
Hindu Priest Commander Selvam in Trouble in U.S. ... A self-styled expert in Atharva
Veda, Commander Selvam's advertised ... Sri Sri Selvam Siddhar is the only living
Siddhar and Swamiji in USA with the Atharva Vedha background. As even ...
You visited this page on 3/26/15.

Google | ONLY ATHARVA VEDIC SWAMIJI IN USA |              +Manjula

Web    Images    Videos    News    Maps    More ▾    Search tools

Page 5 of about 12,100 results (0.49 seconds)

### Acharya David Frawley (Pandit Vamadeva Shastri)
vedanet.com › About ▾
... from SVYASA (Swami Vivekananda Yoga Anusandhana Samsthana), the only
deemed ... Swami Veda Bharati, Swami Rama Sadhaka Grama, Rishikesh ... He
brings us Vedic knowledge in a direct and practical way, so that one can apply this ....
the Rig Veda, Yajur Veda, and Atharva Veda, and several Brahmanas and ...

### Swamiji selvam siddhar
swamijiselvamsiddhar.blogspot.com/ ▾
Apr 8, 2014 - Please remember Swamiji Sri SelvamSiddhar is the 'only' Atharva Vedic
Swamiji in USA and a Living Siddhar in USA and Not simply come ...

### Arya Samaj - Swami Agnivesh
www.swamiagnivesh.com/arya-samaj.php ▾
In order to re-energize Vedic knowledge and reawaken our awareness of the four Vedas
- Rig Veda, Yajur Veda, Sama Veda, and Atharva Veda - Swami Dayanand ... Africa,
Surinam, Thailand, Trinidad & Tobago, UK, and the United States. ... No one should be
content with promoting his/her good only; on the contrary, one ...

### Spiritual Karma Magazine 68. Published by Swamiji Sri ...
https://www.scribd.com/.../Spiritual-Karma-Magazine-68-Published-by-S... ▾
Apr 13, 2013 - If you think you need some spiritual healing, then Call Siddhar Swamiji
in USA the only Atharva Vedic Swamiji in all over North America.

### Disclaimer - Selvam Siddhar Medical malpractices Solutions
www.drcommanderselvam-medicine.com/disclaimer.html ▾
Dr. Commander Selvam ( Swamiji Sri Selvam Siddhar ) performs the Atharva Veda
Thantric Rituals as per the Atharva Vedic Scriptures. Only if you need the Spiritual way
of clearing off the problems you call us. Otherwise you call the ...

### True Religion by Swami Krishnananda
www.swami-krishnananda.org/disc/disc_115.html ▾
That God is just here and looking at us, is not a theoretical doctrine. It is not an ... I will
read to you the English translation of that prayer from Atharva Veda. This is ...

### Swamiji sri selvam siddhar | Correcting the relationship ...
www.drcommanderselvam-relationship.com/services.htm ▾
The services of Dr. Commander Selvam (Swamiji Sri.Selvam Siddhar) start from the
preparation of horoscopes as per the standards specified in Atharva Veda. ... Selvam
Siddhar @ USA toll free 1-800-574-3427 or Hindu Temple of Ohio ... Only if the planets'
position in the horoscopes of father and son the boy will have a ...

### A Short History of Yoga - Yoga Meditation
www.swamij.com/history-yoga.htm ▾
Although only a few pieces of art have survived, some of them show ... Conversely, the
archeological artifacts of the Indus valley and adjoining areas give us the ... Sama-Veda
("Knowledge of Chants"), and Atharva-Veda ("Knowledge of .... It was at that congress
that the young Swami Vivekananda—swami (svāmin) means ...

### [PDF] Vedic Mathematics - Methods - Vedamu.org
www.vedamu.org/Veda/1795$Vedic_Mathematics_Methods.pdf ▾
from the Atharva Veda. He developed methods ... 25 centuries ago, 1131 Veda-sakhas
were known to the Vedic scholars, only about ten ... by Swami Bharati Krishna Tirthaji
in the early decades of the 20th century. Dr. Narinder Puri of ... Keeping the above
observations in view, let us enter Vedic Mathematics as given by Sri ...

### Gandharva Veda -- The Power of Music & Sound - Swami ...
www.swamipurnachaitanya.com/en/bloginside?id=3001Ze000 ▾

Google | ONLY ATHARVA VEDIC SWAMIJI IN USA | +Manjula

Web    Images    Videos    News    Maps    More ▾    Search tools

Page 6 of about 12,100 results (0.61 seconds)

**Atharva Veda in Sri Selvam Siddhar's words - YogaCraft**
www.yogacraft.com/atharvaveds.php ▾
Commander Selvam is the only Siddhar living in the entire western countries. ...
Atharva Veda is a sacred text for Hinduism and one of the four Vedas. ... Respected
Swamiji, I had the holiest occasion of getting your personal .... you can always contact
our office to speak with us about a free Lasik Denver vision screening.

**Maharishi Swami Dayanand Saraswati & the Arya Samaj**
hinduism.about.com › ... › Hinduism › Gurus & Saints ▾
... the four Vedas - Rig Veda, Yajur Veda, Sama Veda, and Atharva Veda - Swami
Dayanand ... Swami Dayanand's main message - "Back to the Vedas" - formed the ...
Africa, Surinam, Thailand, Trinidad & Tobago, UK, and the United States. ... No one
should be content with promoting his/her good only; on the contrary, one ...

**About us - Dr Commander Selvam siddhar**
www.drcommanderselvam-blackmagic.org/aboutus.htm ▾
Lot of People are facing a problem called black magic, Atharva Veda tells a lot ...
Swamiji Sri Selvam Siddhar is the only living Siddhar in the entire Western ...

**OmJai | Durga Saptashati - Devya Atharva Shirsam ...**
www.omjai.org/Durga+Saptashati+-+Devya+Atharva+Shirsam+-+Devoti... ▾
SRI SELVAM SIDDHAR IS THE ONLY ATHARVA VEDIC SWAMIJI IN USA Duration:
4.92 min. | Views: 107. Category: News Title: SCOTT MEDINA / Jai MA ...

**Siddhar Selvam | Immigration Services, Atharva Vedic ...**
www.drcommanderselvam-immigration.org/services.htm ▾
There is a lot of Atharva Vedic services required for making the immigration a
successful one in ... devathas is only through an Atharva Vedic scholar or Swamiji. ...
Now let us see about the deities and the brief description of the rituals to be ...

**May 3 - Sri Sri Sri Tridandi Chinna Srimannarayana ...**
www.chinnajeeyar.com/EventsPrograms/PJCeleb/JS09-050309.aspx ▾
Atharva Veda says "Satha hastha sama:ha:ra sahasra hastha samkira" meaning, ...
Our Sri Pedda Jeeyar Swamiji showed us a common mode of worship some 75yrs ...
Not only did HH believed in such ideology, but in fact practiced it before....

**About Us - Anaikatti Siddhar | Swamiji Anaikatti Siddhar**
www.anaikattikalitemple.org/aboutus.php ▾
about vanadurga mandir, Temple in USA. ... As an Atharva Vedic scholar and the only
living Siddhar of the entire western countries Swamiji Sri. Anaikatti ...

**Swamiji selvam siddhar | Nutrition services and tips**
www.drcommanderselvam-nutrition.com/services.htm ▾
According to Atharva Veda and Dr. Commander Selvam (Swamiji Sri. ... Selvam
Siddhar) @ USA toll free 1-800-574-3427 or Hindu Temple of Ohio ... The only reason is
that they are not using the proper Yeksha/Yakshini devathas powers to ...

**Commander selvam siddhar | Commander Selvam services ...**
www.commanderselvam.org/services.htm ▾
By performing these rituals as per the Atharva Veda standards, one can have ... Sri
Rama was not only kind and affectionate but generous and considerate of ... salvations
to your problems Call Swamiji in USA @ Toll free 1-888-232-1818 or ...

**Atharva Veda Thantra secret regarding your Moles on the Bo...**
forums.joeuser.com › ... › Philosophy › Religion ▾
Oct 9, 2009 - 1 post
The moles on the top (crown) of the head are visible only if the head is ... reach the
only Atharav Vedic Swamiji in USA @ 408 829 7780. or ...

Google | ONLY ATHARVA VEDIC SWAMIJI IN USA | | +Manjula

Web    Images    Videos    News    Maps    More ▾    Search tools

Page 7 of about 12,100 results (0.65 seconds)

**Vedic Astrology - IshwarCenter.org**
Ad  www.ishwarcenter.org/ ▾
Ancient Indian Divine Science·Get Complete Insight of Your Life

**Commanders Cantina - Centerville OH 45459 | 937-222-5799**
www.merchantcircle.com › ... › Food & Dining › Catering Services ▾
The only south Indian and Mexican restaurant in Downtown, Dayton, OH founded ... of
followers and the only Swamiji in the USA with Atharva Vedic Background

**atharva veda word | - Word Photos**
www.wordy.photos/index.php?keyword=atharva%20veda ▾
SRI SELVAM SIDDHAR IS THE ONLY ATHARVA VEDIC SWAMIJI IN USA ... 3. SRI
SELVAM SIDDHAR IS THE ONLY ATHARVA VEDIC SWAMIJI IN USA

**What Are The Vedas? | Krishna.org**
krishna.org › Prabhupada › Books ▾
Published on October 16th, 2013 | by HDG A.C. Bhaktivedanta Swami ... This Vedic
knowledge was stated in the Atharva-veda. ..... much with this as I only know what
Prabhupada is teaching us and he is not teaching us salagram sila worship.

