Case 1:16-cv-01984-LAP   Document 3-3   Filed 03/16/16   Page 1 of 45

5/10/2015        Case 1:13-cr-00437-TCB-ECS   Document 337-2   Filed 06/16/15   Page 159 of 167
Services | The Hindu Temple Society of North America

a Ganesa silver coion/vigraha/picture and vibhooti/kumkum prasadams.

| ONE-DAY Sarva Devata Archanas | $125.00 | Priests perform archanas, chanting the 108 names (attributes) of the deities enshrined (see Sarva devata homam) in our Temple to bless the devotee sponsoring the ritual. Sponsors will receive vibhuti and kumkum. |
|---|---|---|
| Punyahavachanam | $101.00 | This is a purification ritual normally performed on the 11th day following the birth of the child or on the 13th day after a death in the family as a purification ceremony. |
| Sahasranama Archana | $11.00 | Priests perform this ritual on behalf of the devotee by chanting the 1000 names(attributes) of the deity chosen by the devotee. The temple performs this ritual for the deities on scheduled days in which devotees can participate. |
| Sankha Abhishekam with Homam | $151.00 | 'Shankha', conch, particularly the right handed one is with Homam of great importance in Hinduism as it symbolizes luster brilliance, purity and auspiciousness. Abhishekam (holy shower) performed to deities with water or milk filled in it and sanctified by appropriate mantras has special importance and efficacy. |
| Sarva Devata Homam | $351.00 | This ritual is performed for the main deities enshrined in our temple (Sri Ganesa,Sri Siva, Shanmukha, Venkateswara, Mahalakshmi and navagraha) before consecrated fire simultaneously chanting the holy mantras dedicated to these deities. |
| Satyanarayana Pooja | $31.00 | Lord Satyanarayana, another form of Lord Vishnu is a great Boon giver. The devotees-sponsored prayer - Satyanarayana Pooja' is performed every full moon day In our Temple. Devotees may like to bring 'neivedyam' (offering) or get this done in the Temple Canteen for a nominal charge. Devotees may request this service on other days also to be performed at the Temple or at their homes. |
| Seemantam | $375.00 | Baby shower for pregnant women is normally performed in the 7th or 8th month of pregnancy seeking divine blessings for the mother and safe delivery of the child. This can be performed in the Temple or at homes. |
| Sraddham | $61.00 | Ritual : Death Anniversary (Hiranya) |
| Tarpanam | $31.00 | This ritual in remembrance of the ancestors, particularly for the late father is performed on 'Amavasya' – new moon days, new year days and during solar/lunar eclipse days. |

| | | |
|---|---|---|
| Trisatinama Archana | $11.00 | Priests perform this ritual for the deity of devotee's choice by chanting the 300 holy names (attributes) of the deity to bless the devotee. Temple also performs this on special occasions and devotees can participate in these. |
| Upanayanam | $375.00 | This ritual – the thread ceremony is performed by the priest to mark the beginning of studenthood or "Brahmacharya ashrama" of a Hindu Brahmin, Vaisya or Kshatriya at the age between 7 and 12 years. |
| Vada Mala | $101.00 | This ritual is performed usually to Sri Anjaneya by offering a garland of 54 or 108 "vadas" (a small lintel based donut like mildly spiced item). |
| Vahana Pooja | $31.00 | A prayer is offered before using a new vehicle to ensure safe usage of the car. |
| Veda Parayanam per 1 hr session | $11.00 | Devotees may sponsor chanting of the Vedas by temple priests for a one or more hour session. Chanting Vedas yields positive vibrations. |
| Vidya-Arambham | $101.00 | This ritual is usually performed at the time of first schooling of the child seeking the blessing of Goddess Saraswati for a successful education. |
| Wedding | $375.00 | Our Temple has all the facilities - priest to be the officiant, two spacious halls and our own Cafeteria to supply / serve food for as many guests and as many kinds of vegetarian menu as required . However, if requested the Temple priests can be officiants for weddings performed outside the temple also at the venue of devotees' choice. |
| Wedding Engagement | $151.00 | The temple priests can perform this ritual either in the Temple or outside as required. |

**Pooja schedules.**

**Sloka for the day**

**International Yoga Day**

Have you registered for upcoming International Yoga Day on June 21, 2015?

**SAT Classes @ Patashala**
Our Temple Patashala offers affordable SAT classes on weekends.

**Mother's Day Lunch**
It's time to show your lovely Mom, grandmas, mother-in-laws and aunties just how much you appreciate them! What could be a better way than to take them out to the Mother's Day Special Lunch at Temple canteen?



Ads by markingApp                                                          Ad Options

Home

Calendar

Committee Members

Contact Us

Daily Events

Education

HATCC By-Laws

Membership

Krishna Kala Mantapam

New Temple Project

Photo Album

Samagri List

Scriptural Learning

Services

Seva Sponsorship

Sq.ft Sponsor

Temple Mailing List

Timings / Directions

**Priests are available for services at your house.**
**Please contact the temple at 732-972-5552 to make the arrangements.**

| Scheduled Services at the Temple | |
| --- | --- |
| **Service** | **Suggested Donation** |
| Archana | $10.00 |
| Abhishekam | $32.00 |
| Homam | $32.00 |
| Kalyana Uthsavam | $32.00 |
| Sahasranama Archana | $32.00 |
| Satyanarayana Pooja | $32.00 |
| Tulabharam | $32.00 |
| Vahana Pooja (Vehicle) | $32.00 |

| Special Services (By prior Appointment) | | |
| --- | --- | --- |
| **Service** | **At Temple** | **At Devotee's Home** |
| Annaprasana | $51.00 | $125.00 |
| Aksharabyasam | $51.00 | $125.00 |
| Birthday (60th, 80th) | $200.00 | $250.00 |
| Gruhapravesham (House warming) | - | $125.00 |
| Homam | $108.00 | $125.00 |
| Kalyana Utsavam | $101.00 | - |
| Namakaranam (Naming ceremony) | $51.00 | $125.00 |
| Nischitartham (Engagement) | $75.00 | $125.00 |
| One Day Flowers and Fruits | $108.00 | - |
| One Day Kainkaryam | $108.00 | - |
| Satyanarayana Pooja | $75.00 | $125.00 |
| Seemantham (First baby shower) | $108.00 | $125.00 |
| Seemantham with Udakasanti | $151.00 | $175.00 |
| Special Utsava Vigraha Abhishekam | $101.00 | - |
| Sraddham | $51.00(HiranyaSraddham ) | $125.00 |
| Upanayanam (thread ceremony) | $200.00 | $250.00 |
| Wedding | $200.00 | $250.00 |
| Hair Offering | $51.00 | $125.00 |
| Chandi Homam / Ekadasa Rudra Abhishekam / Bhagawati Seva | $201.00 | |
| Note : Second puja will be charged additional $50. | | |

Sambhavana (Dakshina) to Priest is at the discretion of the devotees and not included in the rates.
Deovtees must arrange for priest transportation to and from the temple.

Puja Services - HTW    Page 1 of 4

ॐ अमृतो मा सद्गमय तमसो मा ज्योतिर्गमय
मृत्योर्मा अमृतगमय ॥
येनाहं नामृता स्याम् किमहं तेन कुर्यां ॥

**HTW**

HOME  >  Puja Services

HOME     TEMPLE ˅     TEMPLE SERVICES ˅     COMMUNITY EVENTS ˅     ABOUT US ˅     MEDIA ˅     🔍

## PUJA SERVICES

**All Pujas are arranged only after consultation with a Priest.**

Puja_Reservation_Form    (Kindly Fill out, Print & Submit this form to the temple office)

### Scheduled Puja Sevices at Temple

| Puja Description | Amount | Donate |
|---|---|---|
| Archana – Ashtothra | $15 | PayPal |
| Archana – Sahasranama | $31 | PayPal |
| Abhishekam – Any Deity | $31 | PayPal |
| Homam | $31 | PayPal |
| Ayyappa Puja | $31 | PayPal |
| Kalyana Utsavam | $31 | PayPal |
| Pradosham – Shiva Abhishekam | $31 | PayPal |
| Sankatahara Chathurthi | $31 | PayPal |
| Sarva Dosha Homam | $31 | PayPal |

### Puja Services by Priest arrangement

| Puja Description | Performed at Temple | | | Performed at Your Home | | |
|---|---|---|---|---|---|---|
| | Amount | Time | Donate | Amount | Time | Donate |
| Ayusha Homam | $101 | 1 | PayPal | $151 | 1 | PayPal |
| Chandi Path (Durga Puja) | $101 | 2 | PayPal | $201 | 2 | PayPal |
| Homam / Havan | $101 | 1.5 | PayPal | $151 | 1.5 | PayPal |
| Kalyana Utsavam | $125 | 2 | PayPal | $301 | 2 | PayPal |
| Navagraha Puja | $75 | .45 | PayPal | $125 | .45 | PayPal |

Puja Services - HTW

| | | | | |
|---|---|---|---|---|
| Satyanarayana Puja (*) | $75 | 1.5 | PayPal | |
| Abhishekam (Any Deity) | $125 | Time | PayPal | |

ॐ असतो मा सद्गमय तमसो मा ज्योतिर्गमय
मृत्योर्मा अमृतंगमय ॥
येनहुं, नामता स्त्रास्त किमहं बेन कुर्याम ॥

HOME    TEMPLE ˅    TEMPLE SERVICES ˅    COMMUNITY EVENTS ˅    ABOUT US ˅    MEDIA ˅    🔍

| Vadamala for Hanuman | $31 | 0.5 | PayPal | N/A | 0.5 | |
| Vahan Puja | $51 | .25 | PayPal | N/A | Time | |
| Namakaranam | $51 | .5 | PayPal | $125 | .5 | |
| Annaprasanam | $51 | .5 | PayPal | $151 | 0.5 | |
| Mundan Sanskar | $75 | .5 | PayPal | $125 | .5 | |
| Upanayanam | $251 | 2 | PayPal | $301 | 2 | |
| Vidyarambam | $51 | 1 | PayPal | $125 | 1 | |
| Sixtieth and Eightieth Birthday | $151 | 2 | PayPal | $251 | 2 | |
| Out of State (long distance) Puja | $351 | Per Day | PayPal | N/A | N/A | |

**Home Services**

| Puja Description | Amount | Time | Donate |
|---|---|---|---|
| Bhoomi Puja | $151 | 1 | PayPal |
| Vastu Puja or Grihapravesam | $201 | 2.5 | PayPal |
| Grihapravesam & Vastu Puja or Grihapravesham & Satyanarayana Puja | $301 | 2.5 | PayPal |

**Wedding and related services**

| Puja Description | Performed at Temple | | | Performed at Your Home | | |
|---|---|---|---|---|---|---|
| | Amount | Time | Donate | Amount | Time | Donate |
| Sehra Bandi (Pre Wedding Puja) | $75 | .5 | PayPal | N/A | N/A | PayPal |
| Wedding – Engagement | $101 | 1.5 | PayPal | $201 | 1.5 | PayPal |
| Wedding | $251 | 3 | PayPal | $401 | 3 | PayPal |
| Seemantham (Baby Shower) | $125 | 1.5 | PayPal | $201 | 1.5 | PayPal |

**Funeral Services**

Donations / Sponsorship



# Sri Somesvara Temple

Home
Calendar
Pujas
Temple Store
Facilities
Gallery
Temple Info
Knowledge
Mount Soma
Contact

## Category > Donations / Sponsorship

It takes many dedicated individuals to create and sustain Śrī Someśvara Temple. One way you can be part of this divine creation is by participating in one of these sponsorship opportunities.

With commitment and joyful enthusiasm, Śrī Someśvara will flower beautifully, both in a physical form at Mount Soma and in the souls of the individuals that sustain it.

