5851 GA Hwy 85, Riverdale, GA 30274
Phone: (770) 907 - 7102
HTAManager@hindutempleofatlanta.org
Tax ID: EIN-58-1602137

**Temple Timings**
Sun - Thu: 9:00 AM - 9:00 PM
Fri & Sat: 9:00 AM - 9:00 PM

Home    About Us    Timings/Events    Pooja Materials    Online Booking    Service    Banquet/Auditorium    Weekend Activities    Media Center    eLetter

**Menus**

Pooja Service at Temple

Pooja Service at Home

Pooja Service/Donation

Pooja Material

Special Service

## POOJA SERVICE AT TEMPLE

| Name of the Services | * Donation |
|---|---|
| * Abhishekam for all other deities except Balaji and Siva | $51.00 |
| Alankaram Viboothi / Chandanam for Lord Muruga | $101.00 |
| Alankaram Viboothi / Chandanam for Lord Muruga Face including Abhihsekam only on Tuesdays | $151.00 |
| Alankaram Viboothi / Chandanam for Lord Muruga Face Only | $51.00 |
| Alankaram Viboothi / Chandanam for Lord Muruga including Abhihsekam | $201.00 |
| Anna Prasanam | $51.00 |
| Any Homam except Special Homams | $151.00 |
| Archana for any deity (108 names of Lord) | $12.00 |
| Ashta Lakshmi Pooja Group | $51.00 |
| Ashta Lakshmi Pooja Yearly | $401.00 |
| * Balaji Abhishekam | $151.00 |
| * Bhagavati Seva / Deepa Pooja Group | $51.00 |
| * Bhagavati Seva / Deepa Pooja Yearly | $401.00 |
| Chandi Homam | $301.00 |
| Mahanyasa Purvaka Ekadasha Rudrabhishekam – weekdays 4 pm & weekend days 7 am | $251.00 |
| Hair Offering | $51.00 |
| Hiranya Shradham | $51.00 |
| Jyothishyam | $30.00 |
| Japam – Navagraha or Nakshatra or Mruthymjaya or any other Japam | Call Temple |
| Kala Sarpa Dosha Nivarana (Rahu Kala) puja with Homam | $201.00 |
| Kala Sarpa Dosha Nivarana (Rahu Kala) Puja without Homam | $151.00 |
| Kala Sarpa Dosha Nivarana (Rahu Kala) Puja with supplies (Group) without Homam | $116.00 |
| Kalyana Utsavam - Individual | $151.00 |
| Moksha Abhishekam | $101.00 |
| Moksha Archana | $25.00 |
| Namakaranam / Punyahavachanam | $75.00 |
| Namakaranam / Punyahavachanam with Homam | $151.00 |
| Navagraha Pooja - Individual | $101.00 |
| Nischitartham (Engagement) | $116.00 |
| Patra Pooja (Betel Leaves for Sri Anjaneya supplied by Temple) | $101.00 |
| Polangi Seva | $116.00 |
| Sahasra Gayatri Mula Mantra Homam | $301.00 |
| Sahasra Lingarchana | $401.00 |
| Sahasranamarchana (1008 names of Lord) | $25.00 |
| Satyanarayana Vratham (Individual) | $116.00 |
| * Satyanarayana Vratham (Group) | $51.00 |
| * Satyanarayana Vratham Yearly | $401.00 |
| Seemantam (Baby Shower) | $151.00 |
| Seemantam with Udakashanti and Homam | $301.00 |
| Shashti Purti or 60th Birthday & 80th Birthday | $251.00 |
| * Shiva Abhishekam – Mahanyasa Purvaka Ekadasa Rudrabhishekam on first Sunday of the month | $151.00 |
| * Srinivasa Kalyana Utsavam (Group) | $51.00 |
| * Uma Maheswara Kalyana Utsavam (Group) | $51.00 |
| Upanayanam / Sacred Thread Ceremony | $251.00 |
| Upanayanam / Sacred Thread Ceremony with Udakashanti | $301.00 |
| Vadamala For Sri Anjaneya by Devotee | $25.00 |
| Vadamala for Sri Anjaneya by Temple | $101.00 |
| *Vahana Pooja with Pooja Supplies | $51.00 |
| Vidyarambham with Pooja | $101.00 |
| Wedding Ceremony — Priest service only | $351.00 |
| Wedding Ceremony – Simple Wedding – Temple upstairs – 25 guests | $151.00 |
| Wedding Ceremony – Simple Wedding – Yagasala - 25 guests | $251.00 |

* Service Donations includes Priests Dakshina
May The Blessings of The Lord Be With You & Your Family

5851 GA Hwy 85, Riverdale, GA 30274
Phone: (770) 907 - 7102
HTAManager@hindutempleofatlanta.org
Tax ID: EIN-58-1602137

Temple Timings
Sun -Thu: 9:00 AM - 9:00 PM
Fri & Sat: 9:00 AM - 9:00 PM

Home    About Us    Timings/Events    Pooja Materials    Online Booking    Service    Banquet/Auditorium    Weekend Activities    Media Center    eLetter

| Menus |
| --- |
| Pooja Service at Temple |
| Pooja Service at Home |
| Pooja Service/Donation |
| Pooja Material |
| Special Service |

## POOJA SERVICE AT HOME

| Name of the Services | * Donation | | | |
| --- | --- | --- | --- | --- |
| | Metro Atlanta Upto 100 miles | Out of Metro area (above 100 miles) | Out of Georgia region (between 151 and 251 miles distance) | Long Distance 251 miles and above |
| Anna Prasanam | 151 | 201 | 301 | 401 |
| Any Homam - except special homams | 151 | 201 | 301 | 401 |
| Any Special Homam - call temple for details | 351 | 401 | 401 | 401 |
| Death Ceremony - Each day | 1001 | 1001 | 1001 | 1001 |
| Each day | 201 | 301 | 401 | 401 |
| Ekadasha Rudrabhishekam | 301 | 401 | 401 | 401 |
| Funeral | 251 | 301 | 401 | 401 |
| Ground Breaking Ceremony | 151 | 201 | 301 | 401 |
| Gruhapravesam / Vastu Pooja | 151 | 201 | 301 | 401 |
| Gruhapravesam / Vastu Pooja with Satyanarayana Vratam | 201 | 251 | 301 | 401 |
| Hair Offering | 151 | 201 | | |
| Hiranya Shradham | 151 | 201 | 301 | 401 |
| Kalyana Utsavam | 151 | 201 | 301 | 401 |
| Namakaranam / Punyahavachanam | 151 | 201 | 301 | 401 |
| Namakaranam / Punyahavachanam with Homam | 201 | 251 | 301 | 401 |
| Navagraha Pooja with Homam | 201 | 251 | 301 | 401 |
| Nischitartham (Engagement) | 201 | 251 | 301 | 401 |
| Patra Pooja (Betel Leaves for Sri Anjaneya) | 151 | | | |
| Sahasra Gayatri Mantra Homam | 301 | 351 | 401 | 401 |
| Satyanarayana Vratham | 151 | 201 | 301 | 401 |
| Seemantam (Baby Shower) | 201 | 251 | 301 | 401 |
| Seemantam with Udakashanti and Homam | 301 | 351 | 351 | 401 |
| Shashti Purti or 60th Birthday & 80th Birthday | 301 | 351 | 401 | 401 |
| Shiva Abhshekam / Rudra Abhishekam | 151 | 201 | 301 | 401 |
| Upanayanam / Sacred Thread Ceremony | 301 | 351 | 401 | 401 |
| Upanayanam / Sacred Thread Ceremony with Udakashanti | 351 | 401 | 401 | 401 |
| Vidyarambham with Pooja | 151 | 201 | | |
| Wedding Ceremony — Priest service only | 751 | 751 | 751 | 751 |

**Outreach program**
Srinivasa Kalyana Utsavam – (we will bring Vigrahas)
OR
Ekadasa Rudrabhishekam – (we will bring Sivalings) - $501.00 each

NOTE: For outside services, transportation for the priests should be provided by the devotees.
*Service Donations will differ depend upon the distance of the devotee place from the temple.
May The Blessings of The Lord Be With You & Your Family

  


THE LAND OF PRABHUPADA

**HOME    COW CARE    PRABHUPADA    COMMUNITY    FESTIVALS**

**TEACHINGS    VISIT    DONATE    CONTACT**


INTERNATIONAL SOCIETY
KRISHNA CONSCIOUSNESS

« **May** »

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

24 Hour Kirtan
2015-06-20 to 2015-06-21

## Search

## Community Links

Palace of Gold
Palace Lodge
Directions
Photo Gallery
Temple Schedule
Cow Protection
News
Walking Map

Home » Teachings » New Vrindaban Go-seva

## New Vrindaban Go-seva



**The Longest Running Cow Protection Program in the Western World**

Protecting cows is one of the most important activities of the New Vrindaban Community. The Vedas, Saints and Sadhus, and Lord Krishna himself proclaim that service and protection of Mother Cow is the greatest solution for mankind's suffering, the path to real peace.

Since 1967, the New Vrindaban Community has been protecting and serving her resident cows with a similar standard to what Lord Krishna himself practiced five thousand years ago. Lovingly cared for through their happy life, they are provided everything they need.

In return, They generously provide creamy milk, which is offered daily to the Lord in the temple. The same devotee hands that dress and decorate the Deity, also brush and care for the temple cows.


**ISKCON Founder Acarya**
**His Divine Grace A.C. Bhaktivedanta Swami Prabhupada**


PALACE OF GOLD


Palace Lodge
at New Vrindaban


Go-seva
at New Vrindaban


Daily Darshan


24 Kirtan

**live** Webcast



The Nev Vrindaban Go Seva program, started on the order of His Divine Grace A.C. Bhaktivedanta Swami Prabhupada, not only provides milk for the Lord and his pilgrims, but also gives hope by practically demonstrating the divine and harmonious relationship between man and cow for all the world to see.

"We revere Lord Krishna, His association with cows made us worship them as our mother. Friends, I appeal to you to reflect on weather we should kill our mother cow who gives us milk, essential for our children's health. Our future generations may not get sufficient milk and yet there are those who would kill the cows. I'm sure that you will contribute your might in stopping such an insane act."
-Narendra Modi
Chief Minister Gujarat

*The New Vrindabab Goshalla is able to continue it's work because of our family of supporters.*

*We invite you to join us and experience profound peace and happiness by becoming a co-carer of cows at New Vrindaban*

Download a pdf brochure here

# Give a Go-Seva Gift Today!

| | |
|---|---|
| $3,501 | Gift of a new cow |
| $1,501 | Adopt a cow for one year |
| $751 | Feed and care for a cow in winter |
| $251 | Give the Oxen a Home |
| $216 | Feed and care for a cow for one month |
| $108 | Specific medical care for an older cow |

# Hindu Temple of Fresno
Sunday, May 10, 2015, 7:36 PM



| Home | Upcoming Events | Services | Priests | Temple Board | Committees | Donors | Newsletter



Our Priest Pandit Martand Sharmaji is well versed in Shastras and experienced to conduct several poojas. He can provide Pooja services at the temple or at your home (or other designated place). To arrange for his service please click on the service request form and enter your details.



You will be contacted, prior to the event, to work on the details. We will try to accommodate your request, on a first come and first service basis, depending on the availability of the temple and/or our priest, on the date of request. Comments on the services received will be greatly appreciated. Thank you.

**Click here for general information on Priest Services.**

## HINDU TEMPLE OF FRESNO
7090 E Alluvial Ave Clovis, CA 93619
Phone: (559) 325 7233

### Archana, Abhishekam & Puja Services

| Service | Frequency | Group service Rate | Private service rate |
|---|---|---|---|
| Archana (Ashtotram) | Daily | $11 | $11 |
| Archana (Sahasranama ) | Daily | $16 | $31 |
| Sri Satyanaraya Puja | Poornima day | $51 | $151 |
| Sri Venkateswara or Sita Rama Puja | Special occasion | $151 | $301 |
| Sri Balaji Abhishekam | First Saturday | $51 | $101 |
| Sri Ganesha Ji Abhishekam (Sankashara Chathurthi day) | Once every month | $51 | $101 |
| Sri Shiv Ji Abhishekam | Every Monday | $25 | $101 |
| Navagraha Abhishekam | 4th Saturday | $51 | $101 |
| Sri Kartikeya Abhishekam (Viswa murthi) | Sukhla Shashti day | $35 | $101 |

For more information, please contact Panditji @ (559) 325 7233

## HINDU TEMPLE OF FRESNO
7090 E Alluvial Ave Clovis, CA 93619
Phone: (559) 325 7233

### Homas and Pujas at the Temple

| Service | Group service Rate | Private service rate |
|---|---|---|
| Sri Ganapthi Homa | $51 | $151 |
| Mruthyunjaya Homa & Puja | $101 | $151 |
| Navagraha Homa | $51 | $151 |
| Navagraha Homa & Puja | $151 | $201 |
| Shanti Homa & Puja | $151 | $201 |
| Ayushya Homa | $125 | $151 |
| Rudhra or /Sudarshan Homa | $125 | $151 |
| Devi Puja/Lakshmi Puja | $51 | $101 |
| Devi Homa and Puja/ Lalitha Sahasranama Homa and Puja | $151 | $201 |

For more information, please contact Panditji @ (559) 325 7233

## HINDU TEMPLE OF FRESNO
7000 E Alluvial Ave  Clovis, CA 93619
Phone: (559) 325 7233

### Other Private Services at the Temple

| Service | Private service rate |
|---|---|
| Rudrabhishekam (Rudrahomam) | $151 |
| Wedding* (advance reservation & deposit required) | $501 |
| Seemantam | $251 |
| Geerna Somayagni Puja | $101 |
| Namakaranam/ Hair offering | $101 |
| Anna Prasanam | $51 |
| Aksharabhyasam | $51 |
| Udaka Shanti/ Upanayanam | $501 |
| Barsh Boordai, 70th & 80th birthday | $201 |
| Car (Vahana) Puja | $25 |

For more information, please contact Panditji @ (559) 325 7233
*Note :- Suggested minimum wedding Dakshana for Priest is half the Temple wedding fee.

