Home  |  About Us  |  Our Gods  |  Our Priests  |  Atharva Vedic Manthras  |  Temple Program  |  Donations  |  Gallery  |  Reach Us  |  Links  |  Disclaimer & Privacy Policy



**Hindu Temple of Ohio**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Time and Good Luck:

It takes time for a fruit to mature and acquire sweetness and become eatable; time is a prime factor for most good fortunes.

> read more...

## Articles

### KNOWLEDGE



❖ Vasikaranam through Atharva Vedic Astrology and Atharva Veda Thantric Rituals

> read more..

## FEEDBACK / COMMENTS

**Jayadurga Das, Colorado Springs, CO, USA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

# FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Jitendera Nambiar, Nashville, TN, USA
  **Date :** 11/25/2011
  **Comments :** My younger brother's daughter had been ill for the past several days. At last one day she had to be admitted to a nursing home. She was given glucose intravenously but there was no improvement in her condition. After some time white foam started to appear from her mouth. The doctor rushed to her bed and started to shake her. He also slapped her gently but there seemed to be no life left. Suddenly my mind went to Guruji Selvam and I prayed to him to help. I thought that if Sadgurudev did not help me now who else would?
  I thought that if Guruji did not help now the family's faith in him would be shaken. As I concentrated on the form of Guruji I also started to chant the Atharva Mantra initiated to me by Guruji . I had read somewhere in the magazine that if one is chanting Guru Mantra death can not come near. Till the Guru does not assent death can not harm the person chanting the Guru Mantra.
  I caught hold of the hand of my niece and started to chant the Mantra, After half an hour the foam from the mouth stopped. Then the body moved and she returned to the conscious state. I called out her name and she uttered a few words. I was filled with joy and I felt indebted to Guruji . The doctor too was baffled how the child had returned from death. The girl is healthy now and Guruji saved me from disgrace.
  Whenever we worship Guruji the child comes to the room and bows before the picture of Guruji . When ever I remember that day I bow to Gurudev and I feel like chanting - Jaya Gurudevi Please make sure that have Guruji " Selvam Siddhar' s picture in your pooja room and do namaskar to Guruji every day morning and evening.

- **Name :** Sunil Malhotra , Campli, CA, USA
  **Date :** 11/25/2011
  **Comments :** Swamiji, I am very happy today that you have fulfilled my wish. Due to your grace I have passed the examination. I was to appear in the USMLE exam this year and I was very much worried. The reason was that I was not able to complete my course. But I was sure that Gurudev's blessings were with me. I had written a letter to you and you had sent me some Mantra to be chanted daily 108 times. I did this and due to your powers I was successful in the exam. I know that you are very kind to us and I also know that when you are with me then my misfortune can change into good luck and failure into success. Your kindness is beyond words. I just hope that may you keep making me progress in life. May I get your love throughout life.

- **Name :** Rajesh Saini , Detroit, Michigan
  **Date :** 11/25/2011
  **Comments :** I was troubled by spirits. I obtained Rituals through the support of Siddhar Ji. My brother was also affected by spirits and occasionally he would lose balance of mind. Local Tantriks had given up the case. One day I read the experience of other people with Siddhar Ji in the Karma Magazine and it encouraged m approach swamiji. Surprisingly he benefited a lot from it. I started consulting swamiji regularly and he became normal.
  But then my married sister started to be troubled by spirits. Her in laws tried to get her treated but failed. They left her with us and also abused us. Again my Swamiji helped me too. One day when she was being traumatized by a ghost I put the Swamiji's picture in front of her neck. The spirit left immediately. Now my brother and sister are both well. It is all due to the grace of Siddhar Maharaj.

- **Name :** Sudha Krishnamurthy — East sound, WA
  **Date :** 11/25/2011
  **Comments :** I am a regular reader of Karma. After reading the magazine, I am able to understand what Astrology is and how to solve the problems. I can even challenge any Astrologers in the world. Thanks and namaskars to Swamiji Siddhar for the wonderful article "Vedic Astrology".

- **Name :** Sindhu Agarwal, Baker, LA
  **Date :** 11/25/2011
  **Comments :** I had many personal problems, those I do not want to expose. I requested Swamiji Sri Siddhar to solve those problems. He performed wonderful Atharva Vedic Thanric rituals and by the power of those rituals done by Swamiji personally, I have come out of all the problems in my life. I dedicate my lifetime to Swamiji. His spiritual discourse during his tour at was very informative and awesome.




**Hindu Temple of Ohio**

### Siddhar's Arulvakku
### ( Swamiji's Blessings )

We must believe in science which also emanates from Vedas. Raaghu and Kethu being non-alive cannot give bad effect on our lives but a person@s deeds (good or bad) affects his life accordingly.

> read more...

### Articles

The Thrilling Swamini Sri Selvam Siddhar

◆ BRAHMAN AND HIS KNOWLEWDGE

. . . . . . . . .

> read more..

### FEEDBACK / COMMENTS



**Fredrick Victor, Manchester, VT**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

### Add your Feedback/Comments

- **Name** : Seema Rao, Knox, IN
  **Date** : 11/25/2011
  **Comments** : My brother had some immigration problems. I had the rare chance of meeting Sri Siddhar during his tour at my home town. I asked for spiritual salvation. He performed some rituals and I had the great opportunity to take part in the rituals. By the power of Swamiji, my brother is now eligible to fly globally. Thanks and pranams to Swamiji for making my brother as the happiest man.

- **Name** : Kumari Khanna
  **Date** : 11/25/2011
  **Comments** : We had many troubles in our business. As per the directions of one of your devotees from our place we requested you to give us a spiritual salvation from the problems. You scrutinized our horoscopes and performed some rituals based on the Atharva Veda. By the power of you and your Atharva Vedic Thantric Rituals, we are developing now. Our lives are dedicated to you Swamiji.

- **Name** : Santosh Shivni- Chicago, IL
  **Date** : 11/25/2011
  **Comments** : Dear Swamiji, I had the rare chance of meeting you at my place. You gave me a copy of the magazine Karma. Thanks and Namaskars for bringing out a great metaphysical magazine to enlighten the community. Please add me in your temple's regular mailing list. I pledge to pay a donation of US$ 101.00 every month for the magazine.

- **Name** : Peter Chaudhry – Frostburg, MD
  **Date** : 11/25/2011
  **Comments** : I am a converted Christian. I converted myself into Christianity, as I had no opportunity to know about Hinduism and the rituals of Hinduism. On my trip to Ohio, I went to the Hindu Temple of Ohio just as a pleasure trip. There I had an opportunity to meet Swamiji Siddhar. I was attracted by the lecture given by him. He explained me about Hinduism. He advised me a lot and he told me not to convert again from Christianity to Hinduism but to follow a spiritual life. I am enlightened by his speech and advice. I thank a lot to Swamiji for making me a spiritual man.

- **Name** : aa
  **Date** : 10/07/2011
  **Comments** : abc

Select a Page

<< Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Hindu Temple of Ohio**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

If you care to observe carefully you shall find that I am present everywhere and all around you. I vibrate in each particle of nature and am present in the fragrance of the flowers as well. Just look carefully at a flower. Do you not behold me in its beau

> read more...

**Articles**

* Useful Tips from Atharva Vedic Vasthu Shastras...
* Spirituality...
* SEETHA DEVI
* Misconceptions of Yagna by the...

> read more..

**FEEDBACK / COMMENTS**



**KISH**
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just by putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

---

# FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

* **Name : NIOTA MAHARAJ, Miami, FL, USA**
  **Date : 09/24/2011**
  **Comments :**
  Siddhar Swamiji, I am a vedic scholar. I have completely read the Krishna Yajur Veda. I have understood the essence of Veda only because of you. Even though I am not qualified enough, but of my age I bless you to have a long and happy life and I pray the almighty to shower its entire blessings on you for continued humanitarian services.

* **Name : Name : Prabhu Mahadevan, Alpharetta, GA, USA**
  **Date : 09/24/2011**
  **Comments :** Siddharji you have done a great miracle with my son, who was addicted to drinks. Now he is fine. Once again thanks Swamiji.

* **Name : Anitha Ramanan, Queens, NY, USA**
  **Date : 09/24/2011**
  **Comments :**
  Swamiji Pranamll I have got your Temple News through my family friend in Atlanta.. It is remarkable ....the services you are doing. Your entire 15 priest are excellent, and I was really stunned with the beautiful services performed by the Pundits. Count me as your strong follower and I am always at your service. I shall come with all my friends to get your blessings and delighting lecture. Good

* **Name : Valarmathi Sundaresan, Saratoga, CA, USA**
  **Date : 09/24/2011**
  **Comments :** SWAMIJI I HARED LOT ABOUT YOU, AND I AM EXCITED TO SEE THAT YOU ARE CONSTRUCTING SHIVA VISNU TEMPLE IN US LET ME KNOW ANYTHING I COULD SERVE YOU IN THIS NOBLE CAUSE? MS.VALARMATHI, ALEXANDRIA, VA

* **Name : SAKUNTHALA PATEL, Athens, GA, USA**
  **Date : 09/24/2011**
  **Comments :** My Dear Swamiji, Thanks for your Thantra Rituals. Finally my parents agreed, and myself Minas are very happy. We will be your devotees always around your Holy feet. Without your Holy blessings, we cannot come to this happiness today. I would certainly recommend to any one in the world that YOU ARE THE BEST GURU MAHARAJ who can settle any ones life problems Thanks Swamiji Pranam .,

Select a Page
<< Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Next >>

Home  |  About Us  |  Our Gods  |  Our Priests  |  Atharva Vedic Manthras  |  Temple Program  |  Donations  |  Gallery  |  Reach Us  |  Links  |  Disclaimer & Privacy Policy



Hindu Temple of Ohio

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

A disciple always feels like rushing to the Guru. Of course due to some problem he might not be able to do so but the longing, the desire is always there to be with the Guru.

› read more…

**Articles**

❖ Introduction to Upanishads

❖ Useful Tips from Atharva Vedic Vasthu Shastras...

❖ Spirituality...

› read more..

**FEEDBACK / COMMENTS**



**Rani Chand Kapoor,**
**Fairfax station VA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Anitha Davar, Chandler, AZ, USA
  **Date :** 09/24/2011
  **Comments :**
  I am having a son and a daughter. My son is having some kind of mental problems and due to those problems he was unable to concentrate in my higher studies. i consulted many physicians and astrologers. I came to you at last. You checked the horoscope of my son and performed some Atharva Vedic rituals. Now he has returned to his normal life and he studies well. Thanks and Namaskars for making me and myself happy.

