6/11/2015 COMMANDER SELVAM SWAMIJI SRI SELVAM SIDDHAR'S DEVOTEES HOLY APPRECIATION ABOUT GURUJI | SWAMI SHELPS TOWARD...

Case 1:16-cv-01984-LAP   Document 3-6   Filed 03/16/16   Page 1 of 15

Swamiji Siddhar has done wonders in bringing my run down business as the best one. Thanks and Pranams for bringing the run down business as the best one. AL

### Swapna D Jones-Kansas

Even though I am married to a Christian, I am a Hindu by birth. Only because of the aversion on Hinduism, I converted myself into Christianity. However, after meeting Sri Siddhar Swamiji I completely understood what Hinduism is and what humanity is. Thanks and my salutations to Swamiji for making me a good spiritual human being.

### Harry Goel-Nedw Mexico

Wonderful Swamiji!!!. Pranams, Pranams and more Pranams. You brought out my son from his mental stress. He is very well now. Thanks and Pranams Swamiji. Please keep your merciful vision on mr and my family.

6/11/2015
Case 1:16-cv-01984-LAP   Document 3-6   Filed 03/16/16   Page 2 of 15
Case 1:13-cr-00437-TCB-CMS   Document 337-5   Filed 06/16/15   Page 69 of 168
SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

8+1 | 0     More    Next Blog»                           Create Blog   Sign

# swamiji sri selvam siddhar made my life wonderful

> swamiji sri selvam siddhar is a miracle star in the 21 st century helping mankind to live happily. please call the temple@ 1-800-574 3427 in usa for further help

**Monday, April 21, 2008**

ஸ்ரீ செல்வம் சித்தர் இஸ் மி GOD

Name
Rupa Shreyas Nana
Date
19-4-2008
Message
Swamiji, What is the secret of your smile always. I have seen you so many times and you are always very fresh at any time and always smiling. Don't you get tired by meeting with thousands of people?. Tell me the secret of your energy! Swamiji I like to have a good Indian boy as my husband, I have told very clearly my parents that I need a soul like you. Swamiji thanks for all the help you have given so far.. I am having proper sleep these days. I do not go with my friends these days to the clubs etc.,, I have totally changed , after I met with you. I love you so much Swamiji

Name
Deepan Navrang
Date
19-4-2008
Message
Pranam Swamiji!! Thank you so much for your Astrological advise, I WOULD SAY YOUR KNOWLEDGE IS IMMENSE, and I was really delighted when I was talking to you. SwaMIJI i AM SENDING $5001.00 as my contribution for your noble cause. Om Namashivaya

Name
Kalpana
Date
19-4-2008
Message
Swamiji , thanks for your poojas. My interview ent very well, and I got the job. I am going to pledhe 10% of my pay check to your wonderful hindu temple from june 2008 onwards. Swamiji please have your hands always around me. I always want to be in your spiritual shelter

**Blog Archive**

▼ 2008 (2)
  ▼ April (2)
    ஸ்ரீ செல்வம் சித்தர் இஸ் மி GOD
    DR COMMANDER SELVAM ALSO KNOWN AS SRI SELVAM SIDDH...

6/11/2015

Case 1:16-cv-01984-LAP   Document 3-6   Filed 03/16/16   Page 3 of 15
Case 1:13-cr-00437-TCB-CMS   Document 337-5   Filed 06/16/15   Page 70 of 168

SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

Name
Rudramurthi Sivanesan
Date
19-4-2008
Message
My dear Dr Commander Selvam You need to live 100 years. With your wonderful thantra Rituals my wife took back her **Divorce** papers. Now she is back home. I was suffering like anything for the last 9 months., you came as a miracle in our life. I do not have words to express my happiness


Name
Bina Bansal
Date
19-4-2008
Message
Thank you so much for your great help for my son. Now he do not drink.God Bless you


