UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION

RECEIVED
SDNY PRO SE OFFICE
2016 MAR 16 AM 9:34

Swamiji Sri Selvam Siddhar
Plaintiff

**16CV1984**

VS

Case No._____

VIOLET RAJKUMAR, ET AL.
DEFENDANTS

EX-PARTE MOTION TO APPOINT
MARSHAL TO SERVE SUMMONS
AND COMPLAINT
(Fed.R.Civ.P.4(c)(3))

---

Comes Now, Plaintiff Swamiji Sri Selvam Siddhar, a/k/a Annamalai Annamalai, is filing this Ex-parte motion pursuant to Fed.R.Civi.P.4(c)(3), and respectfully shows the court as follows.

1. Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C.§1915.

2. Rule 4(C)(c) of the Fed.r.Civi.P. requires the appointment of a United States Marshall for service of process in these types of case.

3. The complaint in this matter was sent to this court on 29, february, 2016, so that ample time remains for services uner Rule 4(m) of the Fed.R.Civi.P.

4. Wherefore, the Plaintiff moves this court for an order to appoint united States Marshall to serve summons and the complaint.

Respectfully submitted on this day of 29, February, 2016.

*[signature]*

Swamiji Sri selvam Sidhar
Hindu High Priest
Shiva Vishnu Temple Complex
7600, Bayway Drive
Baytown, Texas-77520

1.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SWAMIJI SRI SELVAM SIDDHAR ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. _____ |
| VIOLET RAJKUMAR ) | |
| ) | |
| Defendant et al. ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**VIOLET RAJKUMAR**
**111-53, 113th Street,**
**Ozone Park**
**NY-11420**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                         *Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SWAMIJI SRI SELVAM SIDDHAR )<br>_____ )<br>Plaintiff )<br>v. )<br>VIOLET RAJKUAMR )<br>_____ )<br>Defendant et al. ) | Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**KAVITA JACOBSON**
**111-53, 113th Street**
**Ozone Park**
**NY-11420**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ANNAMALAI Annamalai
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                   _____
                                          *Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SWAMIJI SRI SELVAM SIDDHAR | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. _____ |
| VIOLET RAJKUAMR | ) | |
| *Defendant* et al. | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
PETER S. SMITH
111-53, 113th Street
Ozone park
NY-11420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ANNAMALAI Annamalai
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF NEW YORK

SWAMIJI SRI SELVAM SIDDHAR )
)
_____ )
Plaintiff )
v. ) Civil Action No. _____
)
VIOLET RAJKUAMR )
)
_____ )
Defendant et al.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ERIC JACOBSON
111-53, 113th street
Ozaone park
NY-11420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUHEREN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SWAMIJI SRI SELVAM SIDDHAR | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. _____ |
| VIOLET RAJKUAMR | ) | |
| Defendant et al. | ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**MANOJ KUMAR BEHERA**
**505, Green Hollow Dr,**
**Iselin, NJ- 08830-2926**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ANNAMALAI Annamalai
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

SWAMIJI SRI SELVAM SIDDHAR )
)
_Plaintiff_ )
) Civil Action No. _____
v. )
)
VIOLET RAJKUMAR )
_Defendant_ et al. )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

CHABLALL RAJKUMAR
111-53, 113th Street
Ozone park
NY-11420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANNAMALAI Annamalai
US Penitentiary
PO.BOX-1000
Marion,IL-62959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                     _Signature of Clerk or Deputy Clerk_

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379