IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION

RECEIVED
SDNY PRO SE OFFICE
2016 MAR 28  PM 1:38

Swamiji Sri Selvam Siddhar
Plaintiff

VS

16CV 1984

VIOLET RAJKUMAR
CHABLALL RAJKUMAR
KAVITA JACOBSON
PETER S SMITH
MANOJ KUMAR BEHERA
ERIC JACOBSON
&
JOHN DOE 1-10

Case No. _____

## NOTICE OF DISMISSAL OF JOHN DOE DEFENDANTS

Comes Now, Plaintiff in this action is filing this Notice and respectfully shows the court as follows.

The plaintiff has filed his action recntly in this court. He hereby dismissing the JOHN DOE 1-10 defendants "without prejudice".

Respectfully submitted on this day of 17, March, 2016.

*[signature]*

Swamiji Sri Selvam Siddhar
Plaintiff Pro Se
7600, Bayway Drive,
Baytown, Texas-77520

MAILING ADDRESS

US. Penitentiary
PO. BOX 1000
Marion, IL-62959

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/16

1.

CERTIFICATE OF SERVICE

This is to certify that, the Plaintiff has mailed this document to the court, postage prepaid. The copy of the same was alos mailed to all the litigants in this action, postage prepaid.
Respectfully Submitted on this day of March, 17, 2016.

*[signature]*

Swamiji Sri Selvam Siddhar
a/k/a
Annamalai Annamalai
a/k/a
Dr. commander Selvam
7600, Bayway Drive
Baytown, Texas-77520

MAILING ADDRESS
C/O United States Penitentiary
PO.BOX--1000
MARION, ILLINOIS-62959

2.

03/17/2016

Dr.Commander Selvam
a/k/a
Swamiji Sri Selvam Siddhar
a/k/a
Annamalai Annamalai
Hindu High Priest
Shiva Vishnu Temple Complex
7600,Bayway Drive
Baytown
Texas-77520
MAILING ADDRESS:
Annamalai Annamalai
US.Penitentiary
PO.BOX-1000
Marion,ILLINOIS-62959

*Swamiji sri selvam siddhar*
*vs*
*Violet RAJKUMAR, et,al.*

Dear Honorable Judge of the Court,

   My Name is Dr.commander Selvam, and also I go by other names as mentioned above.I am hindu High priest, who has made several historical achievements in my birth on this earth, which of course includes, a 'first & only " Indian American- Swamigi-High Priest, who was sentes se close to "life'sentense' for some individuals 'hate' towards me.
   Presently and always I am the "only" Hindu High Priest, in the entire nation, who is the "only" ATHARVA VEDIC SWAMIJI IN THE USA. The words Atharva Veda refer about the 'fourth' religious science of the Hindu religion.Presently,I have over 3 million followers, who I had over three time of the same, before I was thrown in to prision with all kinds of theaterical events of the 'truthful' prosecutors and by 'truthful' IRS agent known as Ms.Jacqueline H.Reynolds, who acted in my life as they are always 'above the law'.
   My Complaint filed with this letter in your court your Honor, is being filed with my utmost good faith efforts and, I after all like to redress my legitimate grievances through the form of the court proceedings.
   I am in the 'middle' of a grand conspiracy, and some co- conspirat ors & some so called powerful individuals, who have collectively destroyed my monastery , temple organizations, my family, my free exercise to practice my faith etc.,The reason, I am writing this letter to your Honor, I really want to make sure that, the new litigation in your court should not be 'derailed' in any manner with the smoke and mirror.
   Very soon the complaint served, the "powerful" individuals will do anything to shut the litigation and at the end its after all, all the co-conspirators, wanted to 'help' each other, so that they can commonly 'protect their illegal and unlawful goals'
   When I was sentensed,the 'truthful prosecutors' knew in advance that, I will go after the individuals who has caused me over $700 million damages to me, my profession and the Trade.The 'truthful' pro -secutors moved the court to shut my ability to file any law suits. To which, I of course objected .Then the court entered its judgement with the following language in its order.

1.

Page-2

> The Court ORDERS that during the defendant's period of incarceration, the defendant shall not engage in any spiritual service for compensation, directly, or indirectly through intermediaries; and the defendant shall not file frivolous, abusive, or malicious lawsuits against (1) former customers of the Hindu Temple and related entities, and victims of his criminal schemes; (2) parties, creditors, the Trustee, lawyers, and court personnel involved in the Hindu Temple's bankruptcy case; and (3) attorneys, government agents, the jury, and court personnel involved in the criminal case.

The above language was the 'final one' after I have asserted that, the Prosecutors cannot interfere with my constitutional rights in rederessing my legitimate concerns in the court form against any one. The case no is 2013-CR-437-TCB.

