TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

SCANNED

FROM: 56820379
TO:
SUBJECT: NY
DATE: 04/17/2016 09:18:38 AM

X

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___4/26/16___

Swamij Sri Selvam Siddhar
Plaintiff

VS
VIOLET RAJKUMAR, et al.
Defendants

CASE NO. 16CV-1984(LAP)

Motion To Request for Additional Time to "Reopen the Case"

   Comes now, Swamiji Sri Selvam Siddhar, also known as Annamalai Annamalai, also known as Dr.commander selvam, is filing this motion, and respectfully shows the court as follows.

   This complaint was filed by the Plaintiff, and this court has ordered the Plaintiff to get "Certification" about the funds in his account from the Institution where which he is housed now. In the mean while, the plaintiff has started his " private Administrative Process",  to settle the issues with the defendants privately. The copy of the NOTICE , PRIVATE INTERNATIONAL REMEDY DEMAND' is attached here with as "Exhibit-A", and fully incorporated herein for this motion. The plaintiff is in the hope of settling the issues through his "Private Administrative Remedy processes"  with the defendants. Having said, the plaintiff moves the court to extend the time to reopen the case with another 60 days, so that the plaintiff either would be able to settle the issues without court's intervention, and or otherwise, he will again move and inform the court about whether he would like to continue with this litigation or not.

   Wherefore, the plaintiff humbly moves this court for an order with an additional 60 days time to reopen this action.

Respectfully submitted on this day of ___18___ April, 2016.

_____
Swamiji Sri Selvam Siddhar
C/O U. S. Penitentiary
P. O. Box - 1000
Marion, Illinois-62959

Certificate of service

This is to certify that, this document mailed by USPS mail, postage prepaid to the court to get docketed.
Respectfully submitted on this day of ___18___April, 2016.

_____
Swamiji Sri Selvam Siddhar
Plaintiff Pro se.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

------------------------------------------------------------------------

Private International Remedy Demand

Annamalai Annamalai
C/O U.S. Penitentiary
4500 Prison Road
Marion, Illinois 62959

Ref: 2016-SSS-005-1010/II-
Date: 04/12/2016

# NOTICE

## PRIVATE INTERNATIONAL REMEDY DEMAND

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
( Applicable to all Successors and Assigns)

To:

Violet Rajkumar
111-53, 111th Street
Ozone park, New York-11420

Kavita Jacobson
111-53, 111th Street
Ozone park, New York-11420

Chablall Rajkumar
111-53, 111th street
Ozone park, New York-11420

Manoj Kumar Behra
505, Green Hollow Dr
Iselin, NJ-08830-2926

## INTRODUCTION

Comes Now, I, a private person, an unenfranchsied natural person, and a non resident to the UNITED STATES OF AMERICA, also known As Swamiji Sri Selvam Siddhar , also known as , Annamalai Annamalai, and also known as Dr. Commander Selvam , hereinafter "Petitioner", to give NOTICE and DEMAND to the parties as referred above who are   Violet Rajkumar, Chablaa Rajkumar, Manok kumar Behera and Kavita Jacobson , - hereinafter referred as "Respondents"   to answer every allegation under OATH and SHALL resolve it within ten (10)  days from the NOTICE of this BILL.

## ABOUT THE PETITIONER

The Petitioner is a Hindu high priest( Swamiji/ Guru Maharaj)with several millions of  followers/customers. He was approved by the United States Government as a Hindu High priest, to work and live in the UNITED STATES. Presently and always the Petitioner is the "ONLY" Atharva Vedic Swamiji cum " Siddhar" in the UNITED STATES. Atharva  Veda refers about the Fourth branch of Hindu religious science. The Petitioner is a the victim of grand conspiracy orchestrated by the Respondents with their malice intent to injure and harm the Petitioner, his Trade, Temple and businesses.

