UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION

| | |
|---|---|
| Swamiji Sri Selvam Siddhar )<br>)<br>Plaintiff )<br>)<br>Against )<br>)<br>VIOLET RAJKUMAR, ET AL. )<br>)<br>Defendants. ) | 16 CV-1984(LAP)<br><br>NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE |

Honorable Loretta A. Preska, Chief United States District Judge:

   Plaintiff, Swamiji Sri Selvam Siddhar also known as Annamalai Annamalai, is filing this NOTICE and respectfully shows the Court as follows.

   The Plaintiff, is hereby "DISMISSING" this action "WITHOUT PREJUDICE".

   Respectfully Submitted this day of __31__, May, 2016.

_____
Swamiji Sri Selvam Siddhar
a/k/a Annamalai Annamalai
P.O.Box-1000
Marion, Illinois - 62959

Annamalai Annamalai
56820 -379
U.S.Penitentiary
P.O.Box - 1000
marion, Illinois - 62959

SSS-NY-DC-RAJKUMAR-061216

USMP3
SDNY

⇦56820-379⇦
U S District Court
500 Pearl ST
Room 120
NEW YORK, NY 10007-1312
United States

10007-131608