UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SWAMIJI SRI SELVAN SIDDHAR,

                          Plaintiff,

          -against-

VIOLET RAJKUMAR, et al.,

                          Defendants.

16-cv-1984 (LAP)

CIVIL JUDGMENT

        Pursuant to the order issued June 17, 2016, dismissing the complaint,

        IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without

prejudice pursuant to the June 16, 2016 order in *United States v. Annamalai*, No. 13-CR-437-1

(N.D. Ga.).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

        IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

 Dated:    June 17, 2016
           New York, New York

_____
     LORETTA A. PRESKA
     United States District Judge