**Siva Vishnu Temple of Texas | Atharva Vedic Astrology With ...**
shanidevmandir.org/ ▾
Atharva Vedic Astrology With relates Girls/ Ladies. Param Pujya His Holiness "
Swamiji Sri Selvam Siddhar". UNDERSTAND ... I have discussed about the signs and
relationship in " general" to any females and that too based on Lagna only . For more
clarification, please call me @ 408 829 7780( USA cell phone number).

**Atharva veda vashikaran, SlideSearchEngine.com**
www.slidesearchengine.com/slide/atharva-veda-vashikaran ▾
Mar 12, 2014 - Swamiji Selvam Siddhar Missions Spiritual presentation by venkatdik.
... Vasikaranam through Atharva Vedic Astrology and Atharva Veda Thantric ... The
Attraction towards the subject of Occult Sciences is not just restricted to ... you may
contact us to seek proper help in getting the temporary negative ...

**All About Hinduism - The Divine Life Society**
www.dlshq.org/download/hinduismbk.htm ▾
SRI SWAMI SIVANANDA ... Free us from egoism, lust, greed, hatred, anger and
jealousy. ... It is only a means to an end and all means which will ultimately lead to the
end ..... The Atharva-Veda Samhita is meant to be used by the Brahma, the ...

**Vedic Maths - Chinmaya International Foundation**
chinfo.org/index.php?option=com_content&view=article&id... ▾
Camp Donation: Rs.3,500/- only (includes food & accommodation, and does not include
transportation) ... During his Vedic studies at Sringeri (1911 1918) Swamiji came
across certain portions of Atharva Veda which dealt with Mathematics. ... Home | About
CIF | Reach Us | Adi Sankara Nilayam | Home Study Courses ...

**Arya Samaj - Jatland Wiki - Jatland.com**
www.jatland.com/home/Arya_Samaj ▾
Jun 6, 2014 - 3 The Basis of the Arya Samaj - The Vedas; 4 Maharishi Swami
Dayanand Saraswati .... It is only in the Atharvaveda that one hears of men along with
the gods and the heavens. .... Arya Samaj of Southern California (USA).

**Veda Parirakshana Project - JET**
www.jaf.org.au/projects/veda-parirakshana-project/ ▾
Our History · About us ... to HH Sri Chinna Jeeyar Swamiji mission to promote Vedic
Teachings and Vedic Knowledge to ... four groups viz., Rig Veda, Yajur Veda, Sama
Veda and Atharva Veda with 1131 branches. Out of 1131 branches, only 15 branches

Google     | ONLY ATHARVA VEDIC SWAMIJI IN USA |           +Manjula

Web     Images     Videos     News     Maps     More ▾     Search tools

Page 8 of about 12,100 results (0.60 seconds)

Vedic Astrology - IshwarCenter.org
Ad  www.ishwarcenter.org/ ▾
Ancient Indian Divine Science Get Complete Insight of Your Life

The Four Vedas - Shri Kanchi Kamakoti Peetham
www.kamakoti.org/hindudharma/part5/chap27.htm ▾
The seers have, however, revealed to us only a small part of them but it is sufficient ...
Saraswathi Shankaracharye Swamiji celebrated at Chennai - 22 March 2015 ... belong
to one or another of the four Vedas, Rg, Yajur, Saman and Atharvan.

Atharva Veda Parayanam & Vastra Samarpanam at ...
www.kamakoti.org/.../Swamimalai%20Atharvana%20Veda%20Parayana... ▾
If you cannot comply with all of the above requirements, please contact us to ...
Atharva Veda Parayanam & Vastra Samarpanam at Swamimalai - 30 July - 2 Aug 2014
... Swamiji of Shri Kanchi Kamakoti Peetham, the Annual Atharva Veda ... Any
Program on Veda Parayanam is deemed to be exhaustive only when all the ...

Swamiji Sri Selvam Siddhar - High Priest at Shiva Vishnu ...
www.yatedo.com/p/Swamiji.../156439da54d53ccd2796b98057607888
Results 1 - 14 - Swamiji Sri Selvam Siddhar is the founder of numerous Hindu Temples
in the USA and India . Presently he is the only Atharva Vedic Swamiji/ ...

What is Vedic Mathematics - School of Vedic Maths
sovm.org/what_is_vedic_maths.php ▾
The author of Vedic Mathematics, Swami Bharati Krishna Tirthaji, was born to ...
revelations on the 16 Sutras from the Parishta (Appendix) of Atharva Veda. ... Vedic
Mathematics was just one of his epoch making contributions to the whole world. ... It is
this introductory volume that is available to us now which itself covers ...

[PDF] vedic mathematics - Digital Library of India
www.new1.dli.ernet.in/data1/upload/insa/INSA_1/20005afd_1.pdf ▾
by KC Hari - 1999 - Related articles
Jul 3, 1998 - Atharvaveda. as early as in 1950, when Swamiji was undertaking ....
revelation from materials scattered here and there in the Atharvaveda'. Only one .... As
the first case of study, let us choose the 'spectacular' method for which ...

Press Release 12/02/2015 - International Vedic Conference
www.internationalvedicconference.com/pressrelease.php ▾
Feb 12, 2015 - In Re-Establishing Vedic India and re-enlivening interest in Veda on the
basis of the ... mantras through Rig Veda, Yajur Veda, Sama Veda and Atharva Veda.
Speakers will be exploring the Vedas as a Science & Technology not only as rituals. ...
Dr. Bevan Morris, DSCI, USA will be addressing Vedic India ...

Vedanta and Indian Culture - Belur Math
www.belurmath.org/vedantaindianculture.htm ▾
Moreover, this culture maintained unbroken continuity from Vedic times to the present
day, ... Swami Vivekananda has pointed out that every civilization or culture has a ... to
the external world, and the method they employed was only speculation, ... There are
four Vedas: Rig-veda, Yajur-veda, Sama-veda and Atharva-veda.

Guru Gangeshwaranandji Maharaj | Abhinandan Granth
www.vedguru.com/abhinandan.htm ▾
Anant Shri Vibhushit Param Pujya Ved-murti, Sadgurudev Swami Shri ... due to
attachment considered Him as his son only and seeing his Bhagwad-Bhakti, used .... of
Shri SadGurudev and does not allow us to feel the loss and is co-ordinating all ... Shri
Swamiji Maharaj's Drishti went to those several Atharva-Veda Kaanda ...

[PPT] 139th anniversary of Arya Samaj Foundation What is the ...

Google | ONLY ATHARVA VEDIC SWAMIJI IN USA | | +Manjula

Web    Images    Videos    News    Maps    More ▾    Search tools

Page 9 of about 12,100 results (0.66 seconds)

### Swamiji Sri Selvam siddhar- Dr Commander Selvam IS A LIVI...
www.topix.com/forum/city/dayton-oh/T3G5LNA3F8209O8MN ▾
Feb 10, 2013 - For more help and understanding call Swamiji Sri Selvam Siddhar ....
You are only doing evil to mankind and this is of the devil. ... The story referred to at
the link at the beginning of this post, gives us ... Thank you so much for coming home
and conducted a powerful Atharva Vedic Ygana for my two sons.

### Yoga Swami Svatmarama. Hatha yoga pradipika - Lib.Ru
lib.ru/URIKOVA/SANTEM/.../hyp.txt_with-big-pictures.html ▾
He shows that hatha yoga is not just physical exercise, but an integrated ..... text
available to us: the Hatha Yoga Pradipika, by Yoga Swami Svatmarama. And we ......
the Atharva-Veda, and the Yajur-Veda, was later systematized into Ayurvedic ...

### No beef in Vedas - Vedic Philosophy - Tripod
vedicphilosophy.tripod.com/No%20beef%20in%20Vedas.htm ▾
It is really an irony that such observations remain uncontested by us and the native
Indians ... In the present write-up, only the part pertaining to the references quoted by
Mr. Jha ... In the realm of the Vedic interpretation, we owe debt to Swami Dayanand
...... Atharva Veda III.30.1 You should impart love to each other as the ...

### [PDF] Vedic Mathematics
www.vrindavana.net/academy/wp-content/uploads/.../VedicMath.pdf ▾
by WBV Kandasamy - Cited by 5 - Related articles
knowledge were to be learnt only by the 'upper' caste Hindus and the ... NASA (of the
USA) is using a Vedic formula to produce ... some Parisista of the Atharvaveda were
edited by ... description of the sixteen sutras invented by the Swamiji.

### Commander Selvam | Vedic and Spiritual Advice on Kids
www.drcommanderselvam-kids.info/ ▾
Siddhar is the only living Siddher and Swamiji in USA with the Atharva Veda ...
Swamiji Sri Siddhar has conducted many researches according to Vedic ...

### The Hindu Ethic of Non-Violence - Himalayan Academy
https://www.himalayanacademy.com/read/learn/basics/ahimsa-nonviolence ▾
It is good to know that nonviolence speaks only to the most extreme forms of
wrongdoing, ... What we have done to others will be done to us, if not in this life then in
another. ..... Atharva Veda: X. 191. 4 .... Sri Sri Sri Balagangadharnath Swamiji.