**Note:**
*Śrī Someśvara Temple is a tax exempt, publicly supported religious organization under the U.S. Internal Revenue Code. All donations are deductible to the fullest extent provided by law. All contributors should consult with their tax advisor regarding the final tax effect of any contribution.*

Displaying 1 - 5 of 5 Product(s):
Sort By:
Default

Shopping Cart
0 Items
$0.00
Search

Go
Advanced Search Login
Categories

- Daily Pujas
- Monthly Pujas / Havans
- Annual Pujas / Havans
- Ceremonies by Aspect of God
- Request a Puja
- Request a Havan
- Pandit Services
- MM World Peace Project
- Donations / Sponsorship

Information

- About Your Contribution
- Puja / Havan Info
- Away Pujas / Havans
- Upcoming Events
- Mount Soma

Featured





Donation
$25.00 - $5,000.00

Details



Hanuman Statue

Donate to Sri Hanuman statue and Hanuman Park

$25.00 - $5,000.00

Details

Hanuman Statue
$25.00 - $5,000.00

Details
View All Featured



Michael Mamas World Men Project
$25.00 - $5,001.00

Details



Michael Mamas World Peace Project
$25.00 - $5,001.00

Details

Sponsorship Items

Sponsor items for the Temple, Hanuman Park, Yagya Shala, Visitor Center kitchen & other parks

5/19/2015

http://shopping.srisomesvara.org/Donations-Sponsorship/

Donations/Sponsorship

$75.00 - $9,300.00

Details

Home | Calendar | Pujas | Temple Store | Facilities | Gallery | Temple Info | Knowledge | Mount Soma
Contact | Directions | Daily Schedule | Donations/Sponsorship

Connect with Sri Somesvara Temple

( f )  ( y )  ( g+ )  ( ▶ )

Copyright © 2015 Sri Somesvara Temple. All Rights Reserved.

| | | Performed at Temple | | | ॐ असतो माँ सद्गमय तमसो माँ ज्योतिर्गमय | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | मृत्योर्मा अमृतगमय ॥ | | |
| | Puja Description | Amount | Time | Donate | वेनोहि नोभीमृता स्वामी किमह तेन कुर्याम ॥ | | |
| HOME General Day Shraddham | TEMPLE SERVICES rge | N/COMMUNITY EVENTS | | | N/ABOUT US N/A | | MEDIA |
| Hiranya Shraddham (Anniversary) | | $51 | 1.5 | PayPal | $125 | 1.5 | PayPal |
| Shraddham / Shanti Path | | $101 | 1.5 | PayPal | $151 | 1.5 | PayPal |
| Dahan Sanskar (Last rites) | | $0 | N/A | PayPal | $0 | 1.5 | PayPal |

Puja_Reservation_Form      (Kindly Fill out, Print & Submit this form to the temple office)

## Puja Reservation Guidelines

1. Discuss your needs with a Priest (visit page on our **Priests** for their contact information) or an Office Manager (262.695.1200).

2. Within 3 days, the office manager will confirm the date, priest availability, fee etc. (Booking and confirmation will be done only by the office managers).

3. Payment MUST be made prior to the day of puja.

4. Dakshina to the priest is at the discretion of devotees, is appreciated, and is not included in fees shown.

5. Fees shown for "at home" services are normal rates applicable for devotees staying within 25 miles radius.

6. If the distance is more than 25 miles, then an additional charge of $25.00/hour based on travel time will be charged plus $0.48 per mile payable to the Priest.

7. If a Priest is required to stay beyond the allotted time, there will be a $25.00/hr fee charged.

8. Out of town, out of state or Temple to Temple rates will vary. Please check with the office.

9. HTW will make every effort to accommodate devotees' requests regarding choice of priest.


NOTE:

1. (*) Satyanarayana puja on Poornima day can be scheduled between 4:00 PM to 6:00 PM

2. (**) In order to avoid inconvenience to the Temple & to other devotees, pujas must be started and finished in the allotted time.


Office Hours:

- Weekends: 8:30 AM to 8:30 PM
- Weekdays: 6:00 PM to 8:30 PM


| About | Resources | Links | Contact |
| --- | --- | --- | --- |
| About Temple | Forms | Privacy Policy | N4063 W243 Pewaukee Road, |
| Hindu Dharma | Patrika | Terms of Use | Pewaukee, WI-53072 |
| Bhagavad Geeta | Donations | Login | |

Our Services - Murugan Temple of North America                                                         Page 1 of 2

Murugan Temple of North America

     

Rajagopuram Project | Donations & Pooja Requests | My Receipts | Volunteers Needed | Newsletter Online | Directions & Hotels

HomePage    Raja Gopuram    About Temple    Temple Deities    Our Services    Photo Albums    About Hinduism    Contact Us

## Our Services

### Religious Services

The following are among the services that will be provided at the Temple or at Devotees' residences as appropriate, upon request. Devotees are urged to make prior arrangements by calling the Temple in advance to make reservations and to ascertain that priests will be available to perform these special requests. Appropriate charge for the services including Sambhavanai for the priests will be payable to the temple.

| Puja Name | Description | Temple Sponsored Rates at Temple | Sponsored and Away From Temple | Celebration day along with temple schedule |
|---|---|---|---|---|
| Abhishekam to Washington Murugan (Main Deities) | Abisekam of the Deity with rose water,milk,yogurt,honey,sandalwood- water etc. | $101 | N/A | $51 |
| Abhishekam (other deities – Siva, Nataraja, Meenakshi, Palaniandavar, Ganesha) | Abisekam of the Deity of your choice with rose water, milk,yogurt, honey , sandalwood water etc. | $51 | N/A | $25 |
| Temple Sponsored Abhishekam – (Navagraga, Durga, Datshhinamoorthy) | Abisekam of the Deity of your choice with rose water , milk, yogurt, honey, sandalwood water etc. | $25 | N/A | N/A |
| Kavadi | - | $21 | N/A | N/A |
| Phaal Kudam | ( for additional family members – $ 2) | $ 11 + 2 | N/A | N/A |
| Annapraasanam | First feeding of solid food to the baby | $ 51 + 10 | $ 101 + 20 | N/A |
| Pushpanjali – Archana | This is archana with flowers (Seasonal: subject to availability of Flowers.) | $11 | N/A | N/A |
| Ashtotharam Archana | Chanting of the 108 names of the Deity,followed by fruit offering and Aarati | $6 | N/A | N/A |
| Trishati Archana | Chanting of the 300 names of the Deity,followed by fruit offering and Aarati | $21 | N/A | N/A |
| Individual Sahasranaama Archana | Chanting of the 1008 names of the Deity, followed by fruit offering and Aarati | $ 21 + 10 | N/A | $11 |
| Bhoomi Puja | Ground Breaking Ceremony | $ 151 + 30 | N/A | N/A |
| Chaula Karma | Hair offering | $ 51 + 10 | 101+20 | N/A |
| Griha Pravesam | House-Warming Ceremony | N/A | $ 201 + 40 | N/A |
| Griha Shanti | Special Puja to one of the Navagraha | $ 101 + 20 | $ 151 + 30 | N/A |
| Ganapathi, Aayushya,Mrityunjaya, Pancha Sukta, Rudra Homam(Havan) | Special request | $ 75 + 15 | $ 125 + 25 | $25 |
| Natarajar Abisekam | | $51 | N/A | $51 |
| Navagraha Homam(Havan) | - | $ 75 + 15 | $ 125 + 25 | $25 |
| Navarathri (9 days) Chandi Homam | - | $ 301 + 60 | $ 351 + 70 | $25 |
| Individual 1 day Chandi Homam | - | $ 151 + 30 | $ 351 + 70 | $25 |
| Kalyana Utsavam | Wedding Ceremony to the Lord – Special request | $ 101 + 20 | N/A | $25 |
| Naamakaranam | Naming of the child | $ 51 + 10 | $ 101 + 20 | N/A |
| Punyaahavaachanam | Purificatory rites | $ 75 + 15 | $ 125 + 25 | N/A |
| Sarpabali | Naga pooja | $ 101 + 20 | N/A | N/A |
| Satyanarayana Puja | Special request | $ 101 +20 | $ 151 + 30 | $51 |
| Seemantham | Puja in the 8th month of pregnancy | $ 151 + 30 | $ 201 + 40 | N/A |
| Sashtiabdapoorty | 60th birthday | $ 151 + 30 | $ 201 + 40 | N/A |

Our Services : Murugan Temple of North America                                          Page 2 of 2

Murugan Temple of North America

| | | | | | |
|---|---|---|---|---|---|
| Sataabhishekam | 80th birthday | $ 151 + 30 | $ 201 + 40 | N/A | Search |
| Shraadham(sankalpam) | Annual ancestral rites | $ 51 + 10 | $ 101 + 20 | N/A | |
| Paaravana Shraadham | -- | $ 101 + 20 | $ 151 + 30 | N/A | |
| Tarpanam (Amaavaasya) | Periodic ancestral rites | $ 21 + 5 | $ 101 + 20 | N/A | |
| Upanayanam | Thread Ceremony | $ 151 + 30 | $ 201 + 40 | N/A | |
| Upanayanam (2days) | Thread Ceremony | $ 251 + 50 | $ 301 + 60 | N/A | |
| Vaahana Puja | Vehicle (car) puja | $ 21 + 5 | N/A | N/A | |
| Vidyaarambam | puja to begin child's education | $ 25 + 10 | N/A | N/A | |
| Vivaaham | Wedding | $ 201 + 40 | $ 301 + 60 | N/A | |
| Santhini Tirumanam | Simple Wedding in front of Lord Muruga | $ 101 + 20 | N/A | N/A | |
| Engagement ceremony | | $ 101 + 20 | $ 151+ 25 | N/A | |
| Vizhakku Pooja | Temple schedule (on Poornima Day) | $11 | | $11 | |
| Subramaniya Thirukalyanam | 1st Saturday of each month | $51+10 | N/A | $30 | |
| Rudhara Homam | On Rudhra Ekadasi day – Each year | | | | |
| Funeral Rites | -- | N/A | $ 201 + 40 | N/A | |
| Funeral: 1 – 9 days (perday) | -- | N/A | $ 101 + 20 | N/A | |
| Funeral: 10 – 13 days (perday) | -- | N/A | $ 125 + 25 | N/A | |

Notes

1. If you wish to sponsor Abishekams for deities at other than scheduled/published times, please pay an additional $20 for each Abishekam.

2. If devotees need a second priest for a function then subject to priests availability, the total charges will be double the normal charges that apply. For instance if a devotee wants two priests for a Homam in the temple , the total charges are $ 150 + $ 15 + $ 15 = $ 180.

3. The temple donation for out-of-town visits ( places outside a one and half hour commute) is $ 300 per day (computed from the time the priest leaves the temple). The dakshina amount is 20% of the total charges. Out-of-town visits are subject to the availability of priests.

4. For requests for priest's overnight stay for devotees within commuting distance add $ 100 to the total charges and $ 20 to the recommended dakshina. Priest's overnight stay is subject to the availability of priests.

NOTE: If you are sending any checks for various services offered at the temple or donations, please write down your Murugan Temple Membership ID (If you know the ID) or at the very least ensure that your latest address is noted on your check. This helps saves us in ensuring that when we send you your tax donation receipt.

Share this:

✉ Email | 🖨 Print | 🐦 Twitter | f Facebook | 8+ Google | 👍 StumbleUpon | in LinkedIn | 🔴 Reddit

Leave a Reply

You must be logged in to post a comment.

| ABOUT US | ARTICLES | TEMPLE DEITIES | ABOUT TEMPLE |
|---|---|---|---|
| About Temple | Insights into Hindu Temple Worship | Lord Ganesha | Religious Services |
| Board of Trustees | Siva Temples | Lord Murugan | Board of Trustees |
| Temple Auditorium | Childrens Corner | Lord Siva | Volunteer at Murugan Temple |
| | Vinayakar Agaval | Sri Meenakshi | Newsletter Online |
| PHOTO ALBUMS | | Sri Durga | Temple Auditorium |
| | CONTACT US | Navagraham | Contact Us |
| | | Palani Andavar | Directions & Nearby Hotels |
| | | Tribute to Saiva Saints | |
| | | Kirubananda Variyar | |

© Murugan Temple of North America

Priest Pooja Services

Home    About Us    Temple Activities    Temple Services    Pictures    Maharudram 2015

Hinduism 101

Hindu Dharma

The Bhagavad Gita

Panchanga

City: Chicago, IL
Tuesday, 19 May 2015
Sunrise/Set: 05:28:21 20:06:19
Moonrise: 00:54:43
Shaka: 1937 Manmatha
Ayana/Dakshayan
Ritu: Grishma
Vedic Ritu: Grishma
VikARti
Jyeshtha / Shukla Paksha
Tithi: Dvitiya till 19:53:54
Nakshatra: Rohini till 16:33:03
Yoga: Sukarma till 19:54:51
Karana: Balava till 08:33:29
Karana: Koulava till 19:53:54
Rahukalam: 15:29:59-18:16:35
Yamagandam: 09:02:31-10:57:35
Gulikai: 12:47:29-14:32:03
Abhijit: 12:22:29-13:11:29
Durmuhurtam: 08:29:57-09:22:29
Durmuhurtam: 23:36:47-24:28:12
Varjyam: 16:04:56-17:39:46
Amritkalam: 03:28:00-09:10:11
AmritKalam: 25:33:53-27:08:41
Sun in: Vrishabha
Moon in: Mithun at 23:19:31
Tamil Yoga: Amrta 16:33:03
Tamil Yoga: Siddha
Anandadi Yoga: Mudanga 16:33:03
Anandadi Yoga: Sakshasa
(C) www.prokerala.com Past midnight hours greater than 24:00