## HINDU TEMPLE OF FRESNO
7000 E Alluvial Ave  Clovis, CA 93619
Phone: (559) 325 7233

### Priest Services outside the Temple

| Days of Week | Private service rate outside temple |
|---|---|
| For all Pujas/Homas -Monday to Friday (Half a day – Maximum 4hrs). | $151 |
| For all Puja/Homas – Saturday, Sunday, & Holidays (Half a day – Maximum 4hrs). | $251 |
| For all Pujas/Homas -Monday to Friday (Maximum 8hrs). | $251 |
| For all Pujas/Homas - Saturday, Sunday & Holidays (Maximum 8hrs). | $351 |
| Wedding services (Advance reservation &deposit required) | $501 |

For information on all other services, please contact Panditji @ (559) 325 7233
Note :-Hours include Priest's Travel Time, to and fro, from the Temple. Fee for all Outside Services  doesn't include Puja Samagri, Travel expenses and Dakshana. It is customary to pay Dakshana to the Priest, as an appreciation of his services. In lieu of transportation, car mileage allowance of $0.55 per mile, is to be paid to the priest.

Ads by markingApp

Ad Options



## The Shiva Murugan Temple

**DONATE**

PayPal

VISA  AMEX

### Information

Directions

Schedules

Temple Services

Priests

Volunteer Events

Devotional Songs

Festival & Benefit Programs

Photo Gallery

Temple Expansion & Fund Raising

Related Links

FAQ

### Organization

Introduction

Board

Feedback

Contact Us

## Temple Services

Please Click here to request Priest Services

Archanas can be performed in Tamil whenever possible.

* Please contact Annamalai Palani at apalani@gmail.com for sponsoring Annadhanam (Meals for devotees) on weekends.

Services Offered at the temple and at home Nitya Archana & Abhisheka ( Donations)

| S.No | Service | Temple* | Home* |
|---|---|---|---|
| 1 | Archana for each deity | $7 | - |
| 2 | Abhisheka for each deity | $51 | - |
| 3 | Car Pooja | $21 | - |
| 4 | Ganapathi Homa | $101 | $101 |
| 5 | Murugan Wedding (Tirukidyanam) | $101 | - |
| 6 | Navagraha Homa | $101 | $101 |
| 7 | Satyanarayana Pooja | - | $101 |
| 8 | Gruhapraveeha | - | $151 |
| 9 | Anna Prashana | $31 | - |
| 10 | Akshara Abhyasa (Start of education) | $31 | $101 |
| 11 | Seemantham | $101 | $121 |
| 12 | Nama Karan | $31 | $101 |
| 13 | Sashtiabthapoorthy & Sadabhishekham | $501 | $501 |
| 14 | Punyaha Vaachana | $51 | $101 |
| 15 | Wedding | $501 | $501 |
| 16 | Upanayana (Thread Ceremony) | $151 | $251 |
| 17 | Bhoomi Puja (Ground Breaking Ceremony) | - | $101 |
| 18 | Naga Dosha Parihara (Sarpa Santhi Homa) | $101 | - |
| 19 | Ayush Homam | $101 | $121 |
| 20 | Hiranya Sraardam | $31 | $101 |

* These donations do NOT include Gurudakshana

### New Devotee ?
### Existing Devotee ?
### Request for Priest Service

Sun - May 10, 2015

**Thithi**
K.Saptami - 4:34pm

**Nakshatram**
Tiruvonam - 10:27pm

**Gulikakalam**
04:31pm-06:15pm

**Rahukalam**
06:15pm-07:59pm

**Yamagandam**
01:03pm-02:47pm

Temple Timings

10 AM to 12 Noon
6 PM to 9 PM

10 AM to 9 PM

Copyright © 2009-15 The Shiva Murugan Temple

Site Map



# The Hindu Temple Society of North America
## Śrī Mahā Vallabha Ganapati Devasthānam



Home | The Temple | Religious Services | Calendar | Activities | Publications | Donations | Gallery |

Community Center |

SEARCH

Home » Religious Services |

# Services

| Title ▲ | Price | Description |
|---|---|---|
| Abhishekam | $51.00 | Holy bath for the deities is performed by priests by showering libations (holy items) on the deity being worshipped to the simultaneous chanting of mantras (holy hymns). |
| Annaprasanam | $101.00 | Religious ritual of first feed of solid food to the child and to be blessed with good health and long life. |
| Apara Kriya | $85.00 | All religious rituals following the death of a person other than the funeral ceremony. |
| Ashtottara Archana | $9.00 | Prayer performed on behalf of the devotee by the priest chanting the 108 names (attributes) dedicated to the deity of devotee's choice. |
| Birthday Celebrations | $375.00 | Religious ritual performed by the priest together with 'Ayushya Homam' to bless the devotee on his/her first and subsequent birth days for good health and longevity. 60th, 70th and 80th birth days marking the different milestones in one's life are performed for male devotees along with their spouses. |
| Ekadasavara Rudrabhishekam | $375.00 | 'Rudram' - the holy text dedicated to Lord Siva is chanted 11 times and abhishekam (Holy shower) to Lord Siva is performed. |
| FULL DAY Sponsor of ALL events in the Temple | $501.00 | Priests will perform "sankalpa" to Devotees sponsoring all religious events done in the Temple in a day and they will receive a silver Ganesa coin, vibhuti and kumkum as prasadam. |

5/10/2015    Case 1:13-cr-00437-TCB-CMS    Document 3-2    Filed 03/16/15    Page 158 of 167
Case 1:16-cv-01984-LAP    Document 3-4    Filed 03/16/16    Page 9 of 45
Services | The Hindu Temple Society of North America

| Griha Pravesam | $235.00 | House warming ceremony. This religious ritual is performed by the Temple priest at the home of the devotee to bless the new home for happiness and prosperity for ever. |
|---|---|---|
| Guru Paduka Pooja | $31.00 | The silver replica of the feet of Sri Raghavendra Swamy, the 16th century saint is reverentially worshipped in this ritual seeking his blessings. |
| Hair Offering | $101.00 | This is a ritual in which Devotees vow to offer their hair as a sacrifice. The ritual of hair offering is done by symbolically cutting couple of strands of hair. |
| Harati | $2.00 | Lamp with single wick soaked in oil or ghee (melted butter) is reverentially waved before the deity as a mark of respect and hospitality after a religious service – archana, abhishekam or homam and also at the request of a devotee. |
| Homam | $51.00 | This religious fire ritual is performed by the priest by offering holy items into consecrated fire and simultaneously chanting holy hymns dedicated to the deity worshipped in this service. |
| Kalyana Utsavam | $201.00 | The divine weddings of Gods and Goddesses are re-enacted seeking Their blessings. This is temple sponsored in which the devotees can join and also devotees can request this service to be performed exclusively for them and their family and can be performed at devotees' homes as well. |
| Kanaka Abhishekam | $301.00 | In this ritual, instead of milk and other holy items used in abhishekam, gold coins are showered by the priests on the deity simultaneously chanting holy mantras. |
| Last Rites | $151.00 | This is performed by the Temple priests for the peace of the departed souls at the Funeral Home before the cremation of the body. |
| Namakaranam | $101.00 | Ritual of naming ceremony for the baby. |
| Navavarana Pooja | $31.00 | This is also known as Sri Chakra Navavarana Pooja or Maha Meru Pooja as worship of Goddess Parasakti, or Sri Kamakshi. Sri Chakra is a three dimensional projection of the great yantra. This ritual is done in our Temple on Full Moon Days in which many devotees participate. |
| ONE-DAY Sarva Devata Abhishekam | $2,501.00 | Priests perform holy bath to all deities enshrined in our Temple (Sri Ganesa, Siva, Shanmuka,Venkateswara, Mahalakshmi, Navagraha, Hanuman, Rama Parivar, Krishna, Nagendraswamy & Raghavendraswamy (if desired) to bless the devotee and the family sponsoring this ritual.Sponsors will receive |

Case 1:16-cv-01984-LAP   Document 3-4   Filed 03/16/16   Page 10 of 45
5/10/2015   Case 1:13-cr-00437-TCB-CMS   Document 337-2   Filed 06/16/15   Page 159 of 167
Services | The Hindu Temple Society of North America

a Ganesa silver coion/vigraha/picture and vibhooti/kumkum prasadams.

| | | |
|---|---|---|
| ONE-DAY Sarva Devata Archanas | $125.00 | Priests perform archanas, chanting the 108 names (attributes) of the deities enshrined (see Sarva devata homam) in our Temple to bless the devotee sponsoring the ritual. Sponsors will receive vibhuti and kumkum. |
| Punyahavachanam | $101.00 | This is a purification ritual normally performed on the 11th day following the birth of the child or on the 13th day after a death in the family as a purification ceremony. |
| Sahasranama Archana | $11.00 | Priests perform this ritual on behalf of the devotee by chanting the 1000 names(attributes) of the deity chosen by the devotee. The temple performs this ritual for the deities on scheduled days in which devotees can participate. |
| Sankha Abhishekam with Homam | $151.00 | 'Shankha', conch, particularly the right handed one is with Homam of great importance in Hinduism as it symbolizes luster brilliance, purity and auspiciousness. Abhishekam (holy shower) performed to deities with water or milk filled in it and sanctified by appropriate mantras has special importance and efficacy. |
| Sarva Devata Homam | $351.00 | This ritual is performed for the main deities enshrined in our temple (Sri Ganesa,Sri Siva, Shanmukha, Venkateswara, Mahalakshmi and navagraha) before consecrated fire simultaneously chanting the holy mantras dedicated to these deities. |
| Satyanarayana Pooja | $31.00 | Lord Satyanarayana, another form of Lord Vishnu is a great Boon giver. The devotees-sponsored prayer - Satyanarayana Pooja' is performed every full moon day In our Temple. Devotees may like to bring 'neivedyam' (offering) or get this done in the Temple Canteen for a nominal charge. Devotees may request this service on other days also to be performed at the Temple or at their homes. |
| Seemantam | $375.00 | Baby shower for pregnant women is normally performed in the 7th or 8th month of pregnancy seeking divine blessings for the mother and safe delivery of the child. This can be performed in the Temple or at homes. |
| Sraddham | $61.00 | Ritual : Death Anniversary (Hiranya) |
| Tarpanam | $31.00 | This ritual in remembrance of the ancestors, particularly for the late father is performed on 'Amavasya' – new moon days, new year days and during solar/lunar eclipse days. |

| Trisatinama Archana | $11.00 | Priests perform this ritual for the deity of devotee's choice by chanting the 300 holy names (attributes) of the deity to bless the devotee. Temple also performs this on special occasions and devotees can participate in these. |
|---|---|---|
| Upanayanam | $375.00 | This ritual – the thread ceremony is performed by the priest to mark the beginning of studenthood or "Brahmacharya ashrama" of a Hindu Brahmin, Vaisya or Kshatriya at the age between 7 and 12 years. |
| Vada Mala | $101.00 | This ritual is performed usually to Sri Anjaneya by offering a garland of 54 or 108 "vadas" (a small lintel based donut like mildly spiced item). |
| Vahana Pooja | $31.00 | A prayer is offered before using a new vehicle to ensure safe usage of the car. |
| Veda Parayanam per 1 hr session | $11.00 | Devotees may sponsor chanting of the Vedas by temple priests for a one or more hour session. Chanting Vedas yields positive vibrations. |
| Vidya-Arambham | $101.00 | This ritual is usually performed at the time of first schooling of the child seeking the blessing of Goddess Saraswati for a successful education. |
| Wedding | $375.00 | Our Temple has all the facilities - priest to be the officiant, two spacious halls and our own Cafeteria to supply / serve food for as many guests and as many kinds of vegetarian menu as required . However, if requested the Temple priests can be officiants for weddings performed outside the temple also at the venue of devotees' choice. |
| Wedding Engagement | $151.00 | The temple priests can perform this ritual either in the Temple or outside as required. |

**Pooja schedules.**

**Sloka for the day**

**International Yoga Day**

Have you registered for upcoming International Yoga Day on June 21, 2015?

**SAT Classes @ Patashala**
Our Temple Patashala offers affordable SAT classes on weekends.

**Mother's Day Lunch**
It's time to show your lovely Mom, grandmas, mother-in-laws and aunties just how much you appreciate them! What could be a better way than to take them out to the Mother's Day Special Lunch at Temple canteen?