- **Name :** Ms.Genie Joseph, Prattville AL, USA
  **Date :** 09/24/2011
  **Comments :** Even though I am a Christian, I believe Hinduism. I had problems related to my job and peace of mind. You checked my horoscope and performed some rituals. I also participated in the rituals through phone. By the power of the mantras and the Thantric rituals I am happy and I have got a secured job. Thanks a lot for making my life very happy.

- **Name :** Paramjith Parikh: Tallahassee , FL
  **Date :** 09/24/2011
  **Comments :**
  Swamiji, I am an ardent devotee of Sri.Durga Mata. I came to know about you through the magazines. I came to for the peace in my family and in my business. After taking part in the rituals, I am very happy now. My family life and business are very smooth. I am seeing Sri.Durga Matha in your shape. I humbly submit my pranams to you.

- **Name :** Alkesh Sharma: Vancouver, WA
  **Date :** 09/24/2011
  **Comments :**
  Swamiji, I am an Insurance agent. Even though I work very hard I was not able to make good money. I approached you for remedy. You performed excellent rituals and gave me some mantras to chant. Now all my pain has gone. I am working more hours now than I worked earlier. My financial position is also getting better. My life is indebted to your lotus feet.

- **Name :** Sanjiv bhai Goel: West Springfield, MA, USA
  **Date :** 09/24/2011
  **Comments :** Parampujya Siddharji, I had many problems caused by evil spirits. I had no sleep at all during the nights. I consulted many people and nothing helped me to get rid of my sleepless nights' problem I consulted you. You performed a great ritual based on Atharva Veda and now I am free from all the troubles. Now my life is wonderful. Thanks and pranams Swamiji.

Select a Page
<< Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Next >>

Name
Radha K Lakshmi
Date
4-3-2008
Message
Thank you very much Swamiji for making my only son as a "shining star" in his studies. Only after your Para psychological treatments, he has become the best in his studies. IL USA


Name
Swapna D Jones
Date
4-3-2008
Message
Even though I am married to a Christian, I am a Hindu by birth. Only because of the aversion on Hinduism, I converted myself into Christianity. However, after meeting Sri Siddhar Swamiji I completely understood what Hinduism is and what humanity is. Thanks and my salutations to Swamiji for making me a good spiritual human being. CT


Name
Shantha G Mehra
Date
4-3-2008
Message
Swamiji Siddhar has done wonders in bringing my run down business as the best one. Thanks and Pranams for bringing the run down business as the best one. AL


Name
Claudia
Date
4-3-2008
Message
My daughter's marriage is fixed now only because of the Thantric Rituals performed by Swamiji Siddhar. My entire family's lives are dedicated to the golden feet of Siddhar. AZ


Name
Annam Andrews
Date
4-3-2008
Message
My entire family is indebted to Siddhar. My only son has come out of his drug addiction only due to the miraculous spiritual healings from

Name
Anu
Date
4-3-2008
Message
Thanks and Namaskars to Swamiji for making my family life as the
best in the entire universe. Malhotra,GA


Name
Ganga Bhai
Date
4-3-2008
Message
I came to this country to spend my last days with my only son. Here
I was not able to read a spiritual magazine. One day my son gave me
a wonderful present that is your magazine. From that day onwards I
am very eager to meet Sri Swamiji. Due to my old age I am not able
to fly or drive to Atlanta. Please inform me when Swamiji visits this
state. I wish to get his blessings. My salutations to him for blessing
the community with such a wonderful magazine and temples. LA,
USA


Name
Tarun Sharma
Date
4-3-2008
Message
I had a lot of problems in my business. I was driven to the stage of
bankruptcy. Through the magazine I came to know about Sri Siddhar
Swamiji and consulted him. After his beautiful Thantras I'm coming
out from my troubles. I give my pranams to him for bringing me out
from my bad financial position. FL


Name
Ganesh
Date
4-3-2008
Message
I have a daughter even though she is well educated and cultured, her
marriage was getting delayed. As per the advice of some of my
friends I consulted Dr. Sri Sri Selvam Siddhar Swamiji. By this
consultations and rituals, my daughters got married by the 2nd week
of January 2008, I am now happy, thanks for Swamiji. Alabama, GA

Name

Balesh K Moti

Date

4-3-2008

Message

I had a kind of skin trouble. After reading the magazine Siddhitimes, I approached Swamiji for remedy. He gave me wonderful treatment by two ways. Now I am getting out of my problems slowly. Thanks and pranams to Swamiji for helping me to come out of my physical problems. TN


Name

Peter Chaudhry

Date

3-3-2008

Message

I am a converted Christian. I converted myself into Christianity, as I had no opportunity to know about Hinduism and the rituals of Hinduism. On my trip to Atlanta, I went to the Hindu Temple of Georgia just as a pleasure trip. There I had an opportunity to meet Swamiji Siddhar. I was attracted by the lecture given by him. He explained me about Hinduism. He advised me a lot and he told me not to convert again from Christianity to Hinduism but to follow a spiritual life. I am enlightened by his speech and advice. I thank a lot to Swamiji for making me a spiritual man. CT


Name

Ramanu K Pillai

Date

3-3-2008

Message

When I went for shopping, I picked up the magazine Siddhitimes. I thought that it will be an ordinary magazine but after reading it completely I understood that it is a special one and not the usual magazines. From that day onwards, I became a regular reader of the magazine. Thanks a lot and pranams to Swamiji Sri Siddhar for bringing out such a wonderful magazine. Dallas, TX


Name

Rathi Reddy

Date

3-3-2008

Message

I had some kind of problems related to mind. After reading the magazine Siddhitimes, I approached Swamiji Siddhar for solving the problems. He spent nearly about an hour through telephone and gave me consultations. H advised me to chant some mantras. After chanting those mantras for a period of 27 days, I became well. Now I

have become an ardent devotee of Swamiji Sri Siddhar. I advise all
those who have problems, to approach Swamiji Siddhar and to get rid
of the problems. VA

Name
Walton K Richmond
Date
2-3-2008
Message
I am a professor. I am much interested to know and learn a lot about
the religions. On going through the website, I had a chance to read
the magazine Siddhitimes. The writings of Swamiji Sri Siddhar
covered me. His editorial is the best and shows his humbleness and
politeness. Thanks to him. I pray the Almighty to shower his entire
blessings on Swamiji Siddhar and his family for doing more and more
good works like this. Huston, TX

Name
Rathi Reddy
Date
2-3-2008
Message
I had some kind of problems related to mind. After reading the
magazine Siddhitimes, I approached Swamiji Siddhar for solving the
problems. He spent nearly about an hour through telephone and gave
me consultations. H advised me to chant some mantras. After
chanting those mantras for a period of 27 days, I became well. Now I
have become an ardent devotee of Swamiji Sri Siddhar. I advise all
those who have problems, to approach Swamiji Siddhar and to get rid
of the problems. VA

Name
Ramanu K Pillai
Date
2-3-2008
Message
When I went for shopping, I picked up the magazine Siddhitimes. I
thought that it will be an ordinary magazine but after reading it
completely I understood that it is a special one and not the usual
magazines. From that day onwards, I became a regular reader of the
magazine. Thanks a lot and pranams to Swamiji Sri Siddhar for
bringing out such a wonderful magazine. Dallas,TX

Name
Peter Chaudhry
Date
2-3-2008

Message
I am a converted Christian. I converted myself into Christianity, as I
had no opportunity to know about Hinduism and the rituals of
Hinduism. On my trip to Atlanta, I went to the Hindu Temple of
Georgia just as a pleasure trip. There I had an opportunity to meet
Swamiji Siddhar. I was attracted by the lecture given by him. He
explained me about Hinduism. He advised me a lot and he told me
not to convert again from Christianity to Hinduism but to follow a
spiritual life. I am enlightened by his speech and advice. I thank a lot
to Swamiji for making me a spiritual man. Huston, TX


Name
Rathan Sinha
Date
2-3-2008
Message
I owned five houses. All of a sudden, I was driven to the worst
situation of selling all of those houses. I approached Swamiji Siddhar
to know the reasons and to stop selling the houses. He analyzed my
horoscope and found the reasons for this. He also performed some
rituals. By his powers, I got many helps from un-foreseen persons.
By that the selling of the houses were avoided. I pledge my lifetime
for the service of Swamiji Sri Siddhar and his magazine Siddhitimes.
Germany


Name
Asuthosh Shukla
Date
2-3-2008
Message
I had many problems in my family, particularly with my in laws. I
approached Swamiji Siddhar to solve the problems. He solved all the
problems in a very simple manner. Now I have a wonderful
relationship with all my in laws. Namaskars to Swamiji for making my
life wonderful.LA, CA


Name
Bolly Patel
Date
2-3-2008
Message
I am eagerly waiting for the opening day of the new Hindu Temple in
our area. Thanks and pranams to Swamiji Siddhar for donating a new
Hindu Temple to our town. Even though we have Temples in our area,
there is a great politics, group fights and egos. Please give us a
Temple without the previously mentioned unwanted things. LA

Name

Sindhuja Ganesh

Date

1-3-2008

Message

I got married five years back. We had no kids. After reading the magazine Siddhitimes, we approached Swamiji Sri Siddhar to solve the problem. He found that due to some black magic we were unable to get good kids. He performed some Thantric rituals and blessed us. Now I am pregnant. Thanks to Swamiji for blessing us. Sindhuja,AZ


Name

Gowthami Gantula

Date

1-3-2008

Message

I have a son of seven years old. All of a sudden, he became very dull in his studies. After reading the magazine, I personally approached Swamiji Siddhar to solve the problems. As a parapsychologist, he gave some treatments to my son. Now he is doing very well in his studies. Thanks and pranams to Swamiji for making my son well. Thanks for bringing out such a wonderful magazine also. Gowthami.Alpharetta,GA


Name

Sudha Krishnamoorthy

Date

1-3-2008

Message

I am a regular reader of Siddhitimes. After reading the magazineI am able to understand what Astrology is and how to solve the problems. I can even challenge any Astrologers in the world. Thanks and namaskars to Swamiji Siddhar for the wonderful article "Vedic Astrology".Sydney


Name

Sindhu Agarwal

Date

1-3-2008

Message

I had many personal problems, those I do not want to expose. I approached Swamiji Sri Siddhar to solve those problems. He performed some rituals and by the power of those rituals done by Swamiji personally, I have come out of all the problems in my life. I dedicate my lifetime to Swamiji.Swiss