Name
rama moorthi
Date
18-4-2008
Message
Swamiji- Sri Sri Selvam Siddhar Thank you so much for coming home to bless our family. Our whome is really blessed by a great Rishi like you. Thanks Swamiji


Name
rama moorthi
Date
18-4-2008
Message
Swamiji- Sri Sri Selvam Siddhar Thank you so much for coming home to bless our family. Our whome is really blessed by a great Rishi like you. Thanks Swamiji


Name
rama moorthi
Date
18-4-2008
Message
Swamiji- Sri Sri Selvam Siddhar Thank you so much for coming home to bless our family. Our whome is really blessed by a great Rishi like you. Thanks Swamiji

Case 1:16-cv-01984-LAP Document 3-6 Filed 03/16/16 Page 4 of 15
Case 1:13-cr-00437-TCB-CMS Document 337-5 Filed 06/16/15 Page 71 of 168
6/11/2015 SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

Name
rama moorthi
Date
18-4-2008
Message
Swamiji- Sri Sri Selvam Siddhar Thank you so much for coming home to bless our family. Our whome is really blessed by a great Rishi like you. Thanks Swamiji

Name
rama moorthi
Date
18-4-2008
Message
Swamiji- Sri Sri Selvam Siddhar Thank you so much for coming home to bless our family. Our whome is really blessed by a great Rishi like you. Thanks Swamiji

Name
chandra patel
Date
18-4-2008
Message
Sir I have picked up one of the Siddhi Times magazine April issue. WOV!!! WHAT A LOVELY MAGAZINE. Sir you are doing really great. Believe me, I took 15 magazines extra for all my community members to be given to every one Keep it up sir Chandra Patel

Name
Sumangali Janarthanan
Date
18-4-2008
Message
Att: Param Pujya Sri Sri Selvam"Siddhar"/Dr Commander Selvam Swamiji I love you like anything. I am having tears in my eyes when I am typing this comment. With your great blessings my husband came out of the court case isues yesterday. All with your Spiritual healings Swamiji.Tell me anything I will give anything in my life to you. Your dad and mom are blessed o have a child like you.In my 26 years of life in the world, I never seen a personality with this much caliber and greatness in the life Wherever I see.......... I see only your holy smiling face Swamiji Pranam Swamij Suma, Alpharetta, GA

Name
thiltaman shankar

Case 1:16-cv-01984-LAP Document 3-6 Filed 03/16/16 Page 5 of 15
Case 1:13-cr-00437-TCB-CMS Document 337-5 Filed 06/16/15 Page 72 of 168
6/11/2015 SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

Date
18-4-2008
Message
Swamiji Thanks for coming home to bless my wife, mother and children. My wife and my mother were really talking about you the whole night yesterday., You really create lot of vibrations in every ones mind Shankar, Lawranceville, GA


Name
Jasmit Suku
Date
18-4-2008
Message
My Dear Swamiji Sri Selvam'Siddhar' I love you so much. Youa are a miracle. My husband totally stopped drinking these days. I do not have words to express your holy power. I truly appreciate your help Swamiji


Name
Anandhan
Date
16-4-2008
Message
I consulted Swamiji about my kundli and followed his advice and now I am in a very good position. Thanks and pranams to Siddhar Swamiji. AL


Name
Sabu Siril
Date
16-4-2008
Message
Swamiji, I am a Malayalee. I know a little bit about theherbs and herbaloils. But the oil you gave to cure myleg pain is very wonderful. The pain has gone and I am very well now. Thanks and namaskarams for making me healthy. AZ


Name
santosh shah
Date
16-4-2008
Message
Swamiji, I had many problems in my business. Only because of your Chantric rituals I have over come all the problems. My Pranams to you. Please shower your blessings on me, my family and business for continuing the same position. TN

6/11/2015

Case 1:16-cv-01984-LAP   Document 3-6   Filed 03/16/16   Page 6 of 15
Case 1:13-cr-00437-TCB   Document 66-3   Filed 06/10/15   Page 73 of 168