Further, your Honor I would also like to state very clearly to the record that, there was another 'order' entered where I was 'one of the plaintiff" in that district court action. That action was filed by 2 Georgia licensed attorneys, against a corrupt bank -ruptcy trustee, who has mishandled and misappropriated millions from a temple founded by me. In the middle of the litigation, the attorney who has filed that lawsuit was assaulted by the attorneys of the defendant, the bankruptcy trustee. The same caused to collopse the entire case. Later, the district court judge entered an order in that case, by enjoining all the plaintiffs, concerning, not to bring 'litigation based on the "subject matter of that litigation". The case no is 1:12-CV-2941-SCJ. I have copied the pertienent portion of that order(doc No.111) for this court in abundance of precaution. Since my past experience in some other litigations, the adversaries tried every way possible to 'derail' the lawsuit. Then it went with several motions, afterwards' the adversaries attornies backed off. Your Honor, I was taken for a free ride and I really want to be very careful, and that's why with goodfaith, I am bringing this information to avoid any kinds of surprises to any one in this litigation. I after all would like to vindicate this litigation with 100% goodfaith, and I will do it, and of course, that's what I have preached as 'stand up for the right principles' and be a 'righteous man alawys, whatever hinders in the path of that attitude. The language from the 'order' as follows.

> It is further ORDERED and ADJUDGED that Plaintiffs, individually and collectively, together with their respective heirs, beneficiaries, representatives, agents, sureties, predecessors, successors, assigns, subsidiaries, parent corporations, affiliate companies, stockholders, members, managers, general partners, limited partners, officers, employees, directors, attorneys and as members, partners, beneficiaries or shareholders of any companies, partnerships, corporations or other entities, are PROHIBITED AND PERMANENTLY ENJOINED from any further judicial or administrative initiation of a lawsuit and/or litigation of any nature or kind whatsoever in any court, whether against any of the named defendants in this action or any other persons or entities, based on, arising out of, in connection with, or related to in any way to the transactions or occurrences that are the subject matter of the present litigation, without seeking and obtaining leave from this Court.

(Underlined to Emphasize)

2.

Further, your Honor for whatever unexpalined reason to me several attorneys either they did not want to read both the orders properly and possibly they did not know how to read the 'orders'. The above stated language of the order, the 'last two' lines are so important, and of course that is the 'main' substance and 'key' to that order.' District court has specifically used the words as <u>that are the **subject matter** of the **present litigation**"</u>

Your Honor, the 'subject matter of the litigation associated with the 'order' language as specified was to deal with the <u>subject matter of "bankruptcy fraud"</u> brought against the corrupt bankruptcy trustee, and of course, the present litigation brought to your court has nothing to do anything with the "<u>subject matter of **that** litigation</u> per se.

Secondly, Your Honor, coming back to the 'order' language as I have specified was the one from the 'criminal case' has a 'speci-fic' language as "<u>and the defendant shall not file **frivolous, abusive, or malicious lawsuits** ..........</u>

Your Honor, although my new lawsuit filed in your court, will speaks for its genunity. My lawsuit filed in your court, is not only filed with any kinds of abusive, malicious and frivolous way, whereas the 'extensively' well stated facts in the complaint, and even with several undisputable, direct and explosive evidences will show to your Honor, about my legitimate lawsuit and my honesty.

Your honor, I am **not** a bad man, and I am not a criminal. I have been taken for a 'grand free ride' by the so called 'powerful individuals, and I after all trying to get my monetary damages through this lawsuit, and I have good appellate attorney, to take care of my 'direct appeal' and I am not asking any kinds of habeus reliefs or acquital from my fraudlent and maliciois conviction through this lawsuit at all in any means your Honor.

Just for the record your Honor, the Black's Law dictionery has stated as follows:

1. <u>Frivolous Suit:</u>    " A lawsuit having **no** legal basis"
2. <u>Vexatious Lawsuit:</u> " A Lawsuit instituted malciously and **without good grounds**.
3. <u>Abuse:</u>             " "To depart from legal or reasonable use in dealing with a person or thing

Your Honor, as I explained previously, my lawsuit with extensive facts, with even supporting 'direct' and beyond undisputable evidence will speaks fot it and to confirm to your Honor that, I have brought my lawsuit in a proper, good faith way and I should be awarded with my prayers as requested in my lawsuit.

I appreciate your attention to this matter your Honor. I also would like to give my apology in advance for the typo, grammer mistakes in my letter and the complaint. I am Indian american decent and I have learned to speak American english and the legal paper works "only" after I have immigirated to this wonderful nation.

3.

I thank you very much for reading my 'open letter' in your busy schedules. I will promise as Hindu High Priest, that, I will move on with this litigation in a 100% professional and attentive manner.

I further pray to my Gods to give every happiness and blessings to your Law clerks and judicial assistants, who supports your tasks tirelessly.

God Bless!!
OM SHANTHI!!

Respectfully Submitted on this day March, 17, 2016.

*[signature]*

Dr. Commander Selvam
a/k/a
Swamiji Sri Selvam Siddhar
a/k/a
Annamalai Annamalai
Hindu High Priest
Shiva Vishnu Temple Complex
7600, Bayway Drive
Baytown, Texas-77520
E-mail: avttemple@aol.com
Mailing Address
Annamalai Annamalai
US. Penitentiary
PO. box-1000
Marion, IL-62959

## CERTIFICATE OF SERVICE

This is to certify that, this document is mailed to the court and to all the defendants, postage prepaid.

Respectfully Submitted on this day of March, 17, 2016.

*[signature]*
Swamiji Sri Selvam Siddhar

4.

10007$1316 C014

⇔56820-379⇔
Court Us District
500 Pearl ST
Room 120
NEW YORK, NY 10007-1312
United States

3/28/16

USM SDNY
2016 MAR 28 PM 1:38
SDNY PRO SE

name,
Jail
S.Pe
O.Box
rton, Illinois-62959