EXHIBIT - A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

---

## ALLEGATIONS

1. Respondents are all of matured adults, with sound mind ( not lunatics), educated and HINDU by birth and primarily practicing Hindu religion all their life as their faith. The Respondents are the former- disgraceful spiritual followers of the Petitioner.

2. Respondents and Petitioner, mutually assented, consented and agreed through their Oral contracts , for several series of Atharva Vedic rituals , Poojas, havan, Homom and also by Petitioner supplying of several Atharva Vedic Spiritual merchandise which are not limited to NAADI( Ancient Holy palm scripts used in Atharva Vedic Rituals/prayers ) by the petitioner for a "cost"(not free).The Oral contract between parties were certain and which were definite proposal and left no essential terms open. Due to the breach of implied duty imposed by oral contract , the Petitioner lost in Millions of dollors, although, Petitioner performed/honored his part of the oral contract terms.

3. As per Hindu religious faith, Swamiji/Guru comes in to 'third hierarchy' in the Hindu faith followers life, after mother and father. the Holy Gods taken the 4th level of hierarchy.

4. A Swamiji - Spiritual followers relationship, is a very "HOLY- SPECIAL" Relationship as per the Hindu- Atharva veda.The Respondents intentionally abused the "Special relationship with the petitioner and taken advantage of an innocent swmaiji-Petitioner for the illegal and immoral material gains of the Respondents.

5. The Respondents intentionally have made material misrepresentations of the past facts to the Petitioner to deceive the petitioner. The Respondents, when they have made false representations to the Petitioner, they knew very well, about the false material misrepresentations. By misstating the facts to the petitioner, the Respondents caused to injure and harm the petitioner.

6. The various fraud committed by the respondents were willful and wanton misconduct.

7. Respondents unjustly enriched by their intentional malice, and through their intentional criminal acts, injured the petitioner materially. The retention of benefits conferred to the Respondents without paying was really "UNJUST".

8. The Respondents by themselves or through their privies, agents and or through their family members filed materially false, corrupt, and misleading information to the U.S. Government agencies and to its officers with malice intent to harm the petitioner.

9. The Respondents are a combination of persons with a real agreement with a common design , joined together for an unlawful means and have caused damages to the Petitioner.

10. The Respondents willfully committed malicious acts of interference with the contractual relationship and prospective economic advantage of the petitioner with his spiritual followers/ customers.

11. The co-conspirators of the petitioner's , who are not limited to Valmikinathan Raghunathan, Gopakumar Venugoplan, Chandramohan Loganathan, aided and abetted for the intentional fraud of the Respondents , to harm and injure the petitioner and his trade and business. The co- conspirators and the Respondents have collectively caused to steal, and or misappropriate $700 million plus worth various TRADE SECRETS belonging to the Petitioner.

12. The respondents caused intentional infliction of emotional distress of the Petitioner, which has caused the "DEATH OF PETITIONER'S BROTHER" in the UNITED STATES, and the Respondents have caused several irreparable harm to the petitioner which are not limited to the various health ailments caused to the petitioner by the Respondents.

13. The various malice acts intentionally committed by the Respondents towards the petitioner was VERY SEVERE AND CAUSED WITH RECKLESS DISREGARD OF THE CONSEQUENCES.

14. As a direct and proximate cause of the wrongful acts of the Respondent, the Petitioner suffered extreme indignities and humiliation, severe emotional distress even led to suicidal death of the petitioner, loss of liberty, loss of standing in the community and has been held up to ridicule before his peers and has lost his statutory rights to an education free and clear of above deprivation.

15. Respondents have committed willful criminal acts of Theft by taking , wire fraud, mail fraud, extortion, obstruction of justice, and Bank Fraud in furtherance of conspiracy to maliciously prosecute the petitioner through their conscious shocking,

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

---

perjured and false testimony, by calling the Respondents as the "victims of bank fraud", although the Bank fraud statue was NOT ENACTED BY THE CONGRESS TO "PROTECT" THE SO CALLED INDIVIDUAL VICTIMS.