### Drink to Your Health; Amaroli, Urine Therapy – Agama Yoga ...
www.agamayoga.com/articles/amaroli.htm ▾
Swami Vivekananda's first book, Damaru Tantra, published in April 2009, is a ... maybe
even composting your kitchen and garden scraps, are just a few of the ways you can ...
"The soma beverage is a universal remedy," declares the Atharva Veda. ... The U.S.
company Enzymes of America uses a special filter to collect the ...

### Back To Godhead--Ultimate Goal
https://prabhupadavani.org/main/Caitanya_Caritamrta/CC042.html ▾
Srila A. C. Bhaktivedanta Swami Prabhupada. Take a test ... Vedas, first there was
only one Veda, Atharva Veda. ... Not only I am speaking of your United States.

### Women in Hindu Culture | Dr. Pankaj Jain - Academia.edu
www.academia.edu/1747144/Women_in_Hindu_Culture – Academia.edu ▾
4 Women as Vedic Deities (Devis) ⬚ Gayatri, the Mother of Vedas (Atharva Veda ...
All other major faiths see God as a 'Fatherly' figure only. ⬚ Even in Male ... women
Hindu priests and Gurus serve the laity in the United States as well, ... After Swamiji's
death she involved herself actively in the Indian Freedom Movement. ...

### Swamiji selvam siddhar | Vastu Kala for the prosperity of ...

**Google**    SWAMIJI SELVAM SIDDHAR- A LIVING GOD                                +Manjula

Web    Videos    News    Images    Maps    More ▾    Search tools

About 1,510 results (0.51 seconds)

**Swamiji Sri Selvam Siddhar | LinkedIn**
https://www.linkedin.com/in/sriselvamsiddhar
Houston, Texas Area - HIGH PRIEST- SWAMIJI at SHIVA VISHNU TEMPLE
View Swamiji Sri Selvam Siddhar's professional profile on LinkedIn. ... Swamiji is
considered to be a "Living God" to his followers who has made miracles in so ...

**Dr Commander selvam swamiji sri selvam siddhar is a miracl...**
www.topix.com/forum/city/dayton-oh/TVBFL7D1DLH529JJD ▾
Dec 24, 2011 - Devotees appreciation &Complements about Swamiji Sri Selvam
Siddhar ... 's experience about our Living God Swamiji Sri Selvam Siddhar

| COMMANDER SELVAM.- SWAMIJ SELVAM SIDDHAR IS ... | Jul 6, 2013 |
| Dr Commander Selvam- Swamiji Sri Selvam Siddhar is my living ... | Mar 17, 2013 |
| Commander Selvam- Selvam Siddhar a living God for us | Mar 17, 2013 |
| Swamiji Sri Selvam siddhar- Dr Commander Selvam IS A ... | Feb 10, 2013 |

More results from www.topix.com

**swamiji sri selvam siddhar living god - SlideShare**
www.slideshare.net/ashwinceejo/swamiji-sri-selvam-siddhar-living-god ▾
Nov 28, 2014 - Siddhar Selvam Missions hindu religions Service get releave from your
problems confusions by praying god. commander selvam, ...

**Dr commander selvam - Siddhar Selvam**
www.siddharpeedam.org/aboutus.php ▾
His holiness, Swamiji Sri Selvam Siddhar, is the founder of numerous Hindu .... Shiva
- God of All -Swamiji Sri Selvam Siddhar - ( The only living Siddhar in USA) ...
You've visited this page 3 times. Last visit: 2/20/15



**god selvam siddhar - YouTube**
www.youtube.com/watch?v=70vVLND2bXU
Dec 8, 2014 - Uploaded by DLK TECHNOLOGIES
COMMANDER SELVAM / SRI SELVAM SIDDHAR
▶ 3:32    SATSANG ABOUT ... LIVING GOD - SRI SELVAM ...



**Golden sayings of Swami Sri.Selvam Siddhar. Swamiji Sri ...**
https://plus.google.com/.../posts/SGkgJ5kLQs5 ▾
Manjula killari
Mar 3, 2015 - Golden sayings of Swami Sri.Selvam Siddhar. Swamiji
Sri.Selvam Siddhar (Dr. Commander Selvam) is not only the authority of
Atharva Veda and Vedic astrology ...

**salutations to living god sri sri selvam siddhar swamiji / dr ...**
creative.sulekha.com › General ▾
I consulted Swamiji Sri Sri Selvam Siddhar, through telephone. He checked the
horoscope of my son and found that my son has some kind of black magic.

**siddhar selvam on Pinterest**
https://www.pinterest.com/sasivijay/siddhar-selvam/ ▾
Swamiji selvam siddhar | Surya Namaskaara The term Surya Namaskaara ... Guru
Maharaj Swamiji Sri Selvam Siddhar - Dr Commander Selvam is a living God.

**swamiji selvam siddhar latest news - Video Dailymotion**
www.dailymotion.com/.../x20dnh4_swam... Dailymotion ▾
Jun 27, 2014



▶ 7:09    Swamiji Sri Selvam Siddhar is the " only" living Siddhar in the
entire ... and believed to be a " Living God ...

**Worldwide followers of SRI SELVAM SIDDHAR also known ...**
intentblog.com/worldwide-followers-sri-selvam-siddhar-also-known-dr-c... ▾

Worldwide followers of SRI SELVAM SIDDHAR also known as Dr COMMANDER
SELVAM – A LIVING GOD. April 8, 2009 Relationshipsblack magic, Children, ...

### Swamiji Sri Selvam Siddhar is the "only" living Siddhar in ...
https://plus.google.com/.../posts/HwgLn5Fknu2 ▼
Selvam Siddhar
Jun 4, 2013 - Swamiji Sri Selvam Siddhar is the "only" living Siddhar in the
entire American continent. He is young, energetic, always smiling, very care
giving, soft, gentle, highly ...

1 2 3 4 5 6 7 8 9 10     Next

O Dallas, TX - From your Internet address - Use precise location.- Learn more

Help     Send feedback     Privacy     Terms

Google | only living swamiji in North America | | +Manjula

Web   Images   Videos   News   Maps   More ▾   Search tools

About 13,300 results (0.93 seconds)

**Swamiji Sri Selvam Siddhar | LinkedIn**
https://www.linkedin.com/in/sriselvamsiddhar
Houston, Texas Area - HIGH PRIEST- SWAMI.II at SHIVA VISHNU TEMPLE
Swamiji is considered to be a "Living God" to his followers who has made miracles in
so ... -Only Swamiji in the USA with countless number of followers ... -Only Swamiji
who knows and practices Atharva Veda in the entire North America and ...
You visited this page on 4/3/15.

**selvam siddhar swamiji | Atharva Vedic**
swamijiatharvavedic.blogspot.com/2013/10/selvam-siddhar-swamiji.html ▾
Oct 5, 2013 - Swamiji Sri Selvam Siddhar is the "only" living Siddhar in the entire ...
and the Highest Indian American Donor for the temples in North America

**Siddhar Selvam | Commander Selvam Missions Official ...**
w.siddharpeedam.org/ ▾
Swamiji Sri Selvam Siddhar is the " only" living Siddhar in the entire American ... -
Only and the Highest Indian American Donor for the temples in North America.

**hindu temple of ohio- dayton mandir , dr commander selvam ...**
intentblog.com/hindu-temple-ohio-dayton-mandir-dr-commander-selva... ▾
Jul 11, 2010 - Swamiji you are like a living God for millions of followers and helped ...
the 19th Siddhar and the only living iddhar in the entire North America .

**sri selvam siddhar | Avtemple's Weblog**
https://avtemple.wordpress.com/tag/sri-selvam-siddhar/ ▾
"Siddhar" is the only living "Siddhar" and Swamiji in USA with the Atharva Veda ... The
only youngest "Siddhar" Swamiji in North America with the highest ...

**Sri Sri Selvam Siddhar-Dr Commander Selvam Siddhar is a ...**
www1.topix.com/forum/city/beverly-hills.../T01DE22AK46SP18U?iw... ▾
"Siddhar" is the only living "Siddhar" and Swamiji in USA with the Atharva Veda ... The
only youngest "Siddhar" Swamiji in North America with the highest ...

**HINDU TEMPLE OF GEORGIA - Future Website of punithan**
punithan.tripod.com/hindutempleofgeorgia/.../hindu-temple-of-georgia/ ▾
Aug 24, 2008 - Sri Sri Selvam "Siddhar" is the only living "Siddhar" and Swamiji in
USA with ... The only youngest "Siddhar" Swamiji in North America with the ...

**About Swamiji Sri Selvam Siddhar - SlideShare**
www.slideshare.net/commanderselvam/about-swamijisriselvamsiddhar ▾
Jun 4, 2013 - Swamiji Sri Selvam Siddhar is the "only" living Siddhar in the entire ...
American Donor for the temples in North AmericaOnly Swamiji who has ...

**Swamiji selvam siddhar | Yantra is an instrument, or a talisman**
www.sriselvamsiddhar.org/thantra-healing.htm ▾
Swamiji Sri. Selvam Siddhar is the only living Siddhar in the entire western countries.
He is the only Atharva Vedic Swamiji in the entire North America, who ...

**Siddhar Selvam | Commander Selvam Missions Official ...**
srchtag.com/ex/36ym3i75gkeo087.html ▾
Chicago Gallery; Us, About swamiji; About Video Photo because Audio ... Sri Selvam
Siddhar is the " only" living Siddhar in the entire American continent. ... -Only and the
Highest Indian American Donor for the temples in North America.