Volunteer with Us

Volunteer Registration
Please click here to register to
Volunteer at The Hindu Temple
of Greater Chicago. We really
appreciate the registration.
Come Serve the community

About Us

Our Priests

Our Staff

Our Presidents

Governing Body-2015

Temple Hours and
Directions

Temple Tours

Gift Shop

Temple Membership

Temple Visitors Guide

Temple History

Maharudram Volunteering

Maha Rudram 2015 Volunteer
Registration

## The Hindu Temple of Greater Chicago
10915 South Lemont Road, Lemont, IL 60439
Phone: (630) 972-0300 • www.htgc.org

### PUJA SERVICES

| Samskaras | Weekday Rate | Weekend Rate |
|---|---|---|
| Aayush Puja (Birthday blessings) | $151 | $201 |
| Annapraashanam | $175 | $201 |
| Chandi Homam | $251 | $301 |
| Gruhapravesham | $175 | $201 |
| Homam (except Chandi Homam) | $151 | $201 |
| Namakaranam/Mundan | $175 | $201 |
| Nischit Aartham (Engagement Ceremony) | $151 | $201 |
| All Other Pujas | $175 | $201 |
| Satyanarayana Puja | $175 | $201 |
| Seemantham (Baby shower by Hindu tradition) | $175 | $201 |
| Shashti Purthi / 60th or 80th Birthday Pujas | $301 | $351 |
| Upanayanam (Sacred Thread Ceremony) | $201 | $251 |
| Vidyaarambham with Puja | $175 | $201 |
| Wedding | $401 | $501 |

For more information, please contact:
Front Desk, HTGC: 630-972-0300

Summer Vedic Camp

Click here to download the
registration Form for the
Summer Vedic Camp 2015

Event of the Month



Bilva Project



BILVA LEAF
Project

501 Sponsorship



Downloads

Stall Request Form
Hall Rental Conditions
Hatha Yoga Registration Form
Hatha Yoga Waiver Form

Error Reporting

If you see any errors, please
send an email to
akawebsite@htgc.org

The Bharatiya Temple - Troy, MI



Home
Temple
FacilitiesHistoryOrganization
**Services**
Adult & SeniorsCulturalLibraryOutreachSEVAPublicationsNotary Services
**Balbharti**
**Religious**
Events ServicesOur Priests
**Montessori**
**Education**
Class Registration FormCurrent Class Schedule
**Prasad**
Prasad Calendar/ Sign-upPrasad GuidelinesSponsorship GuidelinesCleaning Guidelines
**My Account**
**About Us**
TimingsDirectionsFeed Back

## The Bharatiya Temple Pooja Schedule

- Poojas performed at the Temple
- Apara Samskaras (Priestly Services upon Request Only)
- Other Donation Options

- All Abhishekams will be performed to Utshav Murthy unless specified as Moola Vigraha/Linga.
- * "Charge per request" is the puja performed upon Sponsor's request at other than the scheduled time of the service. These services require at least two days prior booking.
- ** Archana Requests are performed upon priest availability and other puja schedule.
- *** Pooja performed in the temple only upon request, when there are sponsors.
- Part of the revenue generated from Priestly Services will be given to the priests by the Temple. Any additional Dakshina to the priests is at the discretion of the devotee/host.
- One Year & Lifetime Sponsored Poojas are performed only at scheduled times.
- For information regarding the registration of the One Year & Lifetime Subscriptions, Please contact Temple Office at 248-879-2552.
- All "At Home" and "Out of State" poojas should be booked through the Priestly Services Scheduling Committee's number 248-878-7072.

**Note: Any Pooja Services & Donation Amounts can be changed at The Bharatiya Temple Discretion without notice.**

**Poojas performed at the Temple**                                                    Back to Top

| Day | Time | Puja / Abhishekam | Sponsorship |
|---|---|---|---|
| Sunday | 09:30 AM | Suprabhatam, Lakshmi Narayana Abhishekam, Lakshmi Narayana Puja | $25 |
| | 07:00 PM | Navagraha Abhishekam, Navagraha Puja | $25 |
| Monday | 10:00 AM | Rudra Abhishekam, Siva Puja | $25 |
| | 07:00 PM | Siva Puja / Stotrams | $25 |
| Tuesday | 10:00 AM | Anjaneya Abhishekam / Puja, Ramparivar Puja | $25 |
| | 07:00 PM | Hanuman Puja, Hanuman Chalisa | $25 |
| Wednesday | 10:00 AM | Radha-Krishna Abhishekam / Puja, Vishnu Sahasranama Parayanam | $25 |
| | 07:00 PM | Sri Krishna Puja / Stotrams, Vishnu Sahasranama Parayanam | $25 |
| Thursday | | | |

| | | | |
|---|---|---|---|
| | 10:00 AM | Ganesha Abhishekam / Puja, Ganesha Stotrams | $25 |
| | 07:00 PM | Rama Sahasranama Parayanam | $25 |
| Friday | 10:00 AM | Devi Abhishekam / Puja, Lalitha Sahasranama Puja | $25 |
| | 07:00 PM | Various Devi Stotram / Puja, Lalitha Sahasranama Parayanam | $25 |
| Saturday | 09:30 AM | Venkateswara Suprabhatam, Venkateswara Abhishekam Pancha Suktam Vishnu Sahasranama Parayanam | $25 |
| | 07:00 PM | Venkateswara Puja / Stotrams | $25 |

Abhishekams / Pujas are also done for

| Event | Time | Sponsorship |
|---|---|---|
| Pradosha Rudrabhishekam | 07:00 PM | $25 |
| Sankastha Chaturthi - Ganesha Rudrabhishekam | 07:00 PM | $25 |
| Lord Venkateswara Moola Vigraha Abhishekam (Every Saturday) | 09:30 AM | $51 |
| Satyanarayana Puja (Every Purnima Day) | 07:00 PM | $25 |

**Apara Samskaras (Priestly Services upon Request Only)**                                    Back to Top

| Service Name | In the Temple | Metro Detroit Area | Out of State |
|---|---|---|---|
| Hiranya Sraddham (Abdikam) | $75 | $125 | $1,001 |
| Parvana Sraddham | N.A. | $251 | $1,001 |
| Prayaschitta Sraddham (Funeral) | N.A. | $151 | $1,001 |
| 10 Days Death Puja | N.A. | $751 | N.A. |
| 11th Day, 12th Day & Sraddham | N.A. | $251 | N.A. |

**Other Donation Options**               Back to Top

| Service | Quantity | Daily | Weekly |
|---|---|---|---|
| Annadanam | 250 People | N.A. | $501 |
| Flowers / Petals | N.A. | $15 | $101 |
| Flower Garlands | 7 Sets | $351 | $2,250 |
| Vastras | 1 Set of Deities | $105 | $701 |
| Vastras | 7 Sets | $750 | $5,250 |
| Utsava Murthy Clothes | 7 Sets | $250 | $1,750 |
| Ghee | N.A. | $11 | $75 |
| Puja Samagri | N.A. | $25 | $175 |

:: Sri Guruvaydrappan Temple ::



Home

Calendar

Committee Members

Contact Us

Daily Events

Education

HATCC By-Laws

Membership

Krishna Kala Mantapam

New Temple Project

Photo Album

Samagri List

Scriptural Learning

Services

Seva Sponsorship

Sq.ft Sponsor

Temple Mailing List

Timings / Directions

**Priests are available for services at your house.**
**Please contact the temple at 732-972-5552 to make the arrangements.**

| Scheduled Services at the Temple | |
| --- | --- |
| Service | Suggested Donation |
| Archana | $11.00 |
| Abhishekam | $32.00 |
| Homam | $32.00 |
| Kalyana Uthsavam | $32.00 |
| Sahasranama Archana | $32.00 |
| Satyanarayana Pooja | $32.00 |
| Tulabharam | $32.00 |
| Vahana Pooja (Vehicle) | $32.00 |

| Special Services (By prior Appointment) | | |
| --- | --- | --- |
| Service | At Temple | At Devotee's Home |
| Annaprasana | $51.00 | $125.00 |
| Aksharabyasam | $51.00 | $125.00 |
| Birthday (60th, 80th) | $200.00 | $250.00 |
| Gruhapravesham (House warming) | - | $125.00 |
| Homam | $108.00 | $125.00 |
| Kalyana Utsavam | $101.00 | - |
| Namakaranam (Naming ceremony) | $51.00 | $125.00 |
| Nischitartham (Engagement) | $75.00 | $125.00 |
| One Day Flowers and Fruits | $108.00 | - |
| One Day Kainkaryam | $108.00 | |
| Satyanarayana Pooja | $75.00 | $125.00 |
| Seemantham (First baby shower) | $108.00 | $125.00 |
| Seemantham with Udakasanti | $151.00 | $175.00 |
| Special Utsava Vigraha Abhishekam | $101.00 | - |
| Sraddham | $51.00(HiranyaSraddham) | $125.00 |
| Upanayanam (thread ceremony) | $200.00 | $250.00 |
| Wedding | $200.00 | $250.00 |
| Hair Offering | $51.00 | $125.00 |
| Chandi Homam / Ekadasa Rudra Abhishekam / Bhagawati Seva | $201.00 | |
| Note: * Second puja will be charged additional $50 | | |

Sambhavana (Dakshina) to Priest is at the discretion of the devotees and not included in the rates.
Deovtees must arrange for priest transportation to and from the temple.

Hindu American Temple & Cultural Center. Copyright © 2005-2010 All Rights reserved.

::Sri Venkateswara Temple::




Home
Calendars
Directions / Transportation
Events
Facilities
Links
Membership / Donations
Samagri List
Services
Voluntary Work
Timings
Temple

## Temple Services

### Temple Sponsored Puja Rates

| | | |
|---|---|---|
| 1. | Ashtottara Archana (with fruit) | $10.00 |
| 2. | Ashtottara Archana (with fruits & coconut) | $12.00 |
| 3. | Abhishekam - any deity | $35.00 |
| 4. | Car (Vahana) Puja | $35.00 |
| 5. | Homam | $35.00 |
| 6. | Kalyanam | $35.00 |
| 7. | Sahasranamam | $35.00 |
| 8. | Satyanarayana Puja | $35.00 |
| 9. | Flowers (Regular Day) | $51.00 |
| 10. | One Day Temple Kainkaryam (except New Year Day) | $108.00 |
| 11. | One Day Temple Kainkaryam During Festival Days | $151.00 |
| 12. | Bhagavati Seva | $35.00 |
| 13. | Chandi Homam | $35.00 |
| 14. | Deepa Puja | $35.00 |
| 15. | Dhana Lakshmi Puja | $35.00 |
| 16. | Flowers for Navaratri all days | $125.00 |
| 17. | Ksheerabdhi Dwadasi Puja | $35.00 |
| 18. | Nagula Chavithi (Subrahmanya Swamy Abhishekam) | $35.00 |
| 19. | Sundarakanda Parayanam All 9 days during Vasanta Navaratri | $251.00 |
| 20. | Brahmotsvam All 9 day Events | $501.00 |
| 21. | Ganesh Navaratri All 9 days | $301.00 |
| 22. | Navaratri all 9 days | $501.00 |
| 23. | Vidyarambham (Only on Vijaya Dasami day) | $15.00 |
| 24. | Skanda Shashthi all events | $151.00 |
| 25. | Pavitrotsavam all events | $251.00 |
| 26. | New Year Day all events | $251.00 |

**\* All rates are subject to change without Notice.**

## Special Services

Special Services/Puja Requisition Form

### Sponsorship for Special Services (By Prior Appointment)

::Sri Venkateswara Temple::                                                          Page 2 of 2

| Special Services | At Temple | At Home* |
|---|---|---|
| Homam | $101.00 | $125.00 |
| Kalyanam(to Utsava Murtys) | $151.00 | · |
| Satyanarayana Puja | $101.00 | $125.00 |
| Upnayanam | $201.00 | $251.00 |
| Wedding | $201.00 | $251.00 |
| 60th/80th Birthdays | $201.00 | $251.00 |
| Hair Offering | $51.00 | $125.00 |
| Hiranya Sraddham | $51.00 | $125.00 |
| Anna Prasana | $51.00 | $125.00 |
| Aksharabhyasam | $51.00 | $125.00 |
| Namakaranam | $51.00 | $125.00 |
| Seemantham | $101.00 | $125.00 |
| All Navagraha Archana | $75.00 | |
| Punyahavachanam | $51.00 | $125.00 |
| Nichitartham | $101.00 | $125.00 |
| Gruhapravesam | | $125.00 |
| Ashtotram archana with Gold Flowers | $51.00 | |
| Ashtotram archana with Silver Flowers | $35.00 | |

*Devotees must arrange for the transportation of the priest for services performed outside Temple premises

All rates subject to change without notice. For any service at temple, if more than 20 persons are present, you must rent hall; rental charges extra. For other service,please contact temple office at (908) 725-4477 during temple hours. Devotees must arrange transportation to the priest, and special rates apply for multiple priests.
Sponsorship for Special Services is by prior Appointment.