Ads by markingApp                                              Ad Options

| Home |
| Calendar |
| Committee Members |
| Contact Us |
| Daily Events |
| Education |
| HATCC By-Laws |
| Membership |
| Krishna Kala Mantapam |
| New Temple Project |
| Photo Album |
| Samagri List |
| Scriptural Learning |
| Services |
| Seva Sponsorship |
| Sq.ft Sponsor |
| Temple Mailing List |
| Timings / Directions |

**Priests are available for services at your house.**
**Please contact the temple at 732-972-5552 to make the arrangements.**

| Scheduled Services at the Temple | |
| --- | --- |
| **Service** | **Suggested Donation** |
| Archana | $10.00 |
| Abhishekam | $32.00 |
| Homam | $32.00 |
| Kalyana Uthsavam | $32.00 |
| Sahasranama Archana | $32.00 |
| Satyanarayana Pooja | $32.00 |
| Tulabharam | $32.00 |
| Vahana Pooja (Vehicle) | $32.00 |

| Special Services (By prior Appointment) | | |
| --- | --- | --- |
| **Service** | **At Temple** | **At Devotee's Home** |
| Annaprasana | $51.00 | $125.00 |
| Aksharabyasam | $51.00 | $125.00 |
| Birthday (60th, 80th) | $200.00 | $250.00 |
| Gruhapravesham (House warming) | - | $125.00 |
| Homam | $108.00 | $125.00 |
| Kalyana Utsavam | $101.00 | - |
| Namakaranam (Naming ceremony) | $51.00 | $125.00 |
| Nischitartham (Engagement) | $75.00 | $125.00 |
| One Day Flowers and Fruits | $108.00 | - |
| One Day Kainkaryam | $108.00 | - |
| Satyanarayana Pooja | $75.00 | $125.00 |
| Seemantham (First baby shower) | $108.00 | $125.00 |
| Seemantham with Udakasanti | $151.00 | $175.00 |
| Special Utsava Vigraha Abhishekam | $101.00 | - |
| Sraddham | $51.00(HiranyaSraddham ) | $125.00 |
| Upanayanam (thread ceremony) | $200.00 | $250.00 |
| Wedding | $200.00 | $250.00 |
| Hair Offering | $51.00 | $125.00 |
| Chandi Homam / Ekadasa Rudra Abhishekam / Bhagawati Seva | $201.00 | |
| Note: * Second puja will be charged additional $50. | | |

Sambhavana (Dakshina) to Priest is at the discretion of the devotees and not included in the rates.
Deovtees must arrange for priest transportation to and from the temple.

ECHIBIT-C

Few copies of TESTIMONIALS from Swamiji Sri selvam Siddhar's followers.

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Siddhar's Arulvakku**

( Swamiji's Blessings )

When a pot filled with water is immersed into an ocean the water in the pot becomes part of the vast expanse. Similarly a disciple through the medium of selfless service to the Guru fuses his soul with that of the Guru. This process of becoming one with t

> read more...



* Spirituality
* Wonderful Siddhars
* Introduction to Upanishads
* Useful Tips from Atharva Vedic Vasthu Shastras

> read more...

**FEEDBACK / COMMENTS**



Babu Nair, Dubai, UAE
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantrika use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

* **Name :** Mr. Prakash Desai: Novi , MI, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji, even though I am old, I had a unsatisfactory life with my wife. I had financial and health problems also. I approached you to solve these problems. By the power of your mantras, the problems are going down gradually and I am on my path of success and peaceful life. Thank you very much Swamiji for making my disastrous life a wonderful one.

* **Name :** Mr.Vivek Jain: Plano TX, USA
  **Date :** 07/03/2011
  **Comments :** Parampujya Swamiji, Namaskars. I am from a very good Sri.Vaishanvate Brahmin family. Few years back the problems started coming up in my family life due to the black magic done on my family and me. Even though my family members consulted many astrologers here and in India, the problems were not solved. Finally, I came to you through my sister. You analyzed my horoscope and performed wonderful rituals. Now I am getting alright. Thanks and Namaskars.

* **Name :** Rahul Shankar: Toronto Canada
  **Date :** 07/03/2011
  **Comments :** Swamiji, I had a lot of legal problems and immigration problems. I approached many astrologers and attorneys. Nobody was able to fix the problem. I approached you finally. I can barely say that my problems are nearing the end only because of your blessings and rituals. My namaskarams to you and your wonderful mantra and Atharva Vedic Knowledge.

* **Name :** Ms. Uma Nandan, Hoffman Estates, IL, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji, please bless me with all your holy powers. My husband is going for a Surgery tomorrow. I heard very lot about your Holy powers. Please help my husband Thanks. Your follower Uma Nandan

* **Name :** Shiv Rattan Agarwal, Flushing, NY, USA
  **Date :** 07/03/2011
  **Comments :** Dear DR Commander Selvam, You are doing wonders in this nation. We are all very blessed to have your Hindu Temples in his nation . Keep it Up

Select a Page

<< Previous | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | Next >>



Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Ms.Nirupama Vidyanathan, Cincinati, OH, USA
  **Date :** 07/03/2011
  **Comments :** Att: Sri Selvam"Siddhar"(Dr Commander Selvam) Swamiji your Temple is very peaceful. We are all blessed to have a Temple in Dayton, OH without any kinds of politics. I always uses to see lot of politics in the other Hindu Temples, however yours is an outstanding one!

- **Name :** Ms.Prena Joshi, Fredericksburg,US Virgin Islands, USA
  **Date :** 07/03/2011
  **Comments :** Pundit ji. I was really excited after listening to our Swamji Sri Sri Selvam Siddhar's Lecture. Is in anyway swamiji could teach the vedas and mantras to me and to our community friends.

- **Name :** Ramki Iyer & Bhama Iyer, Dayton, OH
  **Date :** 07/03/2011
  **Comments :** I have just moved to Dayton from Cleveland , OH . I was really surprised to see a Hindu Temple where everyone is dedicated and no POLITICS, I should say your temple is a roll model temple to any Hindu Temples in US. Tremendous work done by Dr Commander Selvam to the OH indians. That too its very close to the majority indians in Dayton. Let me know, if me and my wife Bhama Iyer of any use to the temple at any time.

- **Name :** Sunita Jabbar, Boston ,MA, USA
  **Date :** 07/03/2011
  **Comments :** Respected Swamji, only because of your whole hearted and holy blessings, I have come out of my worst health problems. Now I have become the healthiest lady. Thanks and Pranams for making me as the healthiest.

- **Name :** Billu Bhai Patel, Edison, NJ, USA
  **Date :** 07/03/2011
  **Comments :** I wish to have your esteemed blessings for the 3rd business I have started. My first two businesses are running good only because of your blessings. Daily.I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Om Namashivaya and Sri Siddar Swamiye Nameha

Select a Page
<< Previous | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | Next >>

---

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Help any one without Expectation: Learn a lesson from the birds. They feed those who cannot fly far. The bird relieves the itch of the buffalo by scratching it with its beak; they help and serve each other with no thought of reward.

› read more...



- Spirituality...
- SEETHA DEVI
- Misconceptions of Yogas by the so called Jyotish/Pundits/Swamis.
- Gist of @Kriya Yoga"

› read more...

## FEEDBACK / COMMENTS



**Maya Jawalani, Palm Springs, CA, USA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that

Home  |  About Us  |  Our Gods  |  Our Priests  |  Atharva Vedic Menthras  |  Temple Program  |  Donations  |  Gallery  |  Reach Us  |  Links  |  Disclaimer & Privacy Policy

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

**Siddhar's Aruivakku
( Swamiji's Blessings )**

Karma Yoga is an art that can only be
learned by close association with an
advanced teacher/Guru whose formula
for life is: Eat only while you are fasting,
speak only when are in silence, act only
while you are still.

> read more...

- **Wonderful Siddhars**
- **Introduction to Upanishads**
- **Useful Tips from Atharva Vedic
  Vasthu Shastras...**

> read more..

**FEEDBACK / COMMENTS**


Vamsi Mohan, Colchester,
CT
Apr 04, 2015

Due to jealousy, heart burning or some
base cause, the Tantriks use cheap
tactics to overcome the adversaries,
which ruins one's life. Are you also under
such a spell? We must have peace and
happiness in life, and to achieve the same
we work hard. But we do not get in return
to the proportions of our labor. We get
very little even after the best of our efforts,
we toil to get success in our business but
the profits are too little. We do not want
any discontentment or discord in our
family life, but in spite of our best efforts,
the peace and tranquility of our family is
disturbed. On the other hand people work
very little, but get too much in return.
Businessmen have ample wealth just be
putting in little efforts, bit we are
disappointed even after continuous efforts.
It leads us to conclude, that there are
some evil forces which make our
strategies unsuccessful. Whenever you
face such situations, feel assured that
someone has used Black Magic on you,

- Name : Mr.Sudhakar Mayavaram, Sugarland, TX, USA
  Date : 07/03/2011
  Comments : Swamiji My daughter's marriage is fixed now after a long time only by your blessings. I wish to donate a
  sum of $25,000 for the new Temple to be built at my state.

- Name : Ms.Sowmya Navaneethan, Orlando, FL, USA
  Date : 07/03/2011
  Comments : Dear Siddhar Selvam (Dr. Commander Selvam) I was really flying like anything when I touched your feet. I
  felt like a electric waves went inside my body, when I touched You. You are really extreme powerful Swamiji. Swamiji, I
  like to join in your Ashram, to serve the mankind. By the way I have got my new Job, and I am doing well in these days.

- Name : Nillu Mehta, Richmond, VA, USA
  Date : 07/03/2011
  Comments : Dear Swamiji, Thanks for your wonderful support through your Astrological knowledge and prayers. I am
  having proper sleep these days after 18 years of my problems. Although as a Indian girl born and raised in US, I always
  had a fashion for our Indian Vedas. I like to serve for your super cause, Please let me know the day to serve under you. I
  do not like monetary subjects. I like to have a GURUJI like you. Jai Krishna!

- Name : Narender Vimalan Reddy, Queens, NY, USA
  Date : 07/03/2011
  Comments : Dear Dr Commander Selvam(Swmiji), I do not have words to express my gratitude for the help you have
  rendered me. I am so peaceful now. Everything went very well. I got my immigration stampings. Now I could go to India.
  Swamiji I am going to India after 8 years to see my family...without your blessings these things are not possible. All my
  family wants to pass their koti namaskaramas to you.

- Name : Ms.Nila Iyer, Redondo Beach, CA, USA
  Date : 07/03/2011
  Comments : Swamiji you are so sweet. What is the secret of your ever loving smile? You are a living God to me, I pray to
  you every day in my life. Now I am happy with my husband, he doesn't abuse me any more after you came up in my life. I
  love you swamiji and I will give my whole life to you Swamiji.

Select a Page

<< Previous | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | Next>>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Ms. Rupa Mayan, West Palm Beach, FL, USA
  **Date :** 07/03/2011
  **Comments** Swamiji I love you so much. At the age of 27, I have found my REAL GURU. Please have your blessed hands always. I would like to pledge 10% of my pay check every month for your noble cause.. Swamiji please find a right husband, who is so sweet like you!

- **Name :** KISH
  **Date :** 07/02/2011
  **Comments :** swamiji sri selvam siddhar is my living god

- **Name :** sxqzwof
  **Date :** 06/06/2011
  **Comments** : BC9h5d  wdbcdixoenfyi,  [url=http://finztghlhzsg.com/]finztghlhzsg[/url], [link=http://apbcczsfdzeo.com/]apbcczsfdzeo[/link], http://xeusklxtqqmc.com/

- **Name :** orsygmhlaq
  **Date :** 01/23/2011
  **Comments** : gn5n8k  inxxtbatnxxq,  [url=http://ywovdmrypqpr.com/]ywovdmrypqpr[/url], [link=http://rfwybdsfirdw.com/]rfwybdsfirdw[/link], http://zhjvwciuvfxj.com/

- **Name :** fbzmqilhha
  **Date :** 12/30/2010
  **Comments** : QO5bnw  nyvagptpkfpn,  [url=http://qaqlphlgjwnl.com/]qaqlphlgjwnl[/url], [link=http://magmxwrnnhrx.com/]magmxwrnnhrx[/link], http://jmofmjcwpymp.com/

Select a Page

<< Previous | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | Next>>

---

### Siddhar's Arulvakku
**( Swamiji's Blessings )**

A true disciple is not afraid of death, the society and challenges of life. He has a fire of determination in his eyes. His hands have the power to even smash boulders and he is fully devoted in the feet of the Guru.

> read more...



- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras...

> read more..

### FEEDBACK / COMMENTS



**Sunil Malhotra , Campli, CA, USA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

Home. | About Us | Our Gods | Our Priests | Atharva Vedic Manthiras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

The Guru should not allow you to become another Paad Padam ( a corrupt disciple of Shankaracharya). The Guru should test you again and again. He should be unrelenting no matter how much you plead before him.

> read more...



* Useful Tips from Atharva Vedic Vasthu Shastras...
* Spirituality...
* SEETHA DEVI

> read more..

**FEEDBACK / COMMENTS**



Selvi Inbarasu, Huntington, IN
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

* **Name :** Ramchandra Lakhani, Dublin, OH
  **Date :** 09/15/2010
  **Comments :** Thank you very much and Namaskars Swamiji. You have made our gone down business as the best. Our entire lives are dedicated to your golden feet. Om Namashivaya.

* **Name :** Jayanth Nathan, Buffalo Grove, IL
  **Date :** 09/15/2010
  **Comments :** Swamiji, only because of your wonderful Thantric Rituals, I am having a smooth family life now. I thank you very much for making my life a peaceful one. Even though there is no limit for your blessings, once again thank you very much Swamiji.

* **Name :** Bushan Lal Kaw, Edison NJ
  **Date :** 09/15/2010
  **Comments :** Respected Swamiji, I am on an official visit around New York. I came to access your monthly magazine Karma at the hotel where I stayed. It is really a fantastic magazine having all the spiritual information. Please bless me and my family and please be kind enough to mail a copy of the magazine to my Indian address. Thank you very much and Namaskars Swamiji.

* **Name :** Thomas, West Palm Beach, FL
  **Date :** 09/15/2010
  **Comments :** Revered Siddhar, I am amazed with your knowledge. I am a regular reader of the magazine Karma. Please provide me with a copy of Sri. Atharva Soolini Durga's photograph. From your article on Sri. Atharva Soolini Durga I understood that, you are the only person to remove the evil spirits from me. Please remove that evil spirits from me and make me as one of the best human beings in the entire worlds.