Name

Seema Polanki
Date
1-3-2008
Message
My brother had some immigration problems. I approached Sri Siddhar
for salvation. He performed some rituals and I had the great
opportunity to take part in Tele rituals. By the power of Swamiji, my
brother is now eligible to fly globally. Thanks and pranams to Swamiji
for making my brother as the happiest man.Hyderabad, India


Name
Ram Ahluwaliya
Date
1-3-2008
Message
My daughter's marriage was being delayed. I used to read
Siddhitimes magazine through the website. I approached Swamiji to
solve this problem. He performed Yaksha Devatha rituals and now
my daughter's marriage is fixed. My pranams to Swamiji for solving
the problem.Canada


Name
Kumari Khanna
Date
1-3-2008
Message
We had many troubles in our business. By reading the magazine, we
approached Sri Siddhar Swamiji. He scrutinized our horoscopes and
performed some rituals based on the Atharva Veda. By the power of
Swamiji and his Thantra rituals, we are developing now. Our lives are
dedicated to Swamiji Siddhar. Dallas,TX


Name
Radha Krishna Pandya
Date
1-3-2008
Message
Dear Swamiji, Thanks and Namaskarms for bringing out a great
metaphysical magazine to enlighten the community. We are very
happy to read the article Vedic Astrology. My family members and I
have become the regular readers of the magazine. Huston TX


Name
Dhilan Singh
Date
1-3-2008
Message

My business is increased to a level of nearly 75 % due to the divine blessings of Swamiji Sri Sri Selvam Siddhar, I am very glad to be the reader of the magazine Siddhi Times. I thank the editor and publisher for giving me an opportunity to meet Sri Swamiji. Only because of reading the magazine I got the opportunity to approach Sri Swamiji for the development of my business. Thank you very much. Alabama


Name
Hemarao
Date
1-3-2008
Message
My daughter was unmarried till her age of 31. after reading the article Vedic Astrology in your magazine, I came to know about Sri Swamiji. I consulted him regarding my daughter's marriage. His beautiful Atharva Vedic rituals, my daughter's marriage got settled within a short span. I humbly submit my pranams to His Holiness Sri Siddhar Swamiji. Huston,TX


Name
Nitin Patel
Date
29-2-2008
Message
I had a terrible stomach ailment. I consulted a lot of physicians and surgeons, nobody could diagnose the reason for the ailment. As according to the advise of my friend I consulted Sri Siddhar Swamiji, and he diagnosed as "Due to some Black Magic done on me I am having the ailment". He performed the rituals to remove the Black Magic. By the power of his rituals I am relieved from the ailment. I am ready to dedicate even my life for Sri Swamiji. VA


Name
Hemanth K. Shah
Date
29-2-2008
Message
I read the articles in the magazine. I am stunned to read the wonderful zodiac connection by Swamiji Sri Siddhar. He has done the most accurate predictions. Thanks a lot to him. IL


Name
Hari
Date
29-2-2008
Message
I feel very glad to know about the arrival of new Hindu Temple in our

State very soon I am ready to give a notable donation for the new
Hindu Temple. Thanks to Swamiji Sri Siddhar for contributing a
Temple in the State. CA


Name
Kumar Gaddam
Date
29-2-2008
Message
I am very happy to know that a new " Mall of India " in our town, I am
eagerly expecting the opening day of the new Mall and Authentic
Indian Restaurant. Atlanta, GA


Name
Chandra Kumar
Date
29-2-2008
Message
I like to read the " Krishna Leela " in your prestigious Siddhi Times
magazine. I feel as if I have gone to the period of Sri Krishna when
reading the article. Thank you very much for giving such a nice
article. Douglasville, GA


Name
Radhika Choudhry
Date
29-2-2008
Message
I have become a regular reader of your magazine. I keep all the
copies in my personal library. I like the article " Vedic Astrology " very
much. My pranams to Sri Swamiji Siddhar for giving such a wonderful
article. He is making the tough astrology as very simple. Apple
Valley, CA


Name
Rajan K. Pillai
Date
29-2-2008
Message
The lines " My Boss has 108 Names and Every Hindu in the world
knows him. His name is Shankar Bhagawan " from the Editorial of Sri
Swamiji Sri Siddhar, the highest and only Indian donor for a noble
cause touched my heart. I am very grateful for his humbleness. My
Namaskars to him and his hunbleness. NY


Name

Kalyan D Iyer
Date
29-2-2008
Message
I read the article " The Benefit of Fire Worships" by Sri Selvam
Siddhar. He has showed himself as a scholar in this beautiful article.
He has quoted a lot of points from the Vedas. He has dealt this tough
subject in an easy way so that each and everybody who even doesn't
know what is the subject. Thanks to Swamiji for giving such a nice
writing. NJ


Name
Naresh Gupta
Date
29-2-2008
Message
I use to read the magazine through the website www.siddhiusa.com,
my blessings to the kid Selvi Vishal for her beautiful stories in the
Kids Corner of the magazine. The jokes are also very nice. The
drawings of Abi & Vishal are very nice. Lord Ganesha with Shivalinga
moved me much.Alpharetta, GA


Name
John K. Stevens
Date
29-2-2008
Message
Eventhough I am a Christian I love Hinduism and visiting Hindu
Temples. I am very happy to note that a new Hindu Temple is
Coming in my area. I thank Sri Swamiji for bringing out a beautiful
Hindu Temple in this area. Huston, TX


Name
Taara K. Singh
Date
28-2-2008
Message
I am very happy to know about Sri Atharva Soolini through the
magazine and visited the temple to have a darshan of the deity on a
Full Moon Day. I got the blessings of the deity and the Swamiji. Now
I am able to concentrate more on my affairs. Thank you Swamiji for
giving me an opportunity to worship such a rare deity. Houston,TX


Name
Claudia
Date
28-2-2008

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Leader:
One who earns leadership of the messes by working ceaselessly for people's welfare finally realizes that he has been rewarded with many added advantage.

› read more...

Articles

* Introduction to Upanishads
* Useful Tips from Atharva Vedic Vasthu Shastras...
* Spirituality...

› read more..

**FEEDBACK / COMMENTS**

 **Charles Misty, Miami, FL.**
**Apr 04, 2016**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts. we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

* **Name :** Shiva Priya Tadani Phoenix, AZ
  **Date :** 07/03/2011
  **Comments :** Siddharji, after reading the wonderful magazine Karma , I have approached you to solve my family problems. You found that the problems are due to the evilness of planets and you removed the evilness of the planets in my horoscope and blessed me with a wonderful life. I dedicate my life time for your divine services. Pranams and Namaskars.

* **Name :** Shivani Anjalika TN, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji came to you to bring up my downtrodden business. You guided me in the proper way and, only because of that guidelines, my business is going upwards. You please be the consultant to the company and give your esteemed ideas to grow more and more. Namaskars and thanks Swamiji.

* **Name :** Xavier Antony AL, USA
  **Date :** 07/03/2011
  **Comments :** Revered Siddhar, I have no words to explain the power of your mantras. You have saved me and my family from suicide. We had an idea to commit suicide because the debts. You showed me the best ways to come out of the debts. Once again thanks to you and your fantastic magazine Karma

* **Name :** Gary H Fernley, Paris
  **Date :** 07/03/2011
  **Comments :** I am a German. I have read a little bit of Vedas. Only after your meeting at Swiss, I am able to think more clearly. Thanks for giving me a wonderful vision. Please expand your magazine circle to my country also to enlighten more and more people.

* **Name :** Kaur Lahwinder, NJ, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji, I came to this country along with my wife. We both had jobs but in different cities. Even though we were married, we had to live as bachelors. We had much confusion in our life. We approached your good self to fix these problems. You fixed the problems in a wonderful way with your Atharva Veda Rituals. Now we are leading a peaceful and wonderful life. Thank you very much and namaskarams.

Select a Page

<< Previous | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

Hindu Temple of Ohio

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

When a pot filled with water is immersed into an ocean the water in the pot becomes part of the vast expanse. Similarly a disciple through the medium of selfless service to the Guru fuses his soul with that of the Guru. This process of becoming one with t

›read more...

**Articles**

✦ Spirituality
✦ Wonderful Siddhars
✦ Introduction to Upanishads
✦ Useful Tips from Atharva Vedic

›read more..

**FEEDBACK / COMMENTS**



**Delfa, NJ**
**Apr 04, 2016**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just by putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Mr. Alkesh Sharma: Vancouver, Canada
  **Date :** 07/03/2011
  **Comments :** Swamiji, I am an insurance agent. Even though I work very hard I was not able to make good money. I approached you for remedy. You performed excellent rituals and gave me some mantras to chant. Now all my pain has gone. I am working more hours now than I worked earlier. My financial position is also getting better. My life is indebted to your lotus feet.

- **Name :** Sanjiv Bhai Goel: West Springfield, MA, USA
  **Date :** 07/03/2011
  **Comments :** Parampujya Siddharji, I had many problems caused by evil spirits. I had no sleep at all during the nights. I consulted many physicians and no medicine helped me to get rid of my sleepless nights' problem I consulted you. You performed a great ritual based on Atharva Veda and now I am free from all the troubles. Now my life is wonderful. Thanks and pranams Swamiji.

- **Name :** Mr. Iyengar Ramani: Saratoga ,CA, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji, Namaste. I approached to solve the problems of my son. He got involved in some affairs and he was imprisoned. Even after the arguments of many attorneys, he was not let free. I approached you to solve this problem. You performed wonderful Atharva Vedic rituals. Now he has come out of the case. My entire family is surrendered to your lotus feet.

- **Name :** Mr Bhaskara Manohara, Elmhurst, NY, USA
  **Date :** 07/03/2011
  **Comments :** I am a poor man. I have two daughters. Even though my wife and I work very hard we were not able to get a good job. We approached you. You found that we have some black magic problems. You solved the problem very easily with your wonderful mantra power. Now we are getting well in all our affairs. Salutes to you and your wonderful mantra power.

- **Name :** Mr. Mishrepar Stevenson , JAMAICA,
  **Date :** 07/03/2011
  **Comments :** Mr. Swamiji, I am a young man. Even though I study hard, I was not able to do well in my examinations. I was unable to get a good job also. I consulted you. You did some wonderful rituals and by your gracious and auspicious blessing, I am doing well in my studies. I have a job also. Thanks and Namaskars

Select a Page

<< Previous | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | Next>>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

**Hindu Temple of Ohio**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

The study is based on the interest of a student, so take that subject which is of your interest. Otherwise, you may do higher studies and can either be a lecturer or a professor or a certified public accountant.