Name
KUMUDHA

Date
3-4-2008

Message
Vanakkam Siddhar Iyya With your blessings my sister's marriage got settled today. Thank you so much. Kumuda, VA

Name
PRAMESH

Date
16-4-2008

Message
Wonderful andMeerciful Swamiji, Thanks and Pranams for bringing out my wife from the worst disease she had. By the power of your manthra, thanthra, yanthra, aushadha andasthra, my wife is OK now. Thank you very much forgiving her a rebirth. We are under your service round the clock. Please keep us as the first in your list and give us a chance. VA

Name
SOMA SUNDARAM

Date
15-4-2008

Message
Om Shanthi Swamiji(Dr Commander Selvam) I do not have words to express my happiness. You are really a miracle, and the thing which happend in my life is certainly not possible without your Thantrs. Swamiji I am going to India on may 23rd. Is in any way, you could come to my new home in Houston, TX and bless me and my son?I would also like you to meet all my friends, and I am thinking of having a small satsang. Swamiji let me know your convenience. Thanks Swamiji you are always in my memories. I love you like anything.

Name
NALINI KISHORE

Date
15-4-2008

Message
Att: Sri Sri Selvam"Siddhar"(Dr Commander Selvam) Iyya, You are really superb. My sister's marriage proposal went very fine yesterday. After 33 years of her life in Chennai, with your kindful heart and blessings, we found the groom in Houston, TX. My father (82years old) is really extremly happy.. Without you all these things would not have happend. Swamiji I need your blessings always in my life. My husband Sridhar has sent you a check for $ 2002.00 as a small

6/11/2015
Case 1:16-cv-01984-LAP Document 3-6 Filed 03/16/16 Page 7 of 15
Case 1:13-cr-00437-TCB-CMS Document 337-5 Filed 06/16/15 Page 74 of 168
SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

donation for your noble cause. The temple which you have achieved in Georgia, is definitely not a human task......

Name
PATTARAKKA SUDHA
Date
15-4-2008
Message
Namaskaram Swamiji!(Dr Commander Selvam) Thank you so much for your thantra poojas,I am having proper sleep these days.Even my sugar issue is also in control.You are doing marvelous things Swamiji.My parents in Kerala has a big Kali Temple. My family likes you to invite you to this 500 years old Temple , whenever you are going to be in India.

Name
SUJATHA RAMAN
Date
15-4-2008
Message
My Dear Swamiji(Dr Commander Selvam) Thanks for your blessings. My mum is doing well after your wonderful Homom. Let me know anything I could do in my life to support your temple ?

Name
shreya patel
Date
15-4-2008
Message
My dear Swamiji(Dr Commander Selvam) I do not have words to express my happiness . We are so much blessed to invite you to our Home. Swamiji I am sending $2501 cheque. I like to serve you and for your temple. Please take me as your Sishyai

Name
RAKESH
Date
13-4-2008
Message
SWAMIJI THANKS FOR ALL YOUR SUPPORT FOR MYDAUGHTER'S PROBLEMS. NOW SHE HAS COME OUT OF HER DANGEROUS SURGERY...ALL YOUR BLESSINGS SWAMIJI. WITHOUT YOU NOTHING IS POSSIBLE IN OUR LIFE. YOU ARE OUR GOD SWAMIJI RAKESH, AUCKLAND NEW ZELAND

Name

Name
SUJATHA RAMU
Date
13-4-2008
Message
My Dear Swamiji Sri Selvam'Siddhar' I love you so much. Youa are a miracle. My husband totally stopped drinking these days. I do not have words to express your holy power. I truly appreciate your help Swamiji,houston,TX

Name
GUNASEKAR
Date
13-4-2008
Message
Swamiji Sri Sri Selvam"Siddhar" is a wonderful person. My busines and **Marriage problems** were settleed by his Thantra Rituals. Very powerful Atharva Vedic Scholar in USA. I am settled down very happily with my family in GA Guna , Lawranceville, GA, USA Swamiji Sri Sri Selvam"Siddhar" is a wonderful person. My busines and Marriage problems were settleed by his Thantra Rituals. Very powerful Atharva Vedic Scholar in USA. I am settled down very happily with my family in GA Gunasekar , Lawranceville, GA, USA