16. Respondents had/have a illegal functional connection with an IRS Special agent known as JACQUELINE H. REYNOLDS and all conspired and worked together with an "understanding", to shut the religious practices and the Temple organizations to which the petitioner connected in the UNITED STATES and in INDIA.

17. The Respondents have violated and or caused to Violate the 1st, 4th, and 5th Amendment Constitutional rights of the Petitioner.

18. Respondents engaged in fraudulent scheme thereby, they have placed and passed several continuing misrepresentations and have presented several false facts to the Financial institutions insured by "FDIC" with the goal to maliciously prosecute the Petitioner on a so called Bank Fraud with their false testimony & statements.

19. None of the Respondents are even qualified as "Bank Fraud" victims even to start with. The Respondents are not falling in to the meaning of bank fraud victims as stipulated or enacted in the Bank fraud statue 18 U.S.C. 1344. They have maliciously cooperated with the U.S. Federal Agent Jacqueline. H.Reyonlds and "supported her to falsely and maliciously indict prosecute, and convict the Petitioner on the alleged bank fraud charges.

20. An UNITED STATES federal agent known as STEVEN LANGAMANDEL, under oath has testified at the criminal trial that, he has spoken to all the Respondents, and after his investigation, it revealed that, the Respondents had/ have kind of "DISAGREEMENTS" with the Petitioner, and there was "NO EVIDENCE OF FRAUD" committed by the Petitioner at all by/in any means.

21. This Bill is a "Good faith" attempt of the Petitioner, and he is approaching the Respondents' with utmost conscience, further, with utmost Clean hands and Pure hearts to settle the issues in an amicable manner.

## TIME IS OF THE ESSENCE

The Respondents have a legal/lawful duty to respond and rebut all the allegations on AFFIDAVIT, UNDER PENALTY OF PERJURY, point by point and include "legal evidence and documentation DISPROVING THE ALLEGATIONS OF THE PETITIONER. Failure to respond as indicated herein will be "CONSENT" and AGREEMENT" that the Respondents agreed to pay $ 54 million, plus 1/2 of their pay check,& business income to petitioner until their life time, to be jointly and severally responsible and liable. Further failure as stated above will be a CONSENT and AGREEMENT for a formal resolution for specific performance in EQUITY.

## TIME IS OF THE ESSENCE

Fault and or default to present the answers, responses on affidavit as stated above with ten (10) days by the respondents from the date of this BILL, constitutes AGREEMENT, willful consent, and stipulations as to all the facts as alleged and in the entire BILL

## FINAL EXPRESSION OF AGREEMENT IN A RECORD

The Petitioner solemn makes that, the statements in his foregoing BILL, made as of his knowledge are true, and those made as on information and belief, he believes to be true.

Verified at __12__ April, 2016.

_Annamalai Annamalai_

Affirmed and Subscribed before me: _Jeffrey Lucas_
Jeffrey Lucas
[ C/O Marion U.S.Penitentiary
4500, Prison Road
Marion, Illinois-62959]

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: MAR-I-A

-------------------------------------------------------------------------------

                                            Marion, Illinois-62959]

Affirmed and Subscribed before;_____
                              Kurt F. Johnson
                              [ C/O U.S.Penitentiary
                              4500, prison Road
                              Marion, Illinois-62959]

Affirmed and Subscribed before me;_____
                              James Timothy Turner
                              [ C/O Marion U.S.penitentiary
                              4500, Prison road
                              Marion, Illinois 62959]

Annamalai Annamalai
56820-379
U.S. Penitentiary
P.O. box-1000
marion, IL-62959

Ref: SSS-COURT-NY-13

⇔ 56820-379 ⇔
Court Us District
500 Pearl ST
Room 120
NEW YORK, NY 10007-1312
United States

Pro Se 04-06-16