Google | only living swamiji in North America |          +Manjula

Web     Images     Videos     News     Maps     More ▾     Search tools

Page 2 of about 13,300 results (0.62 seconds)

**About Us - Dr Commander Selvam - Sri Selvam siddhars ...**
www.drcommanderselvam-vedicastrology.com/aboutus.htm ▾
He is the only living Siddhar practicing Atharva Veda and Atharva Vedic ... He is the
only youngest "Siddhar" Swamiji in the entire North America with the highest ...

**North American Gurukul Newsletter Summer 2008**
www.northamericangurukul.org/NAGNewsletterSummer2008.php ▾
Not a family that is just confined to brothers and sisters, father and mother, but ... the
many benefits of Satyananda Yoga and serve the communities in which we live. ...
Swami Karma Karuna visited North America June through August - Swami ...

**Solai's True Chettinad kitchen: Palakkai Pirattal (Baby Jack ...**
solaischiskitchen.blogspot.com/.../palakkai-pirattal-baby-jack-fruit.html ▾
Dec 18, 2008 - "Siddhar is the only living "Siddhar" and Swamiji in USA with the
Atharva ... The only youngest "Siddhar" Swamiji in North America with the ...

**Autobiography of a Yogi - Ananda**
www.ananda.org/autobiography/ ▾
As an eyewitness recountal of the extraordinary lives and powers of modern Hindu
saints, ... the Himalayas; A "Perfume Saint" Performs his Wonders; The Tiger Swami;
The .... But Mother was a queen of hearts, and taught us only through love. ...... to
proceed north to Rishikesh, a soil long hallowed by feet of many masters.

**Dr. Commander Selvam: YogaCraft - Kundalini Yoga and ...**
www.yogacraft.com/ ▾
Swami Vivekananda's Guidance to Develop the Personality Failure is ... Science for
numerous papers, from coast to coast, in North America. ... He is the only living
"Siddhar" and Swamiji in America with his specific Atharva Veda background.

**Hindu Temple Of Ohio, DAYTON TEMPLE A NEW AND ...**
creative.sulekha.com › General ▾
His Holiness Perampujya Swamiji Sri Selvam Siddhar is the 19th Siddher and the only
living iddhar in the entire North America. Siddhars are considered to be ...

**Swami Bhoomananda Tirtha**
narayanashramatapovanam.org/ ▾
Swamiji Picture .... It is all to remind us that our life is very much indebted to God.
Only under the umbrella of His Grace, we can live here with a proper shade and ...

**Turiyananda - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Turiyananda ▾ Wikipedia ▾
Strong is he who can live in harmony with many people and heed opinions other ...
Swami Vivekananda wrote in a letter from America in 1895, Whenever I think of ...
along with Swami Brahmananda travelled further north into the Himalayas. ... the
public, but the real work can be done only through close personal contact.

**Meet an 82-Year-Old Hermit From the High Himalayas ...**
www.hinduismtoday.com › Magazine Web Edition › May 1994 ▾
Hinduism Today: Swamiji, please tell us about life in the Himalayas. Swami ... Above
Badrinath I found a valley, just three mountains on three sides with one big river ...
Actually, they live in their astral body, not in the physical body. ... The Himalayas is the
austerity aspect of God and North America is the luxury aspect of God.

**Dr Commander Selvam Siddhar**
commander-selvam.blogspot.com/ ▾
Jul 5, 2013 - ... is the only Hindu in the whole western countries and North America ....
Swamiji Sri Selvam Siddhar is the " only" living Siddhar in the entire ...

Google | only living swamiji in North America | +Manjula

Web    Images    Videos    News    Maps    More ▾    Search tools

Page 3 of about 13,300 results (0.66 seconds)

**Globe and Mail article - Shyam Shadows**
www.swamishyamshadows.info/globe_article.htm ▾
There is only one god and today he is presiding over a crowd of Canadians, who believe
they, too ... Swami Shyam strongly denied the accusations, but five women now living
in North America and Europe have given detailed accounts of what ...

**Siddhar Selvam | Commander Selvam Missions Official ...**
20tag.com/ex/q0d8v346jd4b11.html ▾
Home; About Annual About swamiji; Video in Photo Gallery; Audio Gallery; ... Sri
Selvam Siddhar is the " only" living Siddhar in the entire American continent. ... -Only
and the Highest Indian American Donor for the temples in North America.

**HINDU TEMPLE OF OHIO-SRI VENKATESWARA TEMPLE ...**
hindutempleofohio-srieelvamsiddhar.blogspot.com/.../hindu-temple-of-o... ▾
Jul 22, 2010 - Swamiji you ate like a living God for millions of followers and helped ...
the 19th Siddhar and the only living iddhar in the entire North America.



**dr.commander selvam / sri sri selvam siddhar ... - YouTube**
www.youtube.com/watch?v=S12B1jI8yKc ▾
Apr 22, 2008 - Uploaded by hindutempleofgeorgia
Swamiji His Holiness Sri Sri Selvam Siddhar is famously known
as Dr Commander Selvam. He is considered ...

**Jagadguru Swami Sathyananda Saraswathi**
srdm.in/jagadguru-swami-sathyananda-saraswathi ▾
Such an intensity of Sree Lalita Upasana has only been recorded in the live of Adi ...
Hindus of North America in November 2003 and July 2008respectively.

**Shraddhanjali to Swamiji Devendrakeerti Bhattarakji ... - Jaina**
www.jaina.org/.../Shraddhanjali-to-Swamiji-Devendrakeerti-Bhattarakji-... ▾
Aug 3, 2010 - This could have record death in America avoided due to Swamiji's ... so
far held in North America including the recent one in New Jersey. ... not only for us in
America but for the humanity and all living being as a whole.

**Joyful Living with Yoga - ahymsin**
www.ahymsin.org/docs2/News/11Feb/04.html ▾
With Swami Veda Bharati and Swami Nityamuktananda Saraswati, the retreat was ...
By protecting only a part of us, we make barrier around us and become less ...

**[PDF] December 2008 - Sri Sri Sri Shivabalayogi Maharaj**
www.shivabalamahayogi.com/uploads/1/0/6/8/10689529/08_dec.pdf ▾
complete surprise, Sri Swamiji smiled at us from his chair way ... all our lives (maybe
not just this life). ... Sri Sri Sri Shivabalayogi Maharaj tours North America.

**Sri Swamiji's Presence Today - Sri Sri Sri Shivabalayogi ...**
www.shivabalayogi.ca/presencetoday.html ▾
He has only unconditional love for all his devotees young and old, from the first body ...
The mission has grown continuously in North America since Sri Swamiji's ... All
across India, the United States and in Canada the love of the Living Yogi is ...

**Aurovalley Ashram: A haven of peace and conscious living**
breathedreamgo.com/2010/04/aurovalley-ashram/ ▾
Apr 11, 2010 - ... Yoga/Spirituality, Swamiji entering one of the gates of Aurovalley
Ashram ... Although it was only about 9:30 am, it was already very hot and sunny. ...
But this is not the usual yoga you find at North American yoga studios.

**Free Method of Meditation**
Ad  www.derasachasauda.org/ ▾

Google    wedding selvam siddhar swamiji                    +Manjula

Web    News    Images    Videos    Shopping    More ▾    Search tools

About 49,500 results (0.31 seconds)

Images for wedding selvam siddhar swamiji               Report Images



More images for wedding selvam siddhar swamiji

### Dr commander selvam - Siddhar Selvam
www.siddharpeedam.org/aboutus.php ▾
His holiness, Swamiji Sri Selvam Siddhar, is the founder of numerous Hindu ... people
come out of their various problems in their marriage, children, career, ...
You've visited this page 3 times. Last visit: 2/20/15

### Swamiji Sri Selvam Siddhar | LinkedIn
https://www.linkedin.com/in/sriselvamsiddhar ▾
Houston, Texas Area - HIGH PRIEST- SWAMIJI at SHIVA VISHNU TEMPLE
View Swamiji Sri Selvam Siddhar's professional profile on LinkedIn. ... to come out of
various problems in their life like -marriage, children, carrier, job, business, ...
You visited this page on 4/3/15.

### Swamiji Sri Selvam Siddhar Dr Commander Selvam NSNA ...

www.youtube.com/watch?v=eUnUMTKH5LY
Apr 15, 2014 - Uploaded by Swamiji sri selvam siddhar
Siddhar Selvam Missions hindu religious Service get releave
from your ... KANMANI WEDS VIJAY ...

### DR COMMANDER SELVAM Shiva Vishnu Temple of Texas ...

www.youtube.com/watch?v=kLI_vSn9Eko
Jul 24, 2013 - Uploaded by Shiva Vishnu
... SWAMIJI SRI SELVAM SIDDHAR COMMANDER SELVAM
KARM ... Holy solution for problems with ...

### SWAMIJI SRI SELVAM SIDDHAR - shiva vishnu temple of ...
https://shivavishnutempleoftexas.wordpress.com/.../commander-selvam-d... ▾
Apr 21, 2013 - My wedding is fixed during the first week of December. .... Att: Dr
Commander Selvam/ Sri Sri Selvam "Siddhar" Swamiji Namaskaramii Thanks ...