**Only Hiranya Sraddham performed at temple site

"Hall" rental separate, if required. Approximately five hours of priest's time except for special events such as wedding, Upanayanam, 60th birthday, etc. Devotee must arrange transportation of priest. Special rate apply in other instances. Call Temple at (908) 725-4477 for details.

For all religious services, please contact the temple at (908) 725-4477 during temple hours. If the temple is closed leave a message. Some body will come back to you.

**Hindu Temple & Cultural Society of USA, Inc.**
**Sri Venkateswara Temple (Balaji Mandir) & Community Center**
(Non-Profit Tax-Exempt Organization.)
1 Balaji Temple Drive, Bridgewater, NJ 08807
Ph: (908) 725-4477

Copyright 2013-2014 Sri Venkateswara Temple and Community Center

Home  | Sitemap  | Contact Us
Email & Newsletter Signup
Last Name;

Email Id:



13910 W. Griffin Road, South West Ranches
Florida 33330

📞 (954)-252-8802

Pooja Booking (954)43-Temple



# South Florida Hindu Temple

Home  |  Education  |  Services  |  Gallery  |  Administration  |  Newsletter  |  Information

**Events**

Temple Program
May 2015...

More

## Priest Services

### FEE SCHEDULE FOR THE TEMPLE

suggested updated fee schedule:

| Event | IN TEMPLE | OUTSIDE |
|---|---|---|
| 1. BABY SHOWER | $121.00 | $151.00 |
| 2. BABY NAMING | $121.00 | $151.00 |
| 3.FIRST FOOD EATING (ANNAPRASHAN SANSKAR) | $121.00 | $151.00 |
| 4. MUNDAN (HEAD SHAVING) | $121.00 | $151.00 |
| 5. SACRED THREAD CEREMONY (YAGYOPAVIT) | $201.00 | $251.00 |
| 6. VIVAH SANSKAR (WEDDING CEREMONY) | $351.00 | $501.00 |
| 7. ENGAGEMENT | $121.00 | $151.00 |
| 8.GROUND BREAKING (BHUMI PUJAN) | | $151.00 |
| 9.HOUSE WARMING (VAASTU SHANTI) | | $151.00 |
| 10. SATYANARAYAN KATHA | $121.00 | $151.00 |
| 11. ASHTOTRA (108 NAMES) | $121.00 | $151.00 |
| 12. SAHASTRA (1008 NAMES) | $121.00 | $151.00 |
| 13. VEDIC HAVAN | $121.00 | $151.00 |
| 14. SHIV ABHISHEK WITH RUDRA PATH | $121.00 | $151.00 |
| 15. AKHAND RAMAYAN PATH | $121.00 | $151.00 |
| 16.SUNDERKAND KATHA WITH FOOD FROM HOME | | $251.00 |
| 17. GANESH PUJA | $121.00 | $151.00 |
| 18. DEVI PAATH & PUJA | $121.00 | $151.00 |
| 19.OFFICE OPENING PUJA | $121.00 | $151.00 |
| 20. SHANTI HAVAN | $121.00 | $151.00 |
| 21. BHAJAN & KIRTAN | $121.00 | $151.00 |
| 22. MATA CHAUNKI WITH FOOD | | $251.00 |
| 23. MATA JAGRAN & PUJA | $351.00 | $501.00 |
| 24. AKSHAR ABHYAS (VIDYA ARAMBH) | $121.00 | $151.00 |
| 25. VAHAN PUJA | | $31.00 |

| | | |
|---|---|---|
| 26. ARCHANA | | $21.00 |
| 27. BARSI PUJA | $120.00 | $150.00 |
| 28. SHRADH PUJA | $120.00 | $150.00 |
| 29. SAMUHIK SHRADH @TEMPLE | $50.00 | |
| 30. LAST RITES | | NO CHARGE |
| (MRITYU SANSKAR) | | |

Conveyance charges apply for outside pujas: $1.00 PER MILE

We welcome and greatly appreciate .
any donation over and above the suggested amount

Please make your checks
payable to SOUTH FLORIDA HINDU TEMPLE





You have a right to "Karma" (action) but never to any
Fruits thereof,
You should not be motivated by the results of your

© Copyright 2008-09 all rights reserved | Site Design and Developed by TIU Consulting




# Hindu Samaj Temple of Minnesota, Inc.
### A REGISTERED, PRIVATE, NON PROFIT ORGANIZATION
### Striving to Meet the Community's
### Religious, Spiritual, Cultural, Artistic and Literary Needs
### www.histemplemn.org

## Religious Services

Make checks payable to "Hindu Samaj Temple."

| Ceremony | In Temple | | Outside Temple | |
|---|---|---|---|---|
| | Temple Fee | Minimum Dakshina for Priest | Temple Fee | Minimum Dakshina for Priest |
| Abhishekam (to the choice of deity including Shiva, Ganesha, Karthikeya, Durga, Saraswati, Sai etc.) | $51 | $18 | $151 | $53 |
| Anna Prasana | $101 | $35 | $151 | $53 |
| Archana | $11 | NA | NA | NA |
| Bhoomi Pooja | NA | NA | $125 | $44 |
| Sahasranama Archana | $51 | $18 | NA | NA |
| Gruhapravesham | NA | NA | $151 | $53 |
| Gruhapravesham with Sri SathyaNarayana | NA | NA | $251 | $85 |
| Pooja/Homam (Havan) (Including Ayush, Gayatri Havan Maha Mrityunjaya, Sudarshana, Maha Lakshmi, Navagraha Santhi, Nakshatra Santhi, Udaka Santhi & Sri Durga etc.,) | $201 | $70 | $251 | $85 |
| Kalyanothsavam (Group, per family) | $51 | NA | NA | NA |
| Kalyanothsavam (Individual) | $251 | $88 | NA | NA |
| Mundan | $101 | $35 | $151 | $53 |
| Namakaranam | $101 | $35 | $151 | $53 |
| Nischitratham | $101 | $35 | $151 | $53 |
| Punyahavachanam | $51 | $21 | $101 | $35 |
| Rudra Abhishekam at Home | | | $151 | $53 |
| Satyanarayana Pooja (Group, per family) | $51 | $18 | NA | NA |
| Satyanarayana Pooja (Individual) | $108 | $35 | $151 | $53 |
| Seemantham | $101 | $35 | $151 | $53 |
| Shashtabhi Poorthi (60th birthday) | $151 | $53 | $216 | $76 |
| Hiranya Shrarddham | $75 | $28 | $125 | $44 |
| Special/Wedding Anniversary Pooja (Includes Sankalpam, Sahasrana Nama Arachana to the devotees' diety of choice including Balaji, Shiva,Durga, Karthikeyan, Ganesha etc.) | $51 | $21 | $151 | $53 |
| Tarpanam | $75 | $28 | $125 | $44 |
| Upanayanam | $216 | $76 | $324 | $113 |
| Vahana Pooja | $51 | $18 | $125 | $35 |
| Vidya-Arambham | $101 | $35 | $151 | $53 |
| Vratham (Including VaraLakshmi, Mangala Gowri, Vibhava Lakshmi etc.,) | $108 | $35 | $151 | $53 |
| Wedding Ceremony | $325 | $114 | $501 | $175 |

| Temple Scheduled Pooja | | |
|---|---|---|
| Pooja | When | Sponsorship |
| Muruga Abhishekam | Shashti – once a month | $25 for any one puja |
| Hanuman Abhishekam | 1st Tuesday of month | $251 yearly for any one puja |
| Shiva Abhishekam | Pradosham – twice a month | $501 yearly for Pradosham |
| Sri Satyanarayana Pooja | Poornima – once a month | |
| Ganesha Abhishekam | Sankata hara Chaturthi – once a month | |
| Sai Baba /Durga Puja | Once a month | |

Priestly services are offered at the Temple as well as outside- in devotee's homes and other venues where such services are needed and appropriate.

**For scheduling services, please send an email to:** pujaservices@histemplemn.org
1) In your email, please provide following details:
- Type of pooja needed
- Pooja Date
- Pooja Time (but for rare exceptions, private pujas will not be performed during regular temple hours)
- Place (Temple or home or other location )
- Contact phone number (**required**)
- Any other special requirements

2) We will respond to your e-mail as soon as possible.

3) Devotees may discuss pooja details with the Priest by calling or emailing him, but they **must send an email to priestservices@histemplemn.org to confirm their pooja request.**

3) Devotees are encouraged to give sufficient (1 month?) advance notice before the pooja.

5) Make the payment to the Temple as a check payable to "Hindu Samaj Temple."

### Weddings

**Weddings: just Priest service only: (outside venue)-**
     **Temple fee:** $501, Minimum Priest Dakshina - $175
     Additional mileage charges apply from the Priest's home to wedding location
**Weddings: just Priest service only: (Temple venue)-**
     Temple Fee: $325, Minimum Priest Dakshina - $114

### Out of town service charges:

- See above for the Temple fee (in the column marked **Outside Temple**)
- See above for the minimum dakshina to the Priest.
- Mileage charges are 0.50 per mile or actual travel expenses (Air/Train/Bus Ticket)
- Weekday charges - $100/day. (Any fraction of the day from 9 AM to 8 PM will be considered as a day.)
- Weekend (Saturday and Sunday)  - $150/day.
- Meals and lodging - actual charges, if incurred by the Priests.
     The mileage charges are calculated based on the distance between Priest's house (Rochester) and the devotee's house
     Example
     The typical charges for a devotee scheduling the Satyanarayana pooja at the his or her home is as follows:
     1) Temple Donation/Fee: $125
     2) Minimum Dakshina to Priest: $44
     3) Travel mileage (see above)

**Dakshina for the Priest:** **Dakshina** is an offering made in gratitude to the priest for services rendered.

### Frequently Asked Questions

a) **I am performing a private puja at my home/in the Temple. How much dakshina should I be giving?**

The suggested minimum dakshina for the Priest is 35% of the Temple fee (see accompanying chart of fee schedule for poojas). Many devotees give up to 100% of fees to show their gratitude and appreciation for the services rendered.

b) **For a private puja I would like make a donation to the Temple above the regular fee charged by the temple. How much dakshina should I be giving to the priest?**

Thank you for making a donation to the Temple. The suggested minimum dakshina for the Priest is 35% of the Temple fee (see accompanying chart of fee schedule for poojas). Many devotees give up to 100% of fees to show their gratitude and appreciation for the services rendered

c) **I have already donated $1000 or more to the Temple this year. Do I still need to pay for priestly services?**

If you do not have a *Benefactor Privileges Certificate*, please request one from finance@histemplemn.org. With the certificate you will be exempt from paying Temple fee for the pooja. However, the suggested minimum dakshina for the Priest is still 35% of the expected Temple fee (see accompanying chart of fee schedule for poojas). You are always welcome to give more dakshina for gratitude and appreciation for the services rendered.

a) **I am attending a Temple-conducted pooja? Is there an expectation of dakshina to the priest?**

While minimum dakshina is not applicable to regular weekly and monthly poojas conducted inside the Temple, you are more than welcome to do so. Money put in arati plate does not go to the priest. If you would like to give *dakshina*, please place it in an envelope, write priest's name on it and either give it to him or place it in Hundi.