* **Name :** Rama N. Prasad
  **Date :** 09/15/2010
  **Comments :** Swamiji, even though I wish to express a lot, I wish to tell the same only in few words. "Thank you and Please bless me and my family.

Select a Page
<< Previous | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | Next>>

Home  |  About Us  |  Our Gods  |  Our Priests  |  Atharva Vedic Manthras  |  Temple Program  |  Donations  |  Gallery  |  Reach Us  |  Links  |  Disclaimer & Privacy Policy



## Siddhar's Arulvakku
( Swamiji's Blessings )

You are as you are because you want to be so. If you want to be different in life then start changing yourself today.

> read more...



- Spirituality
- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras

> read more..

## FEEDBACK / COMMENTS

 **Chandrika Karan Sinha,
Dubois, WY
Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Srikanth Guptha IL
  **Date :** 08/07/2010
  **Comments :** Swamiji, I came to know about the wonderful Shiva Temple, constructed by you and about your wonderful astrology knowledge through the magazine Karma. I consulted you to bring up my down trodden business. You gave me wonderful consultations to bring up my business. Thanks a lot for bringing me up. I wish to donate $101.00 per month for the temple and magazine in this beginning stage. Please accept this.

- **Name :** Satish Polavaram CT
  **Date :** 08/07/2010
  **Comments :** Swamiji, I am from Andhra. I had a lot of troubles with my immigration. I approached you after reading the magazine. You solved the problem wonderfully by your mantra powers. Thanks and pranams Swamiji.

- **Name :** Chandrika SriKrishna Sanjose
  **Date :** 08/07/2010
  **Comments :** Siddhar Swamiji, We are Srilankan Tamilians. I had problems in the marriage of my daughter. You fixed my daughter's marriage problem by your superb mantra powers. Now my daughter's life is well settled. Thanks for making our life a wonderful one.

- **Name :** Fredrick Williams AZ
  **Date :** 08/07/2010
  **Comments :** Even though I am a protestant Christian, I love Hinduism also. I was having a hard time due to the black magic done on my family. I approached you after reading the magazine Karma. You took the black magic with your wonderful mantra powers. Thank you very much Swamiji. Please accept my small donation of $1001.00 for the magazine.

- **Name :** Anju Bargavi LA
  **Date :** 08/07/2010
  **Comments :** Swamiji, Thanks a lot and namaskars for giving a wonderful spiritual healing to my son and bringing him out from his drug addiction. Thanks to the wonderful magazine Karma for introducing your goodself to me and my family.

Select a Page

<< Previous | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | Next >>



Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Niranjan Mehra CT
  **Date :** 08/01/2010
  **Comments :** I wish to have your esteemed blessings for the third business I have started. My first two businesses are running good only because of your blessings. Daily I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Om Namashivaya and Sri Siddhar Swamiye Namaha. Thanks a lot to the wonderful magazine Karma.

- **Name :** Nayak K Patel Houston TX
  **Date :** 08/01/2010
  **Comments :** Swamiji, even though I am a multi millionaire, I had no peace of mind. Only after your consultations, I am getting peace of mind. Please bless me and my family with the same continued piece of mind. Namaskars.

- **Name :** Charles Misty, La Fayette, GA
  **Date :** 08/01/2010
  **Comments :** Dear Dr. Commander, I am a regular reader of the magazine Karma. Due to some kind of ill spirits, my only son has become a drug addict. By your great power, you brought my son out of his bad habit and you have given him a new life. Thank you very much for this. I do not keep any kind of photographs other than yours in my prayer. As I do not know to say thanks in your language, I say as "my entire family's lives are surrendered to you". Thanks.

- **Name :** Ketan Shah, Pueblo, CO
  **Date :** 08/01/2010
  **Comments :** Swamiji, I came to know about your good self and the temple through the wonderful magazine Siddhitimes. I approached you to fix the marriage problem of my daughter. Swamiji My daughter's marriage is fixed now after a long time only by your blessings.

- **Name :** Rajasekar, Beltsville, VA
  **Date :** 08/01/2010
  **Comments :** I got married five years back. I had no kids. After reading the magazine Karma, I approached Swamiji Sri Siddhar to solve the problem. He found that due to some black magic we were unable to get good kids. He performed some Thantric rituals and blessed us. Now my wife is pregnant. Thanks to Swamiji for blessing us.

Select a Page

<< Previous | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | Next >>

---

### Sidebar

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

The study is based on the interest of a student, so take that subject which is of your interest. Otherwise, you may do higher studies and can either be a lecturer or a professor or a certified public accountant.

› read more...



- Spirituality
- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vastu Shastra

› read more..

**FEEDBACK / COMMENTS**



**Mr.Vivek Jain: Plano TX, USA**
**Apr 04, 2016**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

We must believe in science which also emanates from Vedas. Raaghu and Kethu being non-alive cannot give bad effect on our lives but a person∳s deeds (good or bad) affects his life accordingly.

› read more..



- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras...

› read more..

**FEEDBACK / COMMENTS**


**Gary H Fernley**, Paris
**Apr 04, 2016**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just by putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** George Chen Mattawan, Choteau, MT
  **Date :** 07/25/2010
  **Comments :** Dear Swamiji, Thanks for bringing out a great spiritual magazine Karma to enlighten the community. I am very happy to read the article Vedic Astrology. After reading that, I requested you to clear off the problems in my career. With the power of mantras, you cleared off all the problems in my career. I and my family members are very happy now and we all have become the regular readers of the magazine. We have also become as your ardent devotees.

- **Name :** Anna Andrews Eagle River, WI
  **Date :** 07/25/2010
  **Comments :** My entire family is indebted to Siddhar. My only son has come out of his drug addiction only due to the miraculous spiritual healings from Swamiji Siddhar. Thanks for the wonderful magazine Karma for connecting our family with Swamiji.

- **Name :** Baba Wilman, Camden, SC
  **Date :** 07/25/2010
  **Comments :** Swamiji, Namaskars. Even though I have spoken with a lot of scholars, saints and monks, I have never felt the energy from anybody. While talking to you, I felt a great energy and aura from you. Thank you very much for giving such a wonderful experience to me.

- **Name :** Radhekrishna, Dayton, OH
  **Date :** 07/25/2010
  **Comments :** Thank you very much Swamiji for bringing out an ego free temple in my town. I came to the Temple after learning the news from the magazine Karma.Even though I wish to contribute a lot to the Temple and the magazine, I am not able to do so because of my poor earnings. Please kindly accept me as a volunteer to the Temple.

- **Name :** Suresh Mathigadda, Lake City, MI
  **Date :** 07/25/2010
  **Comments :** Thanks a lot Swamiji for your wonderful contribution of the magazine Karma to enlighten the entire human race.

Select a Page

<< Previous | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Next >>





Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Swathi Gaddam, Kahului, HI
  **Date :** 07/23/2010
  **Comments :** Maharaj, Namaskars. I used to read the magazine Siddhitimes through the website. After reading the articles on astrology, I approached you to solve the problems caused by my close relatives. You cleared everything with your wonderful mantra, thantra and yantra powers. Now I am very happy.

- **Name :** Christina Doopraj, Helena, MT
  **Date :** 07/23/2010
  **Comments :** I am a Guyanese living in MT. Thank you very much for the wonderful consultation given to me. Your words, actions and thoughts on the humanity are amazing. Only because of your holy thoughts you are leading a great and exemplary life. Only because of your Atharva Vedic Thantric rituals, I came out of the black magic problems. Thank you very much for you and your wonderful spiritual magazine Karma.

- **Name :** Asha Ratan Lal, Los Angels, CA
  **Date :** 07/23/2010
  **Comments :** Dear Swamiji, Namaskars. Only because of the wonderful magazine Karma, I contacted you. After your powerful Thantric rituals, my business is growing vigorously. Thanks for making me as the happiest businessman. Thanks and Namaskars once again.
  Siddharji you have done a great miracle with my son, who was addicted to drinks. Now he is fine. Once again thanks Swamiji.

- **Name :** Rani Lakkshmi Vadhwani, Kaysville, UT
  **Date :** 07/23/2010
  **Comments :** Swamiji, only because of your blessings and prayers my marriage is settled. My Namaskars to your golden feet.

- **Name :** Ramchandra Lakhani, Dublin, OH
  **Date :** 07/23/2010
  **Comments :** Thank you much and Namaskars Swamiji. You have made our gone down business as the best. Our entire lives are dedicated to your golden feet. Om Namashivaya.

Select a Page

<< Previous | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Next >>

---

### Siddhar's Arulvakku
### ( Swamiji's Blessings )

The Guru should not allow you to become another Paad Padam ( a corrupt disciple of Shankaracharya). The Guru should test you again and again. He should be unrelenting no matter how much you plead before him.

› read more...



- Spirituality
- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras

› read more...

### FEEDBACK / COMMENTS



George Chen, Geneva, Swiss
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantrika use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,



Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Galery | Reach Us | Links | Disclaimer & Privacy Policy



**Siddhar's Arulvakku**
**( Swamji's Blessings )**

Those who have attained such a state can know. Just as I have not learnt English and so cannot understand if someone speaks in English. Similarly those who know the language of God can only understand.

› read more…



• Vasikaranam through Atharva Vedic Astrology and Atharva Vedic Thantric Rituals
• Garuda (The King of Birds)

› read more…

**FEEDBACK / COMMENTS**

 **Karthik Ganesh Iyer,**
**Garden city, ID**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bil we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

• **Name :** Jayanth Nathan, Buffalo Grove, IL
**Date :** 07/23/2010
**Comments :** Swamji, only because of your wonderful Thantric Rituals, I am having a smooth family life now. I thank you very much for making my life a peaceful one. Even though there is no limit for your blessings, once again thank you very much Swamji.

• **Name :** Marcellus Cooper, Scarborough, Ontario, Canada.
**Date :** 07/19/2010
**Comments :** Swamji, two months back I wrote you a letter stating that I and my family are affected by the spell of some evil spirits. Taking that letter as an emergency petition, you performed some wonderful Thantric Rituals to remove the spell of those evil spirits. Now we all are doing OK. I and my entire family submit our worships to your lotus feet daily. Thank you very much for making our life very fine.

• **Name :** Bushan Lal Kaw, Edison NJ
**Date :** 07/19/2010
**Comments :** Respected Swamji, I am on an official visit around New York. I came to access your monthly magazine Karma at the hotel where I stayed. It is really a fantastic magazine having all the spiritual information. Please bless me and my family and please be kind enough to mail a copy of the magazine to my Indian address. Thank you very much and Namaskars Swamji.

• **Name :** A. Thomas, West Palm Beach, FL
**Date :** 07/19/2010
**Comments :** Revered Siddhar, I am amazed with your knowledge. I am a regular reader of the magazine Karma. Please provide me with a copy of Sri. Atharva Soolini Durga's photograph. From your article on Sri. Atharva Soolini Durga I understood that, you are the only person to remove the evil spirits from me. Please remove that evil spirits from me and make me as one of the best human beings in the entire worlds.

• **Name :** Rama N Prasad, Douglas, MA
**Date :** 07/19/2010
**Comments :** Swamji, even though I wish to express a lot, I wish to tell the same only in few words. "Thank you and Please bless me and my family.

Select a Page

<< Previous | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Next >>



Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



## Siddhar's Arulvakku
( Swamiji's Blessings )

Establishing of the Guru energy in each cell of one's body is possible only through the medium of true love.

 · · read more...



- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras...
- Spirituality...
- SEETHA DEVI
 ` read more...

## FEEDBACK / COMMENTS



**Babu Nair, Dubai, UAE**
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tanhrika use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

BLESSED LETTER SUBSCRIBER

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Delfa, NJ
  **Date :** 07/19/2010
  **Comments :** Swamiji "May all the happiness you give to others be returned to you" is a great saying by one of the greatest scholars. I wish to repeat these words to you. I Thank you very much for the prayers and rituals you performed for me. Only because of those prayers and rituals, I am healthier by mentally and spiritually. Swamiji once again thanks to you, your prayers and rituals. As a result of those prayers and rituals I am doing well in my job also. Please continue to bless me.

- **Name :** Balwant Singh, Fresno, CA
  **Date :** 06/19/2010
  **Comments :** Siddharji, I got the magazine "Karma" from a restaurant at CA. You are the one and only person to rescue people from their sufferings. I recommend all the suffering people to come to you for solving the problems. I am a practical example for your powers. Thanks and Namaskara Siddhar Swamiji for bringing such a wonderful magazine.

- **Name :** Selvi Suganthini Ontario, Canada.
  **Date :** 06/19/2010
  **Comments :** Swamiji, I am a Srilankan Tamilian woman living in Canada for the past several years. I came to know about you only through the website and your wonderful magazine Karma. I approached you through phone to clear the black magic on my father's family. You performed a great mantra and Thantric and removed the black magic. Now my parents are very happy. Nanriyudan Vanakkangal Ayya. Please come and bless our home.

- **Name :** Bhavini Patel and Sudhansh Patel, Knoxville, TN
  **Date :** 06/19/2010
  **Comments :** I wish to have your esteemed blessings for the third business I have started. My first two businesses are running good only because of your blessings. Daily I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Om Namashivaya and Sri Siddhar Swamiye Namaha. Thanks a lot to the wonderful magazine Karma.

- **Name :** Ketan Kaur, Dayton, OH
  **Date :** 06/19/2010
  **Comments :** Swamiji, I came to know about your good self and the opening of the temple through the wonderful magazine Karma. I approached you to fix the marriage problem of my daughter. Swamiji, my daughter's marriage is fixed now after a long time only by your blessings. I wish to donate a sum of $25,000 for the new Temple.