› read more...

**Articles**
* Spirituality
* Wonderful Siddhars
* Introduction to Upanishads
* Useful Tips from Atharva Vedic Vasthu Shastras...

› read more..

**FEEDBACK / COMMENTS**



**Ms.Sowmya Navaneethan,**
**Orlando, FL, USA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

* **Name :** Mr. Kaul Pillai: Buford, GA, USA
  **Date :** 07/03/2011
  **Comments :** I approached you to correct the mental problem of my husband. Even after the consultations from many astrologers and several prayers, his mental strength never improved. You performed some Atharva Vedic rituals and now his mental strength is getting better. Thanks and Namaskars.

* **Name :** Mr. Lakshmanan Sachit: Orlando, FL, USA
  **Date :** 07/03/2011
  **Comments :** Even though I am a Hindu, I had no faith in gods and astrology. Even though I am good in all aspects, I was not able to get married. At last, I approached you and you fixed the problem. My wedding is fixed during the first week of December. Thank you very much for this. I will be your devotee until the end of my life.

* **Name :** Mr. Babulal Sharma: Bethlehem, PA, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji, after seeing your website, I approached you to solve the problems in my family. My financial position and problems in all walks of life. You came to my family personally and performed rituals. Now the problems are being solved gradually. Thank you very much for your wonderful prayers and rituals. Please shower your continuous blessings on me and my family.

* **Name :** Sindhu Bajaj: Henderson, NV,USA
  **Date :** 07/03/2011
  **Comments :** Swamiji, my parents are living in a different state of USA. I am the only daughter of my parents. Even though I am good in all aspects, my marriage is being delayed due to the problems in my horoscope. My father and I consulted you and by the power of your wonderful rituals, my marriage is being settled by the first quarter of 2009. Thank you very much for your wonderful mantra powers

* **Name :** Ms.Shanti Alwar: Lexington , SC, USA
  **Date :** 07/03/2011
  **Comments :** Respected Siddhar Swamiji, I approached you to solve the problems in my job and career. You preferred some Thantric rituals and you performed those rituals. By the power of the mantras and rituals, now I am in a good job. Thank you very much for making my life a wonderful one.

Select a Page
<< Previous | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Hindu Temple of Ohio**

**Siddhar's Arulvakku
( Swamiji's Blessings )**

When a pot filled with water is immersed into an ocean the water in the pot becomes part of the vast expanse. Similarly a disciple through the medium of selfless service to the Guru fuses his soul with that of the Guru. This process of becoming one with t

> read more...

**Articles**

* Spirituality
* Wonderful Siddhars
* Introduction to Upanishads
* Useful Tips from Atharva Vedic Vasthu Shastras

> read more..

**FEEDBACK / COMMENTS**



**Babu Nair, Dubai, UAE
Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

* **Name :** Mr. Prakash Desai: Novi , MI, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji, even though I am old, I had a unsatisfactory life with my wife. I had financial and health problems also. I approached you to solve these problems. By the power of your mantras, the problems are going down gradually and I am on my path of success and peaceful life. Thank you very much Swamiji for making my disastrous life a wonderful one.

* **Name :** Mr.Vivek Jain: Plano TX, USA
  **Date :** 07/03/2011
  **Comments :** Parampujya Swamiji, Namaskars. I am from a very good Sri.Vaishanvate Brahmin family. Few years back the problems started coming up in my family life due to the black magic done on my family and me. Even though my family members consulted many astrologers here and in India, the problems were not solved. Finally, I came to you through my sister. You analyzed my horoscope and performed wonderful rituals. Now I am getting alright. Thanks and Namaskars.

* **Name :** Rahul Shankar: Toronto Canada
  **Date :** 07/03/2011
  **Comments :** Swamiji, I had a lot of legal problems and immigration problems. I approached many astrologers and attorneys. Nobody was able to fix the problem. I approached you finally. I can darely say that my problems are nearing the end only because of your blessings and rituals. My namaskarams to you and your wonderful mantra and Atharva Vedic Knowledge.

* **Name :** Ms. Uma Nandan, Hoffman Estates, IL, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji, please bless me with all your holy powers. My husband is going for a Surgery tomorrow. I heard very lot about your Holy powers. Please help my husband Thanks. Your follower Uma Nandan

* **Name :** Shiv Rattan Agarwal, Flushing, NY, USA
  **Date :** 07/03/2011
  **Comments :** Dear DR Commander Selvam, You are doing wonders in this nation. We are all very blessed to have your Hindu Temples in his nation . Keep it Up

Select a Page

<< Previous | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | Next >>





**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Help any one without Expectation:
Learn a lesson from the birds. They feed those who cannot fly far. The bird relieves the itch of the buffalo by scratching it with its beak; they help and serve each other with no thought of reward.

› read more...

**Articles**

※ Spirituality...

※ SEETHA DEVI

※ Misconceptions of Yogas by the so called Jyothish/Pundits/Swamijis.

※ Gist of "Kriya Yoga"

› read more..

**FEEDBACK / COMMENTS**



**Maya Jayalani, Palm Springs, CA, USA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Ms.Nirupama Vidyanathan, Cincinati, OH, USA
  **Date :** 07/03/2011
  **Comments :** Att: Sri Selvam"Siddhar"(Dr Commander Selvam) Swamiji your Temple is very peaceful. We are all blessed to have a Temple in Dayton, OH without any kinds of politics. I always uses to see lot of politics in the other Hindu Temples, however yours is an outstanding one!

- **Name :** Ms.Prana Joshi, Fredericksburg,US Virgin Islands, USA
  **Date :** 07/03/2011
  **Comments :** Pundit ji. I was really excited after listening to our Swamiji Sri Sri Selvam Siddhar's Lecture. Is in anyway swamiji could teach the vedas and mantras to me and to our community friends.

- **Name :** Ramki Iyer & Bhama Iyer, Dayton, OH
  **Date :** 07/03/2011
  **Comments :** I have just moved to Dayton from Cleveland , OH. i was really surprised to see a Hindu Temple where everyone is dedicated and no POLITICS, I should say your temple is a roll model temple to any Hindu Temples in US. Tremendous work done by Dr Commander Selvam to the OH Indians. That too its very close to the majority Indians in Dayton. Let me know, if me and my wife Bhama Iyer of any use to the temple at any time.

- **Name :** Sunita Jabbar, Boston ,MA, USA
  **Date :** 07/03/2011
  **Comments :** Respected Swamiji, only because of your whole hearted and holy blessings, I have come out of my worst heath problems. Now I have become the healthiest lady. Thanks and Pranams for making me as the healthiest.

- **Name :** Billu Bhai Patel, Edison, NJ, USA
  **Date :** 07/03/2011
  **Comments :** I wish to have your esteemed blessings for the 3rd business I have started. My first two businesses are running good only because of your blessings. Daily I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Om Namashivaya and Sri Siddar Swamiye Nameha

Select a Page

<< Previous | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | Next>>



Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy


Hindu Temple of Ohio

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Karma Yoga is an art that can only be learned by close association with an advanced teacher/Guru whose formula for life is: Eat only while you are fasting, speak only when in silence, act only while you are still.

> read more...

**Articles**

* Wonderful Siddhars
* Introduction to Upanishads
* Useful Tips from Atharva Vedic Vasthu Shastras...

> read more..

**FEEDBACK / COMMENTS**


**Vamsi Mohan, Colchester, CT**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

* **Name :** Mr.Sudhakar Mayavaram, Sugarland, TX, USA
  **Date :** 07/03/2011
  **Comments :** Swamji My daughter's marriage is fixed now after a long time only by your blessings. I wish to donate a sum of $25,000 for the new Temple to be built at my state.

* **Name :** Ms.Sowmya Navaneethan, Orlando, FL, USA
  **Date :** 07/03/2011
  **Comments :** Dear Siddhar Selvam (Dr. Commander Selvam) I was really flying like anything when I touched your feet. I felt like a electric waves went inside my body, when I touched you. You are really extreme powerful Swamiji. Swamiji, I like to join in your Ashram, to serve the mankind. By the way I have got my new Job, and I am doing well in these days.

* **Name :** Nillu Mehta, Richmond, VA, USA
  **Date :** 07/03/2011
  **Comments :** Dear Swamji, Thanks for your wonderful support through your Astrological knowledge and prayers. I am having proper sleep these days after 18 years of my problems. Although as a Indian girl born and raised in US, I always had a fashion for our Indian Vedas. I like to serve for your super cause, Please let me know the day to serve under you. I do not like monetary subjects. I like to have a GURUJI like you. Jai Krishna!

* **Name :** Narender Vimalan Reddy, Queens, NY, USA
  **Date :** 07/03/2011
  **Comments :** Dear Dr Commander Selvam(Swmiji), I do not have words to express my gratitude for the help you have rendered me. I am so peaceful now. Everything went very well. I got my immigration stampings. Now I could go to India. Swamiji I am going to India after 8 years to see my family...without your blessings these things are not possible. All my family wants to pass their koti namaskaramas to you.

* **Name :** Ms.Nila Iyer, Redondo Beach, CA, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji you are so sweet. What is the secret of your ever loving smile? You are a living God to me, I pray to you every day in my life. Now I am happy with my husband, he doesn't abuse me any more after you came up in my life. I love you swamiji and I will give my whole life to you Swamiji.

Select a Page

<< Previous | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Hindu Temple of Ohio**

**Siddhar's Aruivakku**
**( Swamiji's Blessings )**

A true disciple is not afraid of death, the society and challenges of life. He has a fire of determination is his eyes. His hands have the power to even smash boulders and he is fully devoted to the feet of the Guru.

› read more...

**Articles**

❖ Wonderful Siddhars
❖ Introduction to Upanishads
❖ Useful Tips from Atharva Vedic Vasthu Shastras...

› read more...

**FEEDBACK / COMMENTS**



**Sunil Malhotra , Campll, CA, USA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toll to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Ms. Rupa Mayan, West Palm Beach, FL, USA
  **Date :** 07/03/2011
  **Comments :** Swamiji I love you so much. At the age of 27, I have found my REAL GURU. Please have your blessed hands always. I would like to pledge 10% of my pay check every month for your noble cause.. Swamiji please find a right husband, who is so sweet like you!