Name
RAMAKRISHNAN
Date
13-4-2008
Message
Swamiji I do not know how to express my gratitude. My daughter's marriage got settled today, with your blessings, I know that without you this is impossible. My only request to my living God"PLEASE PUT YOUR HOLY FEET IN THE MARRIAGE PLACE"I will give my whole life to you Swamiji for the help you rendered to my family. Ramakrishnan, Santa Clara, CA

Name
RAM GOKUL
Date
13-4-2008
Message
I like to read the " Krishna Leela " in your prestigious Siddhi Times magazine. I feel as if I have gone to the period of Sri Krishna when reading the article. Thank you very much for giving such a nice article. Douglasville, GA



Name
SAHUL PATEL

Date
12-4-2008
Message
JAI KRISHNA I AM SO MUCH OBLIGED TO DR COMMANDER ELVAM ALSO KNOWN AS SRI SRI SELVAM'SIDDHAR'. HE IS A LIVING GOD. WITHOUT HIM I WOULD HAVE LOST MY SON FROM A BIG PROBLEM. MY FRIEND HIGHLY RECOMMANDED ME TO GO THIS LIVING GOD. HE IS A VERY POWERFUL SWAMIJI NEVER TAKE A PENNY FOR HIS PERSONAL USE. NOW I AM HAPPILY SETTLED WITH MY FAMILY IN MARYLAND, USA I WISH MY DEAREST SWAMIJI TO LONG LIVE HUNDREDS OF YEARS SAHUL PATEL, MD, USA

Name
manohar joshi
Date
12-4-2008
Message
Swamiji Pranam!! I am chanting your name every day 1008 times. On the day one I met with you Swamiji,everything is very excellant in my life. Swamiji what is the secret of your ever loving Smile?You look like a budding Telgu movie star. Swamiji bless my sister Nivedita, we are searching for her allinace. Please bless me, Thanks Swamiji. Manohar Joshi, Powder Springs, GA, USA

Name
varun karthik
Date
12-4-2008
Message
We had many troubles in our business. By reading the magazine, we approached Sri Siddhar Swamiji. He scrutinized our horoscopes and performed some rituals based on the Atharva Veda. By the power of Swamiji and his Thantra rituals, we are developing now. Our lives are dedicated to Swamiji Siddhar. Dallas,TX

Name
susheela
Date
11-4-2008
Message
SRI SRI SELVAM SIDDHAR swamiji thank you so much for your poojas. My son is doing well these days. Thank you so much for your help.God will give you everything.



Name
Arunkumar

Case 1:16-cv-01984-LAP Document 3-6 Filed 03/16/16 Page 10 of 15
Case 1:13-cr-00437-TCB-CMS Document 337-5 Filed 06/16/15 Page 77 of 168
6/11/2015    SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

Date
11-4-2008
Message
Namaskars Siddarji. You are doing wonderful and marvelous works. Running a temple without any group politics is impossible in anywhere. That too in America, it is not possible to do so. I came to the temple only after reading the magazine. I experienced the energy personally. Once again thanks and Namaskars Swamiji. Duluth, GA

Name
pramesh
Date
11-4-2008
Message
Wonderful andMeerciful Swamiji, Thanks and Pranams for bringing out my wife from the worst disease she had. By the power of your manthra, thanthra, yanthra, aushadha andasthra, my wife is OK now. Thank you very much forgiving her a rebirth. We are under your service round the clock. Please keep us as the first in your list and give us a chance. VA

Name
Ramyakrishnan
Date
8-4-2008
Message
I read some of Swamiji Sri Sri Selvam'Siddhar"s articles in Telgu Times of America newspaper and was amazed by his knowledge. Astrology is great science. I wish you every success. I am in NJ, I shall come and see Swamiji to get his Darshan, in the month of April 2008. Thanks