### COMMANDER SELVAM- SWAMIJ SELVAM SIDDHAR IS O...
www.topix.com/forum/city/edison-nj/THPC0C5Q891AA631E ▾
Jul 6, 2013 - Dr Commander Selvam- Swamiji Sri Selvam Siddhar is just another ...
your thantra rituals, my daughter's marriage proposal went ok yesterday

### Astrology and Karma by SELVAM SIDDHAR SWAMIJI From ...
https://plus.google.com/.../posts/MBaZzErUvD2 ▾
Manjula killari
Jan 29, 2015 - Astrology and Karma by SELVAM SIDDHAR SWAMIJI From
the beginning of mankind people have followed the movements of planets and
have derived certain ...

### Karma magazine published by swamiji sri selvam siddhar dr ...
www.dailymotion.com/.../x257k45_karm...    Dailymotion ▾
Sep 4, 2014
Robbie Williams' wedding photos are published ... Swamiji Sri
Selvam Siddhar is the " only" living ...

**Google**  | children problems selvam siddhar swamiji | | +Manjula

Web   News   Videos   Images   Shopping   More ▾   Search tools

About 6,980 results (0.77 seconds)

### SRI SELVAM SIDDHAR'S Spiritual solutions Children ...
interiblog.com/commander-selvam-sri-selvam-siddhars-spiritual-solution... ▾
Apr 12, 2009 - Mental issues for the Children Healing by Sri Si Selvam Siddhar: As a
... Dr.Commander Selvam, sri selvam siddhar, swamiji selvam sidhar, ...

### Annamalai as Siddhar Selvam Fraud Hindu Temple USA ...
fraudsiddhar.blogspot.com/.../annamalai-tamillan-claims-he-is-siddhar.ht... ▾
Aug 31, 2007 - Calling himself a swamiji and with a host of other titles, and sporting a
mustache but ... All kinds of children Problems (Funny 'omnibus' listing)

### Commander Selvam | Vedic and Spiritual Advice on Kids
www.drcommanderselvam-kids.info/ ▾
Sri Sri Selvam Siddhar helps the human mankind to come out different problems in
the life through Vedic Rituals. Siddhar is the only living Siddhar and Swamiji ...

### Dr commander selvam - Siddhar Selvam
www.siddharpeedam.org/aboutus.php ▾
Siddhar selvam is also known as Dr. Commander Selvam, Dr commander selvam, ...
Maherishi, Siddha Purush "Swamiji Sri Selvam Siddhar" is a child prodigy. ... any
problems related to evil powers, black magic, marriage problems, children ...
You've visited this page 3 times. Last visit: 2/20/15

### Swamiji Sri Selvam Siddhar | LinkedIn
https://www.linkedin.com/in/sriselvamsiddhar
Houston, Texas Area - HIGH PRIEST- SWAMIJI at SHIVA VISHNU TEMPLE
View Swamiji Sri Selvam Siddhar's professional profile on LinkedIn. ... to come out of
various problems in their life like -marriage, children, carrier, job, business, ...
You visited this page on 4/3/15.

### dr.commander selvam / sri sri selvam siddhar ... - YouTube

www.youtube.com/watch?v=S12B1j8yKc ▾
Apr 22, 2008 - Uploaded by hindutempleofgeorgia
Swamiji His Holiness Sri Sri Selvam Siddhar is famously known
as Dr ... Divorce problems, Children ...
▶ 8:03

### Commander selvam | SindhuDulani, Mesquite, Texas, USA
commanderselvam.panchamukhahanumanjimandir.org/ ▾
Namaskara SiddharSwamiji, Jai Ho, I had many problems with my husband, Only ...
After suffering for a long time I reached Swamiji!Siddhar through the magazine Karma
Magazine . ... I,prayed her at the time of my grand child's birth last month.

### Swamiji selvam siddhar | RupaDayani, Minnesota, USA
swamijiselvamsiddhar.panchamukhahanumanjimandir.org/ ▾
Swamiji Sri Selvam"Siddhar' Dear Swamiji with your prayers, I was through ... Thank
you very much Swamiji for making my only son as a "shining star" in his studies. ...
Only because of your Thantric rituals I have overcome all the problems.

### Images for children problems selvam siddhar swamiji  Report images



More images for children problems selvam siddhar swamiji

Google        kuja dosha selvam siddhar swamiji                    +Manjula

Web    News    Videos    Images    Maps    More ▼    Search tools

About 368 results (0.31 seconds)

KUJA DHOSA- MANGLIK DHOSA by Dr Commandor ... - Kijiji
www.kijiji.ca › Ontario › London › services › wedding in London ▼ Kijiji ▼
Feb 10, 2015 - KUJA DHOSA- MANGLIK DHOSA by Dr Commandor Selvam Siddhar
Swamiji ... Matters pertaining to the intensity of the Manglik Dosha and its

H.H Parampulya Swamiji " Sri Selvam Siddhar" Maharaj
www.siddharpeedam.org/article_details.php?id=211&PHPSESSID... ▼
The name Manglik dosha means a Dosha or a defect caused by the effect of planet
Mars. Manglik Dosha is found in the kundli or Birth Chart of the Native.

Articles - Siddhar Selvam
www.siddharpeedam.org/article_details.php?id=194 ▼
Matters pertaining to the intensity of the Manglik Dosha and its cancellation play ... and
to solve your problems contact Dr. Commander Selvam (Swamiji Sri.

Karma Magazine Published by Swamiji Sri Selvam Siddhar-Dr
https://www.scribd.com/.../Karma-Magazine-Published-by-Swamiji-Sri-S... ▼
Jun 30, 2013 - Dosha or Kuja Dosha ? 32. Palmistry. 39. Dakshina Kali / Dhyan
Mantra. 56. Letter to our. Swamiji Sri Selvam "siddhar". 69. Shakta Thantra. 78.

Swamiji sri selvam commander selvam karma ...
www.slideshare.net/.../swamiji-sri-selvam-siddhar-commander-selvam-ka... ▼
Jul 24, 2013 - Similarly, my coming into contact with Swamiji Sri Selvam Siddhar ......
Sri Selvam Siddhar" Maharaj What is Manglik Dosha or Kuja Dosha ?

siddhar selvam | A great WordPress.com site
https://commanderselvamsiddhar12.wordpress.com/ ▼
The name Manglik dosha means a Dosha or a defect caused by the effect of ...
contact immediately Swamiji Sri Selvam Siddhar in USA I @ 408 829 7780.

best and the historical temple founded by swamiji dr ...
shivavishnutempleoftexas.blogspot.com/.../best-and-historical-temple-fo... ▼
Apr 13, 2013 - Maharishi Swamiji Sri Selvam Siddhar. -. 8ᵗʰ house of the Atharva
... Thus there is Kuja dosha in both cases. Mercury in the 8th house may ...

Swamiji sri selvam siddhar | Vedic Astrology Services
www.drcommanderselvam-vedicastrology.com/services.htm ▼
This manglik Dosha / Kuja dosha effect of mars is common and there is no need to
worry at all about this. Come to Swamiji Sri.Selvam Siddhar (Dr. Commander ...

Sri Selvam Sidhar - IHeartSite.com
www.iheartsite.com/sri-selvam-sidhar.html ▼
sri selvam siddhar, dr commander selvam, swamiji selvam sidhar, Dr ... ... Mangliik
Dosham/ Chevvai Dosham/ Kuja Dosham Remedies - Sri Selvam ... But yes if ...

commander Selvam | Selvam Siddhar | dr Selvam siddhar
spiritualsolutions-drselvamsiddhar.blogspot.com/ ▼
Dec 18, 2013 - Spiritual Solutions - Swamiji Sri Selvam Siddhar ... Also he gives
wonderful spiritual remedies for Kaala Sarpa Dosha, Manglik Dosha, Pitru ...

1  2  3  4  5  6  7  8  9  10        Next

EXHIBIT-B

Few copies of the "price list" for some common poojas from the United
States located Hindu Temples.To be noted that, they do not have any
expertise in performing Atharva vedic Rituals.