# *Sri Venkateswara Swamy Temple of Colorado*

Non Profit Organization, Federal Tax ID: 26-0196984

1495 S Ridge Road, Castle Rock, CO 80104

Phone: 303-898-5514

email: manager@svtempleco.org, www.svtempleco.org

## ARJITHA SEVA LIST
### (Effective 10/01/2014)

| Pooja Description | Service/Seva at Temple | Service at Home | Yearly Service/Seva at the Temple |
|---|---|---|---|
| | | - | $1,501 |
| Sri Venkateswara Abhishekam (moola murthy) – regular temple scheduled | $151 | | |
| | $51 | | $501 |
| Sri Mahalakshmi or Sri Andal Abhishekam (moola murthy) – regular temple scheduled | | | |
| | $51 | | $501 |
| Abhishekam – Saamoohika – for any one of the following deities - Shiva, Ganapathi, Hanuman, Shirdi Sai Baba – regular temple scheduled | | | |
| | $151 | $251 | - |
| Abhishekam – Individual - for any one of the following deities - Shiva, Ganapathi, Hanuman, Shirdi Sai Baba) | | | |
| | $51 | - | |
| Abhishekam – Saamoohika - for Kalyana Srinivasa, Sri Devi, and Bhu Devi – regular temple scheduled | | | |
| | $151 | - | - |
| Abhishekam – Individual - for Kalyana Srinivasa, Sri Devi, and Bhu Devi | | | |
| | $116 | $201 | - |
| Akshraabhyasam | $116 | $201 | - |
| Anna Prasana | $16 | | $1516 |
| Archana | - | | - |
| Sri Venkateswara Nitya Archana – Annual | $251 | | |
| Sri Venkateswara Nitya Archana – One month | | | $516 |
| Sri Venkateswara Saturday Archana – for one year | - | | - |
| First Year Birth Day (Astotharam) | $21 | - | - |
| Ayush Homam + Ayush Pooja | $151 | $251 | |
| Gruhapravesam with Vaastu puja | - | $201 | |
| Gruhapravesam with Vaastu puja & Homam or Satyanarayana Swamy Vratham | - | $301 | |
| Gruhapravesam with Vaastu Puja & Homam & Satyanarayana Swamy Vratham | - | $401 | - |
| Hair-Offering | $116 | $201 | |
| Hanuman Vada Mala(108 Vada made at the Temple - need minimum 7 Day notice) | $151 | - | |
| Sudarsana Homam – Saamoohika – regular temple scheduled | $51 | - | $501 |
| Homam – Individual - (Sudarsana, Lakshmi, Venkateswara, Ganapathi, One Graha, Udhaka Shanthi, etc.) | $116 | $201 | - |
| Kalyanotsavam – Saamoohika | $116 | - | $1,116 |

| | | | |
|---|---|---|---|
| Kalyanotsavam – Individual | $251 | $351 | - |
| Naamakaranam | $116 | $201 | - |
| Nischitartham | $201 | $301 | - |
| One Graha Puja | $21 | - | - |
| Sani Graha Puja (Thailaabhishekam) | $51 | - | - |
| Navagraha Puja | $116 | - | - |
| Punyahavachanam (Note: for new born Punyahavachanam performed at home only) | $51 | $151 | - |
| Naamakaranam and Punyahavachanam | - | $251 | - |
| Sahasranaama Archana | $51 | - | - |
| Satyanarayana Swamy Vratham - Saamoohika - (on Poornima Day) | $51 | - | $501 |
| Satyanarayana Swamy Vratham - Individual | $116 | $201 | - |
| Shanku Sthaapana (Bhoomi Pooja) | - | $201 | - |
| Seemantham | $151 | $251 | - |
| Shashti Poorthi (60th Birth Day) | $251 | $351 | - |
| Swarna Pushpaarchana – Saamoohika - (Malayappa Swamy, Sri Devi and Bhu Devi) | $31 | - | - |
| Swarna Pushpaarchana – Individual - (Malayappa Swamy, Sri Devi and Bhu Devi) | $51 | - | - |
| Upanayanam | $251 | $501 | - |
| Vahana/Car Pooja (Archana included) | $31 | - | - |
| Wedding | $351 | $501 | - |

| | At Temple |
|---|---|
| **Srardha Karmas** – There are some constraints associated with these services and can be performed at the temple only – Please contact Temple Manager for details | |
| Hiranya Srardham | $116 |
| Pinda Srardham | $116 |

**Note: For Puja services outside the temple, the following charges will apply to cover for the travel time and conveyance expenses involved.

| Distance from temple in miles | Additional Charge |
|---|---|
| 0 – 30 | None |
| 30 – 50 | $25 |
| 50 – 75 | $40 |
| 75 – 100 | $60 |
| Beyond 100 | Check with Temple Manager |

## For Scheduling any Sevas or Pujas
### Please contact **Temple Manger**
Email: manager@svtempleco.org
Phone: **303-898-5514**

Puja services at Temple or at Home | Sri Venkateswara (Balaji) Temple



- Home
- About Temple»
- Temple Services»
- Events»
- Projects»
- SVT SCHOOL»
- Community work»
- Gallery»
- Donation»
- Contacts»

Minneapolis Music Competitions 2015 - TV5 News - SV-Temple-2015-Puja Calendar - ANNADANAM SCHEME

## Puja services at Temple or at Home

Posted November 12, 2014 by admin in Uncategorized

### SRI VENKATESWARA TEMPLE
7615 Metro Blvd, Edina, MN 55439.

| L/N | Puja Description | At Temple | At Home |
|---|---|---|---|
| | **SV TEMPLE PUJA Services at Temple or at Home** | | |
| 1 | Akshrabyasam | $75.00 | $151.00 |
| 2 | Annaprasana (First Feeding) | $75.00 | $151.00 |
| 3 | Ashtothara Archana/Puja for any deity | $11.00 | |
| 4 | Astrology Readings and consultation | $51.00 | |
| 5 | Bhoomi Puja ( Ground Breaking Ceremony) | | $151.00 |
| 6 | Dhoti / Sari Function | $75.00 | $125.00 |
| 7 | First Year Birth Day (Ayushya Homam) | $101.00 | $201.00 |

Puja services at Temple or at Home | Sri Venkateswara (Balaji) Temple                                   Page 2 of 4

| 8 | Gruha Pravesham (New House Warming) | | $151.00 |
|---|---|---|---|
| 9 | Gruha Pravesham (New House Warming) with Vasthu Havan/Homam ( Two Puja's) | | $251.00 |
| 10 | Gruha Pravesham (House Warming), Shanthi Puja and Satyanarayana Vratham ( Three Puja's) | | $351.00 |
| 11 | Hanuman Puja | $101.00 | $151.00 |
| 12 | Havan/Homam : ( Choose one only - Sri Ganesh,, Navagraha, Vasthu) | $101.00 | $151.00 |
| 13 | Hiranya Shradham | $75.00 | $125.00 |
| 14 | Japam | $101.00 | $151.00 |
| 15 | **Kalyanamastu @ Temple** - Special private event -  [Two Priests perform special puja. Temple Provide a place for 3 hours for serving the Lunch or Dinner after Kalyanam. All Family members and any devotees can participate to see the kalyanam. Temple provide all Flower garlands and Puja materials. Chadivimpulu and any offering to God will go to Temple ] | $1,116.00 | |
| 16 | **Kalyanamastu @ Community Hall** - special private event - At Community Hall for more than One Family - [Two Priests Take Panchaloha Vigrahams of Sri Venkateswara Swami with Sridevi and Bhudevi Vigrahams to Devotees and perform special puja. Temple provide all Flower garlands and Puja materials. Chadivimpulu and any offering to God will go to Temple] | | $1,116.00 |
| 17 | **Kalyanamastu @ Home**- special private event At Home- [Two Priests Take Sri Venkateswara Swami with Sridevi and Bhudevi Vigrahams to Devotees home and perform special puja. Temple provide all Flower garlands and Puja materials. Chadivimpulu and any offering to God will go to Temple] | | $1,116.00 |
| 18 | Kesha Khandan (Mundan), Symbolic First Hair Cut | $75.00 | $151.00 |
| 19 | Lakshmi / Gauri Puja | $75.00 | $125.00 |
| 20 | Last Rites (Performed at Cremation site) | | $351.00 |
| 21 | Marriage Ceremony (Wedding) in the Auditorium | $516.00 | |
| 22 | Marriage Ceremony (Wedding) In front of GOD. Does not include any Temple facilities | $301.00 | $351.00 |
| 23 | Namakaranam (Naming Ceremony) | $75.00 | $151.00 |
| 24 | Navagraha Puja | $101.00 | $151.00 |
| 25 | Nischitartham (Marriage Engagement only) | $151.00 | $251.00 |
| 26 | Punyahavachanam | $75.00 | $125.00 |
| 27 | Rudrabhishekam ( Devotees Chosen day) | $101.00 | $151.00 |
| 28 | Sadhabishegam (80th Birthday) | $151.00 | $201.00 |
| 29 | Sahasranama Archana to any Deity | $31.00 | |
| 30 | Samuhika Satyanarayana Vratham (Every Month Poornima Day) | $51.00 | |
| 31 | Satyanarayana Vratham on Devotee's chosen day | $101.00 | $151.00 |
| 32 | Seemantham (Baby Shower) | $201.00 | $301.00 |
| 33 | Shanthi puja | $101.00 | $151.00 |
| 34 | Shashtiabtha Poorthi (60th Birthday) | $151.00 | $201.00 |
| 35 | Shirdi Sai Puja | $101.00 | $151.00 |
| | **Sita Rama Kalyanam @ Community Hall** (for more than One Family) - Two Temple priests Take the Panchaloha Sri Rama Parivar | | |

Puja services at Temple or at Home | Sri Venkateswara (Baaji) Temple

| | | | |
|---|---|---|---|
| 36 | Vigrahams to Devotees Community Hall and perform special puja.Temple provide all Flower garlands and Puja materials. Chadivimpulu and any offering to God will go to Temple | | $1,116.00 |
| 37 | **Sita Rama Kalyanam @ Home** - One Temple priest Take the Panchaloha Sri Rama Parivar Vigrahams to Devotees home and perform special puja | | $516.00 |
| 38 | Sita Rama Kalyanam Private event at Temple. One Priest perform this Puja. Facilities for Serving Food will be extra. See the Rental rates for devotees | $251.00 | |
| 39 | Special Puja for Local Associations | | $101.00 |
| 40 | Srinivasa Kalyanam on Devotee's chosen day. Private event at Temple. One Priest perform this Puja. Facilities for Serving Food will be extra. See the Rental rates for devotees | $251.00 | |
| 41 | Upanayanam (Janeu, Thread Ceremony) | $201.00 | $301.00 |
| 42 | Vahana Puja | $31.00 | |
| 43 | Varshabhdikam (Death Anniversary) First Year Anniversary–Three Days | $225.00 | $351.00 |
| 44 | Varshabhdikam (Death Anniversary) First Year Anniversary–One Day | $75.00 | $151.00 |
| 45 | Vishesha Sudarsana Homam-At Temple [Two priests will perform this Homam]. Other facilities for Food serving is extra. See the Rental rates for devotees | $316.00 | |
| 46 | Vishesha Sudarsana Homam-At Home [Temple Provide Two Priests and for Puja Sudarsana Swamy Vigraham] | | $516.00 |
| 47 | Astalakshmi Kumkumarchana | $51.00 | |

Note: First Puja pay full amount. Any additional puja,$25 will be discounted per puja

## About SV Temple



SV Temple Management like to appreciate all the volunteers who have taken lot of time to organize many events during the last year and succesfully complete the 1st anniversary a grand sucees.

## Timings

Monday to Friday
9:30 am to 12:00 noon
and 5:30 pm to 8:00 pm
Saturday and Sunday
9:30 am to 8:00 pm

## Quick links

- Hindu Temples in India
- Tirumala Tirupati Devasthanams
- Tirumala Venkateswara Temple



Home
Calendar
Committee Members
Contact Us
Daily Events
Education
HATCC By-Laws
Membership
Krishna Kala Mantapam
New Temple Project
Photo Album
Samagri List
Scriptural Learning
Services
Seva Sponsorship
Sq.ft Sponsor
Temple Mailing List
Timings / Directions

**Priests are available for services at your house.**
**Please contact the temple at 732-972-5552 to make the arrangements.**

| Scheduled Services at the Temple | |
| --- | --- |
| Service | Suggested Donation |
| Archana | $11.00 |
| Abhishekam | $32.00 |
| Homam | $32.00 |
| Kalyana Uthsavam | $32.00 |
| Sahasranama Archana | $32.00 |
| Satyanarayana Pooja | $32.00 |
| Tulabharam | $32.00 |
| Vahana Pooja (Vehicle) | $32.00 |

| Special Services (By prior Appointment) | | |
| --- | --- | --- |
| Service | At Temple | At Devotee's Home |
| Annaprasana | $51.00 | $125.00 |
| Aksharabyasam | $51.00 | $125.00 |
| Birthday (60th, 80th) | $200.00 | $250.00 |
| Gruhapravesham (House warming) | - | $125.00 |
| Homam | $108.00 | $125.00 |
| Kalyana Utsavam | $101.00 | - |
| Namakaranam (Naming ceremony) | $51.00 | $125.00 |
| Nischitartham (Engagement) | $75.00 | $125.00 |
| One Day Flowers and Fruits | $108.00 | - |
| One Day Kainkaryam | $108.00 | - |
| Satyanarayana Pooja | $75.00 | $125.00 |
| Seemantham (First baby shower) | $108.00 | $125.00 |
| Seemantham with Udakasanti | $151.00 | $175.00 |
| Special Utsava Vigraha Abhishekam | $101.00 | - |
| Sraddham | $51.00(HiranyaSraddham ) | $125.00 |
| Upanayanam (thread ceremony) | $200.00 | $250.00 |
| Wedding | $200.00 | $250.00 |
| Hair Offering | $51.00 | $125.00 |
| Chandi Homam / Ekadasa Rudra Abhishekam / Bhagawati Seva | $201.00 | |
| Note: * Second puja will be charged additional $50 | | |

Sambhavana (Dakshina) to Priest is at the discretion of the devotees and not included in the rates.
Deovtees must arrange for priest transportation to and from the temple.