Select a Page
<< Previous | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | Next>>



Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Marcellus Cooper, Scarborough, Ontario, Canada
  **Date :** 06/08/2010
  **Comments :** Swamiji, two months back I wrote you a letter stating that I and my family are affected by the spell of some evil spirits. Taking that letter as an emergency petition, you performed some wonderful Thantric Rituals to remove the spell of those evil spirits. Now we all are doing OK. I and my entire family submit our worships to your lotus feet daily. Thank you very much for making our life very fine.

- **Name :** Bushan Lal Kaw, Edison NJ
  **Date :** 06/08/2010
  **Comments :** Respected Swamiji, I am on an official visit around New York. I came to access your websites at the hotel where I stayed. These websites are fantastic websites, having all the spiritual information. Please bless my family and me. Thank you very much and Namaskars Swamiji.

- **Name :** A. Thomas, West Palm Beach, FL
  **Date :** 06/08/2010
  **Comments :** Revered Siddhar, I am amazed with your knowledge. I am your sishya like Ekaliva to Guru Dronacharya. Please provide me with a copy of Sri. Atharva Soolini Durga's photograph. From your speech on Sri. Atharva Soolini Durga I understood that, you are the only person to remove the evil spirits from me. Please remove that evil spirits from me and make me as one of the best human beings in the entire worlds.

- **Name :** Rama N Prasad, Douglas, MA
  **Date :** 06/08/2010
  **Comments :** Swamiji, even though I wish to express a lot, I wish to tell the same only in few words. "Thank you and Please bless me and my family.

- **Name :** Delfa, Barnegat, NJ
  **Date :** 06/08/2010
  **Comments :** Swamiji "May all the happiness you give to others be returned to you" is a great saying by one of the greatest scholars. I wish to repeat these words to you. I thank you very much for the prayers and rituals you performed for me. Only because of those prayers and rituals, I am healthier by mentally and spiritually. Swamiji once again thanks to you, your prayers and rituals. As a result of those prayers and rituals I am doing well in my job also. Please continue to bless me.

Select a Page

<< Previous | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | Next>>



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

First of all we should know that the lord of universe is Almighty God. He is only empowered to give us assets etc.

› read more...

- Summary
- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras...
  › read more..

**FEEDBACK / COMMENTS**



**Rohini Singhadia,**
**Ormond, FL**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Siddhar's Arulvakku }**
**{ Swamiji's Blessings }**

Karma or Destiny cannot be changed. But can be altered by the rituals of Atharva Veda Yaksha/Yakshini Devathas.

› read more...



❋ Excerpts from Guru Purnima 2010 Satsang

❋ SELFLESSNESS

❋ COURAGE !

› read more..

**FEEDBACK / COMMENTS**



Rama N Prasad, Douglas, MA
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessman have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

**FEEDBACK / COMMENTS VIEW**

Add your Feedback/Comments

- **Name :** brij
  **Date :** 06/04/2010
  **Comments :** Pranaem

  Guru Ji

  I am regular reader of KARMA. The subjects are very interesting what you are mentioning through the magzine. Now I believe you can help me with my problems.

  My name is Brij Prasad and born in Asian Country (- Myanmar) raised broad up with Hindu Religion and culture. My date of birth is 12/28/1947-sunday evening 11.30 p.m.

  I came to this Country 12 years back and struggled hard. Started the Business with partnership as per his request but later I was cheated by him and lost. Second time nearest friends requested several times to work as partner and I accepted. But lost due to bad economy. I was bankrupt and lost all my posecclons including 401k. Now I am working for my previous owner to survive with less pay. This employer knows my working hard, skill and honesty. He knows that I can run the business very well. He is offering me that he will finance to buy the business which I am working for. The problem is down payment. He is asking is beyond my reach. I can afford only 40% from my wife's 401k not the price. I want this business badly for my future. I am afraid to bargain before your advice or help.

  Pleas help me or guide me what to do seeing my status and horoscope.
  I can practice anything if there is no expense my income is too low now.

  Thanks

  Brij

- **Name :** Raman Panciker, Aquara Hills, CA
  **Date :** 06/03/2010
  **Comments :** Swamiji, only your wonderful Mantra powers helped my only son to be the best in his education. He was considered as the dull most of the class. After your specialized Atharva Vedic Thantric Rituals he is becoming as the brightest student of the entire school. Please continue your blessings on me and my family.

- **Name :** Baskara Chandrasekarappa, Austin, TX
  **Date :** 06/03/2010
  **Comments :** What a wonderful experience it was for me to take the Vedic Astrology Consultation with Swamiji. It was an unique day! I've felt noticeable differences after talking and taking part in the Atharva Vedic Thantric Rituals. Life feels clearer and perceptions are heightened.
  Anyway, with all seemingly tumbling down around friends of mine who are in financial straits, I started linking them with what was given to me by Swamiji Sri. Selvam Siddhar.

- **Name :** Ram Manohar, Ruston, LA
  **Date :** 06/03/2010
  **Comments :** My husband and I have been to many, many spiritual healers over the years and Swamiji is in a class of his own. We have both felt tremendous physical and emotional healing from our sessions with him.

- **Name :** Rajarajeswari Annamaya, Vermillion SD
  **Date :** 06/03/2010
  **Comments :** I didn't know what to expect from the meeting with Swamiji. When I approached him after reading the magazine Karma, and asked him to solve the mind related problems I had, he asked me to relax. Swamiji directed a few

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

To listen the voice of heart which says go and join army at any cost or listen to mind which always follow the path of money.

› read more...



• **Vedic Astrology**

› read more...

**FEEDBACK / COMMENTS**



**Badrinathan**
**Ramakrishnan, Miami, FL**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquity of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

• **Name :** Parameswaran L. Iyer, Owatonna MN
  **Date :** 06/03/2010
  **Comments :** Respected Guru Maharaj, you healed my sister who was not able to conceive. When you scrutinized her horoscope, you found that she is unable to get good kids due to the misplacement and the evil powers of planets. You removed those evil powers through the Atharva Vedic Thantric Rituals. Due to the power of these Thantric Rituals, she has two incredible children and is living a very happy life now. I am forever grateful to you for helping her.

• **Name :** Lakshmi, Bangalore, India
  **Date :** 05/31/2010
  **Comments :** Hello Siddhar,

This is Lakshmi from India - Bangalore. Hope your doing well and fine.

I recently was browsing net and got to see your website and your works. Your works are great. I am undergoing a problem in my life. I would require your help for that Siddhar Ji. If oyu can give me some mantras to me so that I can recite it and solve me problem

I recently got married. It was an Arranged marriage. I am a Bangloeran and my Haband from Chitor - AndraPradesh. I am workign women and before my marriage could settle, I had inadvance told about my things and commitments to my Husband.
Initially after engagement everything was okay and good. But soon after my marriage, I started facing lot of problems. My husband is just filled with too much of negativity. He just thinks only of negetive things abotu me. He doesnt trust me at all. Day by day, he started finghting with me for small small reasons. Incase I just come 5 mins late from office, he will start thinking all kinds of negative things and when I come home he will start figting with me. This became to the core that now if I got out too, he suspects me that I look at other guys. Once he starts fighting He acold me in Bad words. He misunderstands for each and evrything. He doesnt Trust me at all.

But SOmehwre He loves mee.. So I just want to save him and my Marriage life.
His parents also doesnt understand me. They support him only.

I love him very much and I just want to save this marriage somehow.

PLease help me in giving some mantras that will increase Trust and Love and positive thinking within my husband. Please heal my relationship and misunderstanding .

Please help me Siddhar Sir. Please. EVery day and Night I am suffering. I really Love him very much

Thnaks In Advance

Lakshmi

• **Name :** Sanasie S. Krishna, Frederick, OK
  **Date :** 05/30/2010
  **Comments :** Swamiji, you are like a hurricane, like a strong wind, and you amazed me with your power, honesty & down-to-earth state of being. You immediately recognized and got into the major and most painful contraction that has affected my life. Your healing work was fierce, yet full of gentleness and care in each moment for my well being. Your integrity and power, cut like a sharp yet kind knife into the core of the matter. I surrender myself for your wonderful spiritual healing powers .

• **Name :** Ellen S, Cambridge, NE
  **Date :** 05/30/2010



Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



## Siddhar's Arulvakku
( Swamiji's Blessings )

You might fail to behold the beauty in a flower, you might fail to hear the music in the waves of a river but the fault lies not in the flower or in the waves. Nature has done its work. Now it is up to you to discover its wonders.

› read more...



- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras...

› read more..

## FEEDBACK / COMMENTS



Asha Ratan Lal, Los Angels, CA
Apr 04, 2016

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Sholani Patel, Bullhead city, AZ
  **Date :** 05/30/2010
  **Comments :** Guru Maharaj, it is a fantastic and wonderful part of my life to be the first and only Masters Degree holder of my family. It is only because of your blessings and the Atharva Vedic Thantric Rituals performed by you. I am completely indebted to you and to your wonderful magazine "Karma".

- **Name :** Vaanani Suresh, Buffalo, NY
  **Date :** 05/30/2010
  **Comments :** Swamiji, when I met you for the first time in the Temple at Norcross, I was stunned at the hospitality shown to me. You were like the most affectionate mother. When I had the consultations on Vedic Astrological chart, I felt your intellectualness. When I took part in the Atharva Vedic Thantric Ritual performed by you, I had the greatest spiritual vibrations. In total you are the entire universe to me. Thank you very much for the new world you have created.

- **Name :** Krishna Chandra Arora, Gettysburg, PA.
  **Date :** 05/29/2010
  **Comments :** Siddharji, my life has totally changed for the better. I now have a great inner peace that I am experiencing from the first day I spoke with you. All my family members are very happy on seeing the changes on me. The Vedic Astrological reading and the Atharva Vedic Thantric Ritual by your good self have helped me much to come out of the mental depressions in a spiritual manner.

- **Name :** Charles Sundaram, Wichita, KS.
  **Date :** 05/29/2010
  **Comments :** Respected Guruji, I am a converted Christian from Chennai, India. I speak the same language Tamil as you speak. On knowing about the great Temple of Lord Shiva with 108 different images of Lord Shiva and I have a great feeling that I am living in the ancient historical period of Kings and Emperors. I humbly request you to bless me with an opportunity to take part in the holy cause you are doing now.

- **Name :** Rumi Agarwal, Atlanta, GA
  **Date :** 05/29/2010
  **Comments :** Namaste,Respected Swamiji, your reading was deep, to the point, honest, powerful, helpful and insightful. More than anything it gives me a feeling of 'safety' that I have good coming to me. Your interpretation of the Vedic Astrological Chart and the way you approach to solve the problems in a spiritual way are simply superb. Your blessings are the greatest in the entire universe. Thank you very much for the blessings to me and my family.

Select a Page

<< Previous | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | Next >>

| Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy |



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Meditation:
Contemplating and meditating on the 'real-self' accelerates this process of self-development and makes liberation possible.

› read more...



• **Vedic Astrology**
• **Spirituality**
• **Wonderful Siddhars**
• **Introduction to Upanishads**

› read more..

**FEEDBACK / COMMENTS**

 **Babulal Bethlehem, PA, USA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

• **Name :** Badrinathan Ramakrishnan, Miami, FL
**Date :** 05/29/2010
**Comments :** Dear Swamiji- What an awesome, excellent reading and rituals to solve the problems after the readings. Everything is exactly right! Your reading, your books and the Atharva Vedic Tantric Rituals performed as per your directions have renewed my entire life. These have increased the faith and interest in astrology. I will be returning to you in the future for horoscopes for my family and the entire welfare of them.

• **Name :** Moorthy Rao, Fayetteville, AK
**Date :** 05/29/2010
**Comments :** Swamiji, your Vedic Astrology Reading impressed me with how accurately it described me, my career, my family, specific phases/events that had already happened in my life and, astonishingly, even my current home, possessions and activities. It seems I have already arrived at some 'ideal' milestones. The Vedic Astrological readings really helped me understand myself and why I function the way I do as well as how and why my life journey has arrived at this point. Beyond the past and present, the reading clarified lessons I should learn or gave tips on the best solutions for problems sitting in my subconscious. I feel quite comfortable, reassured and even a little excited! It is enlightening to know the areas I should concentrate on to improve my progress in this life, make peace and get in touch with who I am. Thank you very much for the great predictions.

• **Name :** Cindy Carry, Daytona Beach. FL
**Date :** 05/27/2010
**Comments :** I'm eternally grateful to you and the Atharva Vedic Tantric Ritual you performed for the betterment of my drug addicted son. Your Atharva Vedic Remedies and Solutions that you give in 'Problem Solving' are really result-oriented. We are benefited a lot. Before I used your services, I didn't have much belief in Astrology. For me and my family, you are a blessing in disguise

• **Name :** Raman Vyas, Adelphie, MD
**Date :** 05/27/2010
**Comments :** My most sincere appreciation for the reading! It is very insightful and it definitely helps me a lot. I'm really thankful for being fortunate to have found you. May God's love and blessings be always with you. As an elderly person I wish you a grand success in the field you have chosen and your service to this entire human race is simply superb.

• **Name :** Anuradha Sharma, Portland, OR
**Date :** 05/27/2010
**Comments :** Revered Swamiji, I would like to thank you for such a special reading. I have been reading it each day since I received it. Thank you for your direction and the difference it has made in my life.

Select a Page
<< Previous | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | Next>>



Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Galery | Reach Us | Links | Disclaimer & Privacy Policy

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Rangabashyam Chinnada, Smithfield, RI
  **Date :** 05/27/2010
  **Comments :** Dear Swamiji , I recently made a huge money in day trading after your Atharva Veda Thantric Rituals and I followed your advice about the period when I should trade and when I shouldn't. Your Spiritual Advice and your mantra powers are saving me and my family. Namaskars Swamiji. Please continue the same on me and my family.