- **Name :** KISH
  **Date :** 07/02/2011
  **Comments :** swamiji sri selvam siddhar is my living god

- **Name :** exqzwof
  **Date :** 06/06/2011
  **Comments :**                    BC9h5d        wdbcdkoenfyj,         [url=http://finztghlhzsg.com/finztghlhzsg[/url], [link=http://apboczsfdzeo.com/]apboczsfdzeo[/link], http://xeuskixtqqmc.com/

- **Name :** orsygmhlaq
  **Date :** 01/23/2011
  **Comments :**                    gn5n8k        inxxtbatrxxq,        [url=http://ywovdmrypqpr.com/]ywovdmrypqprf[/url], [link=http://rlwybdsflrdw.com/]rlwybdsflrdw[/link], http://zhjvwciuvhxj.com/

- **Name :** lbzmqlihha
  **Date :** 12/30/2010
  **Comments :**                    QO5bnw        nyyagplpkfpn,        [url=http://qaqiphigjwnl.com/]qaqiphigjwnl[/url], [link=http://imagmxwmnhrrx.com/]imagmxwmnhrrx[/link], http://jmofmjcwpymp.com/

Select a Page
<< Previous | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | Next >>

**Hindu Temple of Ohio**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

The Guru should not allow you to become another Paad Padam ( a corrupt disciple of Shankeracharya). The Guru should test you again and again. He should be unrelenting no matter how much you plead before him.

› read more...

**Articles**

* Useful Tips from Atharva Vedic Vasthu Shastras...
* Spirituality...
* SEETHA DEVI

› read more...

**FEEDBACK / COMMENTS**

 Selvi Inbarasa, Huntington, IN Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

* **Name :** Ramchandra Lakhani, Dublin, OH
  **Date :** 09/15/2010
  **Comments :** Thank you very much and Namaskars Swamiji. You have made our gone down business as the best. Our entire lives are dedicated to your golden feet. Om Namashivaya.

* **Name :** Jayanth Nathan, Buffalo Grove, IL
  **Date :** 09/15/2010
  **Comments :** Swamiji, only because of your wonderful Thantric Rituals, I am having a smooth family life now. I thank you very much for making my life a peaceful one. Even though there is no limit for your blessings, once again thank you very much Swamiji.

* **Name :** Bushan Lal Kaw, Edison NJ
  **Date :** 09/15/2010
  **Comments :** Respected Swamiji, I am on an official visit around New York. I came to access your monthly magazine Karma at the hotel where I stayed. It is really a fantastic magazine having all the spiritual information. Please bless me and my family and please be kind enough to mail a copy of the magazine to my Indian address. Thank you very much and Namaskars Swamiji.

* **Name :** Thomas, West Palm Beach, FL
  **Date :** 09/15/2010
  **Comments :** Revered Siddhar, I am amazed with your knowledge. I am a regular reader of the magazine Karma. Please provide me with a copy of Sri. Atharva Soolini Durga's photograph. From your article on Sri. Atharva Soolini Durga I understood that, you are the only person to remove the evil spirits from me. Please remove that evil spirits from me and make me as one of the best human beings in the entire worlds.

* **Name :** Rama N. Prasad
  **Date :** 09/15/2010
  **Comments :** Swamiji, even though I wish to express a lot, I wish to tell the same only in few words. "Thank you and Please bless me and my family.

Select a Page

<< Previous | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

Hindu Temple of Ohio

Siddhar's Arulvakku
( Swamiji's Blessings )

You are as you are because you want to
be so. If you want to be different in life
then start changing yourself today.

› read more...

Articles
❖ Spirituality
❖ Wonderful Siddhars
❖ Introduction to Upanishads
❖ Useful Tips from Atharva Vedic
Vasthu Shastras
› read more...

FEEDBACK / COMMENTS



Chandrika Karan Sinha,
Dubois, WY
Apr 04, 2015

Due to jealousy, heart burning or some
base cause, the Tantriks use cheap
tactics to overcome the adversaries,
which ruins one's life. Are you also under
such a spell? We must have peace and
happiness in life, and to achieve the same
we work hard. But we do not get in return
to the proportions of our labor. We get
very little even after the best of our efforts,
we toil to get success in our business but
the profits are too little. We do not want
any discontentment or discord in our
family life, but in spite of our best efforts,
the peace and tranquility of our family is
disturbed. On the other hand people work
very little, but get too much in return.
Businessmen have ample wealth just be
putting in little efforts, but we are
disappointed even after continuous efforts.
It leads us to conclude, that there are
some evil forces which make our
strategies unsuccessful. Whenever you
face such situations, feel assured that
someone has used Black Magic on you,
as a result of which all

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Srikanth Guptha IL
  **Date :** 08/07/2010
  **Comments :** Swamiji, I came to know about the wonderful Shiva Temple, constructed by you and about your wonderful
  astrology knowledge through the magazine Karma. I consulted you to bring up my down trodden business. You gave me
  wonderful consultations to bring up my business. Thanks a lot for bringing me up. I wish to donate $101.00 per month for
  the temple and magazine in this beginning stage. Please accept this.

- **Name :** Satish Polavaram CT
  **Date :** 08/07/2010
  **Comments :** Swamiji, I am from Andhra. I had a lot of troubles with my immigration. I approached you after reading the
  magazine. You solved the problem wonderfully by your mantra powers. Thanks and pranams Swamiji.

- **Name :** Chandrika SriKrishna Sanjose
  **Date :** 08/07/2010
  **Comments :** Siddhar Swamiji, We are Srilankan Tamilians. I had problems in the marriage of my daughter. You fixed my
  daughter's marriage problem by your superb mantra powers. Now my daughter's life is well settled. Thanks for making
  our life a wonderful one.

- **Name :** Fredrick Williams AZ
  **Date :** 08/07/2010
  **Comments :** Even though I am a protestant Christian, I love Hinduism also. I was having a hard time due to the black
  magic done on my family. I approached you after reading the magazine Karma. You took the black magic with your
  wonderful mantra powers. Thank you very much Swamiji. Please accept my small donation of $1001.00 for the
  magazine.

- **Name :** Anju Bargavi LA
  **Date :** 08/07/2010
  **Comments :** Swamiji, Thanks a lot and namaskars for giving a wonderful spiritual healing to my son and bringing him out
  from his drug addiction. Thanks to the wonderful magazine Karma for introducing your goodself to me and my family.

Select a Page
<< Previous | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



### FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Niranjan Mehra CT
  **Date :** 08/01/2010
  **Comments :** I wish to have your esteemed blessings for the third business I have started. My first two businesses are running good only because of your blessings. Daily I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Om Namashivaya and Sri Siddhar Swamiye Namaha. Thanks a lot to the wonderful magazine Karma.

- **Name :** Nayak K Patel Houston TX
  **Date :** 08/01/2010
  **Comments :** Swamiji, even though I am a multi millionaire, I had no peace of mind. Only after your consultations, I am getting peace of mind. Please bless me and my family with the same continued piece of mind. Namaskars.

- **Name :** Charles Misty, La Fayette, GA
  **Date :** 08/01/2010
  **Comments :** Dear Dr. Commander, I am a regular reader of the magazine Karma. Due to some kind of evil spirits, my only son has become a drug addict. By your great power, you brought my son out of his bad habit and you have given him a new life. Thank you very much for this. I do not keep any kind of photographs other than yours in my prayer. As I do not know to say thanks in your language, I say as "my entire family's lives are surrendered to you". Thanks.

- **Name :** Ketan Shah, Pueblo, CO
  **Date :** 08/01/2010
  **Comments :** Swamiji, I came to know about your good self and the temple through the wonderful magazine Siddhitimes. I approached you to fix the marriage problem of my daughter. Swamiji My daughter's marriage is fixed now after a long time only by your blessings.

- **Name :** Rajasekar, Beltsville, VA
  **Date :** 08/01/2010
  **Comments :** I got married five years back. I had no kids. After reading the magazine Karma, I approached Swamiji Sri Siddhar to solve the problem. He found that due to some black magic we were unable to get good kids. He performed some Thantric rituals and blessed us. Now my wife is pregnant. Thanks to Swamiji for blessing us.

Select a Page

<< Previous | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | Next >>

---

### Siddhar's Arulvakku
( Swamiji's Blessings )

The study is based on the interest of a student, so take that subject which is of your interest. Otherwise, you may do higher studies and can either be a lecturer or a professor or a certified public accountant.

› read more...

### Articles

- ✦ Spirituality
- ✦ Wonderful Siddhars
- ✦ Introduction to Upanishads
- ✦ Useful Tips from Atharva Vedic Vasthu Shastra

› read more...

### FEEDBACK / COMMENTS

 **Mr.Vivek Jain: Plano TX, USA**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tanriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,



**Hindu Temple of Ohio**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

We must believe in science which also emanates from Vedas. Raaghu and Kethu being non-alive cannot give bad effect on our lives but a person◆s deeds (good or bad) affects his life accordingly.

› read more...

**Articles**

❖ Wonderful Siddhars

❖ Introduction to Upanishads

❖ Useful Tips from Atharva Vedic Vasthu Shastras...

› read more..

**FEEDBACK / COMMENTS**

**Gary H Fernley, Paris**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** George Chen Mattawan, Choteau, MT
  **Date :** 07/25/2010
  **Comments :** Dear Swamiji, Thanks for bringing out a great spiritual magazine Karma to enlighten the community. I am very happy to read the article Vedic Astrology. After reading that, I requested you to clear off the problems in my career. With the power of mantras, you cleared off all the problems in my career. I and my family members are very happy now and we all have become the regular readers of the magazine. We have also become as your ardent devotees.

- **Name :** Anna Andrews Eagle River, WI
  **Date :** 07/25/2010
  **Comments :** My entire family is indebted to Siddhar. My only son has come out of his drug addiction only due to the miraculous spiritual healings from Swamiji Siddhar. Thanks for the wonderful magazine Karma for connecting our family with Swamiji.

- **Name :** Baba Wilman, Camden, SC
  **Date :** 07/25/2010
  **Comments :** Swamiji, Namaskars. Even though I have spoken with a lot of scholars, saints and monks, I have never felt the energy from anybody. While talking to you, I felt a great energy and aura from you. Thank you very much for giving such a wonderful experience to me.