Name
Nirmala Vasu
Date
8-4-2008
Message
SWAMIJI VANAKKAM THANKS FOR YOUR WONDERFUL YAAGAM FOR MY HUSBAND'S BUSINESS PROBLEMS. I HAVE JUST GOT THE CALL FROM MY HUSBAND, THAT HIS PARTNER IS READY TO SETTLE THE ISSUES. ALL BECAUSE OF YOUR HOLY POWER SWAMIJI NIRMALA, POWDER SPRINGS, GA.

Name
Kiirti Patel
Date
8-4-2008

Message
The state of VA was well blessed by the visit of H.H Swamiji Maharishi Bramarishi "Sri Sri Selvam Siddhar" Swamiji blessed clsoe to 6000n families in Rajdhani Mandir. Even with the rain, it was a good turnout Swamiji's followers served a Divya Bojan to all the Devotes Swamiji is giving Satsang in Hindu Temple of VIrginia. Thanks Swamiji!!

Name
Anita Sundaram
Date
8-4-2008
Message
Swamiji is the proud founder of 5 Hindu Temple in USA He is the Highest Donor in the Hindu world Every day thousands of people are visiting the Mandir to get the blessings !!! Swamiji is the only living Atharva Vedic scholr in the entire USA. Please access www.108shiva.com and read what thousands of people talking about our Holiness I love him, he changed my whole life. He is my Shivji. Om Shanthi Om Shanthi

Name
Mandip Kaur
Date
6-4-2008
Message
Swamiji SriSri Selvam siddhar helped my family very much. Without his Holy poers, by this time I shaould have lost my Dad Swamiji is a Miracle in the 21 st century I wish him all success. Mandip Kaur, Yuba City, CA

Name
Radha Jahan
Date
6-4-2008
Message
Pranams Siddhar Swamiji. I approached you to solve the problems in my son's education. You blessed him and performed special rituals for him. Now he is doing very well in his studies. Thanks for making my son great. Om Namashivaya!!! Radha. ME

Name
Lakshman
Date
6-4-2008
Message
Swamiji, only because of your healing powers my run down business

6/11/2015  Case 1:13-cr-00437-TCB-CMS  Document 637-5  Filed 06/10/15  Page 79 of 168
Case 1:16-cv-01984-LAP  Document 3-6  Filed 03/16/16  Page 12 of 15
SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL

is coming up. I pray you to bless all of us to flourish more and more.
NC

Name
Santa Claura
Date
6-4-2008
Message
Siddhar Swami, I got married to an Indian. He suffered much due to blood cancer. I approached you for his speedy recovery. You treated him with the best herbs. Now he is fine. Thanks a lot Swamiji. Namaste Swamiji. KS

Name
Andrews
Date
6-4-2008
Message
My entire family is indebted to Siddhar. My only son has come out of his drug addiction only due to the miraculous spiritual healings from Swamiji Siddhar. Thank You Swamiji!! Andrews.

Name
Anu
Date
6-4-2008
Message
Thanks and Namaskars to Swamiji for making my family life as the best in the entir universe. Thanks. Anumolhotra, GA

Name
Rupa Dayani
Date
5-4-2008
Message
Swamiji Sri Selvam"Siddhar" Dear Swamiji with your prayers, I was through with the interview. Thanks for all your timely support. I cannot forget your help in my life Ever loving Yours, Rupa, Silver Springs, NY USA

Name
Maneesha Kaur
Date
5-4-2008
Message
PRANAM SWAMIJI SRI SELVAM SIDDHAR WITH YOUR