Hindu Temple of Atlanta

**5851 GA Hwy 85, Riverdale, GA 30274**
Phone: (770) 907 - 7102
HTAManager@hindutempleofatlanta.org
Tax ID: EIN-58-1602137

**Temple Timings**
Sun -Thu: 9:00 AM - 9:00 PM
Fri & Sat: 9:00 AM - 9:00 PM

Home    About Us    Timings/Events    Pooja Materials    Online Booking    Service    Banquet/Auditorium    Weekend Activities    Media Center    eLetter

| Menus |
| --- |
| Pooja Service at Temple |
| Pooja Service at Home |
| Pooja Service/Donation |
| Pooja Material |
| Special Service |

## OTHER SERVICE / DONATION

| Name of the Services | * Donation |
| --- | --- |
| **1. LIFE TIME SPONSORS — ONE DAY IN A MONTH** | |
| Abhishekam to Lord Balaji on Saturdays | $10,001.00 |
| Abhishekam to Lord Shiva on Sundays | $10,001.00 |
| A.   Abhishekam to any other Deity | $7,001.00 |
| B.   Archana / Ashtotharam | $1,251.00 |
| C.   Sahasranamarchana | $3,001.00 |
| D.   Ashtalakshmi Pooja (Second Friday of the Month) | $4,001.00 |
| E.   Sudarshana Abhishekam (Full Moon Day) | $4,001.00 |
| F.   Srinivasa Kalyanam (1st, Saturday of the Month) | $4,001.00 |
| G.   Satyanarayana Pooja (Full Moon Day) | $4,001.00 |
| H.   Bhagavati Seva (Third Friday of the Month) | $4,001.00 |
| I.   Masashivaratri (Krishnapaksha Chaturdasi) | $4,001.00 |
| J.   Pradosham (On every Trayodasi evening – monthly twice) | $6,001.00 |
| K.   Durga Saptashati (Third Tuesday of the Month) | $4,001.00 |
| L.   Navagraha Puja (Fouth Saturday of the Month) | $4,001.00 |
| M.   Samkashtahara Chaturdhi (Krishnapaksha Chaturdhi) | $4,001.00 |
| N.   Karya Siddhi Hanuman Puja (First Saturday at 5 pm) | $4,001.00 |
| **2. YEARLY SPONSORS ONE DAY IN A MONTH** | |
| Abhishekam to Lord Balaji on Saturdays | $1,500.00 |
| Abhishekam to Lord Shiva on First Sundays | $1,500.00 |
| A.   Abhishekam to any other Deity except Balaji and Siva | $401.00 |
| B.   Archana / Ashtottaram | $121.00 |
| C.   Sahasranamarchana | $251.00 |
| D.   Ashtalakshmi Pooja (Second Friday of the Month) | $401.00 |
| E.   Sudarshana Abhishekam (Full Moon Day) | $401.00 |
| F.   Srinivasa Kalyanam (First Saturday of the Month) | $401.00 |
| G.   Satyanarayana Pooja (Full Moon Day) | $401.00 |
| H.   Bhagavati Seva (Third Friday of the Month) | $401.00 |
| I.   Masa Shivaratri (Krishnapaksha Chaturdasi) | $401.00 |
| J.   Pradosham (On every Trayodasi evening – monthly twice) | $601.00 |
| K.   Durga Saptashati (Third Tuesday of the Month) | $401.00 |
| L.   Navagraha Pooja ((Fourth Saturday of the Month) | $401.00 |
| M.   Samkashtahara Chaturdhi (Krishnapaksha Chaturdhi) | $401.00 |
| N.   Karya Siddhi Hanuman Puja (First Saturday at 5 pm) | $401.00 |
| **3. MONTHLY SPONSORS ONE DAY IN A MONTH** | |
| Abhishekam to Lord Balaji on Saturdays | $151.00 |
| Abhishekam to Lord Shiva on first Sunday of the month (Mahanyasam and Ekadasa Rudrabhishekam) | $151.00 |
| Abhishekam to Lord Shiva on Other Sunday of the month (Ekadasa Rudrabhishekam) | $116.00 |
| Abhishekam to Lord Shiva on Weekday Days (Ekadasa Rudrabhishekam) | $51.00 |
| A.   Abhishekam to any Deity | $51.00 |
| B.   Archana | $12.00 |
| C.   Sahasranamarchana | $25.00 |
| D.   Kalyana Utsavam (First Saturday of the Month) | $51.00 |
| E.   Kalyana Utsavam (Individual) | $151.00 |
| F.   Satyanarayana Pooja (Full Moon Day) | $51.00 |
| G.   Satyanarayana Pooja (Individual) | $116.00 |
| H.   Sudarshana Abhishekam (Full Moon Day) | $51.00 |
| I.   Ashtalakshmi Pooja (Second Friday of the Month) | $51.00 |
| J.   Bhagavati Seva ( Third Friday of the Month) | $51.00 |
| K.   Masa Shivaratri (Krishnapaksha Chaturdasi) | $51.00 |
| L.   Pradosham (On every Trayodasi evening – monthly twice) | $51.00 |
| M.   Durga Saptashati (Third Tuesday of the Month) | $51.00 |
| N.   Navagraha Pooja (Fourth Saturday of the Month) | $51.00 |
| O.   Samkashtahara Chaturdhi (Krishnapaksha Chaturdhi) | $51.00 |
| P.   Karya Siddhi Hanuman Puja (First Saturday at 5 pm) | $51.00 |

\* Service Donations Includes Priests Dakshina
May The Blessings of The Lord Be With You & Your Family

5851 GA Hwy 85, Riverdale, GA 30274
Phone: (770) 907 - 7102
HTAManager@hindutempleofatlanta.org
Tax ID: EIN-58-1602137

Temple Timings
Sun -Thu: 9:00 AM - 8:00 PM
Fri & Sat: 9:00 AM - 9:00 PM

Home   About Us   Timings/Events   Pooja Materials   Online Booking   Service   Banquet/Auditorium   Weekend Activities   Media Center   eLetter

Ads by markingApp        Ad Options

## Menus

Pooja Service at Temple

Pooja Service at Home

Pooja Service/Donation

Pooja Material

Special Service

Ads by markingApp        Ad Opt

### POOJA SERVICE AT TEMPLE

| Name of the Services | * Donation |
|---|---|
| * Abhishekam for all other deities except Balaji and Siva | $51.00 |
| Alankaram Viboothi / Chandanam for Lord Muruga | $101.00 |
| Alankaram Viboothi / Chandanam for Lord Muruga Face including Abhihsekam only on Tuesdays | $151.00 |
| Alankaram Viboothi / Chandanam for Lord Muruga Face Only | $51.00 |
| Alankaram Viboothi / Chandanam for Lord Muruga including Abhihsekam | $201.00 |
| Anna Prasanam | $51.00 |
| Any Homam except Special Homams | $151.00 |
| Archana for any deity (108 names of Lord) | $12.00 |
| Ashta Lakshmi Pooja Group | $51.00 |
| Ashta Lakshmi Pooja Yearly | $401.00 |
| * Balaji Abhishekam | $151.00 |
| * Bhagavati Seva / Deepa Pooja Group | $51.00 |
| * Bhagavati Seva / Deepa Pooja Yearly | $401.00 |
| Chandi Homam | $301.00 |
| Mahanyasa Purvaka Ekadasha Rudrabhishekam – weekdays 4 pm & weekend days 7 am | $251.00 |
| Hair Offering | $51.00 |
| Hiranya Shradham | $51.00 |
| Jyothishyam | $30.00 |
| Japam – Navagraha or Nakshatra or Mruthymjaya or any other Japam | Call Temple |
| Kala Sarpa Dosha Nivarana (Rahu Kala) puja with Homam | $201.00 |
| Kala Sarpa Dosha Nivarana (Rahu Kala) Puja without Homam | $151.00 |
| Kala Sarpa Dosha Nivarana (Rahu Kala) Puja with supplies (Group) without Homam | $116.00 |
| Kalyana Utsavam - Individual | $151.00 |
| Moksha Abhishekam | $101.00 |
| Moksha Archana | $25.00 |
| Namakaranam / Punyahavachanam | $75.00 |
| Namakaranam / Punyahavachanam with Homam | $151.00 |
| Navagraha Pooja - Individual | $101.00 |
| Nischitartham (Engagement) | $116.00 |
| Patra Pooja (Betel Leaves for Sri Anjaneya supplied by Temple) | $101.00 |
| Polangi Seva | $116.00 |
| Sahasra Gayatri Mula Mantra Homam | $301.00 |
| Sahasra Lingarchana | $401.00 |
| Sahasranamarchana (1008 names of Lord) | $25.00 |
| Satyanarayana Vratham (Individual) | $116.00 |
| * Satyanarayana Vratham (Group) | $51.00 |
| * Satyanarayana Vratham Yearly | $401.00 |
| Seemantam (Baby Shower) | $151.00 |
| Seemantam with Udakashanti and Homam | $301.00 |
| Shashti Purti or 60th Birthday & 80th Birthday | $251.00 |
| * Shiva Abhishekam – Mahanyasa Purvaka Ekadasa Rudrabhishekam on first Sunday of the month | $151.00 |
| * Srinivasa Kalyana Utsavam (Group) | $51.00 |
| * Uma Maheswara Kalyana Utsavam (Group) | $51.00 |
| Upanayanam / Sacred Thread Ceremony | $251.00 |
| Upanayanam / Sacred Thread Ceremony with Udakashanti | $301.00 |
| Vadamala for Sri Anjaneya by Devotee | $25.00 |
| Vadamala For Sri Anjaneya by Temple | $101.00 |
| *Vahana Pooja with Pooja Supplies | $51.00 |
| Vidyarambham with Pooja | $101.00 |
| Wedding Ceremony — Priest service only | $351.00 |
| Wedding Ceremony – Simple Wedding – Temple upstairs – 25 guests | $151.00 |
| Wedding Ceremony – Simple Wedding – Yagasala - 25 guests | $251.00 |

* Service Donations Includes Priests Dakshina
May The Blessings of The Lord Be With You & Your Family

HD

Welcome to Sri Shirdi SaiBaba Mandir Of North Carolina                    Page 1 of 1



श्रद्धा                                                                सबुरी

| List of Priest Services | | |
|---|---|---|
| Service name | At Temple | At your home |
| Archana | $11 | N/A |
| Ayushya Homam | $101 | $151 |
| Abdeekam or Hiranya Shredham or Taddinam | $75 | $101 |
| Aksharabhyasam | $75 | $101 |
| Anna Prasanna | $75 | $101 |
| Bhoomi Pooja | N/A | $151 |
| Chuda Karma or Hair Offering | $75 | N/A |
| Gruha Pravesam or House Warming(Ganapathi Pooja and Navagraha Pooja) | N/A | $201 |
| Gruha Pravesam or House Warming and Satyanarayana Swami Pooja | N/A | $275 |
| Marriage | $251 | $301 |
| Naamakaranam | $75 | $101 |
| Navagraha Shanti Puja | $75 | $101 |
| New Business Inauguration | N/A | $101 |
| Punyavachanam | N/A | $101 |
| Satyanarayana Pooja | $101 | $151 |
| Vahana or Car Pooja | $31 | N/A |

Please Note:

- For list of items needed, Cl

- Suggested donations for at with in the Triangle Area in distance.