Hindu American Temple & Cultural Center. Copyright © 2005-2010 All Rights reserved.




**Home**
**Calendars**
**Directions / Transportation**
**Events**
**Facilities**
**Links**
**Membership / Donations**
**Samagri List**
**Services**
**Voluntary Work**
**Timings**
**Temple**

## Temple Services

### Temple Sponsored Puja Rates

| No. | Service | Rate |
|---|---|---|
| 1. | Ashtottara Archana (with fruit) | $10.00 |
| 2. | Ashtottara Archana (with fruits & coconut) | $12.00 |
| 3. | Abhishekam - any deity | $35.00 |
| 4. | Car (Vahana) Puja | $35.00 |
| 5. | Homam | $35.00 |
| 6. | Kalyanam | $35.00 |
| 7. | Sahasranamam | $35.00 |
| 8. | Satyanarayana Puja | $35.00 |
| 9. | Flowers (Regular Day) | $51.00 |
| 10. | One Day Temple Kainkaryam (except New Year Day) | $108.00 |
| 11. | One Day Temple Kainkaryam During Festival Days | $151.00 |
| 12. | Bhagavati Seva | $35.00 |
| 13. | Chandi Homam | $35.00 |
| 14. | Deepa Puja | $35.00 |
| 15. | Dhana Lakshmi Puja | $35.00 |
| 16. | Flowers for Navaratri all days | $125.00 |
| 17. | Ksheerabdhi Dwadasi Puja | $35.00 |
| 18. | Nagula Chavithi (Subrahmanya Swamy Abhishekam) | $35.00 |
| 19. | Sundarakanda Parayanam All 9 days during Vasanta Navaratri | $251.00 |
| 20. | Brahmotsvam All 9 day Events | $501.00 |
| 21. | Ganesh Navaratri All 9 days | $301.00 |
| 22. | Navaratri all 9 days | $501.00 |
| 23. | Vidyarambham (Only on Vijaya Dasami day) | $15.00 |
| 24. | Skanda Shashthi all events | $151.00 |
| 25. | Pavitrotsavam all events | $251.00 |
| 26. | New Year Day all events | $251.00 |

**\* All rates are subject to change without Notice.**

## Special Services

Special Services/Puja Requisition Form

### Sponsorship for Special Services (By Prior Appointment)

| Special Services | At Temple | At Home* |
|---|---|---|
| Homam | $101.00 | $125.00 |
| Kalyanam(to Utsava Murtys) | $151.00 | - |
| Satyanarayana Puja | $101.00 | $125.00 |
| Upnayanam | $201.00 | $251.00 |
| Wedding | $201.00 | $251.00 |
| 60th/80th Birthdays | $201.00 | $251.00 |
| Hair Offering | $51.00 | $125.00 |
| Hiranya Sraddham | $51.00 | $125.00 |
| Anna Prasana | $51.00 | $125.00 |
| Aksharabhyasam | $51.00 | $125.00 |
| Namakaranam | $51.00 | $125.00 |
| Seemantham | $101.00 | $125.00 |
| All Navagraha Archana | $75.00 | |
| Punyahavachanam | $51.00 | $125.00 |
| Nichitartham | $101.00 | $125.00 |
| Gruhapravesam | | $125.00 |
| Ashtotram archana with Gold Flowers | $51.00 | |
| Ashtotram archana with Silver Flowers | $35.00 | |

*Devotees must arrange for the transportation of the priest for services performed outside Temple premises

All rates subject to change without notice. For any service at temple, if more than 20 persons are present, you must rent hall; rental charges extra. For other service,please contact temple office at (908) 725-4477 during temple hours. Devotees must arrange transportation to the priest, and special rates apply for multiple priests.
Sponsorship for Special Services is by prior Appointment.

**Only Hiranya Sraddham performed at temple site

"Hall" rental separate, if required. Approximately five hours of priest's time except for special events such as wedding, Upanayanam, 60th birthday, etc. Devotee must arrange transportation of priest. Special rate apply in other instances. Call Temple at (908) 725-4477 for details.

For all religious services, please contact the temple at (908) 725-4477 during temple hours. If the temple is closed leave a message. Some body will come back to you.

**Hindu Temple & Cultural Society of USA, Inc.**
**Sri Venkateswara Temple (Balaji Mandir) & Community Center**
(Non-Profit Tax-Exempt Organization.)
1 Balaji Temple Drive, Bridgewater, NJ 08807
Ph: (908) 725-4477

Copyright 2013-2014 Sri Venkateswara Temple and Community Center



# Sri Somesvara Temple

Home
Calendar
Pujas
Temple Store
Facilities
Gallery
Temple Info
Knowledge
Mount Soma
Contact

## Category > Daily Pujas

Displaying 1 - 3 of 3 Product(s):
Sort By:
Default



**Aarathi**

Daily at 7:00 PM

$15.00 - $10,116.00

Details



**Archana**

Daily
(for Ganesh, Karthikeya and Uma Parvathi)

$11.00 - $10,116.00

Details



**Daily Rudrabhishekam**

Daily at 11:00 AM.

$0.00 - $10,116.00

Details

Shopping Cart
0 Items
$0.00
Search

Go

Advanced Search Logic
Categories

- Daily Pujas
- Monthly Pujas / Havans
- Annual Pujas / Havans
- Ceremonies by Aspect of God
- Request a Puja
- Request a Havan
- Pandit Services
- MM World Peace Project
- Donations / Sponsorship

**Information**

- About Your Contribution
- Puja / Havan Info
- Away Pujas / Havans
- Upcoming Events
- Mount Soma

**Featured**



Hanuman Statue
$25.00 - $5,000.00

Details

View All Featured

Home   |   Calendar   |   Pujas   |   Temple Store   |   Facilities   |   Gallery   |   Temple Info   |   Knowledge   |   Mount Soma
Contact   |   Directions   |   Daily Schedule   |   Donations/Sponsorship

Connect with Sri Somesvara Temple

   

Copyright © 2015 Sri Somesvara Temple. All Rights Reserved.



Sri Venkateswara Temple of North Carolina
121Balaji Pl, Cary, NC - 27513 - (919) 468 0040
Timings: Monday to Friday [ 9am - 1pm & 5pm- 9pm ]  Weekends and Major Holidays [ 9am - 9pm ]

About Us       Gurukulam       Services       Donation Info       Community Info       My Profile

**Email Id**

**Password**

Submit

New Devotee?
Forgot Password?

**Temple Timings**

**Monday - Friday**
9AM - 1PM
5PM - 9PM

**Saturday & Sunday**
9AM - 9PM

**Holidays**
9AM - 9PM

Driving Directions

Tuesday 5/19/2015

Effective January 26th 2009, prices include 20% Sambhavana/Dakshina to priests.

Listed amounts are suggested donations.

| Occasion | Duration | In the Temple Premises | Within Triangle | Outside Triange | Puja Items |
|---|---|---|---|---|---|
| [Fri - Sun] Aayusha Homam | 02:00 | $151.00 | $151.00 | $201.00 | Required Items |
| [Fri - Sun] Abdeekam / Hiranya Shradham / Taddinam | 01:00 | $101.00 | $101.00 | $151.00 | Required Items |
| [Fri - Sun] Aksharabhyasam | 01:00 | $101.00 | $101.00 | $151.00 | Required Items |
| [Fri - Sun] Anna Prasana | 01:00 | $101.00 | $101.00 | $151.00 | Required Items |
| [Fri - Sun] Bhoomi Pooja | 02:00 | $0.00 | $251.00 | $301.00 | Required Items |
| [Fri - Sun] Chuda Karma / Hair Offering | 01:00 | $101.00 | $101.00 | $151.00 | Required Items |
| [Fri - Sun] Ganapathi / Vinayaka Pooja | 02:00 | $151.00 | $151.00 | $201.00 | Required Items |
| [Fri - Sun] Gruha Pravesam / House Warming (Includes Nava Graha Puja) | 02:00 | $0.00 | $201.00 | $251.00 | Required Items |
| [Fri - Sun] Gruha Pravesam / House | | | | | |

Copyright© 1999 - 2010 Sri Venkateswara Temple of North Carolina            Best viewed using 1024 x 768 resolution & IE 5.5 or higher.



Sri Venkateswara Temple of North Carolina
121 Balaji Pl, Cary, NC   27513   (919) 468 0040

Timings: Monday to Friday [ 9am – 1pm & 5pm- 9pm ]  Weekends and Major Holidays [ 9am – 9pm ]

About Us          Gurukulam          Services          Donation Info          Community Info          My Profile

**Email Id** [        ]

**Password** [        ]

[ Submit ]

New Devotee?
Forgot Password?

**Temple Timings**

**Monday - Friday**
9AM - 1PM
5PM - 9PM

**Saturday & Sunday**
9AM - 9PM

**Holidays**
9AM - 9PM

Driving Directions

Tuesday 5/19/2015

Effective January 26th 2009, prices include 20% Sambhavana/Dakshina to priests.

Listed amounts are suggested donations.

| Occasion | Duration | In the Temple Premises | Within Triangle | Outside Trlange | Puja Items |
|---|---|---|---|---|---|
| [Fri - Sun] Aayusha Homam | 02:00 | $151.00 | $151.00 | $201.00 | Required Items |
| [Fri - Sun] Abdeekam / Hiranya Shradham / Taddinam | 01:00 | $101.00 | $101.00 | $151.00 | Required Items |
| [Fri - Sun] Aksharabhyasam | 01:00 | $101.00 | $101.00 | $151.00 | Required Items |
| [Fri - Sun] Anna Prasana | 01:00 | $101.00 | $101.00 | $151.00 | Required Items |
| [Fri - Sun] Bhoomi Pooja | 02:00 | $0.00 | $251.00 | $301.00 | Required Items |
| [Fri - Sun] Chuda Karma / Hair Offering | 01:00 | $101.00 | $101.00 | $151.00 | Required Items |
| [Fri - Sun] Ganapathi / Vinayaka Pooja | 02:00 | $151.00 | $151.00 | $201.00 | Required Items |
| [Fri - Sun] Gruha Pravesam / House Warming (Includes Nava Graha Puja) | 02:00 | $0.00 | $201.00 | $251.00 | Required Items |
| [Fri - Sun] Gruha Pravesam / House | | | | | |

Copyright© 1999 - 2010 Sri Venkateswara Temple of North Carolina

Best viewed using 1024 x 768 resolution & IE 5.5 or higher.