- **Name :** Chandrakrishan Advait, Colchester, VT.
  **Date :** 05/27/2010
  **Comments :** Respected Swamiji , Many thanks for the accurate character analysis of my son and for the rituals you performed to correct his character. The rituals work well and now he is doing well in all his aspects. Once again thanks a lot Swamiji.

- **Name :** Murali Lal, Edison, NJ
  **Date :** 05/22/2010
  **Comments :** Siddharji, I am a native of Trinidad and I am living in New Jersey now. I got the magazine Karma from the Temple here. I requested you to remove the black magic on me and my family. You removed the evilness of black magic and blessed us with a wonderful life. We dedicate our lifetime for your divine services. Pranams and Thanks Swamiji.

- **Name :** Balwant Singh, Fresno, CA
  **Date :** 05/22/2010
  **Comments :** Siddharji, I got the magazine "Karma" from a restaurant at CA. You are the one and only person to rescue people from their sufferings. I recommend all the suffering people to come to you for solving the problems. I am a practical example for your powers. Thanks and Namaskars Siddhar Swamiji for bringing such a wonderful magazine.

- **Name :** Selvi Suganthini Ontario, Canada
  **Date :** 05/22/2010
  **Comments :** Swamiji, I am a Srilankan Tamilian woman living in Canada for the past several years. I came to know about you only through the website and your wonderful magazine Karma. I approached you through phone to clear the black magic on my father's family. You performed a great mantra and Thantric and removed the black magic. Now my parents are very happy. Nanriyudan Vanakkangal Ayya. Please come and bless our home

Select a Page

<< Previous | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | Next >>

---

### Sidebar



**Siddhar's Arulvakku
( Swamiji's Blessings )**

To know and do pious deeds only by which the effect of bad deeds as well as sorrows is wiped away and a person gets long and happy life.

› read more...



- Vasthu Shastras...
- Spirituality...
- SEETHA DEVI
- Misconceptions of Yogas by the so

› read more..

**FEEDBACK / COMMENTS**



**Rama N Prasad, Douglas, MA**
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

The sign of best lover is that he would never touch the opposite sex before marriage, if you also maintain your purity and then you marry with your lover then sure your married life would be happy.

> read more...



• **Introduction to Upanishads**

• **Useful Tips from Atharva Vedic Vasthu Shastras...**

• **Spirituality...**

> read more...

**FEEDBACK / COMMENTS**

 **Kumari Khanna**
**Apr 04, 2018**

Due to jealousy, heart burning or some base cause, the Tantrika use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

• **Name :** Bhavini Patel and Sudhansh Patel, Knoxville, TN
**Date :** 05/22/2010
**Comments :** Thank and Namaskars Swamiji for blessing us with a very good business. We were struggling very hard to get well in the business. Due to the planets' position in the horoscope, we were not able to do so. My husband contacted you, you performed wonderful Atharva Vedic Tantric rituals, and by your blessings and the power of the rituals, we are doing very well now. Thanks once again Swamiji.

• **Name :** Suman, PA
**Date :** 05/22/2010
**Comments :** We have been reading your wonderful Karma magazine. We had the pleasure of hearing your Satsangs on you tube. The topics Vedic astrology, Atharva Veda, Karma, Gayatri Ma & Santoshi Ma all are so meaningful & good to know. Thank you for sharing your wonderful knowledge & showering your blessings on us. We are fortunate to have met you. We believe that with your blessings & the rituals performed by the punditjis bring happiness, health, success & goodness in our lives. I'm hoping to get rid of my anxiety, anger, fear etc with your blessings. Please shower your blessings on all of the entire humanity & us. We will continue to support your wonderful cause & your temple. Our regards & Namaskarams to you.

• **Name :** Rangadorai Ramasamy, Evansville, IN
**Date :** 05/21/2010
**Comments :** Siddhar Maharaj, Suddenly, I had some sort of evil spirits' attack and due to that effect I was not even able to concentrate on work. One of my friends told me to contact you. On hearing of my bad condition you personally came to my house and performed the Atharva Vedic Tantric Rituals. With your blessings now I am getting out of the evil spirits' attack and I am doing well now. As a devotee, I humbly do my Pranams; and I pray that you to have a long and devoted life in order to make the entire human race happy and peaceful. Thanks to you and your Karma Magazine

• **Name :** Ram Narayan, Somerset, MA
**Date :** 05/21/2010
**Comments :** Swamiji, Namaskarams. In my age and experience, I haven't seen anybody with such great knowledge and wisdom. Please bless me and my family. Please bless me with the opportunity to be a contributing writer for your wonderful magazine, the Karma

• **Name :** Chandrika Karan Sinha, Dubois, WY
**Date :** 05/21/2010
**Comments :** Swamiji, I had no peace of mind. Only after your consultations, and the rituals, I am having peace of mind. I wish to donate $1,001.00 every month for the magazine Karma for giving me peace of mind by introducing your good self to me. Please be kind enough to accept this donation. Please bless me and my family with the same continued peace of mind. Namaskars.

Select a Page

<< Previous | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



### Siddhar's Arulvakku
( Swamiji's Blessings )

When a pot filled with water is immersed into an ocean the water in the pot becomes part of the vast expanse. Similarly a disciple through the medium of selfless service to the Guru fuses his soul with that of the Guru. This process of becoming one with t

› read more...



▪ Vedic Astrology
› read more...

### FEEDBACK / COMMENTS

**Pravin Balubai Patel, York, NE**
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Ramchandra Durramraju, Richmond, VA
  **Date :** 05/21/2010
  **Comments :** Thank you very much Swamiji for bringing out an ego free temple. I came to know the news from the magazine, Karma. Even though I wish to contribute a lot to the Temple and the magazine, I am not able to do so because of my poor earnings. Please kindly accept my small contribution of $501.00 for the magazine. Next month I will donate to the Temple.

- **Name :** Ravi Sundaranayagam, Claymont, DE
  **Date :** 05/21/2010
  **Comments :** Basically I am a Sri Lankan Tamilian. I had a good business, but all of a sudden the business started to go down. I got the magazine Karma and contacted you to bless me.You blessed me whole heartedly. My downtrodden life is being brought up only because of your holiest blessings. Thanks and namaskarams to you and your magazine.

- **Name :** Brinda Henry, Holbrook, AZ
  **Date :** 05/21/2010
  **Comments :** Swamiji, I am very happy to be your devotee. Even though I am a Christian, I have a deep respect for Hinduism and all the world's religions. Only after talking to you and reading the Karma, I have a clear idea about my future. Your astrological predictions were so accurate and your mantras are so powerful. Thanks for accepting me as your devotee.

- **Name :** Pravin Balubai Patel, York, NE
  **Date :** 05/16/2010
  **Comments :** Swamiji, I had too many problems in my life. I was not able to find a spiritual solution for those problems. When I had been to another Hindu Temple, I got the magazine, the Karma. Immediately, I called you to give me a spiritual salvation for my problems. You checked my Horoscope and gave me the Raksha Kavacha. By the power of the Raksha Kavacha and your blessings, I am getting out of my problems. Thanks a lot for such a wonderful spiritual healing.

- **Name :** Senthilkumar Chandrasekaran, Huntsville, TX
  **Date :** 05/16/2010
  **Comments :** Siddharji, you have done a great miracle with my son who had a very quarrelsome nature. I came and met you in person after reading the magazine Karma. After your rituals, he is much nicer to be around. Once again, thanks Swamiji

Select a Page

<< Previous | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Time and Good Luck:

It takes time for a fruit to mature and acquire sweetness and become eatable; time is a prime factor for most good fortunes.

› read more...



● **Wonderful Siddhars**

● **Introduction to Upanishads**

● **Useful Tips from Atharva Vedic Vasthu Shastras...**

› read more..

**FEEDBACK / COMMENTS**



**Suman**
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just by putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

● **Name :** Zafir Ahmed Ajmeri. Englewood, CO
  **Date :** 05/16/2010
  **Comments :** Thanks a lot, Swamiji, for your wonderful contribution of the Karma magazine for enlightenment of the entire human race. Even though I am an Ajmeri, I respect you as an equal to the leader of my religion

● **Name :** Amrita Kaur, Durham, NH
  **Date :** 05/16/2010
  **Comments :** Swamiji, I wish to recall the holy days of your spiritual tour to my home town a few months back. I met you in person and requested your blessings to solve my marriage problems. Only because of your blessings and prayers my marriage is settled. My Namaskars to you. Thanks for publishing the Karma USA

● **Name :** KUMUDA SIMMAN
  **Date :** 05/16/2010
  **Comments :** I LOVE THIS TEMPLE
  HINDU TEMPLE OF OHIO

● **Name :** Selvi Inbarase, Huntington, IN
  **Date :** 05/14/2010
  **Comments :** Swamiji Sri Siddhar Ayyya Vanakkam! After learning about you through your magazine I approached you to solve my son's education problems. By the great mantra power, my son is doing well in his studies now. Nanri and Vanakkam for making me happy

● **Name :** Ketar Prabhu, American Fork, UT
  **Date :** 05/14/2010
  **Comments :** Thank you very much and Namaskars Swamiji. You have made our failing business turn around. Our entire lives are dedicated at your golden feet. Om Namashivaya.

Select a Page
<< Previous | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

It is true that our present life has to face the result of past lives ◆ deeds-good or bad in the shape of pleasure and sorrows respectively. Now, you see there are three types of karmas.

› read more...



• Introduction to Upanishads

• Useful Tips from Atharva Vedic Vasthu Shastras...

• Spirituality...

• SEETHA DEVI

› read more...

**FEEDBACK / COMMENTS**

 **Murali Lal, Edison, NJ**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

• **Name** : Ali Mohamed, East Liverpool, OH
  **Date** : 05/14/2010
  **Comments** : Swamiji Sri Siddharji, I am a Muslim, 70 years old. Even though I am a Muslim, I love Hinduism. I read Karma regularly. I have only one daughter. She is 39 years old. Even though she is very pretty, I was unable to perform her marriage. After reading the magazine, I approached you to solve her problems. By your Atharva Veda skills you solved the problems and now my daughter is married. Now, I am the happiest man in this world. I pray that the Almighty bless me to be your devotee always.

• **Name** : Carol Antony, Camarillo, CA
  **Date** : 05/14/2010
  **Comments** : Swamiji, I wish to introduce myself. I am from South Africa. Twenty years back I acme to this country and settled here. Because of some "black magic" I had to face many problems in my life. Only because of your mantra power, that black magic is gone. Thank you very much for making my life a more trouble-free one. I pledge a donation of $501.00 every month throughout my lifetime for the wonderful magazine Karma. Thanks a lot Swamiji.

• **Name** : Ganesh and Geetha, Danville, IL
  **Date** : 05/14/2010
  **Comments** : Swamiji, by your gracious blessing we are blessed with a beautiful boy, after fifteen years of marriage. Thank you very much for making our unfulfilled life the happiest one. I have named my son as "Siddha" to remember your blessings for the entire lifetime of our family. Namaskars, Namaskars, Namaskars, and thanks to the Karma magazine for introducing us to you.

• **Name** : Charles Misty, Miami, FL
  **Date** : 05/14/2010
  **Comments** : Dear Dr. Commander, I am a regular reader of the magazine Karma. Due to some kind of bad spirits, my only son has become a drug addict. By your great power, you brought my son out of his bad habits and you have given him a new life. Thank you very much for this. I do not keep any kind of photographs other than yours in my prayers. As I do not know how to say "Thanks" in your language, I can only say, "My entire family's lives are surrendered to you!" Thanks!

• **Name** : Maya Rani, Columbus, GA
  **Date** : 05/14/2010
  **Comments** : Swamiji, I had the worst relationship with my husband and in-laws. By your powerful mantras and rituals, I now have a very good relationship with my husband and my in-laws. I am indebted to you and the magazine Karma for the rest of my life. Namaskars.

Select a Page
<< Previous | 36 | 37 | 38 | 39 | 40 | 41 | 42 | Next>>



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

But the moment the disciple becomes egoless the disciple attains to totally and the Guru becomes free of his debt.

> read more...



- Useful Tips from Atharva Vedic Vasthu Shastras...
- Spirituality...
- SEETHA DEVI

> read more..

**FEEDBACK / COMMENTS**

 **George Chan, Geneva, Swiss**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

**BLESSED LETTER SUBSCRIBER**

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- Name : Mariam Augustine, Etowah, TN.
  Date : 05/14/2010
  Comments : I approached you after reading the best magazine Karma to cure my ill health. Respected Swamiji, only because of your wholehearted and holy blessings I have come out of my worst health. Now, I have become the healthiest woman. Thanks and Pranams for making me healthy again.

- Name : Vamsi Mohan, Colchester, CT
  Date : 05/14/2010
  Comments : I wish to have your esteemed blessings for the third business I have started. My first two businesses are running good only because of your blessings. Daily I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Thanks a lot for the great magazine Karma.

- Name : Yerramnaidu,Fairfax, VA
  Date : 05/14/2010
  Comments : Swamiji, I learnt about your good self and the temple through the wonderful magazine Karma. I approached you to fix the marriage problem of my daughter. You scrutinized her horoscope and found that the planets' positions in her horoscope are not in favor for her marriage. You personally performed the Atharva Vedic Tantric rituals for fixing that problem. My daughter's marriage is fixed now after a long time only by your blessings. I wish to donate a sum of $25,000 for the new Vana Durga Temple to be built.