- **Name :** Radhekrishna, Dayton, OH
  **Date :** 07/25/2010
  **Comments :** Thank you very much Swamiji for bringing out an ego free temple in my town. I came to the Temple after learning the news from the magazine Karma.Even though I wish to contribute a lot to the Temple and the magazine. I am not able to do so because of my poor earnings. Please kindly accept me as a volunteer to the Temple.

- **Name :** Suresh Mathigadda, Lake City, MI
  **Date :** 07/25/2010
  **Comments :** Thanks a lot Swamiji for your wonderful contribution of the magazine Karma to enlighten the entire human race.

Select a Page

<< Previous | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

The Guru should not allow you to become another Paad Padam ( a corrupt disciple of Shankeracharya). The Guru should test you again and again. He should be unrelenting no matter how much you plead before him.

› read more...

**Articles**

- Spirituality
- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras

› read more..

**FEEDBACK / COMMENTS**



**George Chen, Geneva, Swiss**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

## FEEDBACK / COMMENTS VIEW

Add your Feedback/Comments

- **Name :** Swathi Gaddam, Kahului, HI
  **Date :** 07/23/2010
  **Comments :** Maharaj, Namaskars. I used to read the magazine Siddhitimes through the website. After reading the articles on astrology, I approached you to solve the problems caused by my close relatives. You cleared everything with your wonderful mantra, thantra and yantra powers. Now I am very happy.

- **Name :** Christina Doopraj, Helena, MT
  **Date :** 07/23/2010
  **Comments :** I am a Guyanese living in MT. Thank you very much for the wonderful consultation given to me. Your words, actions and thoughts on the humanity are amazing. Only because of your holy thoughts you are leading a great and exemplary life. Only because of your Atharva Vedic Thantric rituals, I came out of the black magic problems. Thank you very much for you and your wonderful spiritual magazine Karma.

- **Name :** Asha Ratan Lal, Los Angels, CA
  **Date :** 07/23/2010
  **Comments :** Dear Swamiji, Namaskars. Only because of the wonderful magazine Karma, I contacted you. After your powerful Thantric rituals, my business is growing vigorously. Thanks for making me as the happiest businessman. Thanks and Namaskars once again.
  Siddharji you have done a great miracle with my son, who was addicted to drinks. Now he is fine. Once again thanks Swamiji.

- **Name :** Rani Lakkshmi Vadhwani, Kaysville, UT
  **Date :** 07/23/2010
  **Comments :** Swamiji, only because of your blessings and prayers my marriage is settled. My Namaskars to your golden feet.

- **Name :** Ramchandra Lakhani, Dublin, OH
  **Date :** 07/23/2010
  **Comments :** Thank you very much and Namaskars Swamiji. You have made our gone down business as the best. Our entire lives are dedicated to your golden feet. Om Namashivaya.

Select a Page

<< Previous | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Next>>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Mantras. | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy



Hindu Temple of Ohio

**Siddhar's Arulvakku
( Swamiji's Blessings )**

Those who have attained such a state can know. Just as I have not learnt English and so cannot understand if someone speaks in English. Similarly those who know the language of God can only understand.

> *read more...*

**Articles**

❖ Vasikaranam through Atharva Vedic Astrology and Atharva Veda Thantric Rituals
❖ Garuda (The King of Birds)

> read more...

**FEEDBACK / COMMENTS**



**Karthik Ganesh Iyer,
Garden city, ID
Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you,

# FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Jayanth Nathan, Buffalo Grove, IL
  **Date :** 07/23/2010
  **Comments :** Swamiji, only because of your wonderful Thantric Rituals, I am having a smooth family life now. I thank you very much for making my life a peaceful one. Even though there is no limit for your blessings, once again thank you very much Swamiji.

- **Name :** Marcellus Cooper, Scarborough, Ontario, Canada.
  **Date :** 07/19/2010
  **Comments :** Swamiji, two months back I wrote you a letter stating that I and my family are affected by the spell of some evil spirits. Taking that letter as an emergency petition, you performed some wonderful Thantric Rituals to remove the spell of those evil spirits. Now we all are doing OK. I and my entire family submit our worships to your lotus feet daily. Thank you very much for making our life very fine.

- **Name :** Bushan Lal Kaw, Edison NJ
  **Date :** 07/19/2010
  **Comments :** Respected Swamiji, I am on an official visit around New York. I came to access your monthly magazine Karma at the hotel where I stayed. It is really a fantastic magazine having all the spiritual information. Please bless me and my family and please be kind enough to mail a copy of the magazine to my Indian address. Thank you very much and Namaskars Swamiji.

- **Name :** A. Thomas, West Palm Beach, FL
  **Date :** 07/19/2010
  **Comments :** Revered Siddhar, I am amazed with your knowledge. I am a regular reader of the magazine Karma. Please provide me with a copy of Sri. Atharva Soolini Durga's photograph. From your article on Sri. Atharva Soolini Durga I understood that, you are the only person to remove the evil spirits from me. Please remove that evil spirits from me and make me as one of the best human beings in the entire worlds.

- **Name :** Rama N Prasad, Douglas, MA
  **Date :** 07/19/2010
  **Comments :** Swamiji, even though I wish to express a lot, I wish to tell the same only in few words. "Thank you and Please bless me and my family.

Select a Page

<< Previous | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Next >>



Home | About Us | Our Gods | Our Priests | Atharva Vedic Manthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

**Hindu Temple of Ohio**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Establishing of the Guru energy in each cell of one's body is possible only through the medium of true love.

› › read more...

Articles

◈ Introduction to Upanishads
◈ Useful Tips from Atharva Vedic Vasthu Shastras...
◈ Spirituality...
◈ SEETHA DEVI

› read more...

**FEEDBACK / COMMENTS**



**Babu Nair, Dubai, UAE**
**Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, but we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

**BLESSED LETTER SUBSCRIBER**

## FEEDBACK / COMMENTS VIEW

### Add your Feedback/Comments

- **Name :** Delfa, NJ
  **Date :** 07/19/2010
  **Comments :** Swamiji "May all the happiness you give to others be returned to you" is a great saying by one of the greatest scholars. I wish to repeat these words to you. I Thank you very much for the prayers and rituals you performed for me. Only because of those prayers and rituals, I am healthier by mentally and spiritually. Swamiji once again thanks to you, your prayers and rituals. As a result of those prayers and rituals I am doing well in my job also. Please continue to bless me.

- **Name :** Balwant Singh, Fresno, CA
  **Date :** 06/19/2010
  **Comments :** Siddharji, I got the magazine "Karma" from a restaurant at CA. You are the one and only person to rescue people from their sufferings. I recommend all the suffering people to come to you for solving the problems. I am a practical example for your powers. Thanks and Namaskars Siddhar Swamiji for bringing such a wonderful magazine.

- **Name :** Selvi Suganthini Ontario, Canada.
  **Date :** 06/19/2010
  **Comments :** Swamiji, I am a Srilankan Tamilian woman living in Canada for the past several years. I came to know about you only through the website and your wonderful magazine Karma. I approached you through phone to clear the black magic on my father's family. You performed a great mantra and Thantric and removed the black magic. Now my parents are very happy. Nanriyudan Vanakkangal Ayya. Please come and bless our home.

- **Name :** Bhavini Patel and Sudhansh Patel, Knoxville, TN
  **Date :** 06/19/2010
  **Comments :** I wish to have your esteemed blessings for the third business I have started. My first two businesses are running good only because of your blessings. Daily I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Om Namashivaya and Sri Siddhar Swamiye Namaha. Thanks a lot to the wonderful magazine Karma.

- **Name :** Ketan Kaur, Dayton, OH
  **Date :** 06/19/2010
  **Comments :** Swamiji, I came to know about your good self and the opening of the temple through the wonderful magazine Karma. I approached you to fix the marriage problem of my daughter. Swamiji, my daughter's marriage is fixed now after a long time only by your blessings. I wish to donate a sum of $25,000 for the new Temple.

Select a Page
<< Previous | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | Next >>

Home | About Us | Our Gods | Our Priests | Athava Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy




**Hindu Temple of Ohio**

---

**Siddhar's Arulvakku
( Swamiji's Blessings )**

First of all we should know that the lord of universe is Almighty God. He is only empowered to give us assets etc.

> read more...

**Articles**

- Siddhargal
- Wonderful Siddhars
- Introduction to Upanishads
- Useful Tips from Atharva Vedic Vasthu Shastras...

> read more...

**FEEDBACK / COMMENTS**



**Rohini Singhadia,
Ormond, FL
Apr 04, 2015**

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which all

---

## FEEDBACK / COMMENTS VIEW

**Add your Feedback/Comments**

- **Name :** Marcellus Cooper, Scarborough, Ontario, Canada
  **Date :** 06/08/2010
  **Comments :** Swamiji, two months back I wrote you a letter stating that I and my family are affected by the spell of some evil spirits. Taking that letter as an emergency petition, you performed some wonderful Thantric Rituals to remove the spell of those evil spirits. Now we all are doing OK. I and my entire family submit our worships to your lotus feet daily. Thank you very much for making our life very fine.

- **Name :** Bushan Lal Kaw, Edison NJ
  **Date :** 06/08/2010
  **Comments :** Respected Swamiji, I am on an official visit around New York. I came to access your websites at the hotel where I stayed. These websites are fantastic websites, having all the spiritual information. Please bless my family and me. Thank you very much and Namaskars Swamiji.

- **Name :** A. Thomas, West Palm Beach, FL
  **Date :** 06/08/2010
  **Comments :** Revered Siddhar, I am amazed with your knowledge. I am your sishya like Ekaliva to Guru Dronacharya. Please provide me with a copy of Sri. Atharva Soolini Durga's photograph. From your speech on Sri. Atharva Soolini Durga I understood that, you are the only person to remove the evil spirits from me. Please remove that evil spirits from me and make me as one of the best human beings in the entire worlds.

- **Name :** Rama N Prasad, Douglas, MA
  **Date :** 06/08/2010
  **Comments :** Swamiji, even though I wish to express a lot, I wish to tell the same only in few words. "Thank you and Please bless me and my family.

- **Name :** Delfa, Barnegat, NJ
  **Date :** 06/08/2010
  **Comments :** Swamiji "May all the happiness you give to others be returned to you" Is a great saying by one of the greatest scholars. I wish to repeat these words to you. I thank you very much for the prayers and rituals you performed for me. Only because of those prayers and rituals, I am healthier by mentally and spiritually. Swamiji once again thanks to you, your prayers and rituals. As a result of those prayers and rituals I am doing well in my job also. Please continue to bless me.