PRAYERS , MY TRUCK BUSINESS IS DOING WELL. WHENEVER YOU COME TO NY, PLEASE PAY A VISIT TO MY HOME VEER NANDA, NJ, USA

Name
Meera venkat
Date
5-4-2008
Message
EVERY ONE PLEASE CHANT THE FOLLOWING powerful SIDDHAR MANTRA 108 TIMES TO GET THE BLESSINGS OF OUR GREAT SWAMIJI HIS HOLINESS SRI SRI SELVAM SIDDHAR Om Jai Jai Jai Siddhar Swamiji Om Hara Hara Siddhar ye namaha Meera venkat

Name
JIGINA PATEL
Date
5-4-2008
Message
swamiji I love you like anything.I have got my residency accepted I will be at your feet always in my life Jigina,VA,USA

Name
VALARMATHI SOUNDAR
Date
5-4-2008
Message
SWAMIJI I HARED LOT ABOUT YOU, AND I AM EXCITED TO SEE THAT YOU ARE CONSTRUCTING SHIVA VISNU TEMPLE IN LEESBURG, VA. LET ME KNOW ANYTHING I COULD SERVE YOU IN THIS NOBLE CAUSE? MS.VALARMATHI,VA

Name
Nagaraj
Date
5-4-2008
Message
Vanakkam Siddhar Iyya With your blessings my sister's marriage got settled today. Thank you so much Kumuda,

Name
Claudia
Date
4-4-2008
Message

6/11/2015 SWAMIJI SRI SELVAM SIDDHAR MADE MY LIFE WONDERFUL
Case 1:16-cv-01984-LAP Document 3-6 Filed 03/16/16 Page 14 of 15
Case 1:13-cr-00437-TCB-CMS Document 337-5 Filed 06/16/15 Page 81 of 168

My daughter's marriage is fixed now only because of the Thantric Rituals performed by Swamiji Siddhar. My entire family's lives are dedicated to the golden feet of Siddhar. AZ

Name
Claudia
Date
4-4-2008
Message
My daughter's marriage is fixed now only because of the Thantric Rituals performed by Swamiji Siddhar. My entire family's lives are dedicated to the golden feet of Siddhar. AZ

Name
Claudia
Date
4-4-2008
Message
My daughter's marriage is fixed now only because of the Thantric Rituals performed by Swamiji Siddhar. My entire family's lives are dedicated to the golden feet of Siddhar. AZ

Name
Radha K Lakshmi
Date
4-4-2008
Message
Thank you very much Swamiji for making my only son as a "shining star" in his studies. Only after your Para psychological treatments, he has become the best in his studies. IL USA

Name
Metha Bhen
Date
4-4-2008
Message
Respected Swamiji, only because of your whole hearted and holy blessings, I have come out of my worst health. Now I have become the healthiest lady. Thanks and Pranams for making me as the healthiest. Washington DC

Name
Ietha K Shah
Date
4-4-2008
Message

Swamiji, I had the worst relationship with my husband and il-laws. By your powerful mantras and rituals now I have got a very good relationship with my husband and in-laws. I am indebted to you for my whole life time. Namaskars Columbus, GA

Name
Bali Shah
Date
3-4-2008
Message
Swamiji, I had many problems in my business. Only because of your Thantric rituals I have over come all the problems. My Pranams to you. Please shower your blessings on me, my family and business for continuing the same position. TN

Name
Geetha Sentala
Date
3-4-2008
Message
Swamiji, by your gracious blessing we are blessed with a beautiful boy after fifteen years of our married life. Thank you very much for making our life as very beautiful. I have named my son as "Siddha" to remember your blessings for the entire life time of our family. Namaskars, Namaskars and Namaskars. IL

Name
Chandra Shnoi
Date
3-4-2008
Message
Thank you very much and Namaskars Swamiji. You have made our gone down business as the best. Our entire lives are dedicated to your golden feet. Om Namshivaya. AZ

Name
Banumathi Takur
Date
3-4-2008
Message
Siddharji, You removed the evilness of the planets in our horoscope and blessed us with a wonderful male kid. We dedicate our life time for your divine services. Pranams and Namaskars. AL

Name
Thomas Sing