- For services outside Triang suggested donation may vary

- To check priest service sch service, please write an emai service@ShirdiSaiMandirN(

- Priest Sambhavana as per y

Copyright © 2010 Sri Shirdi Saibaba Mandir of North Carolina. All Rights Reserved.

Tuesday, May 10, 2015



Home | Feedback | Contact us



# Hindu Community and Cultural Center
## Shiva-Vishnu Temple, Livermore
|| Om Namah Shivaya ||  || Om Namo Narayana ||



## Pooja Items/Temple Services

**Home**

**Information**

**Pooja Items**

**Youth and Education**

**Human Services**

**Cultural**

**Calendar**

**Fund Raising**

**Photo Album**

**Help**

**Newsletter**

**Feedback**

**Contact Info**



The kumbha is the Divine pitch. It is radiant with its bountiful decoration of flowers and leaves. This generation peace on earth. I do pray the kumbha for dharma, peace and prosperity on earth.

| Individual Samskaras | Weekly / Monthly Services | Paid Sevas |
|---|---|---|

**Abhisekha Sponsorship**

### Annual Abhishekam Sponsorship Application
The following single payment ensures sponsorship of Religious services for one full year.

| | |
|---|---|
| All of the above services | $10,001.00 |

All temple sponsored festivals and Pujas, including weekly Abhishekas and Sevas (Muthangi, Poolangi, Tiruppavadai, Vajra Kireeta); One 'at Home' Puja of the devotee choice; One Satyanarayana Puja; Any one Kalyana Utsavam (Balaji/Shiva/Karthikeya); One Sahasra Nama Archana (for Birthday/Wedding Anniversary or any other day of choice).

| Abhishekam to any 9 | Deities once a week for a period of one year.. | $5,001.00 |
|---|---|---|
| Abhishekam to any 5 | Deities once a week for a period of one year | $3,001.00 |
| Abhishekam to any 1 | Deity once a week for a period of one year | $1,116.00 |
| Abhishekam to any 1 | Deity once a month for a period of one year | $301.00 |

| Abhishekam to | Performed at |
|---|---|
| Venkateshwara (Balaji/Vishnu) | Saturday 10 am |
| Shiva | Daily 9:30 am |
| Ganesha (Ganapathi) | Sunday 10 am |
| Karthikeya (Murugan/Subramanya) | Sunday 11:30 am |
| Narasimha | Swathi day 6:30 pm |
| Rama | Punarvasu day 6:30 pm |
| Parvathi (Ambal / Abirami) | Friday 10:30 am |
| Maha Lakshmi | Friday 10:30 am |
| Boodevi | Friday 10:30 am |
| Dasabhuja Durga | Friday 10:30 am |
| Kanaka Durga | Sunday 4:30 pm |
| Anjaneya (Hanuman) | Saturday 3pm |
| Garuda, Nagaraja & Dwara Ganapathi | Thursday 10:30 am |
| Navagraha | Saturday 11 am |
| **Devotee Information :** | |
| Name: | Today's Date : |
| Phone: | Service Starting Date: |
| Email : | Service Ending Date : |
| Amount : | Check # / Cash : |
| Address : | |
| Gothram: | Receipt # : |

Thithi
Dwitiya    17-56

Nakshatram
Rohini   08-33

Rahukalam
16:40-18:27

Hindu Community and Cultural Center,
Shiva-Vishnu Temple,
Livermore, California
Phone. (925) 449 6255
Press Ext. 3

Members Login
Name:
Password:

Submit    Reset

New Devotee?
Forgot Password?
Forgot Sign-in Name?

Announcements

PaschimaVani (Current Edition)

2015 New Year Day Annadana
Sponsors List

Facility Usage Application

Mahakumbhabhishekam 2010
Photos

Stay Connected

 



**Temple Hours**

**Mon - Fri**
9:00 AM to 12:00 Noon
6:00 PM to 9:00 PM

**Sat, Sun & Holidays**
9:00 AM to 9:00 PM

**Information**
Directions
History
Milestones
Etiquette
Management Team
Priests
Donation Form
More on Hinduism
Vedavani

**Activities**
Religious
Festivals & Special Events
Weekly/Monthly Vratams
Cultural
Educational
Volunteer Registration

**DONATION PROGRAM ANNUAL SPONSORSHIP FORM**

**Address**
5661 Dykes Road
Southwest Ranches
FL-33331

Ph : (954) 689-0471

The following are in addition to Nithya Poojas (Daily Schedule)

**Monday, May 18**

**Krittika /Jyeshta Masam**
6:30 PM Mon, May 18

**REGISTER here**

Tuesday

19 May 2015

10:12:35 GMT-0500
(Central Daylight Time)

Samvatsara : Manmatha Nama

Maasa : Jyeshta

Rahu Kaala :
03:00 PM to 04:30 PM

Yamaganda Kaala:
09:30 AM to 10:30 AM

Gulika Kaala:
12:00 PM to 01:30 PM

<u>Home</u> | <u>Services</u> | <u>Quarterly Calendar</u> | <u>Bulletin</u> | <u>Archives</u> | <u>Deities</u>

### SERVICES

We provide various religious services as outlined in the table below at the temple premises and your home with scheduled appointments. For details you may contact the priests at the temple. (954) 689-0471.



**Click here for detailed list of pooja matrejals for various private religious services**

| Services | At Temple | At Old Temple Hall | At Home |
|---|---|---|---|
| Ashtotra Archana | $ 10.00 | | |
| Trishati Archana | $ 15.00 | | |
| Suvarnapushpa Archana | $25.00 | | |
| Sahasranama Archana | $25.00 | | |
| Sathyanarayana Pooja | | | |
| ---Regular Days | | $101.00 | $151.00 |
| ---Full Moon Days | $35.00 | | |
| Grihapravesham | | | $151.00 |
| Ayushya Homam | | $151.00 | $175.00 |
| Namakaranam | | $101.00 | $151.00 |
| Annaprashanam | | $51.00 | $101.00 |
| Vidyarambam | | $51.00 | |
| Navagraha Homam | | $151.00 | $175.00 |
| Abhishekam to any Deity on Scheduled day | $51.00 | | |
| Vahana Pooja | $35.00 | | |
| Upanayanam* | | $201.00 | $251.00 |
| Kalyanam* (Wedding) | | $351.00 | $425.00 |
| Sreemantham* | | $151.00 | $201.00 |
| Tharpanam or Hiranya Srardham | | $51.00 | $101.00 |
| Wedding Engagement* | | $151.00 | $201.00 |
| Sankatahara Chathurthi / Pradhosham / Navagraha Pooja (Temple Sponsored) | $25.00 | | |
| Kalyanothsavam (Temple sponsored) | $51.00 | | |
| Vahanothsavam (Temple sponsored) | $101.00 | | |

### Regular Monthly Scheduled Pooja's

| | | | |
|---|---|---|---|
| Every Monday | 6:30 PM | Abhishekam to Shiva | Sponsorship $ 51.00 |
| Every Friday | 6:30 PM | Lakshmi Pooja | Sponsorship $ 10.00 |
| Every Saturday | 10:00 AM | Thirumanjanam to Venkateshwara | Sponsorship $ 51.00 |
| Every Saturday | 11:00 AM | Vishnu Sahasranama Parayanam (group chanting) | |
| Every Sunday | 11:00 AM | Lalitha Sahasranama Parayanam (group chanting) | |
| Every last Sunday | 10:00 AM | Devi Pooja | Sponsorship $ 101.00 |
| Every Full Moon day | 6:30 PM | Sathyanarayana Pooja | Sponsorship $ 35.00 |
| Every Pradosham | 6:30 PM | Abhishekam to Shiva | Sponsorship $ 25.00 |
| Every Sankatahara Chathurthi | 6:30 PM | Abhishekam to Ganesha | Sponsorship $ 25.00 |

**Please Note:**

- Flowers and Fruits are requested for Services
- Acharya Sambhavam (offering to the priest is optional) is not included in the fees above.
- For home services devotees must provide to and from transportation to the priest.

Annadaanam | India Cultural Center and Temple Inc.



# INDIA CULTURAL CENTER AND TEMPLE INC.

HOME          DONATE NOW          POSHAKAS SIGN UP          MEDIA          ABOUT ICCT

CONTACT US

## Annadaanam

Annadanam sponsorship for Maha Prasadam on Saturdays'. Sponsorship for 1 Saturday is $300 and for 1 year (52 Saturdays') is $5000.