# GREATER CLEVELAND SHIVA VISHNU TEMPLE
# PUJA SERVICES

## REGULAR PUJA SERVICES (AT THE TEMPLE)

| DEITY | PUJA | DAY | DEITY | PUJA | DAY |
|-------|------|-----|-------|------|-----|
| LORD SHIVA | Puja (Abhishekam) Puja (Abhishekam) (Monday - Saturday) Puja (Abhishekam) | Sunday 9:30 AM 10:00 AM Pradosham 6PM | SHRI VISHNU | Shodasopachara Puja - Every day (Sun - Sat) | 11:00 AM |
| SHRI GANESH | Puja (Abhishekam) Puja (Abhishekam) | Tuesday 10 AM Sankatahara Chaturthi 6 PM | SHRI HANUMANJI | Shodasopachara Puja - | Tuesday 6 PM |
| DEVI DURGA | Shodasopachara Puja - | Friday 6:30 PM | SHRI AIYAPPA | Shodasopachara Puja - Special Puja - 1st Sat | Wednesday 6 PM 10:00 AM |
| DEVI PARVATI | Shodasopachara Puja - Abhishekam - 1st Friday | Friday 10 AM 7:15 PM | SHRI RADHA KRISHNA | Shodasopachara Puja - | Thursday 10 AM |
| DEVI LAKSHMI | Shodasopachara Puja - | Friday 6 PM | SHRI RAM PARIVAR | Shodasopachara Puja - | Wednesday 10AM |
| DEVI SARASWATI | Shodasopachara Puja - | Saturday 6 PM | SHRI SHRINATHJI | Shodasopachara Puja - | Thursday 6 PM |
| SHRI KARTHIKEYA | Shodasopachara Puja - Puja with Abhishekam | Saturday 5 PM Sukla Shasti 6PM | SHRI JAGANNATH | Shodasopachara Puja - Special Puja - 1st Sun | Monday 6 PM 12:45PM |
| SHRI SATYANARAYANA | Shri Satyanarayana Puja | 7:15 PM Pournima | SHRI VENKATESWARA | Shodasopachara Puja - Abhishekam | 1st & 3rd Sat 11 AM 2nd & 4th Sat 11 AM |
| NAVA GRAHA | Abhishek | Saturday 6:30 PM | SRIDEVI BHUDEVI | Abhishekam Abhishekam | 2nd Fri 7:15 PM 3rd Fri 7:15 PM |

SPONSORSHIP: All Pujas, Satyanarayana Puja & Abhishekam - if performed at the time as noted above - suggested donation $25 each.
For other time - $101 (for Satyanarayana Puja), $51 (for other Puja) & $101 (for Abhishekam)
BHAGWAN MAHAVIR & PARSHWANATH - JAIN PUJA -3rd Sunday, 12:45 PM        **** (Puja times are subject to changes - please call the Temple for confirmation)

## SPECIAL PUJA SERVICES (AT THE TEMPLE)

* - means - suggested donation
Archana - $11 *  Special Days - $21*
Satyanarayan Puja - $101*
Tirshati - chanting three hundred and eight names depicting various aspects of Lord Shiva or Devi Parvati - $35*
Sahasranamam - chanting one thousand and eight names depicting various aspects of Iswara - $51 *
Vadamala - placing a garland made of vada (on Shri Hanumanji) - $25 *
Vahanapuja - worshipping the vahana devata - $41 *
Vidyarambham - Puja of Devi Saraswati at the commencement of education of a little girl or boy - $51 *
Sankalpa Shradham - annual shradham for pitrus - $51*
Ayushahomam - performed on the first birth day of a child - $101*
Chandi Homam - Chandi (Durga) Havan - $201 *
Navagraha Homam - Havan for the nine Planets - $101 *
Ganapati Homam - Havan for Shri Ganesh - $101 *
Rudrabhishekam - for lord Shiva on Mondays $101 *
Punayahvachanam -  purification ceremony - $51 *
Namakaranam - naming ceremony performed, normally, on the tenth, eleventh or twelfth day after birth - $51 *
Annaprashanam  - the ceremony for the first feeding of cooked rice for a baby - $51 *
Shastibidipoorty - performed on the sixtieth birth day of the husband or wife - $151 *
Seemantam - baby shower performed during the period between the fifth and eighth months of pregnancy - $101 *
Upanayanam - the ceremonial rite in which the young boy is invested with the sacred thread & and initiated into the Gayatri- $151 *
Bhagvati Seva - worshipping of goddess Bhagavathi or Lalita in the Yantra drawn with rice powder - $151 *
Shatabhisekam - performed on the eightieth birth day of the husband or wife - $151 *
Kalyana Utsavam - Please check with the Temple Manager
Vivaha - the ritual performed at the time of Marriage - $301 *
Chula Karma - Mundan performed during the first year of the child by a ritual offering of hair - $51 *

## SERVICES AWAY FROM THE TEMPLE

Any one Puja only: $151 *                                                    Wedding: $351 *
Chandi Homam: $301 *                    Garhshanti: $151 * ($101 * at the Temple)        Bhoomi Puja: $151 *
Gruhapravesh: $151 *                     Shri Satyanarayana Puja $151 *              Antyeshti Kriya (Funeral Service) $251*
PLEASE NOTE: Reasonable length of time for one service is about 2 hrs and does not include travel time.
                          Extra 1/2 hour is given beyond that for travel.

IMPORTANT -- PLEASE NOTE:
For the Priest services both at the Temple and off-site (away from the Temple), current rates  and for Hall rental
please contact and schedule through the Temple Manager V. Ramaswamy Sharma at (440) 888 - 9433

Removable Drive/Master Puja Schedule for Publication/Master Puja Sche Web Page                    Revised 2/14/08, 10/5/07, 2/25/08, 8/4/08, 1/15/08        AKP MOR EVE10/15/08

 # INDIA CULTURAL CENTER AND TEMPLE INC.

HOME       DONATE NOW       POSHAKAS SIGN UP       MEDIA       ABOUT ICCT

CONTACT US

## ICCT Membership (Annual)

Annual Membership for one calendar year. Annual members will be given

- $50 off on every personal service they request.
- Panchangam with thithi, vara and nakshatra information
- 3 days to choose from a calendar year to perform Sahasranama Archana to Sri Venkateswara on your name.

Membership is confirmed only after receiving required approvals.

### ICCT Annual Membership SignUp

○ **Non-voting Member  – $ 100.00**
Non Voting Membership for a Calender year

○ **Voting Member  – $ 500.00**
Annual Voting Member

○ **Student Membership  – $ 50.00**
Membership for Current Students

Contribution Amount * $ [                    ]

Email Address * [                    ]

### MembershipForm

Membership Form

Day 1 [                    ] (clear)

Occasion 1 [                    ]

Day 2 [                    ] (clear)

Occasion 2

Annadaanam | India Cultural Center and Temple Inc.                    Page 1 of 3

Case 1:16-cv-01984-LAP    Document 3-3    Filed 03/16/16    Page 35 of 45
Case 1:16-cv-01984-CM-KNF    Document 337-2    Filed 06/16/15    Page 136 of 167

 # INDIA CULTURAL CENTER  AND TEMPLE INC.

HOME          DONATE NOW          POSHAKAS SIGN UP          MEDIA          ABOUT ICCT

CONTACT US

## Annadaanam

Annadanam sponsorship for Maha Prasadam on Saturdays'. Sponsorship for 1 Saturday is $300 and for 1 year (52 Saturdays') is $5000.

Contribution   ⦿ $ 300.00 Annadanam for 1 Saturday (Volunteers Cooking)
Amount *   ◯ $ 5,000.00 Annadanam for 1 Year (52 Saturdays)
         ◯ $ 2,500.00 Annadanam for 26 Saturdays
         ◯ $ 1,500.00 Annadanam for 13 Saturdays
         ◯ $ 300.00 Any Festival Day (Refer Temple Panchang)
         ◯ Other Amount

Other Amount   $ [                                        ]

Email Address   [                    ]
*

**Date of Service**

[ Date of Service                                                          ]

Date of Service [                ]  Time  [                ]  (clear)
*

**Credit Card Information**

Card Type  [ - select -  ▾ ]

Card Number  [                    ]

Enter numbers only, no spaces or dashes.

Security Code  [                                                    ]

Usually the last 3-4 digits in the signature area on the back of the card.

Expiration Date

https://iactuscmphis.org/iact/home/sinionu/contribute/transact?ncnt=1&id=25          5/10/2015

 **INDIA CULTURAL CENTER AND TEMPLE INC.**

HOME          DONATE NOW          POSHAKAS SIGN UP          MEDIA          ABOUT ICCT

CONTACT US

## General Donation

Your donations are greatly appreciated. There is no small amount. Every penny counts. Please donate generously.

Contribution  ○ $ 11.00
Amount *     ◉ $ 25.00
              ○ $ 51.00
              ○ $ 108.00
              ○ $ 1,008.00
              ○ Other Amount

Other Amount
              $ [                                        ]

Email Address [                                        ]
         *

Credit Card Information
    Card Type [ - select -      ▽]

Card Number  [                              ]

Enter numbers only, no spaces or dashes.

Security Code  [                                              ]

Usually the last 3-4 digits in the signature area on the back of the card.

Expiration Date  [-month-▽] [-year-▽]

**Billing Name and Address**

Enter the name as shown on your credit or debit card, and the billing address for this card.

Billing First
Name

Home    Directions    Contact Us    MahaMangala Aarti    Hindu Cultural Hall    Puja Schedule & Services    Priest
                                         Services



## D/FW Hindu Temple Society
### ══════ Ekta Mandir ═════

**Temple Hours:**
Monday - Friday: 9:30am - 12:30pm | 5:30pm - 8:30pm
Saturday - Sunday: 9:00am - 8:30pm
**Daily Aarti:**
12:00pm and 7:30pm

CALENDAR    ARCHANA MAG    MEMBERSHIP    VOLUNTEER    SERVICES

VIDYA VIKAS    ABOUT    HINDUISM

# PRIEST SERVICES

Priests services are available at the Temple, in your home, or your place of business. Please contact the Temple office at (972)-445-3111 for scheduling and booking Priest for your next occasion.

Archana – $11.00

Archana (Sahasranama) – $51.00

Abhishekam (Individual) – $101.00

Abhishekam (Group) – $51.00

Abhishekam (Temple scheduled) – $31.00

Bhagavthi Seva – $151.00

Havan (Private Sponsored) – $151.00

**Like Us**

Find us on Facebook



DFW Hindu Temple S
Like

1,015 people like DFW Hindu Temple



Facebook social plugin

**Register your child to Vidya Vikas**

Havan (Temple scheduled) – $101.00

Mundan – Hair Offering – $51.00 (only ritual is performed on Temple premises, Hair cutting should be done outside of the Temple Premises)

Kalyana Utsavam (in Temple) – $151.00

Namkaran Ceremony – $51.00

Satyanarayana Puja (Private in Temple) – $101.00

Satyanarayana Puja – $51.00

Shraaddha-Havan – $151.00

Shraaddha Tarapan/Hiranya – $51.00

Upanayana Thread Ceremony – $151.00

Upanayana (at Home) – $200.00

Vahana Puja – $35.00

Wedding (in Temple) – $401.00 *

Wedding (Outside) – $501.00 **

Sunday Maha Prasad Sponsor – $301.00
* Includes use of Yagnashala for the duration of wedding.

** One Pre-wedding Puja included

Outside Metroplex puja will require minimum $301.00. Advanced payment required for all pujas outside the Temple. Maximum of 4 hours allowed for outside pujas, other than weddings. Suggested donations for all puja services performed at home is $151.00

Rates are subject to change. Please contact the Temple front office for latest information and scheduling.

Vidya Vikas 2015-2016 School Year Online Register is Open Registration currently open.

## Monthly Events Calendar

Back                              Next

**Events on May 19, 2015**

Jyestha Begins
Starts: 12:00 am
Ends: May 20, 2015 - 12:00 am

**Events on May 23, 2015**

Shashti
Starts: 12:00 am
Ends: May 24, 2015 - 12:00 am
Naadopasanaa
Starts: 10:00 am
Ends: May 23, 2015 - 5:00 pm
Murugan Abhishek
Starts: 6:00 pm
Ends: May 23, 2015 - 7:00 pm

**Events on May 24, 2015**

Naadopasanaa
Starts: 10:00 am
Ends: May 24, 2015 - 5:00 pm

**Events on May 25, 2015**

Memorial Day
Starts: 12:00 am
Ends: May 26, 2015 - 12:00 am

- Home
- Cultural EVENTS
- Library
- Membership
- TRUSTEES
- Contact

# Membership

HCV encourages the Richmond community to become a member and enjoy being part of the Hindu Center family, and to feel pride in sharing in the resources and expenses of the center and temple. In the course of a year, lot of activities are held at the center and also expenses are incurred to run the religious and non-religious activities. It is a good feeling to know that one is sharing in this.

As a member you have the ability to participate in the decision-making process to run the Hindu Center. Members are also offered discounted rates for hall rental,library and other fees. Overall, benefits of having the membership are worth more than the dues paid for individual activities.

There are four levels of membership:
(a) **Regular Membership:** Open to all community members who subscribe to the objectives of the HCV. Regular members are eligible to be nominated to some roles in the Executive Committee. The Annual membership fee currently is $101 per calendar year for a family.
(b) **Life Membership:** The fee for Life Membership is $2,000 per person. Life Members are eligible to be nominated to voting positions in the Executive Committee. The spouse will become a life member for an additional $1.
(c) **Corporate Membership:** Members who have held Life Membership for at least three years can be nominated to become Corporate Members. Nominees will have provided substantial service to the Center, and be active participants in all HCV activities. Nominees will be on the ballot for election by the Corporate Body at its annual meeting. Nominees receiving at least 4/5 of the votes will become Corporate Members. Corporate Members are eligible to be nominated for all voting positions in the Executive Committee. Dues are $201 for a couple per calendar year.
(d) **Honorary Membership:** Conferred upon distinguished individuals over the age of 65, who have made special contributions to the HCV. For more details, contact Membership Committee.
Please contact membership@hinducenterofvirginia.org
Membership is due January 1, of each calendar year. Please make checks payable to "Hindu Center" and mail to Hindu Center of Virginia, ATTN: Membership Committee, 6051 Springfield Road, Glen Allen, VA 23060. To become a member, please fill the form at:
Here is the list of the current corporate and life members .