- Name : Suman
  Date : 05/07/2010
  Comments : We have been reading your wonderful Karma magazine. We had the pleasure of hearing your Satsangs on you tube. The topics Vedic astrology, Atharva Veda, Karma, Gayatri Ma & Santoshi Ma all are so meaningful & good to know. Thank you for sharing your wonderful knowledge & showering your blessings on us. We are fortunate to have met you. We believe that with your blessings & the rituals performed by the punditjis bring happiness, health, success & goodness in our lives. I'm hoping to get rid of my anxiety, anger, fear etc with your blessings. Please shower your blessings on all of the entire humanity & us. We will continue to support your wonderful cause & your temple. Our regards & Namaskarams to you.

- Name : Bhavini Patel
  Date : 05/07/2010
  Comments : Thank and Namaskar Swamiji for blessing us with a very good business. We were struggling very hard to get well in the business. Due to the planets' position in the horoscope, we were not able to do so. My husband contacted you, you performed wonderful Atharva Vedic Tantric rituals, and by your blessings and the power of the rituals, we are doing very well now. Thanks once again Swamiji.

Select a Page
<< Previous | 37 | 38 | 39 | 40 | 41 | 42 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Fallen Man:

The person, who causes the downfall of a noble woman... who causes loss to his friend...who despite of his superiority is ignorant; is called a fallen man.

> read more...



* Spirituality
* Wonderful Siddhars
* Introduction to Upanishads
* Useful Tips from Atharva Vedic Vasthu Shastras

> read more...

**FEEDBACK / COMMENTS**

**brlj**
**Apr 05, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

**FEEDBACK / COMMENTS VIEW**

*Add your Feedback/Comments*

* **Name :** Selvi Suganya
  **Date :** 05/07/2010
  **Comments :** Swamiji, I am a Srilankan Tamilian woman living in Canada for the past several years. I came to know about you only through the website and your wonderful magazine Karma. I approached you through phone to clear the black magic on my father's family. You performed a great mantra and Thantric and removed the black magic. Now my parents are very happy. Nanriyudan Vanakkangal Ayya. Please come and bless our home

* **Name :** Sekaran Nair
  **Date :** 05/07/2010
  **Comments :** Swamiji Maharaj I am a native of Kerala, the land of Atharva Veda and Thantric Rituals. I came to you to get your blessings for my son's educations. He was very dull in his studies before coming to you. After your darshan and blessings, he is doing very well in his studies. Once again, thank you very much Maharaj.

* **Name :** Balwant Singh
  **Date :** 05/07/2010
  **Comments :** Siddharji, I got the magazine "Karma" from a restaurant at CA. You are the one and only person to rescue people from their sufferings. I recommend all the suffering people to come to you for solving the problems. I am a practical example for your powers. Thanks and Namaskara Siddhar Swamiji for bringing such a wonderful magazine.

Select a Page

<< Previous | 38 | 39 | 40 | 41 | 42 |

6/11/2015

Thu Jun 11 2015 10:57:26 GMT-0500
(Central Daylight Time)

Home | About us | Spiritual Services | Our People | Donations | Contact Us

Atharva Veda | Articles | Vedic Astrology | Spiritual Products | Video Gallery | Photo Gallery | Feedback | Disclaimer



FEEDBACK / COMMENTS

Prashanthini Velavan
May 17, 2009

Respected Swamiji, I had the holiest
occasion of getting your personal
blessings from you during your visit here
by the second week of last month. I
requested you to clear the black magic
on my father's family. You did a great
ritual with mantra, yantra and thantra and
removed the black magic. Now my
parents are very happy. Nanriyudan
Vanakkangal Ayya. Please come and
bless our home at Sri Lanka also

more...

 Suscribe

 Unsubscribe

Type your E-mail Address

Submit

## Calender Events

### Jun 2015

| Mo | Tu | We | Th | Fr | Sa | Su |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Today | | 10 | 55 | am | | |

OUR MAGAZINE

## Feedback / Comments View

Add your Feedback/Comments

Respected Swamiji, I had the holiest occasion of getting your personal
blessings from you during your visit here by the second week of last
month. I requested you to clear the black magic on my father's
family. You did a great ritual with mantra, yantra and thantra and
removed the black magic. Now my parents are very happy. Nanriyudan
Vanakkangal Ayya. Please come and bless our home at Sri Lanka also

:: Prashanthini Velavan on May 17, 2009

Wonderful Swamiji. Pranams, Pranams and more Pranams. You brought
out my son from his mental stress. He is very well now. Thanks and
Pranams Swamiji. Please keep your merciful vision on me and my family

:: Harry Goel on May 17, 2009

Swamiji, it is our great pleasure to write a small note of you and your
magazine Siddhitimes. As a family we are always thankful to you for the
wonderful healing we are receiving. We have enclosed for $251.00 as a
note of thanks to the holy magazine Siddhitimes. Once again thank you
for all the services given to us

:: Lina Mala on May 17, 2009

Revered Siddhar, I have no words to explain the power of your mantras.
You have saved me and my family from suicide. We had an idea to
commit suicide because the debts. You showed me the best ways to come
out of the debts. Thanks once again to you and your magazine
Siddhitimes Swamiji

:: Xavier Antonio on May 17, 2009

Pranams Siddhar Swamiji. I came to know about you through the
magazine Siddhitimes. I requested you to solve the problems in my son's
education. You blessed him and performed special rituals for him.
Now he is doing very well in his studies. Thanks for making my son
great.

:: Rama Jahan on May 17, 2009

6/11/2015

Thu Jun 11 2015 10:59:07 GMT-0500
(Central Daylight Time)

Home | About us | Spiritual Services | Our People | Donations | Contact Us

Atharva Veda | Articles | Vedic Astrology | Spiritual Products | Video Gallery | Photo Gallery | Feedback | Disclaimer

**FEEDBACK / COMMENTS**



Prashanthini Velavan
May 17, 2009

Respected Swamiji, I had the holiest occasion of getting your personal blessings from you during your visit here by the second week of last month. I requested you to clear the black-magic on my father's family. You did a great ritual with mantra, yantra and thanthra and removed the black magic. Now my parents are very happy. Nanriyudan Vanakkangal Ayya. Please come and bless our home at Sri Lanka also

more...

 Subcribe
Unsubscribe

Type your E-mail Address

[ Submit ]

**Calender Events**

| | | Jun 2015 | | | | |
|---|---|---|---|---|---|---|
| Mo | Tu | We | Th | Fr | Sa | Su |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Today | | 10 | 55 | am | | |

**OUR MAGAZINE**

## Feedback / Comments View

Add your Feedback/Comments

Revered Siddhar, I have no words to explain the power of your mantras. You have saved me and my family from suicide. We had an idea to commit suicide because the debts. You showed me the best ways to come out of the debts. Once again thanks to you and your fantastic magazine Siddhitimes.

:: Xavier Antony on Apr 11, 2009

Swamiji came to you to bring up my downtrodden business. You guided me in the proper way and, only because of that guidelines, my business is going upwards. You please be the consultant to the company and give your esteemed ideas to grow more and more. Namaskars and thanks Swamiji.

:: Shivani Anjalika TN on Apr 11, 2009

Siddharji, after reading the wonderful magazine I approached you to solve my family problems. You found that the problems are due to the evilness of planets and you removed the evilness of the planets in my horoscope and blessed me with a wonderful life. I dedicate my life time for your divine services. Pranams and Namaskars.

:: Shiva Priya Tadani on Apr 11, 2009

Swamiji, I came to know about you and your wonderful magazine only through the website. I approached you through phone to clear the black magic on my family. You did a great ritual based on Atharva Veda and removed the black magic. Now we are very happy. Nanriyudan Vanakkangal Ayya. Please come and bless our home at Sri Lanka.

:: Albert Vetrivelan on Apr 11, 2009

Dr Commander Selvam is my living God. He helped me to come out of my breast cancer problems sunita nambiar

:: Tilotamai on Apr 8, 2009



6/11/2015                                    Sri Selvam Siddhar's Yogacraft related Feedback

Thu Jun 11 2015 11:00:24 GMT-0500
(Central Daylight Time)

Home | About us | **Spiritual Services** | Our People | Donations | Contact Us



Atharva Veda | Articles | Vedic Astrology | Spiritual Products | Video Gallery | Photo Gallery | Feedback | Disclaimer

**FEEDBACK / COMMENTS**

Prashanthini Velavan
May 17, 2009

Respected Swamiji, I had the holiest occasion of getting your personal blessings from you during your visit here by the second week of last month. I requested you to clear the black magic on my father's family. You did a great ritual with mantra, yantra and thantra and removed the black magic. Now my parents are very happy. Nanriyuden Vanakkungal Ayya. Please come and bless our home at Sri Lanka also

more...



⊕ Subcribe

⊙ Unsubscribe

Type your E-mail Address



Submit

**Caleader Events**

| Jun 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Mo | Tu | We | Th | Fr | Sa | Su |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Today | | 11 | 00 | am | | |

**OUR MAGAZINE**

## Feedback / Comments View

**Add your Feedback/Comments**

I am a poor man. I have two daughters. Even though my wife and I work very hard we were not able to get a good job. We approached you. You found that we have some black magic problems. You solved the problem very easily with your wonderful mantra power. Now we are getting well in all our affairs. Salutes to you and your wonderful mantra power.

:: Elmhurst on Apr 8, 2009

Swamiji, Namaste. I approached you after reading the magazine Siddhitimes, to solve the problems of my son. He got involved in some affairs and he was imprisoned. Even after the arguments of many attorneys, he did not let free. I approached you to solve this problem. You performed wonderful Thantric rituals. Now he has come out of the case. My entire family is surrendered to your lotus feet.

:: Saratoga on Apr 8, 2009

Parampujya Siddharji, I had many problems caused by evil spirits. I had no sleep at all during the nights. I consulted many people and nothing helped me to get rid of my sleepless nights' problem I consulted you. You performed a great ritual based on Atharva Veda and now I am free from all the troubles. Now my life is wonderful. Thanks and pranams Swamiji.

:: Sanjivbhai Goel on Apr 8, 2009

Swamiji, I am an Insurance agent. Even though I work very hard I was not able to make good money. I approached you for remedy. You performed excellent rituals and gave me some mantras to chant. Now all my pain has gone. I am working more hours now than I worked earlier. My financial position is also getting better. My life is indebted to your lotus feet.

:: Alkesh Sharma on Apr 8, 2009

Swamiji, I came to this country along with my wife. We both had jobs but in different cities. Even though we were married, we had to live as bachelors. We had much confusion in our life. We approached your good self to fix these problems. You fixed the problems in a wonderful way with your Atharva Veda Thantric rituals. Now we are leading a peaceful and wonderful life. Thank you very much and namaskarams. I am very happy to say that me and my family members are the regular readers of

Case 1:16-cv-01984-LAP   Document 3-4   Filed 03/16/16   Page 40 of 45
Case 1:13-cr-00437-TCB-CMS   Document 337-5   Filed 10/16/15   Page 49 of 168
6/11/2015                    Sri Selvam Siddha's Yogacraft related Feedback

Thu Jun 11 2015 11:00:43 GMT-0500
(Central Daylight Time)

Home | About us | Spiritual Services | Our People | Donations | Contact Us

Atharva Veda | Articles | Vedic Astrology | Spiritual Products | Video Gallery | Photo Gallery | Feedback | Disclaimer



FEEDBACK / COMMENTS

Prashanthini Velavan
May 17, 2009

Respected Swamiji, I had the holiest occasion of getting your personal blessings from you during your visit here by the second week of last month. I requested you to clear the black magic on my father's family. You did a great ritual with mantra, yantra and thantra and removed the black magic. Now my parents are very happy. Nandhyudam Vanakkangal Ayya. Please come and bless our home at Sri Lanka also

more...

  Subcribe

  Unsubscribe

Type your E-mail Address

Submit

### Calender Events

| | | Jun 2015 | | | | |
|---|---|---|---|---|---|---|
| Mo | Tu | We | Th | Fr | Sa | Su |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Today | 11 | 00 | am | | | |



OUR MAGAZINE

## Feedback / Comments View

Add your Feedback/Comments

I have a son of seven years old. All of a sudden, he became very dull in his studies. After reading the magazine, I personally approached Swamiji Siddhar to solve the problems. As a Atharva Veda scholar he did some rituals to my son. Now he is doing very well in his studies. Thanks and pranams to Swamiji for making my son well. Thanks for bringing out such a wonderful magazine also.

:: Selvanayaki Rajaratnam on Apr 4, 2009

Swamiji, even though I am a Christian I am married to a Hindu Indian. After reading the magazine Siddhitimes, I thought that you are also like other Swamijis. I approached you only half mindedly to solve the problem in selling my lands. To my surprise you gave me exact directions without caring for the money. Only after your consultation and rituals my land was sold with a good profit. As I pledged in my mind I am sending $10001.00 as a donation to the Temple. Namaskars Swamiji. Whenever you come to Hawaii please stay in my house and bless all of us. Thanks once again.

:: Andrea Soman on Apr 4, 2009

Respected Siddhar Swamiji, I approached you to solve the problems in my job and career. You preferred some Thantric rituals and you performed those rituals. By the power of the mantras and rituals, now I am in a good job. Thank you very much for making my life a wonderful one.

:: Darshi Satya on Apr 4, 2009

Swamiji, I am a young man. Even though I study hard, I was not able to do well in my examinations. I was unable to get a good job also. I consulted you. You did some wonderful rituals and by your gracious and auspicious blessing, I am doing well in my studies. I have a job also. Thanks and Namaskars.