Select a Page

<< Previous | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | Next >>

Home | About Us | Our Gods | Our Priests | Atharva Vedic Menthras | Temple Program | Donations | Gallery | Reach Us | Links | Disclaimer & Privacy Policy

**Hindu Temple of Ohio**

**Siddhar's Arulvakku**
**( Swamiji's Blessings )**

Karma or Destiny cannot be changed. But can be altered by the rituals of Atharva Veda Yaksha/Yakshini Devathas.

› read more...

**Articles**

❋ Excerpts from Guru Purnima 2010 Satsang

❋ SELFLESSNESS

❋ COURAGE !

› read more..

**FEEDBACK / COMMENTS**



Rama N Prasad, Douglas, MA
Apr 04, 2015

Due to jealousy, heart burning or some base cause, the Tantriks use cheap tactics to overcome the adversaries, which ruins one's life. Are you also under such a spell? We must have peace and happiness in life, and to achieve the same we work hard. But we do not get in return to the proportions of our labor. We get very little even after the best of our efforts, we toil to get success in our business but the profits are too little. We do not want any discontentment or discord in our family life, but in spite of our best efforts, the peace and tranquility of our family is disturbed. On the other hand people work very little, but get too much in return. Businessmen have ample wealth just be putting in little efforts, bit we are disappointed even after continuous efforts. It leads us to conclude, that there are some evil forces which make our strategies unsuccessful. Whenever you face such situations, feel assured that someone has used Black Magic on you, as a result of which it

# FEEDBACK / COMMENTS VIEW

### Add your Feedback/Comments

- **Name :** brij
  **Date :** 06/04/2010
  **Comments :** Pranaam

Guru Ji

I am regular reader of KARMA. The subjects are very interesting what you are mentioning through the magzine.Now I believe you can help me with my problems.

My name is Brij Prasad and born in Asian Country (- Myanmar) raised broad up with Hindu Religion and culture. My date of birth is 12/28/1947-sunday evening 11.30 p.m.

I came to this Country 12 years back and struggled hard. Started the Business with partnership as per his request but later I was cheated by him and lost. Second time nearest friends requested several times to work as partner and I accepted. But lost due to bad economy. I was bankrupt and lost all my posecctions including 401k. Now I am working for my previous owner to survive with less pay. This employer knows my working hard, skill and honesty. He knows that I can run the business very well. He is offering me that he will finance to buy the business which I am working for. The problem is down payment. He is asking is beyond my reach. I can afford only 40% from my wife's 401k not the price. I want this business badly for my future. I am afraid to bargain before your advice or help.

Pleas help me or guide me what to do seeing my status and horoscope.
I can practice anything if there is no expense my income is too low now.

Thanks

Brij

- **Name :** Raman Panciker, Aquara Hills, CA
  **Date :** 06/03/2010
  **Comments :** Swamiji, only your wonderful Mantra powers helped my only son to be the best in his education. He was considered as the dull most of the class. After your specialized Atharva Vedic Thantric Rituals he is becoming as the brightest student of the entire school. Please continue your blessings on me and my family.

- **Name :** Baskara Chandrasekarappa, Austin, TX
  **Date :** 06/03/2010
  **Comments :** What a wonderful experience it was for me to take the Vedic Astrology Consultation with Swamiji. It was an unique day! I've felt noticeable differences after talking and taking part in the Atharva Vedic Thantric Rituals. Life feels clearer and perceptions are heightened.
  Anyway, with all seemingly tumbling down around friends of mine who are in financial straits, I started linking them with what was given to me by Swamiji Sri. Selvam Siddhar.

- **Name :** Ram Manohar, Ruston, LA
  **Date :** 06/03/2010
  **Comments :** My husband and I have been to many, many spiritual healers over the years and Swamiji is in a class of his own. We have both felt tremendous physical and emotional healing from our sessions with him.

- **Name :** Rajarajeswari Annamaya, Vermillion SD
  **Date :** 06/03/2010
  **Comments :** I didn't know what to expect from the meeting with Swamiji. When I approached him after reading the magazine Karma, and asked him to solve the mind related problems I had, he asked me to relax. Swamiji directed a few

# DR COMMANDER SELVAM- SWAMIJI SELVAM SIDDHAR IS LORD SHIVA

DR COMMANDER SELVAM-SWAMIJI SRI SELVAM SIDDHAR

# COMMANDER SELVAM- SWAMIJI SRI SELVAM SIDDHAR'S DEVOTESS HOLY APPRECIATION ABOUT GURUJI SELVAM'S HELPS TOWARDS THEM

**NEELAM SINGHADIA – CALIFORNIA**

Swamiji, after seeing your website, I approached you to solve the problems in my family. My husband's health, my financial position and problems in all walks of life. You came to my family personally and performed rituals. Now the problems are being solved gradually. Thank you very much for your wonderful prayers and rituals. Please shower your continuous blessings on me and my family.

**GILLIAN AKNOZ- MISSOURI**

Even though I am not a Hindu, I have a great faith in Hinduism. Even though I am good in all aspects, I was not able to get married. I consulted many astrologers around the country; nobody was able to fix the problem. At last, I approached you and you fixed the problem. My wedding is fixed during the first week of December. Thank you very much for this. I will be your devotee until the end of my life

## DEV PRESAUD -NEWYORK

: Swamiji, I am a young man AND I AM FROM GUYANA. Even though I study hard, I was not able to do well in my examinations. I was unable to get a good job also. I consulted you. You did some wonderful rituals and by your gracious and auspicious blessing, I am doing well in my studies. I have a job also. Thanks and Namaskars.

## RAJA MOHAMMED- VIRGINIA

I am a poor Muslim. I have two daughters. Even though my wife and me work very hard we were notable to get a good job. We approached you. You found that we have some black magic problems. You solved the problem very easily with your wonderful mantra power. Now we are getting well in all our affairs. Salutes to you and your wonderful mantra power.

## Anita Chintala- California

Swamiji, Namaste. I approached to solve the problems of my son . He got involved in some affairs and he was imprisoned. Even after the arguments of many attorneys, he was not let free. I approached you to solve this problem. You performed wonderful Thantric rituals. Now he has come out of the case. My entire family is surrendered to your lotus feet.

## HARIHARA PRATAP-ILLINOIS

: Swamiji, I came to this country along with my wife. We both had jobs but in different cities. Even though we were married, we had to live as bachelors. We had much confusion in our life. We approached your good self to fix these problems. You fixed the problems in a wonderful way with your Atharva Veda Thantric rituals. Now we are leading a peaceful and wonderful life. Thank you very much and namaskarams.

## Rathi Agnihothri : New Jersey

I belong to the best family of Agnihothris from India and I was a famous actress one time in South Indian Movies . Even though I came from a higher family, I was having some kind of mental stress. I approached many astrologers and they were not able to fix my problem. I came to know about you through the wonderful magazine Karma. I approached you through telephone. On hearing your voice itself I had a great courage. Within a short period I am able to come out of the stress. Thank you very much Swamiji for bringing my life back. My life is dedicated to you.

### Name : Mansoor K Ali – Montana

I am a Muslim. I was cheated by a lot or Peers. So I developed an aversion towards the Peers or Swamijis. When I met you and told my problems to you, you just placed your right hand on me. I realized the energy with you and from that moment all the aversions went out of me. You solved all my family problems in a miraculous way. First my thanks to the magazine Karma and my salutationd and thanks to you Swamiji. Please don't forget this poor man.

### Nalin Kapoor- Arizona

I am very happy to know about your visit to our State. You blessed my grandson for his studies. Now he is the first in his class. Now please bless my husband, who is a psychic patient. I know your blessings and powerful ritual will make a lot of wonders. Namaskars Swamiji.

### Yashwant K Sinhha- – New York

After reading the magazine Karma, I thought that you are also like other Swamijis. I approached you only half mindedly to solve the problem in selling my lands. To my surprise you gave me exact directions without caring for the money. Only after your consultation and rituals my land was sold with a good profit. As I pledged in my mind I am sending $10001.00 as a donation to the Temple. Namaskars Swamiji. Whenever you come to NewYork please stay in my house and bless all of us. Thanks once again.

### Yatin Verma-Ohio

6/11/2015   COMMANDER SELVAM- SWAMIJI SRI SELVAM SIDDHAR'S DEVOTEES HOLY APPRECIATION ABOUT GURUJI SELVAM'S HELPS TOWARD...

Swamiji, I approached you after reading your article in the magazine Karma to bring out my son from his drug addiction. You performed wonderful Thantric rituals  to him. Now he is very well in all aspects of life. Thanks and Pranams Swamiji.

**Jai Patel- South Carolina**

Jai Swamiji Maharaj. Only because of your best prayers, we got our kid now. We married 17 years back. We both are hale and healthy. But we were unable to get good kids. Only after your consultation and Thantric rituals we are blessed with a kid. Our life is dedicated to your golden feet. I wish to donate $501.00 to Karma every month. As it has shown me a good way. Once again Namaskars and Thanks Maharaj.

**Ken Patel- Alabama**

I have a daughter and son. My daughter is very beautiful and well educated but her marriage was postponing due to some kind of reasons. I consulted Dr.Siddhar Swamiji after reading his article Vedic Astrology, in the magazine Karma and followed his advises. Due to that, my daughter's marriage went on successfully. She is leading a happy family life. I humbly submit the pranams of my entire family to Swamiji Sri Siddhar.

**Mukund S Mehrotra-Portland**

I was a successful businessperson. Due to the black magic done by my enemies on me, I lost everything I had. I consulted Dr.Commander Selvam. He performed the best rituals to remove the black magic. Due to his marvelous rituals, I am returning to my old position. My life is very indebted to Dr Commander Selvam Siddhar.

**R. BAHL- Texas**

Swamiji Sri Sri Selvam'Siddhar" (Dr.Commander Selvam)saved my whole family from big Black magic problems, which we had for the last 14 years. Without him,, by this time we would have had suicide The life which we are leading is his blessings only. Radhe Bhal, Houston

## Rudramurthy Sahadevan-Missisippi, USA

Att: Dr Commander Selvam/ Sri Sri Selvam"Siddhar" Swamiji Namaskaram!! Thanks for your Homa's. My son's problems are getting settled, I am seeing lot of changes in his activities. All because of your blessings Swamiji.