Contribution Amount *
- ● $ 300.00 Annadanam for 1 Saturday (Volunteers Cooking)
- ○ $ 5,000.00 Annadanam for 1 Year (52 Saturdays)
- ○ $ 2,500.00 Annadanam for 26 Saturdays
- ○ $ 1,500.00 Annadanam for 13 Saturdays
- ○ $ 300.00 Any Festival Day (Refer Temple Panchang)
- ○ Other Amount

Other Amount
$ [                              ]

Email Address *
[                              ]

### Date of Service

[ Date of Service                                          ]

Date of Service * [                    ]   Time [              ] (clear)

### Credit Card Information

Card Type [ - select -     ▽ ]

Card Number [                    ]
Enter numbers only, no spaces or dashes.

Security Code [                              ]
Usually the last 3-4 digits in the signature area on the back of the card.

### Expiration Date

General Donation | India Cultural Center and Temple Inc.                                    Page 1 of 3



# INDIA CULTURAL CENTER  AND TEMPLE INC.

HOME          DONATE NOW          POSHAKAS SIGN UP          MEDIA          ABOUT ICCT

CONTACT US

## General Donation

Your donations are greatly appreciated. There is no small amount. Every penny counts. Please donate generously.

Contribution     ○ $ 11.00
Amount *          ● $ 25.00
                  ○ $ 51.00
                  ○ $ 108.00
                  ○ $ 1,008.00
                  ○ Other Amount

Other Amount     $

Email Address
        *

**Credit Card Information**

Card Type   - select -

Card Number

Enter numbers only, no spaces or dashes.

Security Code

Usually the last 3-4 digits in the signature area on the back of the card.

Expiration Date   -month-    -year-

**Billing Name and Address**

Enter the name as shown on your credit or debit card, and the billing address for this card.

Billing First
Name

Shiv Mandir Of Atlanta - Pujas



### Shiv Mandir of Atlanta
6675 Jimmy Carter Blvd, Suite 735, Norcross, GA 30071
Ph.: (770) 680-2356
info@shivmandiratlanta.org

Home    About    Events        Gallery    Newsletter    Resource    Directions    Contact us        New Temple

We invite you to visit the Shiv Mandir at the Global Mall. The Mandir has a fulltime priest and currently organizes regular activities like Puja, arti on a daily basis, apart from organizing havans, paaths and other such programs on festivals. You may please utilize the services of this Mandir for doing private Pujas at the Mandir or at your business/home.

**"If you need specific Puja service please contact 48 hrs prior to the specified date / call Temple Priest - (770) 680-2356."**

Pujas:

Your Generous Donations Contributes Towards the Goal of Building a **Permanent Mandir for Shivji**

| Name of Pujas | Mandir | Suggested Donations Home |
|---|---|---|
| Puja/Path | 151 | 201 |
| Akhand Ramayan(Only for the start and end by the priest | NA | 151 |
| Business Puja | 151 | 251 |
| Chandi Mahayagya (1008 names) | 51 | 151 |
| Chaughara Puja | 151 | 251 |
| Dash Maha Vidya Paath | 151 | 251 |
| Dash Mahayagya | 51 | 101 |
| Ganesh Puja | 51 | 101 |
| Engagement | 51 | 151 |
| Gajendra Moksh Puja | 151 | 251 |
| Garur Mahapuran Paath | 151 | 251 |
| Gayathri Mahayagya | NA | 151 |
| Groundbreaking ceremony (BhumiPuja) | NA | 151 |
| Gruhapravesam | NA | 251 |
| Gruhapravesam+VastuPooja+VastuHavan | 101 | 201 |
| Geet Paath | 51 | 151 |
| Mata ki Chauki | 101 | NA |
| Horoscope Matching Marriage | 151 | NA |
| Horoscope Praparation and reading | 51 | NA |
| HoroscopeReading | 51 | 151 |
| Jammadiwas(Birth Day Puja) | 101 | 201 |
| Kala Darpa Dosh Puja | 51 | 151 |
| Kanak Dhara Puja | 101 | 201 |
| Mahamrityaunajaya Puja | 101 | 201 |
| Mangalik Dosh Puja | 51 | 151 |
| Navagrah Hawan | 51 | 151 |
| Navagrah Puja | 151 | 251 |
| Rudra Abhshek(1008 names) | 51 | 151 |
| Rudra Abhishek | 11+ | NA |
| Rudra Archana | 201 | 301 |
| Rudra Mahayagya | 31 | NA |
| Satyanarayan Puja-Group | 51 | 151 |
| Satyanarayana Puja-Individual | 101 | 201 |
| Shanti Path and Hawan for deaparted soul | 51 | 251 |
| Shraddh (Prayers to the departed soul) | 201 | 350 |
| Special Puja and path 2-3 hours per day 3 days | 351 | 501 |
| Special Puja and path 2-3 hours per day 7 days | 501 | 701 |
| Special Puja and path 2-3 hours per day 9 days | 150 | 251 |
| Sudarshan Mahayagya | 31 | 151 |
| Sundarkand Ramayan | 101 | 201 |
| Tulsi Ramayan Paath | | |

Case 1:16-cv-01984-LAP   Document 3-2   Filed 03/16/16   Page 44 of 45

5/10/2015   Case 1:13-cr-00437-TCB-ECS   Document 337-2   Filed 06/16/15   Page 157 of 167
Services | The Hindu Temple Society of North America



### The Hindu Temple Society of North America
### Šri Mahā Vallabha Ganapati Devasthānam



Home | The Temple | Religious Services | Calendar | Activities | Publications | Donations | Gallery |
Community Center |

SEARCH

Home » Religious Services |

# Services

| Title | Price | Description |
|---|---|---|
| Abhishekam | $51.00 | Holy bath for the deities is performed by priests by showering libations (holy items) on the deity being worshipped to the simultaneous chanting of mantras (holy hymns). |
| Annaprasanam | $101.00 | Religious ritual of first feed of solid food to the child and to be blessed with good health and long life. |
| Apara Kriya | $85.00 | All religious rituals following the death of a person other than the funeral ceremony. |
| Ashtottara Archana | $9.00 | Prayer performed on behalf of the devotee by the priest chanting the 108 names (attributes) dedicated to the deity of devotee's choice. |
| Birthday Celebrations | $375.00 | Religious ritual performed by the priest together with 'Ayushya Homam" to bless the devotee on his/her first and subsequent birth days for good health and longevity. 60th, 70th and 80th birth days marking the different milestones in one's life are performed for male devotees along with their spouses. |
| Ekadasavara Rudrabhishekam | $375.00 | 'Rudram' - the holy text dedicated to Lord Siva is chanted 11 times and abhishekam (Holy shower) to Lord Siva is performed. |
| FULL DAY Sponsor of ALL events in the Temple | $501.00 | Priests will perform "sankalpa" to Devotees sponsoring all religious events done in the Temple in a day and they will receive a silver Ganesa coin, vibhuti and kumkum as prasadam. |

Case 1:16-cv-01984-LAP   Document 3-2   Filed 03/16/16   Page 45 of 45

5/10/2015        Case 1:13-cr-00437-TCB-ECS   Document 337-3   Filed 06/16/15   Page 158 of 167
Services | The Hindu Temple Society of North America

| Griha Pravesam | $235.00 | House warming ceremony. This religious ritual is performed by the Temple priest at the home of the devotee to bless the new home for happiness and prosperity for ever. |
|---|---|---|
| Guru Paduka Pooja | $31.00 | The silver replica of the feet of Sri Raghavendra Swamy, the 16th century saint is reverentially worshipped in this ritual seeking his blessings. |
| Hair Offering | $101.00 | This is a ritual in which Devotees vow to offer their hair as a sacrifice. The ritual of hair offering is done by symbolically cutting couple of strands of hair. |
| Harati | $2.00 | Lamp with single wick soaked in oil or ghee (melted butter) is reverentially waved before the deity as a mark of respect and hospitality after a religious service – archana, abhishekam or homam and also at the request of a devotee. |
| Homam | $51.00 | This religious fire ritual is performed by the priest by offering holy items into consecrated fire and simultaneously chanting holy hymns dedicated to the deity worshipped in this service. |
| Kalyana Utsavam | $201.00 | The divine weddings of Gods and Goddesses are re-enacted seeking Their blessings. This is temple sponsored in which the devotees can join and also devotees can request this service to be performed exclusively for them and their family and can be performed at devotees' homes as well. |
| Kanaka Abhishekam | $301.00 | In this ritual, instead of milk and other holy items used in abhishekam, gold coins are showered by the priests on the deity simultaneously chanting holy mantras. |
| Last Rites | $151.00 | This is performed by the Temple priests for the peace of the departed souls at the Funeral Home before the cremation of the body. |
| Namakaranam | $101.00 | Ritual of naming ceremony for the baby. |
| Navavarana Pooja | $31.00 | This is also known as Sri Chakra Navavarana Pooja or Maha Meru Pooja as worship of Goddess Parasakti, or Sri Kamakshi. Sri Chakra is a three dimensional projection of the great yantra. This ritual is done in our Temple on Full Moon Days in which many devotees participate. |
| ONE-DAY Sarva Devata Abhishekam | $2,501.00 | Priests perform holy bath to all deities enshrined in our Temple (Sri Ganesa, Siva, Shanmuka,Venkateswara, Mahalakshmi, Navagraha, Hanuman, Rama Parivar, Krishna, Nagendraswamy & Raghavendraswamy (if desired) to bless the devotee and the family sponsoring this ritual.Sponsors will receive |