## • Upcoming Events

- ○ **Temple Traditions**
- ○ **Festival of India**

- **News**

  ○ **Community News**

- **Activities & Events**

  ○ Brick & Pillar program
  ○ Classes
  ○ Religious Events
  ○ Community Events
  ○ Rental Information
  ○ Volunteer at Hindu Center
  ○ Photos

- # News Letter/Bharatavani

  Hindu Center communicates the upcoming religious and cultural events with the members throught the monthly news letter "Bharatvani".
  **Click here** to view the latest newsletter.
  If you would like to post any information or advertisement, please contact
  **bharatvani@hinducenterofvirginia.org**

Copyright (c) 2012 HinduCenterofVirginia. All rights reserved. Design by HinduCenterofVirginia.

### Rajdhani Mandir

**4525 Pleasant Valley Road, Chantilly, VA 20151**
703.378.8401  www.RajdhaniMandir.Org

**Suggested Minimum Donations for Puja and Priest Services**

| Services | | In Mandir ($) | Outside Mandir ($) |
|---|---|---|---|
| Abhishekam | Individual | 101 | |
| | Group | 51 per sponsor | |
| Sundarkand Paath | | 151 | 251 |
| Akhand Ramaya Paath | | 251 | 351 |
| Anniversary Puja | | 101 | 151 |
| Archana | | 11 | |
| | with coconut | 21 | |
| Barsi - Sankalp Shradha | | 51 | 151 |
| Birthday Puja | | 51 | 151 |
| Engagement Puja | | 101 | 151 |
| Havan | | 101 | 151 |
| Graha Parvesh Puja | | | 151 |
| Ground Breaking Puja | | | 151 |
| Marriage Ceremony (3 hours) | | 251 | 351 |
| Naam Karan | | 101 | 151 |
| Navagraha Puja with Havan | | 101 | 151 |
| Navagraha Puja | | 51 | 151 |
| Satya Narayan Puja | Individual | 101 | 151 |
| | Group | 51 per sponsor | |
| Upnayanam (Thread Ceremony) | | 151 | 251 |
| Vahan (Car) Puja | | 31 | |

*Above Donation does not include Priest's Dakshina*

**Donation for puja not listed above that require less than one hour are $51 in the Mandir and $151 if outside the Mandir**

**Outside Mandir pujas based on Priest being away from Mandir no more than three hours including the travel time**

"The person who sees me in everything and everything within me will not be lost to me, nor will I ever be lost to him". *Lord Krishna in Geeta*

- Search for: [        ]  [Search]

## Event Calendar

« Apr    Jun »
May 2015

M T W T F S S
   1 2 3

Case 1:16-cv-01984-LAP   Document 3-3   Filed 03/16/16   Page 42 of 45

Page 1 of 1

# Sri Meenakshi Devasthanam

### Pearland, Texas, USA

Food and Kids Carnival tickets    Events Calendar    Contact Us    Chess Club Registration Payment    Sahasranama Archana

**CASH TICKET**

CASH TICKET ITEMS

Search 🔍

No cash tic

Display 10 ⌄ records per page

| # | Cash Ticket Name | Amount($) | Select |
|---|---|---|---|
| 1 | Diwali Lakshmi Puja | 21.00 | 🛒 |
| 2 | Kitchen Tokens | 1.00 | 🛒 |
| 3 | MTS Other Sales | 5.00 | 🛒 |
| 4 | Athma Shanti Pooja | 51.00 | 🛒 |
| 5 | Calendar 2014 | 5.00 | 🛒 |
| 6 | Coloring Hindu Gods | 10.00 | 🛒 |
| 7 | Library Tulasi Mandapam | 151.00 | 🛒 |

Showing: 1 - 7 of 7 record(s)

⏮ ◀ 1 ▶ ⏭

Copyright © Sri Meenakshi Devasthanam 2011.
All Rights Reserved. Privacy Policy | Terms of Use

Case 1:16-cv-01984-LAP   Document 337-2 Filed 03/06/16   Page 43 of 45 167

Donor names are acknowledged on plaques outside the community hall along with their specific project or deity of choice. All Donors are automatically a Sponsor of the 5 days of JK2015 events. In addition, VIP tickets will be given for the Gundecha Brothers/Malladi Brothers marquee concert on April 18, 2015 plus Ad space in the Souvenir Brochure based on donor level. All Donors are eligible for SSVT Legator status ($50K over 5 years). Please fill out a sponsorship form online or leave it at the front desk.

### BECOME A NEXT GENERATION FOUNDER AND VOLUNTEER TODAY JOIN THE THOUSANDS THAT HELPED BUILD THE TEMPLE

Phone: (301) 552 3335    Fax: (301) 552 1204    Email:  ssvt@ssvt.org

## Murugan Temple of North America

 Rajagopuram Project  Donations & Pooja Requests  My Receipts  Volunteers Needed  Newsletter Online  Directions & Hotels

HomePage    Raja Gopuram    About Temple    Temple Deities    Our Services    Photo Albums    About Hinduism    Contact Us

# Our Services

## Religious Services

The following are among the services that will be provided at the Temple or at Devotees' residences as appropriate, upon request. Devotees are urged to make prior arrangements by calling the Temple in advance to make reservations and to ascertain that priests will be available to perform these special requests. Appropriate charge for the services including Sambhavanai for the priests will be payable to the temple.

| Puja Name | Description | Temple Sponsored Rates at Temple | Sponsored and Away from Temple | Celebration day along with temple schedule |
|---|---|---|---|---|
| Abhishekam to Washington Murugan (Main Deities) | Abisekam of the Deity with rose water,milk,yogurt,honey,sandalwood- water etc. | $101 | N/A | $51 |
| Abhishekam (other deities – Siva, Nataraja, Meenakshi, Palaniandavar, Ganesha) | Abisekam of the Deity of your choice with rose water, milk,yogurt, honey , sandalwood water etc. | $51 | N/A | $25 |
| Temple Sponsored Abhishekam – (Navagraga, Durga, Datshhinamoorthy) | Abisekam of the Deity of your choice with rose water , milk, yogurt, honey, sandalwood water etc. | $25 | N/A | N/A |
| Kavadi | - | $21 | N/A | N/A |
| Phaal Kudam | ( for additional family members – $ 2) | $ 11 + 2 | N/A | N/A |
| Annapraasanam | First feeding of solid food to the baby | $ 51 + 10 | $ 101 + 20 | N/A |
| Pushpanjali – Archana | This is archana with flowers (Seasonal: subject to availability of flowers.) | $11 | N/A | N/A |
| Ashtotharam Archana | Chanting of the 108 names of the Deity,followed by fruit offering and Aarati | $6 | N/A | N/A |
| Trishati Archana | Chanting of the 300 names of the Deity,followed by fruit offering and Aarati | $21 | N/A | N/A |
| Individual Sahasranaama Archana | Chanting of the 1008 names of the Deity, followed by fruit offering and Aarati | $ 21 + 10 | N/A | $11 |
| Bhoomi Puja | Ground Breaking Ceremony | $ 151 + 30 | N/A | N/A |
| Chaula Karma | Hair offering | $ 51 + 10 | 101+20 | N/A |
| Griha Pravesam | House-Warming Ceremony | N/A | $ 201 + 40 | N/A |
| Griha Shanti | Special Puja to one of the Navagraha | $ 101 + 20 | $ 151 + 30 | N/A |
| Ganapathi, Aayushya,Mrityunjaya, Pancha Sukta, Rudra Homam(Havan) | Special request | $ 75 + 15 | $ 125 + 25 | $25 |
| Natarajar Abisekam | | $51 | N/A | $51 |
| Navagraha Homam(Havan) | - | $ 75 + 15 | $ 125 + 25 | $25 |
| Navarathri (9 days) Chandi Homam | - | $ 301 + 60 | $ 351 + 70 | $25 |
| Individual 1 day Chandi Homam | - | $ 151 + 30 | $ 351 + 70 | $25 |
| Kalyana Utsavam | Wedding Ceremony to the Lord – Special request | $ 101 + 20 | N/A | $25 |
| Naamakaranam | Naming of the child | $ 51 + 10 | $ 101 + 20 | N/A |
| Punyaahavaachanam | Purificatory rites | $ 75 + 15 | $ 125 + 25 | N/A |
| Sarpabali | Naga pooja | $ 101 + 20 | N/A | N/A |
| Satyanarayana Puja | Special request | $ 101 +20 | $ 151 + 30 | $51 |
| Seemantham | Puja in the 8th month of pregnancy | $ 151 + 30 | $ 201 + 40 | N/A |
| Sashtiabdapoorty | 60th birthday | $ 151 + 30 | $ 201 + 40 | N/A |

## Our Services - Murugan Temple of North America

**Murugan Temple of North America**

Search

| | | Satabhishekam $ 151 + 30 | 80th birthday $ 201 + 40 | N/A |
|---|---|---|---|---|
| Shraadham(sankalpam) | Annual ancestral rites | $ 51 + 10 | $ 101 + 20 | N/A |
| Paaravana Shraadham | -- | $ 101 + 20 | $ 151 + 30 | N/A |
| Tarpanam (Amaavaasya) | Periodic ancestral rites | $ 21 + 5 | $ 101 + 20 | N/A |
| Upanayanam | Thread Ceremony | $ 151 + 30 | $ 201 + 40 | N/A |
| Upanayanam (2days) | Thread Ceremony | $ 251 + 50 | $ 301 + 60 | N/A |
| Vaahana Puja | Vehicle (car) puja | $ 21 + 5 | N/A | N/A |
| Vidyaarambam | puja to begin child's education | $ 25 + 10 | N/A | N/A |
| Vivaaham | Wedding | $ 201 + 40 | $ 301 + 60 | N/A |
| Santhini Tirumanam | Simple Wedding in front of Lord Muruga | $ 101 + 20 | N/A | N/A |
| Engagement ceremony | | $ 101 + 20 | $ 151+ 25 | N/A |
| Vizhakku Pooja | Temple schedule (on Poornima Day) | $11 | N/A | $11 |
| Subramaniya Thirukalyanam | 1st Saturday of each month | $51+10 | N/A | $30 |
| Rudhara Homam | On Rudhra Ekadasi day – Each year | | | |
| Funeral Rites | -- | N/A | $ 201 + 40 | N/A |
| Funeral: 1 – 9 days (perday) | -- | N/A | $ 101 + 20 | N/A |
| Funeral: 10 – 13 days (perday) | -- | N/A | $ 125 + 25 | N/A |

Notes

1. If you wish to sponsor Abishekams for deities at other than scheduled/published times, please pay an additional $20 for each Abishekam.

2. If devotees need a second priest for a function then subject to priests availability, the total charges will be double the normal charges that apply. For instance if a devotee wants two priests for a Homam in the temple , the total charges are $ 150 + $ 15 + $ 15 = $ 180.

3. The temple donation for out-of-town visits ( places outside a one and half hour commute) is $ 300 per day (computed from the time the priest leaves the temple). The dakshina amount is 20% of the total charges. Out-of-town visits are subject to the availability of priests.

4. For requests for priest's overnight stay for devotees within commuting distance add $ 100 to the total charges and $ 20 to the recommended dakshina. Priest's overnight stay is subject to the availability of priests.

NOTE: If you are sending any checks for various services offered at the temple or donations, please write down your Murugan Temple Membership ID (if you know the ID) or at the very least ensure that your latest address is noted on your check. This helps saves us in ensuring that when we send you your tax donation receipt.

Share this:

Email | Print | Twitter | Facebook | Google | StumbleUpon | LinkedIn | Reddit

## Leave a Reply

You must be logged in to post a comment.

**ABOUT US**

About Temple

Board of Trustees

Temple Auditorium

PHOTO ALBUMS

**ARTICLES**

Insights into Hindu Temple Worship

Siva Temples

Childrens Corner

Vinayakar Agaval

CONTACT US

**TEMPLE DEITIES**

Lord Ganesha

Lord Murugan

Lord Siva

Sri Meenakshi

Sri Durga

Navagraham

Palani Andavar

Tribute to Saiva Saints

Kirubananda Variyar

**ABOUT TEMPLE**

Religious Services

Board of Trustees

Volunteer at Murugan Temple

Newsletter Online

Temple Auditorium

Contact Us

Directions & Nearby Hotels

© Murugan Temple of North America