:: Chandanu M Raj on Apr 4, 2009

Parampujya Siddharji, I had many problems caused by evil spirits. I had no sleep at all during the nights. I consulted many physicians and no medicine helped me to get rid of my sleepless nights' problem I consulted you. You performed a great ritual based on Atharva Veda and now I am

Sri Selvam Siddha's YogaCraft related Feedback

6/11/2015

Thu Jun 11 2015 11:01:33 GMT-0500
(Central Daylight Time)

Home | About us | Spiritual Services | Our People | Donations | Contact Us

Atharva Veda | Articles | Vedic Astrology | Spiritual Products | Video Gallery | Photo Gallery | Feedback | Disclaimer

FEEDBACK / COMMENTS

 Prashanthini Velavan
May 17, 2009

Respected Swamiji, I had the holiest occasion of getting your personal blessings from you during your visit here by the second week of last month. I requested you to clear the black magic on my father's family. You did a great ritual with mantra, yantra and thantra and removed the black magic. Now my parents are very happy. Namityudan Vanakkangal Ayya. Please come and bless our home at Sri Lanka also

more...

 ⊙ Subcribe
☺ Unsubscribe

Type your E-mail Address

Submit

Calender Events

**Jun 2015**

| Mo | Tu | We | Th | Fr | Sa | Su |
|----|----|----|----|----|----|----|
| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| Today | | 11 | 00 | am | | |

OUR MAGAZINE

## Feedback / Comments View

**Add your Feedback/Comments**

Dear Swamiji, Thanks and Namaskarms for bringing out a great metaphysical magazine to enlighten the community. We are very happy to read the article Vedic Astrology. My family members and I have become the regular readers of the magazine.

:: **Radha Krishna on Apr 2, 2009**

Swamiji, after seeing your website, I approached you to solve the problems in my family. My financial position and problems in all walks of life. You came to my family personally and performed rituals. Now the problems are being solved gradually. Thank you very much for your wonderful prayers and rituals. Please shower your continuous blessings on me and my family.

:: **Babulal on Apr 2, 2009**

I am a poor man. I have two daughters. Even though my wife and I work very hard we were not able to get a good job. We approached you. You found that we have some black magic problems. You solved the problem very easily with your wonderful mantra power. Now we are getting well in all our affairs. Salutes to you and your wonderful mantra power.

:: **Ajeesh on Apr 2, 2009**

Respected Siddhar Swamiji, I approached you to solve the problems in my job and career. You preferred some Thantric rituals and you performed those rituals. By the power of the mantras and rituals, now I am in a good job. Thank you very much for making my life a wonderful one.

:: **Shanti Alwar on Apr 2, 2009**

i won't able to believe my eyes when i entered into the hindu temple of georgia it's seems to be like heaven. With the atharva vedic chanting & the incense smell and all the divine gods. I was realy blessed by the selvam siddhar swamiji.

:: **shiva vishnu priyan on Apr 2, 2009**

6/11/2015

Case 1:16-cv-01984-LAP   Document 3-4   Filed 03/16/16   Page 42 of 45
Case 1:13-cr-00437-TCB-C&M Selva Siddhar Yoga Craft related feedbacks03/16/15   Page 51 of 168

Thu Jun 11 2015 11:07:34 GMT-0500
(Central Daylight Time)

Home | About us | Spiritual Services | Our People | Donations | Contact Us

Atharva Veda | Articles | Vedic Astrology | Spiritual Products | Video Gallery | Photo Gallery | Feedback | Disclaimer

FEEDBACK / COMMENTS



Prashanthini Velavan
May 17, 2009

Respected Swamji, I had the holiest
occasion of getting your personal
blessings from you during your visit here
by the second week of last month. I
requested you to clear the black magic
on my father's family. You did a great
ritual with mantra, yantra and thantra and
removed the black magic. Now my
parents are very happy. Nanriyudan
Vanakkangal Ayya. Please come and
bless our home at Sri Lanka also

more...



◉ Subcribe
◎ Unsubscribe

Type your E-mail Address

Submit

**Calender Events**

| | | Jun 2015 | | | | |
|---|---|---|---|---|---|---|
| Mo | Tu | We | Th | Fr | Sa | Su |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Today | | 11 | 05 | | am | |

OUR MAGAZINE

## Feedback / Comments View

Add your Feedback/Comments

My 5 years old daughter is a regular reader of the magazine Siddhitimes.
She loves the Kids' Corner. Please give her a chance to publish her
paintings in this holy spiritual magazine.

:: RajJayaram on Mar 29, 2009

am having a son and a daughter. My son is having some kind of mental
problems and due to those problems he was unable to concentrate in
higher studies. I consulted many physicians and astrologers. I came to
you at last. You checked the horoscope of my son and performed some
Atharva Vedic rituals. Now he has returned to his normal life and he
studies well. Thanks and Namaskars for making me and myself happy.

:: Anitha Davar, Chandler on Mar 29, 2009

Respected Siddhar Swamiji, I approached you to solve the problems in
my job and career. You preferred some Thantric rituals and you
performed those rituals. By the power of the mantras and rituals, now I
am in a good job. Thank you very much for making my life a wonderful
one.

:: Shanti Alwar on Mar 29, 2009

Swamiji, I came to this country along with my wife. We both had jobs but
in different cities. Even though we were married, we had to live as
bachelors. We had much confusion in our life. We approached your good
self to fix these problems. You fixed the problems in a wonderful way
with your Atharva Veda Thantric rituals. Now we are leading a peaceful
and wonderful life. I thank you and your magazine for making my life as
the best..

:: H.P.Shingania on Mar 29, 2009

Swamiji I have no words to explain your power. After reading the
magazine Siddhitimes I approached you to bring out my son from
drug addiction. You brought my son out from his drug addiction. Even
though I am a Muslim, I keep your photo in my house and worship it
daily. Thanks and Salaams Swamiji

:: Jaylani on Mar 29, 2009

6/11/2015                                    Sri Selvam Siddhar's YogaCraft related Feedback

Thu Jun 11 2015 11:09:13 GMT-0500
(Central Daylight Time)

Home  |  About us  |  Spiritual Services  |  Our People  |  Donations  |  Contact Us



Atharva Veda  |  Articles  |  Vedic Astrology  |  Spiritual Products  |  Video Gallery  |  Photo Gallery  |  Feedback  |  Disclaimer

**FEEDBACK / COMMENTS**

Prashanthini Velavan
May 17, 2009

Respected Swamji, I had the holiest
occasion of getting your personal
blessings from you during your visit here
by the second week of last month. I
requested you to clear the black magic
on my father's family. You did a great
ritual with mantra, yantra and thantra and
removed the black magic. Now my
parents are very happy. Nanriyudan
Vanakkangal Ayya. Please come and
bless our home at Sri Lanka also

more...

### Feedback / Comments View

Add your Feedback/Comments

I am a poor man. I have two daughters. Even though my wife and I work
very hard we were not able to get a good job. We approached you. You
found that we have some black magic problems. You solved the problem
very easily with your wonderful mantra power. Now we are getting well
in all our affairs. Salutes to you and your wonderful mantra power.

:: Ajeesh on Mar 26, 2009



1  2  3  4  5  6  7  8



(R) Subcribe

(S) Unsubscribe

Type your E-mail Address

Submit

### Calender Events

| | | Jun 2015 | | | | |
|---|---|---|---|---|---|---|
| Mo | Tu | We | Th | Fr | Sa | Su |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Today | 11 | 05 | | am | | |



DOB MAGAZINE

**Our Supported Websites**

Vedic Astrology , Spiritual Healing, Marraige, Children, In-Laws, Relationships, Business, Partnerships, Blockage, In Success, Court Cases, Immigration, Medical
Malpractice, Vasthu, Black Magic, Jadoo, Bad Dreams, Sleepless Nights, Mental Stress, Depression, hindu temple of georgia yogacraft, siddhiusa, dr commander selvam,
commander selvam, sri selvam siddhar, selvam siddher, swamji selvam siddhar, siddhar selvam

5900 Brookhollow Parkway NW Norcross, GA-30071, Tel: 770 447 9393, Web : www.yogacraft.com

Copyright © 2008 Yogacraft. All rights reserved
Web Design by VisualsIndia

   

http://yogacraft.com/allfeedbacks.php?pg=8

**Hindu Temple of Ohio**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Money:
In pursuit of money, man descends to the level of the beast. Money is of the nature of manure. Piled up in one place, it pollutes the air. Spread it wide; scatter it over fields; it rewards you with a bumper harvest.

› read more...

**Articles**

Siddhar

❖ BRAHMAN AND HIS KNOWLEWDGE

❖ Vasikaranam through Atharva
› read more...

**FEEDBACK / COMMENTS**



**Badrinathan Ramakrishnan, Miami, FL**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Krishnaveni, Amsterdam, Netherlands
  **Date :** 11/25/2011
  **Comments :** One night after I had gone to bed I had the glimpse of Swamiji in a dream. I saw a scene in which a Yagna was going on and it was being performed by Swamiji in the company of several disciples.
  In the next scene I saw Swamiji with both palms joined seated before the Yagna fire. Siddhar ji was chanting yakshini Thilotma Mantra.
  In the third scene I saw that Swamiji had raised his right hand in blessing and he was seated three feet above the ground. A divine radiance was pouring out from his hand and eyes. The brightness of the light made me shut my eyes. The next morning when I saw the rising sun I realized that the light I had seen in the dream was even more bright than the sun. I felt blessed on having the glimpse of our Swamiji . I hope he keeps blessing me all my life.

- **Name :** Nilotama Bhatnagar, Geneva, Switzerland.
  **Date :** 11/25/2011
  **Comments :** In July 2011 as directed by you I started the Atharva Soolini Sadhana in order to complete 1.25 lakh chantings of its Mantra. I did the Sadhana both in the morning and at night. When I started the Mantra chanting all was fine. Fifteen days went by but I had no divine experience. But suddenly one day my body became tense and my hand, rolling the beads of the rosary stopped. There was intense pain in the whole body. I could hardly hold the rosary. Then I clearly heard a woman's voice.
  I could not understand what was going on. Then again my fingers started to move and I resumed the Mantra chanting. That night I felt very light. I realized that Mother Goddess Soolini was there somewhere nearby. Thus I completed 1.25 lakh chanting in 21 days. I had to perform oblations twelve thousand times in the holy fire. Along with other disciples of Swamiji, we started the Yagna. The Yagna had just started when suddenly a milky light appeared in the room. One of the disciples even took a photograph of the divine light, then there was a loud knocking at the door. When the door was opened there was no one there.
  When the Yagna was over the sweets were distributed. After some days when the negatives were developed we clearly saw the form of Goddess Soolini in the picture of the holy fire. It is all due to the grace of Swamiji that I could accomplish such a tough Sadhana. When we were singing a hymn, in the end one of the disciples became so overwhelmed by the divine atmosphere that she suddenly shouted - Swamiji is here! Sing loudly! Thus this wonderful Sadhana was accomplished with amazing experiences. May holy Swamiji' always shower his grace on us.

- **Name :** Archana Shivsahankar, Dallas, TX
  **Date :** 11/25/2011
  **Comments :** This event relates to 22nd June 2011. As usual that day I was engaged in worship early in the morning. Suddenly I had a very strange experience. As I was chanting the Guru Mantra my eyes closed on their own. I wanted to but could not open them up. Thereafter I started to chant the Atharva Soolini Siddhi Mantra. I felt as if my body had become lifeless. I also felt as if I was not in my Sadhana room rather I was somewhere else where there was snow on all sides. Then suddenly I saw Swamiji Sri Selvam Siddhar. He was seated on a very clean and huge rock. His eyes were closed and he was deep in Samadhi. Very wonderful was the scene.

  For some moments the scene remained before my vision and then suddenly I opened my eyes to find myself at home. It seemed as if I had traveled from somewhere far. Tears were flowing incessantly from my eyes and I was feeling very peaceful at heart. I have had many experiences during Mantra chanting but this experience was unique.
  It was all due to the love and blessings of Swamiji. I often feel the subtle presence of Sadgurudev Nikhil. Many times I can smell a divine fragrance marking his presence.

- **Name :** Seema Solanki, Waltham, MA
  **Date :** 11/25/2011
  **Comments :** I have been reading the magazine for the past several years. I obtained Guru Diksha in the retreat camp last year . In November last year my second son got married. A month before that I suddenly developed Sciatica pain. The pain grew so much that I found it difficult even to walk. Many expert doctors were consulted but the pain grew worse. I became very worried and one day while worshipping Swamiji I prayed to him to cure me so that I could attend the marriage of my son. I even sent a letter to Swamiji to this effect.
  Then all of a sudden I came into contact of a person who knew about nerves and how to cure related ailments through

someone has used Black Magic on you, as a result of which all

massage. The doctors advised me against it but I went to the person for three days and within three days I was fully cured. The marriage went off well and I could participate in it due to Swamiji Sri Selvam Siddhar ji 's grace. Today I am totally healthy. I offer my prayers to Swamiji and ask him to keep showering his grace on us always.

**BLESSED LETTER SUBSCRIBER**

- Subscribe
- Unsubscribe

- **Name :** Darpan Singh, Bakersfield, CA, USA
  **Date :** 11/25/2011
  **Comments :** I am a farmer in Bakersfield , CA. I used to work very hard in my fields but the fruit of my labor was never adequate. This is why I started to feel bored of farming. The work was more and returns were poor. I also found it difficult to sit in Sadhanas and chant Mantras. So Guru Maharaj advised me that I should offer my services to Him. So with the help of other disciples of Gurudev we organized a Sadhana Camp in our farm. Revered Gurudev Ji graced the occasion. After this there was no looking back. The doors to fortune that seemed to be shut for me for the past five years were thrown open. This year I had record turn over from my land. This happened due to the love and blessings of Sadgurudev.

Select a Page
1 | 2 | 3 | 4 | 5 | Next >>

Number of Followers
**2209**

Copyright @ 2008. vanadurgamandir.org. All Rights Reserved. websitedesign by web design company chennai