## Madhu kutti- Georgia

Param Pujya Sri Sri Selvam"Siddhar" (Dr.Commander Selvam) Swamiji your sat sang was really very exciting yesterday. Your knowledge in the Vedas , Astrology, Alternative medicine , Healing, are great. We are all blessed to have a Swamiji in Atlanta like you Madhu Kutti, Rosewell, GA

## Samanthi- Arizona

My dear swamij. please have your blessed hands around me always. I need your support always in my life.my sister is doing very well after your rituals, and i need your blessings always in my life. . swamiji i have never come across a beautiful personality like you in my life at all!!!!!!!!!!!!!!!!!!!!! suhanthi,

**BRENDA SHA :- GEORGIA**


Swamiji, my parents are living in a different state of USA. I am living in GA. I am the only daughter of my parents. Even though I am good in all aspects, my marriage is being delayed due to the problems in my horoscope. My father and I consulted you and by the power of your wonderful rituals, My marriage is being settled now. Thank you very much for your wonderful mantra powers.


**Sunil kumar- Ohio**


Feeling good after visiting to temple. That's a excelent one


**Maru Patel- Georgia**


Pranam Swamiji . Thank you so much for building a Temple for us in West Georgia. You are a living God. We are all well blessed to have you here in GA. Let me know, if I in use of any of your needs Maru Patel, Douglasville, GA


**Vatsa Patel- Georgia**


Swamiji Thank you so much for coming Home. Our new home is to lessed. I felt Lord Krishna came to our home yesterday in your swaroopa, Pranam Swamiji Vatsa Patel, Newnan, GA


**KUMAR MAHENDRA- North Carolina**

My Dear Swamiji Thanks for coming to my motel site. The land is well blessed today by your Holiness

**Narayana Thirth- Michigan**

Swamiji You have changed my whole life. I am doing wonderful these days. All your Divine Blessings Thanks Swamiji

**Deepa Rajyni-New Jersey**

Swamiji Pranam Wow !!!what a Jyothish knowledge you have. I must say that you are the only best Jyothish in the world. I have came across lot of Jyotish n my life , since I am interested in the same science very much, however I cannot compare any one in the world to your knowledge. My friends are also love to meet with you Swamiji sometimes this week.

**Jyotsna Patel- Texas**

Swamiji I love you so much. At the age of 27 , I have found my REAL GURU. Please have your blessed hands always round my shoulder.I like to pledge 10% of my pay check every month for your noble cause.. Swamiji please find a right husband , who is so sweet like you!

Case 1:16-cv-01984-LAP Document 3-5 Filed 03/16/16 Page 38 of 45
Case 1:13-cr-00437-TCB-CMS Document 337-5 Filed 06/16/15 Page 60 of 168
6/11/2015 COMMANDER SELVAM- SWAMIJI SRI SELVAM SIDDHAR'S DEVOTESS HOLY APPRECIATION ABOUT GURUJI SELVAM'S HELPS TOWARD...

**Rukmani Nadakrishnan- California**

Dear Dr Commander Selvam(Swmiji), I do not have words to express my gratitude for the help you have rendered me. I am so peaceful now. Everything went very well. I got my stampings. Now I could go to India. Swamiji I am going to India after 8 years to see my family...without your blessings these things are not possible. All my family wants to pass their koti namaskaramas to you.

**Sumisha Shah- New York**

Dear Swamiji., Thanks for your wonderful support through your Astrological knowledge and prayers.. I am having proper sleep these days after 8 years of problem. Although as a Indian girl born and raised in US, I always had a fashion for our Indian Vedas. I like to serve your super cause; Please let me know the day to serve under you. I do not like monetary subjects. I like to have a GURUJI like you. Jai Krishna

**Koteeswaran Rmkrishnan- Massachusetts**

Dear Siddhar Selvam(Dr Commander Selvam) I was really fely like anything when I touched your feet. I elt like a electric waves went inside my body, when I touched you. Your are really extreme powerful Swamiji. Swamiji, I like to join in your Ashram, to serve the mankind

**Ketan Kaur – Vermont**

Swamiji My daughter's marriage is fixed now after a long time only by your blessings. I wish to donate a sum of $25,000 for the new Temple to be built at my state.

**Niranjan Mehra – Virginia**

I wish to have your esteemed blessings for the 3rd business I have started. My first two businesses are running good only because of your blessings. Daily I chant your holy name "SRI SIDDHAR SWAMIYE NAMAHA" for 108 times before starting my daily affairs. Om Namashivaya and Sri Siddar Swamiye Namaha.

**Metha Bhen – Connecticut**

Respected Swamiji, only because of your whole hearted and holy blessings, I have come out of my worst health. Now I have become the healthiest lady. Thanks and Pranams for making me as the healthiest.

**Cenkatanarayanan- Georgia**

I just moved to Atlanta from NY. I was really surprised to see a HinduTemple where everyone is dedicated and no POLITICS, I should say your temple is a roll model temple to any Hindu Temples in US. Tremendous work done by Dr Commander Selvam to the GA Indians. That to its very close to the majority Indians in Atlanta. Let me know, if me and my wife Bhama Iyer of any use to the temple at any time.

**Narendranath Kulkarni- Washington DC**

Pundit ji. I was really excited after listening to our Swamiji Sri Sri Selvam Siddhar's)Lecture. Is in anyway swamiji could teach the vedas and mantras to me and to our community friends.

**Suman Nana- New York**

Att: Sri Selvam"Siddhar"(Dr Commander Selvam) Swamiji your Temple is very peaceful. We are all blessed to have a Temple in Atlanta without any kinds of politics. I always uses to see lot of politics in the other Hindu Temples in Atlanta, however yours is an outstanding one!

**Vijay Soundar-Georgia**

Dear DR Swamiji, You are doing wonders in this nation. We are all very blessed to have your Hindu Temple of Georgia here in Atlanta. Keep it Up

**Uma Nandan- Arizona**

Att: Swamiji Selvam Siddhar. Please bless me with all your holy powers. My husband is going for a Surgery tomorrow. I heared very lot about your Holy powers. Please help my husband Thanks. Your follower Uma Nandan

**Mani Krishnamurthi- Maryland**

I came across this wonderful soul 10 years back in USA, when I was having lot of Skin problems and sleep problems. I went to lot of Doctors in US, however no help. My friend in CA recommanded Dr Commander Selvam to get his consulting. Believe me...within a week my skin problems & Sleep problems got settled. Now I am living with my wife(I got married after this skin issues)and my 2 kids in New Jersey. Without This great man's help , by this time I really do not know whtether alive like this. All my life is surrendered to Dr Commander Selvam also known as Sri Selvam "Siddhar"

**Nila Chowdhry- Georgia**

Att: Swamiji I love you so much....The help you have rendered is unforgettable. My life is your Bhiksha. Swamiji I need your advice and support always in my life. Swamiji I like to pledge $ 501.00 every month for your wonderful cause Thanks and your ever-loving Followr Nlia,
~worth,GA

### Suganthi Blachandran- Kentucky

My dear swamij. please have your blessed hands around me always. I need your support always in my life.my sister is doing very well after your rituals, and i need your blessings always in my life. . swamiji i have never come across a beautiful personality like you in my life at all!!!!!!!!!!!!!!!!!!!!!! -suhanthi,

### Raha Nair- Maryland

Swamii you are not siddhar....You are a SUPER SIDDHAR My husband stopped ill-treating me these days. All the credit goes to you Swamiji. I will give ANYTHING in my life to you Swamiji Dr.Raha Nair,MD,USA

### Sundaresan Guruvaurappan- Tennessee

Swamiji- Sri Sri Selvam Siddhar Thank you so much for coming home to bless our family. Our home is really blessed by a great Rishi like you. Thanks Swamiji

**Lakshman Narayan- California**

Swamiji Karma  this month is remarkable. I took 4 copies and mailed to my parents and brothers Thanks for your great service to our Hindus Swamiji Narayan, Sunnyvale, CA

**Naveen Kumar- Louisiana**

I had many problems in my family, particularly with my in laws. I approached Swamiji Siddhar to solve the problems. He solved all the problems in a very simple manner. Now I have a wonderful relationship with all my in laws. Namaskars to Swamiji for making my life wonderful.

**Navaratn kumar- Waashington DC**

Pranam Guruji(Dr Commander Selvam) With your prayers my daughter is doing extremly well. Now she is out of the bad company. All the credit goes to you only Guruji.You are the only God in my life. Pranam!!

**Reddy Dharam- New York**

Hello, I am really very excited by visting your Hindu Temple of ga.(Dr Commander Selvam) I am from jamaica, and I used to move with your Indian community lot, however I have never come across in my 67 years of life ....a very friendly monk with No Egos, and very carring like your swamiji. Pass on my best wishes to DR Commander Selvm

**Ramesh Prabakar- Colorodo**

Pranam Swamiji Dr Commander Selvam(Sri Sri Selvam Siddhar) Could you teach me the secret of your ever loving smile, and the positive attitude?. I have seen tones of Swamiis coming from India, telling about so many numerous ideas to collect money for their own betterment, however you are the 1 st Indian Swamiji in the USA who spent money from your hands. You are a Gem, and please take me as your Sishya, to learn more about your great vedas and up course your good luck. My self and my wife talks about you every day. My 78 years old Dad is always remembering you. Pranam

Case 1:16-cv-01984-LAP Document 3-5 Filed 03/16/16 Page 45 of 45
Case 1:13-cr-00037-TCB-CMS Document 337-5 Filed 06/10/15 Page 46 of 168
6/11/2015 COMMANDER SELVAM SWAMIJI SRI SELVAM SIDDHAR'S DEVOTESS HOLY APPRECIATION ABOUT GURUJI SELVAM'S HELPS TOWARD...

## Raaji Subramanian- Alaska

Camasthae Swaniji!! You are a Holy star. Swamiji after 3 years of struggle in my Huband's health issues, today remarkably, even the doctors told me that he is completely alright after going through his medical report. Even the Doctors told me that it is a miracle in the Medical field. I told them that everything is because of my remarkable Guru…..yes that is you only. I will give anything for you my dear Swamiji.

## SULOCHANA J. NAGABHOOSANAM-Wyoming

Swamiji(Dr Commander Selvam) my sister-in-law's Marriage issue settled today. Thanks for all your Rituals and poojas. I asked my sister-in-Law to pledge $501.00 every month to you. Swamiji I need you always in my life.Myslf and my husband decided to put your name for my boy baby , expecting on August 13th. Thank you Swamiji

## Shantha G Mehra – Alabama